**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| STATE OF COLORADO<br>    by Attorney General John W. Suthers<br>    1525 Sherman Street, Fifth Floor<br>    Denver, Colorado  80203 | ) ) ) ) ) | |
| COMMONWEALTH OF VIRGINIA<br>    by Attorney General Judith Williams Jagdmann<br>    900 East Main Street<br>    Richmond, Virginia  23219 | ) ) ) ) ) | |
| STATE OF MARYLAND<br>    by Attorney General J. Joseph Curran, Jr.<br>    200 St. Paul Street<br>    Baltimore, Maryland  21202 | ) ) ) ) ) | |
| STATE OF ALASKA<br>    by Attorney General David W. Marquez<br>    1031 W. 4th Avenue #200<br>    Anchorage, Alaska  99501 | ) ) ) ) ) | Civil Action No. 1:05CV02182 CKK |
| STATE OF ARIZONA<br>    by Attorney General Terry Goddard<br>    1275 West Washington<br>    Phoenix, Arizona  85007-2926 | ) ) ) ) ) | |
| STATE OF CALIFORNIA<br>    by Attorney General Bill Lockyer<br>    455 Golden Gate Avenue, Suite 11000<br>    San Francisco, California  94102 | ) ) ) ) ) | |
| STATE OF DELAWARE<br>    by Attorney General M. Jane Brady<br>    Carvel State Office Building<br>    820 N. French Street<br>    Wilmington, Delaware  19801 | ) ) ) ) ) ) | |
| DISTRICT OF COLUMBIA<br>    by Attorney General Robert J. Spagnolettie<br>    441 Fourth Street, NW, Suite 450N<br>    Washington, District of Columbia  20001 | ) ) ) ) ) | |

STATE OF FLORIDA  )
    by Attorney General Charles J. Crist, Jr.  )
    PL-01 The Capitol  )
    Tallahassee, Florida 32399  )
      )
STATE OF IDAHO  )
    by Attorney General Lawrence Wasden  )
    650 W. State Street, Lower Level  )
    Boise, Idaho 83720-0010  )
      )
STATE OF ILLINOIS  )
    by Attorney General Lisa Madigan  )
    100 West Randolph Street, 13th Floor  )
    Chicago, Illinois 60601  )
      )
STATE OF IOWA  )
    by Attorney General Thomas J. Miller  )
    2nd Floor, Hoover Office Building  )
    East 13th and Walnut  )
    Des Moines, Iowa 50319  )
      )
STATE OF MICHIGAN  )
    by Attorney General Micheal A. Cox  )
    G. Mennen Williams Building, $6th^{th}$ Floor  )
    525 W. Ottawa Street  )
    Lansing, Michigan 48913  )
      )
STATE OF MISSISSIPPI  )
    By Attorney General Jim Hood  )
    Post Office Box 22947  )
    Jackson, Mississippi 39225  )
      )
STATE OF MISSOURI  )
    By Attorney General Jeremiah (Jay) W. Nixon  )
    Post Office Box 899  )
    Jefferson City, Missouri 65102  )
      )
STATE OF NEW YORK  )
    by Attorney General Eliot Spitzer  )
    120 Broadway, Suite 26C  )
    New York, New York 10271-0332  )
      )
STATE OF NORTH CAROLINA  )
    by Attorney General Roy Cooper  )
    9001 Mail Service Center  )
    Raleigh, North Carolina 27699-9001  )

```
STATE OF OHIO                                          )
     by Attorney General Jim Petro                     )
     Antitrust Section                                 )
     150 East Gay Street, 20th Floor                   )
     Columbus, Ohio  43215                             )
                                                       )
STATE OF OREGON                                        )
     by Attorney General Hardy Myers                   )
     1162 Court Street NE                              )
     Salem, Oregon  97301                              )
                                                       )
STATE OF SOUTH CAROLINA                                )
     by Attorney General Henry D. McMaster             )
     Rembert C. Dennis Building                        )
     1000 Assembly Street, Suite 501                   )
     Columbia, South Carolina 29211-1549               )
                                                       )
and                                                    )
                                                       )
STATE OF TEXAS                                         )
     by Attorney General Greg Abbott                   )
     Post Office Box 12548                             )
     Austin, Texas  78711                              )
                                                       )
                    Plaintiffs,                        )
                                                       )
     v.                                                )
                                                       )
WARNER CHILCOTT HOLDINGS                               )
COMPANY III, LTD.                                      )
     100 Enterprise Drive                              )
     Rockaway, N.J.  07866-2129                        )
                                                       )
WARNER CHILCOTT CORPORATION                            )
     100 Enterprise Drive                              )
     Rockaway, N.J.  07866-2129                        )
                                                       )
WARNER CHILCOTT (US) INC.                              )
     100 Enterprise Drive                              )
     Rockaway, N.J.  07866-2129                        )
                                                       )
GALEN (CHEMICALS) LTD.                                 )
     Unit 4 Burton Hall Pk.                            )
     Sandyford Industrial Estate                       )
     Foxrock, Ireland                                  )
```

3

```
and                                          )
                                             )
                                             )
BARR PHARMACEUTICALS, INC.                   )
    2 Quaker Road, P.O. Box 2900             )
    Pomona, N.Y. 10970-0519                  )
                                             )
                                             )
                 Defendants.                 )
                                             )
```

## STIPULATION ON SCHEDULING

Plaintiff States and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Galen (Chemicals) Ltd., and Barr Pharmaceuticals, Inc. have jointly agreed and hereby stipulate to the following schedule and respectfully request that the Court enter the [Proposed] Order reflecting the parties' agreement:

1. An amended complaint will be served electronically on defendants by December 2, 2005.

2. Answers to the amended complaint will be due by December 19, 2005.

3. Alternatively, if defendants choose to otherwise respond, the motions and initial briefs will be due by January 9, 2006, with the responses due by February 6, 2006 and any replies due by February 20, 2006.

Dated: November 28, 2005

                                              Respectfully submitted,

                                              _____
                                              Devin M. Laiho
                                              Assistant Attorney General
                                              Consumer Protection Section
                                              STATE OF COLORADO
                                              1525 Sherman Street, 5th Floor
                                              Denver, Colorado 80203
                                              (303) 866-5079

                                              *Counsel for Plaintiff States*

_____
Kevin J. Arquit (D.C. Bar # 458511)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Galen (Chemicals) Ltd.*

_____
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
Marimichael Skubel (D.C. Bar # 294934)
Edwin J. U (D.C. Bar # 464526)
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*

5

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

|  |  |
|---|---|
| STATE OF COLORADO<br>　　by Attorney General John W. Suthers<br>　　1525 Sherman Street, Fifth Floor<br>　　Denver, Colorado  80203<br><br>COMMONWEALTH OF VIRGINIA<br>　　by Attorney General Judith Williams Jagdmann<br>　　900 East Main Street<br>　　Richmond, Virginia  23219<br><br>STATE OF MARYLAND<br>　　by Attorney General J. Joseph Curran, Jr.<br>　　200 St. Paul Street<br>　　Baltimore, Maryland  21202<br><br>STATE OF ALASKA<br>　　by Attorney General David W. Marquez<br>　　1031 W. 4th Avenue #200<br>　　Anchorage, Alaska  99501<br><br>STATE OF ARIZONA<br>　　by Attorney General Terry Goddard<br>　　1275 West Washington<br>　　Phoenix, Arizona  85007-2926<br><br>STATE OF CALIFORNIA<br>　　by Attorney General Bill Lockyer<br>　　455 Golden Gate Avenue, Suite 11000<br>　　San Francisco, California  94102<br><br>STATE OF DELAWARE<br>　　by Attorney General M. Jane Brady<br>　　Carvel State Office Building<br>　　820 N. French Street<br>　　Wilmington, Delaware  19801<br><br>DISTRICT OF COLUMBIA<br>　　by Attorney General Robert J. Spagnolettie<br>　　441 Fourth Street, NW, Suite 450N<br>　　Washington, District of Columbia  20001 | Civil Action No. 1:05CV02182 CKK |

STATE OF FLORIDA                                               )
    by Attorney General Charles J. Crist, Jr.   )
    PL-01 The Capitol                            )
    Tallahassee, Florida 32399                   )
                                                 )
STATE OF IDAHO                                                 )
    by Attorney General Lawrence Wasden          )
    650 W. State Street, Lower Level             )
    Boise, Idaho 83720-0010                      )
                                                 )
STATE OF ILLINOIS                                              )
    by Attorney General Lisa Madigan             )
    100 West Randolph Street, 13th Floor         )
    Chicago, Illinois 60601                      )
                                                 )
STATE OF IOWA                                                  )
    by Attorney General Thomas J. Miller         )
    2nd Floor, Hoover Office Building            )
    East 13th and Walnut                         )
    Des Moines, Iowa 50319                       )
                                                 )
STATE OF MICHIGAN                                              )
    by Attorney General Micheal A. Cox           )
    G. Mennen Williams Building, 6th$^{th}$ Floor )
    525 W. Ottawa Street                         )
    Lansing, Michigan 48913                      )
                                                 )
STATE OF MISSISSIPPI                                           )
    By Attorney General Jim Hood                 )
    Post Office Box 22947                        )
    Jackson, Mississippi 39225                   )
                                                 )
STATE OF MISSOURI                                              )
    By Attorney General Jeremiah (Jay) W. Nixon  )
    Post Office Box 899                          )
    Jefferson City, Missouri 65102               )
                                                 )
STATE OF NEW YORK                                              )
    by Attorney General Eliot Spitzer            )
    120 Broadway, Suite 26C                      )
    New York, New York 10271-0332                )
                                                 )
STATE OF NORTH CAROLINA                                        )
    by Attorney General Roy Cooper               )
    9001 Mail Service Center                     )
    Raleigh, North Carolina 27699-9001           )

| | |
|---|---|
| STATE OF OHIO<br>    by Attorney General Jim Petro<br>    Antitrust Section<br>    150 East Gay Street, 20th Floor<br>    Columbus, Ohio 43215<br><br>STATE OF OREGON<br>    by Attorney General Hardy Myers<br>    1162 Court Street NE<br>    Salem, Oregon 97301<br><br>STATE OF SOUTH CAROLINA<br>    by Attorney General Henry D. McMaster<br>    Rembert C. Dennis Building<br>    1000 Assembly Street, Suite 501<br>    Columbia, South Carolina 29211-1549<br><br>and<br><br>STATE OF TEXAS<br>    by Attorney General Greg Abbott<br>    Post Office Box 12548<br>    Austin, Texas 78711<br><br>                      Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD.<br>    100 Enterprise Drive<br>    Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT CORPORATION<br>    100 Enterprise Drive<br>    Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT (US) INC.<br>    100 Enterprise Drive<br>    Rockaway, N.J. 07866-2129<br><br>GALEN (CHEMICALS) LTD.<br>    Unit 4 Burton Hall Pk.<br>    Sandyford Industrial Estate<br>    Foxrock, Ireland | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

3

|  |  |
|---|---|
| and | ) |
|  | ) |
| BARR PHARMACEUTICALS, INC. | ) |
|     2 Quaker Road, P.O. Box 2900 | ) |
|     Pomona, N.Y. 10970-0519 | ) |
|  | ) |
|         Defendants. | ) |

## [PROPOSED] ORDER

Having considered the stipulation of the parties in the above-captioned matter relating to proposed dates for the service and filing of an amended complaint and responses, the Court hereby ORDERS that:

1. An amended complaint will be served electronically by Plaintiffs on Defendants by December 2, 2005.

2. Answers to the amended complaint will be due by December 19, 2005.

3. Alternatively, if Defendants choose to otherwise respond, the motions and initial briefs will be due by January 9, 2006, with the responses due by February 6, 2006 and any replies due by February 20, 2006.

SO ORDERED this ___ day of _____ 2005.

 

                                                          JUDGE COLLEEN KOLLAR-KOTELLY
                                                          UNITED STATES DISTRICT JUDGE