UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
STATE OF COLORADO
by Attorney General John W. Suthers
1525 Sherman Street, Fifth Floor
Denver, Colorado 80203

COMMONWEALTH OF VIRGINIA
by Attorney General Judith Williams Jagdmann
900 East Main Street
Richmond, Virginia 23219

STATE OF MARYLAND
by Attorney General J. Joseph Curran, Jr.
200 St. Paul Street
Baltimore, Maryland 21202

STATE OF ALASKA
by Attorney General David W. Marquez
1031 W. 4th Avenue #200
Anchorage, Alaska 99501

STATE OF ARIZONA
by Attorney General Terry Goddard
1275 West Washington
Phoenix, Arizona 85007-2926

STATE OF ARKANSAS
by Attorney General Mike Beebe
323 Center Street, Suite 200
Little Rock, Arkansas 72201

STATE OF CALIFORNIA
by Attorney General Bill Lockyear
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102

STATE OF DELAWARE
by Attorney General M. Jane Brady
Carvel State Office Building
820 N. French Street
Wilmington, Delaware 19801

:
:
:
:
:     Civil Action No: 1:05CV02182 (CKK)
:     Judge Colleen Kollar-Kotelly
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

| | |
|---|---|
| DISTRICT OF COLUMBIA<br>by Attorney General Robert J. Spagnoletti<br>441 Fourth Street, NW, Suite 450N<br>Washington, District of Columbia 20001 | : <br> : <br> : <br> : |
| STATE OF FLORIDA<br>by Attorney General Charles J. Crist, Jr.<br>PL-01 The Capitol<br>Tallahassee, Florida 32399 | : <br> : <br> : <br> : |
| STATE OF IDAHO<br>by Attorney General Lawrence Wasden<br>650 W. State Street, Lower Level<br>Boise, Idaho 84720-0010 | : <br> : <br> : <br> : |
| STATE OF ILLINOIS<br>by Attorney General Lisa Madigan<br>100 West Randolph Street, 13th Floor<br>Chicago, Illinois 60601 | : <br> : <br> : <br> : |
| STATE OF IOWA<br>by Attorney General Thomas J. Miller<br>2nd Floor, Hoover Office Building<br>East 13th Street and Walnut<br>Des Moines, Iowa 50319 | : <br> : <br> : <br> : <br> : |
| STATE OF MICHIGAN<br>by Attorney General Michael A. Cox<br>G. Mennen Williams Building, 6th Floor<br>525 W. Ottawa Street<br>Lansing, Michigan 48913 | : <br> : <br> : <br> : <br> : |
| STATE OF MISSISSIPPI<br>by Attorney General Jim Hood<br>Post Office Box 22947<br>Jackson, Mississippi 39225 | : <br> : <br> : <br> : |
| STATE OF MISSOURI<br>by Attorney General Jeremiah (Jay) W. Nixon<br>Post Office Box 899<br>Jefferson City, Missouri 65102 | : <br> : <br> : <br> : |
| STATE OF NEW YORK<br>by Attorney General Eliot Spitzer<br>120 Broadway, Suite 26C<br>New York, New York 10271-0332 | : <br> : <br> : <br> : |

| | |
|---|---|
| STATE OF NORTH CAROLINA<br>by Attorney General Roy Cooper<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 | : <br> : <br> : <br> : |
| STATE OF OHIO<br>by Attorney General Jim Petro<br>Antitrust Section<br>150 East Gay Street, 20th Floor<br>Columbus, Ohio 43215 | : <br> : <br> : <br> : <br> : |
| STATE OF OREGON<br>by Attorney General Hardy Myers<br>1162 Court Street NE<br>Salem, Oregon 97301 | : <br> : <br> : <br> : |
| STATE OF SOUTH CAROLINA<br>by Attorney General Henry D. McMaster<br>Rembert C. Dennis Building<br>1000 Assembly Street, Suite 501<br>Columbia, South Carolina 29211-1549 | : <br> : <br> : <br> : <br> : |
| and | : |
| STATE OF TEXAS<br>by Attorney General Greg Abbott<br>Post Office Box 12548<br>Austin, Texas 78711 | : <br> : <br> : <br> : |
|      Plaintiffs | : |
| v. | : |
| WARNER CHILCOTT HOLDINGS COMPANY<br>III, LTD.<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129 | : <br> : <br> : <br> : |
| WARNER CHILCOTT CORPORATION<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129 | : <br> : <br> : |
| WARNER CHILCOTT (US) INC.<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129 | : <br> : <br> : |

```
GALEN (CHEMICALS) LTD.            :
Unit 4 Burton Hall Pk.            :
Sandyford Industrial Estate       :
Foxrock, Ireland                  :
                                  :
and                               :
                                  :
BARR PHARMACEUTICALS, INC.        :
2 Quaker Road, P.O. Box 2900      :
Pomona, N.Y. 10970-0519           :
                                  :
      Defendants                  :
------------------------------------
                                  x
```

### ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Kevin J. Arquit hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd.

November 29, 2005

                              Respectfully submitted,

                    By:   /s/
                          _____
                          Kevin J. Arquit, #438511
                          SIMPSON THACHER & BARTLETT LLP
                          425 Lexington Avenue
                          New York, New York 10017
                          (212) 455-2000

                          *Counsel for Defendants*