## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
---------------------------------------------------------      X
STATE OF COLORADO, et al.,                                     :
                                                              :
        Plaintiffs                                            :
                                                              :
v.                                                            :    Civil Action No: 1:05CV02182 (CKK)
                                                              :    Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                              :
III, LTD., et al.,                                            :
                                                              :
        Defendants.                                           :
                                                              :
---------------------------------------------------------      X
```

## MOTION OF DEFENDANTS
## FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2 and the attached declaration, Defendants Warner Chilcott

Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen

(Chemicals) Ltd. (collectively "Defendants") move for the admission of Charles E. Koob of the

law firm Simpson Thacher & Bartlett LLP to represent Defendants in this action. Mr. Koob is a

member in good standing of the following bars: the State of New York, the State of California,

the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for

the Fifth Circuit, the United States Court of Appeals for the Third Circuit, the United States

District Court for the Eastern District of New York, the United States District Court for the

Southern District of New York, the United States Court of Federal Claims, and the United States

Supreme Court. The undersigned, who is a member in good standing of the bar of this Court,

shall act as co-counsel with Mr. Koob should this Motion be granted.

November 29, 2005                    Respectfully submitted,

                        By:    /s/

                               Kevin J. Arquit, #438511
                               SIMPSON THACHER & BARTLETT LLP
                               425 Lexington Avenue
                               New York, New York 10017
                               (212) 455-2000

                               *Counsel for Defendants*

2