UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

STATE OF COLORADO, *et al.*,

    Plaintiffs

v.

WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,

    Defendants.

---

Civil Action No: 1:05CV02182 (CKK)

Judge Colleen Kollar-Kotelly

## ORDER REGARDING ATTORNEY ADMISSION

The motion of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd., for the admission *pro hac vice* of Charles E. Koob is, this the ____ day of _____, 2005, hereby granted.

                                                                                                  _____
                                                                                             Hon. Colleen Kollar-Kotelly
                                                                                             United States District Judge