UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------  x
STATE OF COLORADO, *et al.*,          :
    Plaintiffs                                  :
                                                            :
v.                                                                :  Civil Action No: 1:05CV02182 (CKK)
                                                                   :  Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY  :
III, LTD., *et al.*,                               :
    Defendants.                              :
---------------------------------------------------------  x

### MOTION OF DEFENDANTS FOR ADMISSION *PRO HAC VICE*

    Pursuant to LCvR 83.2 and the attached declaration, Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd. (collectively "Defendants") move for the admission of Annette C. Rizzi of the law firm Simpson Thacher & Bartlett LLP to represent Defendants in this action. Ms. Rizzi is a member in good standing of the following bars: the State of New York and the State of Connecticut. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Ms. Rizzi should this Motion be granted.

November 29, 2005                    Respectfully submitted,

                           By:    /s/
                                  _____
                                  Kevin J. Arquit, #438511
                                  SIMPSON THACHER & BARTLETT LLP
                                  425 Lexington Avenue
                                  New York, New York 10017
                                  (212) 455-2000

                                  *Counsel for Defendants*