UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

STATE OF COLORADO, *et al.*,  : x

    Plaintiffs  :

v.  :   Civil Action No: 1:05CV02182 (CKK)

WARNER CHILCOTT HOLDINGS COMPANY  :   Judge Colleen Kollar-Kotelly
III, LTD., *et al.*,

    Defendants.  :

--- x

### ORDER REGARDING ATTORNEY ADMISSION

The motion of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd., for the admission *pro hac vice* of Annette C. Rizzi is, this the ____ day of _____, 2005, hereby granted.

                                                                        _____
                                                                        Hon. Colleen Kollar-Kotelly
                                                                        United States District Judge