## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------  x
STATE OF COLORADO, et al.,                              :
                                                        :
     Plaintiffs                                         :
                                                        :
v.                                                      :    Civil Action No: 1:05CV02182 (CKK)
                                                        :    Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                        :
III, LTD., et al.,                                      :
                                                        :
     Defendants.                                        :
------------------------------------------------------  x
```

## MOTION OF DEFENDANTS
## FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2 and the attached declaration, Defendants Warner Chilcott

Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen

(Chemicals) Ltd. (collectively "Defendants") move for the admission of Brandi Katz Rubin of

the law firm Simpson Thacher & Bartlett LLP to represent Defendants in this action. Ms. Rubin

is a member in good standing of the following bars: the State of New York, the United States

District Court for the Southern District of New York, and the United States District Court for the

Eastern District of New York. The undersigned, who is a member in good standing of the bar of

this Court, shall act as co-counsel with Ms. Rubin should this Motion be granted.

November 29, 2005                          Respectfully submitted,


                              By:    /s/
                                   _____

                                   Kevin J. Arquit, #438511
                                   SIMPSON THACHER & BARTLETT LLP
                                   425 Lexington Avenue
                                   New York, New York 10017
                                   (212) 455-2000

                                   *Counsel for Defendants*