UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

STATE OF COLORADO, *et al.*,

    Plaintiffs

v.

WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,

    Defendants.

Civil Action No: 1:05CV02182 (CKK)

Judge Colleen Kollar-Kotelly

---

## ORDER REGARDING ATTORNEY ADMISSION

The motion of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd., for the admission *pro hac vice* of Brandi Katz Rubin is, this the ____ day of _____, 2005, hereby granted.

                                                                                      _____
                                                                                     Hon. Colleen Kollar-Kotelly
                                                                                     United States District Judge