UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------- x

STATE OF COLORADO
by Attorney General John W. Suthers
1525 Sherman Street, Fifth Floor
Denver, Colorado 80203

:
:
:
:
:

Civil Action No: 1:05CV02182 (CKK)
Judge Colleen Kollar-Kotelly

COMMONWEALTH OF VIRGINIA
by Attorney General Judith Williams Jagdmann
900 East Main Street
Richmond, Virginia 23219

STATE OF MARYLAND
by Attorney General J. Joseph Curran, Jr.
200 St. Paul Street
Baltimore, Maryland 21202

STATE OF ALASKA
by Attorney General David W. Marquez
1031 W. 4th Avenue #200
Anchorage, Alaska 99501

STATE OF ARIZONA
by Attorney General Terry Goddard
1275 West Washington
Phoenix, Arizona 85007-2926

STATE OF ARKANSAS
by Attorney General Mike Beebe
323 Center Street, Suite 200
Little Rock, Arkansas 72201

STATE OF CALIFORNIA
by Attorney General Bill Lockyear
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102

STATE OF DELAWARE
by Attorney General M. Jane Brady
Carvel State Office Building
820 N. French Street
Wilmington, Delaware 19801

DISTRICT OF COLUMBIA
by Attorney General Robert J. Spagnoletti
441 Fourth Street, NW, Suite 450N
Washington, District of Columbia 20001

STATE OF FLORIDA
by Attorney General Charles J. Crist, Jr.
PL-01 The Capitol
Tallahassee, Florida 32399

STATE OF IDAHO
by Attorney General Lawrence Wasden
650 W. State Street, Lower Level
Boise, Idaho 84720-0010

STATE OF ILLINOIS
by Attorney General Lisa Madigan
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601

STATE OF IOWA
by Attorney General Thomas J. Miller
2nd Floor, Hoover Office Building
East 13th Street and Walnut
Des Moines, Iowa 50319

STATE OF MICHIGAN
by Attorney General Michael A. Cox
G. Mennen Williams Building, 6th Floor
525 W. Ottawa Street
Lansing, Michigan 48913

STATE OF MISSISSIPPI
by Attorney General Jim Hood
Post Office Box 22947
Jackson, Mississippi 39225

STATE OF MISSOURI
by Attorney General Jeremiah (Jay) W. Nixon
Post Office Box 899
Jefferson City, Missouri 65102

STATE OF NEW YORK
by Attorney General Eliot Spitzer
120 Broadway, Suite 26C
New York, New York 10271-0332

STATE OF NORTH CAROLINA
by Attorney General Roy Cooper
9001 Mail Service Center
Raleigh, NC 27699-9001

| | |
|---|---|
| STATE OF OHIO<br>by Attorney General Jim Petro<br>Antitrust Section<br>150 East Gay Street, 20th Floor<br>Columbus, Ohio 43215<br><br>STATE OF OREGON<br>by Attorney General Hardy Myers<br>1162 Court Street NE<br>Salem, Oregon 97301<br><br>STATE OF SOUTH CAROLINA<br>by Attorney General Henry D. McMaster<br>Rembert C. Dennis Building<br>1000 Assembly Street, Suite 501<br>Columbia, South Carolina 29211-1549<br><br>and<br><br>STATE OF TEXAS<br>by Attorney General Greg Abbott<br>Post Office Box 12548<br>Austin, Texas 78711<br><br>    Plaintiffs<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD.<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT CORPORATION<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT (US) INC.<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129<br><br>GALEN (CHEMICALS) LTD.<br>Unit 4 Burton Hall Pk.<br>Sandyford Industrial Estate<br>Foxrock, Ireland<br><br>and | : |

3

|  | : |
|---|---|
| BARR PHARMACEUTICALS, INC. | : |
| 2 Quaker Road, P.O. Box 2900 | : |
| Pomona, N.Y. 10970-0519 | : |
|  | x |
|     Defendants |  |

------------------------------------------------

### DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd. (collectively "Defendants"), certifies as follows:

Defendant Warner Chilcott Holdings Company III, Ltd. is a subsidiary of Warner Chilcott Holdings Company II, Limited; no publicly-held corporation owns more than 10% of its stock.

Defendant Warner Chilcott Corporation is a subsidiary of Warner Chilcott Intermediate (Luxembourg) S.a.r.l.; no publicly-held corporation owns more than 10% of its stock.

Defendant Warner Chilcott (US) Inc. is a subsidiary of Warner Chilcott Corporation; no publicly-held corporation owns more than 10% of its stock.

Defendant Galen (Chemicals) Ltd. is a subsidiary of Warner Chilcott Intermediate (Ireland) Limited; no publicly-held corporation owns more than 10% of its stock.

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, the undersigned counsel certifies that there are no parent companies, subsidiaries or affiliates of Defendants which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

November 29, 2005                               Respectfully submitted,

                              By:   /s/ _____
                                    Kevin J. Arquit, #438511
                                    Charles E. Koob, *pro hac vice* pending
                                    SIMPSON THACHER & BARTLETT LLP
                                    425 Lexington Avenue
                                    New York, New York 10017
                                    (212) 455-2000

                                    *Counsel for Defendants*