AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **District of Columbia**

State of Colorado et al.

V.

Warner Chilcott Holdings Company III et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER 1:05CV02182

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Antitrust

DATE STAMP: 11/07/2005

TO: (Name and address of Defendant)

Warner Chilcott (U.S) Inc.
100 Enterprise Drive
Rockaway, NJ 07866

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Devin Laiho
Assistant Attorney General
State of Colorado
1525 Sherman Street, 5th FL
Denver, CO 80203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        NOV 07 2005
CLERK                              DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE November 10, 2005 |
| NAME OF SERVER (PRINT) Devin Laiho | TITLE 1:05-cv-2182-CKK, State of Colorado et al. v Warner Chilcott et al. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on defendant Warner Chilcott (US) Inc. was accomplished by delivering the summons and complaint to Chuck Koob, Simpson Thacher and Bartlett LLP, 425 Lexington Ave, New York, NY 10017, and by delivering the complaint to Mr. Koob via email. This method of service was stipulated by the parties.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 1, 2005
Date

Signature of Server

State of Colorado
1525 Sherman Street, 5th Floor
Denver, CO 80203
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.