UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------  x
STATE OF COLORADO                                       :
by Attorney General John W. Suthers                     :
1525 Sherman Street, Fifth Floor                        :
Denver, Colorado 80203                                  :  Civil Action No: 1:05CV02182 (CKK)
                                                        :  Judge Colleen Kollar-Kotelly
COMMONWEALTH OF VIRGINIA                                :
by Attorney General Judith Williams Jagdmann            :
900 East Main Street                                    :
Richmond, Virginia 23219                                :
                                                        :
STATE OF MARYLAND                                       :
by Attorney General J. Joseph Curran, Jr.               :
200 St. Paul Street                                     :
Baltimore, Maryland 21202                               :
                                                        :
STATE OF ALASKA                                         :
by Attorney General David W. Marquez                    :
1031 W. 4th Avenue #200                                 :
Anchorage, Alaska 99501                                 :
                                                        :
STATE OF ARIZONA                                        :
by Attorney General Terry Goddard                       :
1275 West Washington                                    :
Phoenix, Arizona 85007-2926                             :
                                                        :
STATE OF ARKANSAS                                       :
by Attorney General Mike Beebe                          :
323 Center Street, Suite 200                            :
Little Rock, Arkansas 72201                             :
                                                        :
STATE OF CALIFORNIA                                     :
by Attorney General Bill Lockyear                       :
1515 Clay St.                                           :
Oakland, California 94612                               :
                                                        :
STATE OF DELAWARE                                       :
by Attorney General M. Jane Brady                       :
Carvel State Office Building                            :
820 N. French Street                                    :
Wilmington, Delaware 19801                              :
                                                        :
DISTRICT OF COLUMBIA                                    :
by Attorney General Robert J. Spagnoletti               :
441 Fourth Street, NW, Suite 450N                       :
Washington, District of Columbia 20001                  :
                                                        :
                                                        :
```

STATE OF FLORIDA                            :
by Attorney General Charles J. Crist, Jr.   :
PL-01 The Capitol                           :
Tallahassee, Florida 32399                  :
                                            :
STATE OF IDAHO                              :
by Attorney General Lawrence Wasden         :
650 W. State Street, Lower Level            :
Boise, Idaho 84720-0010                     :
                                            :
STATE OF ILLINOIS                           :
by Attorney General Lisa Madigan            :
100 West Randolph Street, 13th Floor        :
Chicago, Illinois 60601                     :
                                            :
STATE OF IOWA                               :
by Attorney General Thomas J. Miller        :
2nd Floor, Hoover Office Building           :
East 13th Street and Walnut                 :
Des Moines, Iowa 50319                      :
                                            :
STATE OF KANSAS                             :
by Attorney General Phill Kline             :
120 SW 10th Street, 2nd Floor               :
Topeka, Kansas 66612                        :
                                            :
COMMONWEALTH OF KENTUCKY                    :
by Attorney General Gregory D. Stumbo       :
1024 Capital Center Drive                   :
Frankfort, Kentucky 40601                   :
                                            :
STATE OF LOUISIANA                          :
by Attorney General Charles C. Foti, Jr.    :
1885 N. 3rd Street, 4th Floor               :
Baton Rouge, Louisiana 70802                :
                                            :
STATE OF MAINE                              :
by Attorney General G. Steven Rowe          :
6 State House Station                       :
Augusta, Maine 04333-0006                   :
                                            :
COMMONWEALTH OF MASSACHUSETTS               :
by Attorney General Thomas F. Reilly        :
One Ashburton Place                         :
Boston, Massachusetts 02108                 :

| | |
|---|---|
| STATE OF MICHIGAN | : |
| by Attorney General Michael A. Cox | : |
| G. Mennen Williams Building, 6th Floor | : |
| 525 W. Ottawa Street | : |
| Lansing, Michigan 48913 | : |
| | : |
| STATE OF MINNESOTA | : |
| by Attorney General Mike Hatch | : |
| 102 State Capitol | : |
| St. Paul, Minnesota 55155-1609 | : |
| | : |
| STATE OF MISSISSIPPI | : |
| by Attorney General Jim Hood | : |
| Post Office Box 22947 | : |
| Jackson, Mississippi 39225 | : |
| | : |
| STATE OF MISSOURI | : |
| by Attorney General Jeremiah (Jay) W. Nixon | : |
| Post Office Box 899 | : |
| Jefferson City, Missouri 65102 | : |
| | : |
| STATE OF NEVADA | : |
| by Attorney General George J. Chanos | : |
| 555 East Washington Avenue, Suite 3900 | : |
| Las Vegas, Nevada 89101 | : |
| | : |
| STATE OF NEW YORK | : |
| by Attorney General Eliot Spitzer | : |
| 120 Broadway, Suite 26C | : |
| New York, New York 10271-0332 | : |
| | : |
| STATE OF NORTH CAROLINA | : |
| by Attorney General Roy Cooper | : |
| 9001 Mail Service Center | : |
| Raleigh, NC 27699-9001 | : |
| | : |
| STATE OF NORTH DAKOTA | : |
| by Attorney General Wayne Stenehjem | : |
| P.O. Box 1054 | : |
| Bismarck, North Dakota 58502-1054 | : |
| | : |
| STATE OF OHIO | : |
| by Attorney General Jim Petro | : |
| Antitrust Section | : |
| 150 East Gay Street, 20th Floor | : |
| Columbus, Ohio 43215 | : |
| | : |

|  |  |
|---|---|
| STATE OF OKLAHOMA<br>by Attorney General W.A. Drew Edmonson<br>4545 N. Lincoln Boulevard, Suite 260<br>Oklahoma City, Oklahoma 73105 | :<br>:<br>:<br>:<br>: |
| STATE OF OREGON<br>by Attorney General Hardy Myers<br>1162 Court Street NE<br>Salem, Oregon 97301 | :<br>:<br>:<br>:<br>: |
| STATE OF RHODE ISLAND<br>by Attorney General Patrick C. Lynch<br>150 South Main Street<br>Providence, Rhode Island 02903 | :<br>:<br>:<br>:<br>: |
| STATE OF SOUTH CAROLINA<br>by Attorney General Henry D. McMaster<br>Rembert C. Dennis Building<br>1000 Assembly Street, Suite 501<br>Columbia, South Carolina 29211-1549 | :<br>:<br>:<br>:<br>:<br>: |
| STATE OF TENNESSEE<br>by Attorney General Paul G. Summers<br>P.O. Box 20207<br>Nashville, Tennessee 37202-0207 | :<br>:<br>:<br>:<br>: |
| STATE OF TEXAS<br>by Attorney General Greg Abbott<br>Post Office Box 12548<br>Austin, Texas 78711 | :<br>:<br>:<br>:<br>: |
| STATE OF UTAH<br>by Attorney General Mark L. Shurtleff<br>160 East 300 South, Fifth Floor<br>Salt Lake City, Utah 84111 | :<br>:<br>:<br>:<br>: |
| and | :<br>: |
| STATE OF VERMONT<br>by Attorney General William H. Sorrell<br>109 State Street<br>Montpelier, Vermont 05609-1001 | :<br>:<br>:<br>:<br>: |
|     Plaintiffs, | :<br>: |
| v. | :<br>: |

4

|   |   |
|---|---|
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD.<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT CORPORATION<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT (US) INC.<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT COMPANY, INC.<br>Union Street, Km. 1.1<br>Fajardo, Puerto Rico 00738<br><br>and<br><br>BARR PHARMACEUTICALS, INC.<br>2 Quaker Road, P.O. Box 2900<br>Pomona, N.Y. 10970-0519<br><br>　　　　Defendants.<br>------------------------------------------------------- | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: x |

## **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd. (collectively "Defendants"), certifies as follows:

　　　　Defendant Warner Chilcott Company, Inc. is a subsidiary of Warner Chilcott Holdings Company III, Limited; no publicly-held corporation owns more than 10% of its stock.

　　Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, the undersigned counsel certifies that there are no parent companies, subsidiaries or affiliates of Warner Chilcott Company Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

December 9, 2005                                                      Respectfully submitted,

                                              By:    /s/
                                                     Kevin J. Arquit, #438511
                                                     Charles E. Koob, *pro hac vice* pending
                                                     SIMPSON THACHER & BARTLETT LLP
                                                     425 Lexington Avenue
                                                     New York, New York 10017
                                                     (212) 455-2000

                                                     *Counsel for Defendants*