# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------- x
STATE OF COLORADO                                       :
by Attorney General John W. Suthers                     :
1525 Sherman Street, Fifth Floor                        :
Denver, Colorado 80203                                  :   Civil Action No: 1:05CV02182 (CKK)
                                                        :   Judge Colleen Kollar-Kotelly
COMMONWEALTH OF VIRGINIA                                :
by Attorney General Judith Williams Jagdmann            :
900 East Main Street                                    :
Richmond, Virginia 23219                                :
                                                        :
STATE OF MARYLAND                                       :
by Attorney General J. Joseph Curran, Jr.               :
200 St. Paul Street                                     :
Baltimore, Maryland 21202                               :
                                                        :
STATE OF ALASKA                                         :
by Attorney General David W. Marquez                    :
1031 W. 4th Avenue #200                                 :
Anchorage, Alaska 99501                                 :
                                                        :
STATE OF ARIZONA                                        :
by Attorney General Terry Goddard                       :
1275 West Washington                                    :
Phoenix, Arizona 85007-2926                             :
                                                        :
STATE OF ARKANSAS                                       :
by Attorney General Mike Beebe                          :
323 Center Street, Suite 200                            :
Little Rock, Arkansas 72201                             :
                                                        :
STATE OF CALIFORNIA                                     :
by Attorney General Bill Lockyear                       :
455 Golden Gate Avenue, Suite 11000                     :
San Francisco, California 94102                         :
                                                        :
STATE OF DELAWARE                                       :
by Attorney General M. Jane Brady                       :
Carvel State Office Building                            :
820 N. French Street                                    :
Wilmington, Delaware 19801                              :
                                                        :
                                                        :
```

| | |
|---|---|
| DISTRICT OF COLUMBIA<br>by Attorney General Robert J. Spagnoletti<br>441 Fourth Street, NW, Suite 450N<br>Washington, District of Columbia 20001 | :<br>:<br>:<br>:<br>: |
| STATE OF FLORIDA<br>by Attorney General Charles J. Crist, Jr.<br>PL-01 The Capitol<br>Tallahassee, Florida 32399 | :<br>:<br>:<br>:<br>: |
| STATE OF IDAHO<br>by Attorney General Lawrence Wasden<br>650 W. State Street, Lower Level<br>Boise, Idaho 84720-0010 | :<br>:<br>:<br>:<br>: |
| STATE OF ILLINOIS<br>by Attorney General Lisa Madigan<br>100 West Randolph Street, 13th Floor<br>Chicago, Illinois 60601 | :<br>:<br>:<br>:<br>: |
| STATE OF IOWA<br>by Attorney General Thomas J. Miller<br>2nd Floor, Hoover Office Building<br>East 13th Street and Walnut<br>Des Moines, Iowa 50319 | :<br>:<br>:<br>:<br>:<br>: |
| STATE OF MICHIGAN<br>by Attorney General Michael A. Cox<br>G. Mennen Williams Building, 6th Floor<br>525 W. Ottawa Street<br>Lansing, Michigan 48913 | :<br>:<br>:<br>:<br>:<br>: |
| STATE OF MISSISSIPPI<br>by Attorney General Jim Hood<br>Post Office Box 22947<br>Jackson, Mississippi 39225 | :<br>:<br>:<br>:<br>: |
| STATE OF MISSOURI<br>by Attorney General Jeremiah (Jay) W. Nixon<br>Post Office Box 899<br>Jefferson City, Missouri 65102 | :<br>:<br>:<br>:<br>: |
| STATE OF NEW YORK<br>by Attorney General Eliot Spitzer<br>120 Broadway, Suite 26C<br>New York, New York 10271-0332 | :<br>:<br>:<br>:<br>: |

| | |
|---|---|
| STATE OF NORTH CAROLINA<br>by Attorney General Roy Cooper<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 | :<br>:<br>:<br>:<br>: |
| STATE OF OHIO<br>by Attorney General Jim Petro<br>Antitrust Section<br>150 East Gay Street, 20th Floor<br>Columbus, Ohio 43215 | :<br>:<br>:<br>:<br>:<br>: |
| STATE OF OREGON<br>by Attorney General Hardy Myers<br>1162 Court Street NE<br>Salem, Oregon 97301 | :<br>:<br>:<br>:<br>: |
| STATE OF SOUTH CAROLINA<br>by Attorney General Henry D. McMaster<br>Rembert C. Dennis Building<br>1000 Assembly Street, Suite 501<br>Columbia, South Carolina 29211-1549 | :<br>:<br>:<br>:<br>:<br>: |
| and | :<br>: |
| STATE OF TEXAS<br>by Attorney General Greg Abbott<br>Post Office Box 12548<br>Austin, Texas 78711 | :<br>:<br>:<br>:<br>: |
|     Plaintiffs | :<br>: |
| v. | :<br>: |
| WARNER CHILCOTT HOLDINGS COMPANY<br>III, LTD.<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129 | :<br>:<br>:<br>:<br>: |
| WARNER CHILCOTT CORPORATION<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129 | :<br>:<br>:<br>: |
| WARNER CHILCOTT (US) INC.<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129 | :<br>:<br>:<br>: |

3

| | |
|---|---|
| WARNER CHILCOTT COMPANY, INC.<br>Union Street, Km. 1.1<br>Fajardo, Puerto Rico 00738<br><br>and<br><br>BARR PHARMACEUTICALS, INC.<br>2 Quaker Road, P.O. Box 2900<br>Pomona, N.Y. 10970-0519<br><br>        Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x |

---

### ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Kevin J. Arquit hereby gives notice of his entry of appearance on behalf of Defendant Warner Chilcott Company, Inc.

December 9, 2005

                                                             Respectfully submitted,

By:   /s/ _____
          Kevin J. Arquit, #438511
          SIMPSON THACHER & BARTLETT LLP
          425 Lexington Avenue
          New York, New York 10017
          (212) 455-2000

          *Counsel for Defendants*