UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF COLORADO, et al.,<br>            Plaintiffs<br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., et al.,<br>            Defendants | Civil Action No. 1:05-cv-02182-CKK |

ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Meredyth Smith Andrus as counsel in this case for the State of Maryland and for the Plaintiff States.

December 13, 2005

Respectfully Submitted,

Meredyth Smith Andrus
Assistant Attorney General
Office of the Attorney General
Antitrust Division
200 St. Paul Place
Baltimore, MD  21202
(410) 576-6470
mandrus@oag.state.md.us

Counsel for Plaintiff States