**SIMPSON THACHER & BARTLETT LLP**

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE: (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-2970

E-MAIL ADDRESS
ckoob@stblaw.com

March 8, 2006

**VIA EMAIL**

Thomas H. Brock
Bureau of Competition
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C.  20580

Dear Tom:

It was a pleasure speaking with you on Monday. I believe from our conversation that the discovery stipulation tendered by plaintiffs last week represents a significant step forward in our negotiations.

While we have made substantial progress, there are some issues that will merit further discussion and are unlikely to be worked out by the end of the day. For example, as we discussed Monday, defendants are concerned that paragraph 5 presents a loophole through which all discovery may be taken. Furthermore, we are concerned that paragraph 16 suspends the time limit for depositions, but only as to defendants' employees – regardless of their positions – and third parties. Finally, defendants believe it would be premature at this stage in the litigation to waive any objection to duplicative or cumulative discovery that may arise. We are discussing these issues with counsel for Barr and are drafting proposed language that will deal with them.

I look forward to our continued discussions regarding these issues in the near future.

Sincerely,

*Charles E. Koob*

Charles E. Koob

cc:   Devin Laiho
      Linda Nussbaum
      Kevin Love
      Karen Walker