UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
STATE OF COLORADO, *et al.*,          :
    Plaintiffs,                                      :
                                                                       :
v.                                                                    :   Civil Action No: 1:05CV02182 (CKK)
                                                                       :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY   :
III, LTD., *et al.*,                           :
    Defendants.                                   :
---------------------------------------------------------- x

# ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Peter C. Thomas hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.

April 3, 2006                                         Respectfully submitted,

                                                      By:    /s/ Peter C. Thomas
                                                               Peter C. Thomas, D.C. Bar #495928
                                                               SIMPSON THACHER & BARTLETT LLP
                                                               555 11th Street, N.W.
                                                               Suite 725
                                                               Washington, D.C. 20004
                                                              (202) 220-7700

                                                             *Counsel for Defendants*