## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>     v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>                    Defendants. | Civil Action No. 1:05CV02179<br><br>Judge Colleen Kollar-Kotelly |
| STATE OF COLORADO, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>                    Defendants. | Civil Action No. 1:05CV02182<br><br>Judge Colleen Kollar-Kotelly<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION
## FOR ENTRY OF A CASE MANAGEMENT ORDER

Pursuant to the Court's Minute Order dated April 4, 2006, Defendants in the above-captioned cases request that the Court enter the Proposed Case Management Order attached hereto as Exhibit A.  Defendants have consulted with Plaintiffs pursuant to Local Rule 7(m) and represent that Plaintiffs in the above-captioned cases consent to the entry of the attached Proposed Case Management Order.


| April 14, 2006 | Respectfully submitted, |
|---|---|
| /s/ Peter C. Thomas | /s/ Karen N. Walker |
| Peter C. Thomas, D.C. Bar # 495928<br>Charles E. Koob, *pro hac vice*<br>SIMPSON THACHER & BARTLETT LLP<br>555 11th Street, N.W.<br>Suite 725<br>Washington, D.C.  20004<br>(202) 220-7700 | Karen N. Walker, D.C. Bar #412137<br>Mark L. Kovner, D.C. Bar # 430431<br>Chong S. Park, D.C. Bar # 463050<br>KIRKLAND & ELLIS LLP<br>655 15th Street, N.W. 12th Floor<br>Washington, D.C.  20005<br>(202) 879-5000 |
| *Counsel for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.* | *Counsel for Barr Pharmaceuticals, Inc.* |