# EXHIBIT A



**JOHN W. SUTHERS**
Attorney General

**CYNTHIA H. COFFMAN**
Chief Deputy Attorney General

**DANIEL D. DOMENICO**
Solicitor General

**STATE OF COLORADO
DEPARTMENT OF LAW**

OFFICE OF THE ATTORNEY GENERAL

STATE SERVICES BUILDING
1525 Sherman Street - 5th Floor
Denver, Colorado 80203
Phone (303) 866-4500

May 26, 2006

<u>**VIA SecureDealRoom and E-mail**</u>

Charles E. Koob
Peter C. Thomas
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000

Karen N. Walker
Mark L. Kovner
Chong S. Park
Kirkland & Ellis LLP
Suite 1200
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

RE: Defendants' First Request for the Production of Documents
State of Colorado, et al. v. Warner Chilcott Holdings Co. III, Ltd., et al.
1:05-cv-02182-CKK, U.S. District Court for the District of Columbia

Dear Counsel:

Subject to the objections contained in the Plaintiff States' Objections and Responses to Defendants' First Request for the Production of Documents and Defendants' First Set of Interrogatories, enclosed are all documents that are responsive to the Defendants' First Request for the Production of Documents from the Plaintiff States, except for those documents that are privileged, otherwise prohibited from disclosure by law, are duplicative of documents already produced to the Defendants, or were otherwise objected to in the above-referenced response.

Also excluded from this production are any documents previously produced by the Defendants to the Plaintiff States and/or the Federal Trade Commission.

Certain documents are marked "Confidential" or "Highly Confidential" pursuant to the Case Management Order.

The documents bear document identification numbers OV DC 00001 through OV DC 00032, and are contained in a PDF file.

Page 2

                    Sincerely,

                    FOR THE ATTORNEY GENERAL

                    /s/  Devin Laiho_____

                    DEVIN LAIHO
                    Assistant Attorney General
                    Consumer Protection Section
                    1525 Sherman Street, 5th Floor
                    Denver, Colorado 80203
                    Phone: 303-866-5079
                    Email: Devin.Laiho@state.co.us

cc:    All electronic service recipients via SecureDealRoom (without documents)