UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF COLORADO, et al.,<br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., et al.,<br>Defendants. | Civil Action No. 1:05-cv-02182-CKK |

PLAINTIFF STATES' UNOPPOSED MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT

Plaintiff States, by and through their Attorneys General, respectfully request leave of Court to file their Second Amended Complaint, attached as Exhibit A, and state as follows:

1. On November 11, 2005, Plaintiff States filed this action, alleging that Defendants' agreement violates Section 1 of the Sherman Act, 15 U.S.C. § 1. In addition, the Plaintiff States also allege violations of related state laws.

2. On December 2, 2005, Plaintiff States amended their complaint to add the Plaintiff Commonwealths of Kentucky and Massachusetts, the Plaintiff States of Kansas, Louisiana, Maine, Minnesota, Nevada, North Dakota, Oklahoma, Rhode Island, Tennessee, Utah, and Vermont, and their respective state law claims. The first amended complaint also removed Galen (Chemicals), Ltd. and added Warner Chilcott Company, Inc. as Defendants.

3. Pursuant to Fed. R. Civ. Proc. 15(a), the defendants have consented in writing (attached as Exhibit B) to the filing of the Plaintiff States' Second Amended Complaint,

the original of which is attached, as amended, pursuant to LCvR 7(i) and LCvR 15.1. This Second Amended Complaint makes the following modifications to the First Amended Complaint filed on December 2, 2005:

    a)  The complaint updates the captions and signature blocks for the Commonwealth of Virginia, and the States of Delaware and Ohio.

    b)  The signature blocks for the Commonwealths of Kentucky and Massachusetts and the States of Maryland, California, Florida, Kansas, Michigan, and Rhode Island have been modified.

    c) Paragraphs 9, 21, 28, 68, 69, and 72 have been modified to clarify the capacity in which the Plaintiff States bring this action.

    d)  The complaint adds a new Paragraph 72, which alleges injury to the Plaintiff States' general economies. All subsequent paragraphs have been renumbered to account for this addition.

    e)  All paragraphs in the complaint that previously referred to paragraph 72 now refer to paragraph 73.

4. Defendants would not be prejudiced by the amendment of Plaintiffs States' First Amended Complaint.

5. Pursuant to LCvR 7(m), counsel for the Plaintiff States have conferred with counsel for Defendants, who have indicated that they do not object to this motion, subject to their rights to move to dismiss the Second Amended Complaint in whole or in part and without waiving their right to seek to compel the Plaintiff States to produce certain disputed discovery.

DATED: July 14, 2006

Respectfully submitted,

PLAINTIFF STATES

STATE OF COLORADO
JOHN W. SUTHERS
Attorney General

/s/ Devin M. Laiho
DEVIN M. LAIHO
Assistant Attorney General

Consumer Protection Section
Attorneys for the State of Colorado
1525 Sherman Street, 5th Floor
Denver, Colorado 80203
Telephone: 303-866-5079
Devin.Laiho@state.co.us

*On behalf of the Plaintiff States*