**Devin Laiho - Proposed Second Amended Complaint**

---

**From:** "Thomas, Peter C" <pthomas@stblaw.com>
**To:** "Devin Laiho" <devin.laiho@state.co.us>
**Date:** 7/12/06 2:36 PM
**Subject:** Proposed Second Amended Complaint
**CC:** "Karen Walker" <kwalker@kirkland.com>

---

Devin,

This will confirm that Defendants consent to the Plaintiff States' filing of the Second Amended Complaint subject to the same reservations as before regarding discovery and Defendants' rights to move to dismiss.

Regards,
Peter

---

**From:** Devin Laiho [mailto:devin.laiho@state.co.us]
**Sent:** Tuesday, July 11, 2006 5:21 PM
**To:** Thomas, Peter C
**Subject:** RE: Ovcon: Letter re Second Amended Complaint

I was quite confused last night, but now I understand what happened.  Attached is our latest redlined complaint.  I anticipate that this is the version that we will file.  Please confirm that the defendants continue to consent to the filing of our Second Amended Complaint with its new revisions.  If I don't hear back from you by the close of business Wednesday, I will understand that Karen Walker's previous letter to the states (indicating the defendants' consent) remains in effect.  Thanks.

Devin

>>> "Thomas, Peter C" <pthomas@stblaw.com> 7/11/06 12:14:50 PM >>>
Thanks.  Again, the filing yesterday evening was inadvertent, and I apologize if this led to confusion on your end.  We will serve the motion papers but keep an open mind (skeptical as we are) to the possibility of resolving our dispute over the Medicaid data consensually once we see your revised draft of the Second Amended Complaint.

Peter

---

**From:** Devin Laiho [mailto:devin.laiho@state.co.us]
**Sent:** Tuesday, July 11, 2006 12:27 PM
**To:** Thomas, Peter C
**Subject:** RE: Ovcon: Letter re Second Amended Complaint

Peter,

Because the motion was filed yesterday evening, I refrained from circulating the revised draft of the Second Amended Complaint to you.  Rather, I planned on doing so later today, after the complaint is

finalized. I will circulate our latest draft to you in redline form (as compared to the First Amended Complaint) later today. While you might not be satisified with the revisions, I wanted you to be aware that some revisions had been made, and want to ensure that the defendants still consent to the filing of the complaint with its revisions.

Please call me on my direct line (303-866-5133) if you have any questions.

Devin

Devin M. Laiho, Assistant Attorney General
State of Colorado Department of Law
1525 Sherman Street - Fifth Floor
Denver, Colorado 80203
ph: 303.866.5079
fax: 303.866.4916
Devin.Laiho@state.co.us

The information contained in this electronic transmission is confidential, and it may be legally privileged or otherwise protected from disclosure by law. This transmission is only for the intended recipients. If you are not an intended recipient, please do not read any more of this transmission, and do not save, distribute or copy it for anyone other than an intended recipient. If you receive this transmission in error, please notify us by calling the telephone number set out above, and destroy the transmission you received. Thank you.

>>> "Thomas, Peter C" <pthomas@stblaw.com> 7/11/06 8:02:41 AM >>>
Devin,

When I received your email yesterday, I asked that our motion to compel not be filed pending review last night or this morning of the Plaintiff States' further draft of a Second Amended Complaint. Although we believed the presses had been successfully stopped, I just learned that inadvertently our motion was in fact docketed. It has not yet been served. We are willing to withdraw the motion pending review of the States' further draft complaint today in a final effort to avoid motion practice. Alternatively, if the draft you previously sent was in fact the draft you intended to forward again, we should simply proceed to serve the papers. Please contact me to discuss.

Regards,
Peter

---

**From:** Thomas, Peter C
**Sent:** Monday, July 10, 2006 6:45 PM
**To:** 'Devin Laiho'
**Cc:** 'Karen Walker'
**Subject:** RE: Ovcon: Letter re Second Amended Complaint

Here is the attachment.

---

**From:** Thomas, Peter C
**Sent:** Monday, July 10, 2006 6:44 PM
**To:** 'Devin Laiho'

**Cc:** 'Karen Walker'
**Subject:** RE: Ovcon: Letter re Second Amended Complaint
**Importance:** High

Devin,

This is the first we've heard that the Plaintiff States may be proposing additional changes to the First Amended Complaint beyond the draft of the Second Amended Complaint previously sent to us. That draft is attached for your reference. While we are skeptical to put it mildly that such changes will resolve our discovery dispute with the States, we will review your further draft of the pleading. If our skepticism turns out to be warranted, we will proceed with the motion to compel.

Regards,
Peter

---

**From:** Devin Laiho [mailto:devin.laiho@state.co.us]
**Sent:** Monday, July 10, 2006 6:03 PM
**To:** Thomas, Peter C
**Subject:** RE: Ovcon: Letter re Second Amended Complaint

Peter,

I've been on the phone most of the day, so I haven't yet been able to call. However, I want to ensure that you have a copy of the Second Amended Complaint before you before you file your motion to compel, so that you can fully consider the changes we've made before filing your motion. I will circulate it to you later this evening.

Devin

Devin M. Laiho, Assistant Attorney General
State of Colorado Department of Law
1525 Sherman Street - Fifth Floor
Denver, Colorado 80203
ph: 303.866.5079
fax: 303.866.4916
Devin.Laiho@state.co.us

The information contained in this electronic transmission is confidential, and it may be legally privileged or otherwise protected from disclosure by law. This transmission is only for the intended recipients. If you are not an intended recipient, please do not read any more of this transmission, and do not save, distribute or copy it for anyone other than an intended recipient. If you receive this transmission in error, please notify us by calling the telephone number set out above, and destroy the transmission you received. Thank you.

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

To Call Write Directly:
202 879-5096
kwalker@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200
Dir. Fax: 202 879-5200

June 29, 2006

By Electronic Mail and Electronic Filing Service

Devin M. Laiho, Esq.
Assistant Attorney General
Office of the Attorney General
1525 Sherman Street, 5th Floor
Denver, CO 80203
devin.laiho@state.co.us

Re: *State of Colorado, et al. v. Warner Chilcott Holdings Co. III, Ltd., et al.*, Civ. Action No. 1:05-CV-02182-CKK

Dear Devin:

      I write as a follow-up to our June 23, 2006 meet and confer during which we discussed the Plaintiff States' proposed Second Amended Complaint. While Defendants do not oppose your filing of this amended complaint, we assert that your amendments do not resolve our pending discovery disputes. Defendants therefore consent to your filing of this Second Amended Complaint but reserve all rights, including, but not limited to, the right to move to dismiss some or all claims on applicable grounds and the right to move to compel compliance with Defendants' discovery requests.

Sincerely,

/s/ Karen Walker

Karen N. Walker

cc: Thomas H. Brock, Esq.
    Peter C. Thomas, Esq.