# EXHIBIT A

**Arizona**
Ariz. Const. art. V, § 1

**Arkansas**
Ark. Const. art. 6, §§ 1, 3
Ark. Const. amend. 63, § 1
Ark. Const. amend. 73, § 1

**California**
Cal. Const. art. 5, § 11
Cal. Gov't Code §§ 12510, 12511, 12550, 15000, 15001, 15002.5

**Colorado**
Colo. Const. art IV, §§ 1, 3

**Delaware**
Del. Const. of 1897, art. III, § 21.
Del. Code. Ann. tit. 29, § 2501, et seq.

**Florida**
Fla. Const. art. IV, §§ 4, 5, 6

**Idaho**
Idaho Const. art. IV, § 1.
Idaho Code § 67-1401(2)

**Illinois**
Ill. Const. art. V, §§ 1-3, 15
15 Ill. Comp. Stat. 15/3.1

**Iowa**
Iowa Cont. art. V, § 12
Iowa Code §§ 13.1-13.7

**Kansas**
Kan. Const. art. 1, § 1
Kan. Stat. Ann. §§ 25-101, 25-4001, 75-704

**Kentucky**
Ky. Const. § 91

**Louisiana**
La. Const. of 1974 art. IV, § 8
La. Rev. Stat. § 36:701

**Maine**
Me. Const. art. IX, § 11
Me. Rev. Stat. Ann. tit. 5, §§ 191-205
*See also Superintendent of Insurance v. Attorney General; Attorney General v. Superintendent of Insurance; Dee and Marie Brown v. Superintendent of Insurance*, 558 A.2d 1197 (Me.1989).

**Maryland**
Md. Code Ann., State Gov't § 6-101, et seq.

**Massachusetts**
Mass. Gen. Laws ch. 12, §1
Mass. Const. amend. art. LXIV, § 1, amended by amend. art. LXXXII

**Michigan**
Mich. Const. art. V, §§ 3, 21

**Minnesota**
Minn. Const. art. V, § 1

**Mississippi**
Miss Const. art. 6, § 173
Miss. Code Ann. § 7-5-1

**Missouri**
Mo. Const. art. IV, § 17, 18

**Nevada**
Nev. Const. art. 5, §§ 19, 21
Nev. Rev. Stat. § 228.020

**New York**
N.Y. Const. art. V, § 1

**North Carolina**
N.C. Const. art. III, § 7
N.C. Gen. Stat. § 114-1
N.C. Gen. Stat. § 143A-49

**North Dakota**
N.D. Const. art. V
N.D. Cent. Code § 54-12

**Ohio**
Ohio Const. art. III, §§1, 2
Ohio Rev. Code Ann. §109.01

**Oklahoma**
Okla. Const. art. VI, §§ 1, 4

**Oregon**
Or. Rev. Stat. §§ 180.010, 180.020

**Rhode Island**
R.I. Const. art. 4, §§ 1, 2
R.I. Const. art. 12

**South Carolina**
S.C. Const. art. VI, § 7
S.C. Const. art. V, § 24
S.C. Code Ann. § 1-1-110

**Tennessee**
Tenn. Const. art. 6, § 5
Tenn. Code Ann. § 8-6-101

**Texas**
Tex. Const. art. 4, §§ 1, 2, 22

**Utah**
Utah Const. art. VII, §§ 1, 16
*See also Hansen v. Utah State Retirement Bd.,* 652 P. 2d 1332 (1982).

**Vermont**
Vt. Stat. Ann. tit. 3, §§ 151, 159

**Virginia**
Va. Const. Art. V, § 15