SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE

NEW YORK, N.Y. 10017-3954

(212) 455-2000

————

FACSIMILE: (212) 455-2502

DIRECT DIAL NUMBER

212-455-3527

E-MAIL ADDRESS

arizzi@stblaw.com

BY EMAIL                                    June 21, 2006

Devin M. Laiho, Esq.
Assistant Attorney General
Office of the Attorney General
1525 Sherman Street, 5th Floor
Denver, CO 80203

Dear Devin:

   As a follow-up to our meet and confer by telephone last Friday, June 16, 2006, I write to confirm our understanding of the parties' positions regarding certain issues raised by the Plaintiff States' responses to the Defendants' First Set of Interrogatories and Document Requests.

   The Plaintiff States have expressly alleged, *inter alia*, that the Option and License Agreement between Barr and Warner Chilcott (the "Agreement") is anticompetitive and violates Section 1 of the Sherman Act and various state statutes and common law principles. In their complaint, Plaintiff States specifically allege that the Agreement prevented the Plaintiff States from purchasing a less expensive version of Ovcon 35. Defendants have denied these allegations and have sought discovery from the Plaintiff States, including Medicaid program price data. Specifically, Defendants have requested, among other things, Medicaid data sufficient to show the effect, if any, that generic entry has had on the prices paid by the Plaintiff States for similar combined hormonal contraceptives. As we explained during our conversation, we believe that the generic entry of a combined hormonal contraceptive actually raises the price paid by the Plaintiff States and the requested data will speak directly to this point.

   Despite the allegations in the First Amended Complaint and the related discovery requests, the Plaintiff States have refused to provide the requested data under the theory that it is not relevant and "is not likely to lead to the discovery of admissible evidence." The Plaintiff States also claim that some of the requested data is not in the possession of the Attorneys General, but rather in the hands of other state agencies. As we pointed out on our call, discovery cannot be limited to the Attorneys General's offices because this action was brought by the sovereign states and the data is in the possession of agents of the sovereign states.

SIMPSON THACHER & BARTLETT LLP

Devin M. Laiho, Esq.                    -2-                    June 21, 2006

        To resolve this impasse and avoid any unnecessary costs, burdens or delays, we propose that the Plaintiff States stipulate that they have not been harmed by the Agreement, and that the Agreement has not prevented the Plaintiff States from purchasing a less-expensive generic version of Ovcon 35, and that had Barr introduced its generic version of Ovcon 35 on or after April 2004, the cost per unit of its generic to the Medicaid programs of the Plaintiff States would have been higher than for Ovcon 35. To that end, I attach a draft stipulation for your review. If the Plaintiff States will agree to the attached stipulation, the Defendants will agree not to move to compel the Plaintiff States to produce Medicaid-related documents and other Medicaid information in response to Document Request Nos. 11, 12 and 13 of Defendants' First Request for Production of Documents and Interrogatory No. 6 of Defendants' First Set of Interrogatories.

        Alternatively, the Defendants are willing, for now, to limit their request for Medicaid data to the materials requested by the attached spreadsheet. Of course, Defendants expressly reserve the right to seek full compliance with the discovery requests at a later date, if necessary.

        If the Plaintiff States are unwilling to sign the stipulation or produce the limited data requested in the spreadsheet, it will place substantial additional discovery burdens on the parties. The Defendants will be forced to move to compel production by the Plaintiff States while simultaneously subpoenaing over 35 state agencies that may be in possession of the requested data. This will be a time-consuming and costly exercise for all parties. Accordingly, please let me know by the time of our call this Friday at 2:00 p.m. (Eastern) if the Plaintiff States will agree to the proposed stipulation or, alternatively, to provide the specific information sought in the attached spreadsheet. Otherwise, we will consider our obligation to meet and confer with the Plaintiff States as fulfilled and reserve the right to seek the Court's intervention to compel the requested information.

                          *        *        *

        I look forward to speaking to you this Friday.

                                        Very truly yours,

                                        Annette C. Rizzi

Attachments

cc:     Thomas H. Brock, Esq.
        Karen N. Walker, Esq.
        Peter C. Thomas, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF COLORADO, *et. al.*, | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) Civil Action No: 1:05CV02182 (CKK) |
| | ) |
| WARNER CHILCOTT HOLDINGS COMPANY | ) |
| III, LTD., *et. al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## <u>STIPULATION</u>

**IT IS HEREBY STIPULATED AND AGREED**, by and between the

undersigned counsel for defendants Warner Chilcott Holdings Company, III, Ltd., Warner

Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc. (together

"Warner Chilcott") and Barr Pharmaceuticals, Inc. ("Barr") (collectively the "Defendants") and

plaintiffs the States of Colorado, Maryland, Alaska, Arizona, Arkansas, California, Delaware,

Florida, Idaho, Illinois, Iowa, Kansas, Louisiana, Maine, Michigan, Minnesota, Mississippi,

Missouri, Nevada, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Rhode

Island, South Carolina, Tennessee, Texas, Utah, and Vermont, the Commonwealths of Kentucky,

Massachusetts, and Virginia, and the District of Columbia (collectively the "Plaintiff States") as

follows:

**WHEREAS** on December 2, 2005, the Plaintiff States filed their First Amended

Complaint against the Defendants in the above action alleging that Defendants violated Section 1

of the Sherman Act and various state statutes and common law principles by entering into an

Option and License Agreement (the "Agreement");

**WHEREAS** on December 19, 2005, the Defendants filed their Answers to the First Amended Complaint and denied that they violated the Sherman Act or any of the state statutes or common law principles by entering into the Agreement;

**WHEREAS** the Defendants have served certain Document Requests and Interrogatories seeking discovery from the Plaintiff States, including Medicaid program price data;

**THEREFORE, IT IS STIPULATED AND AGREED THAT**:

1.     The Agreement did not prevent the Plaintiff States from purchasing a less-expensive generic version of Ovcon 35.

2.     Had Barr introduced its generic version of Ovcon 35 on or after April 2004 the cost per unit of its generic to the Medicaid programs of the Plaintiff States would have been higher than for Ovcon 35.

3.     The Plaintiff States have not been harmed by the Agreement.

4.     Based on the foregoing stipulations, the Defendants agree not to move to compel the Plaintiff States to produce Medicaid-related documents and other Medicaid information in response to Document Request Nos. 11, 12 and 13 of Defendants' First Request for Production of Documents and Interrogatory No. 6 of Defendants' First Set of Interrogatories.

5.     Each individual signing this Stipulation represents and warrants that he or she has full authority to do so on behalf of the Party he or she represents in the action.

6.     This Stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same Stipulation.

Dated:  June __, 2006

STATE OF COLORADO

JOHN W. SUTHERS
Attorney General


By: _____

        Devin M. Laiho
        Assistant Attorney General
        Consumer Protection Section
        1525 Sherman Street, 5th Floor
        Denver, CO  80203
        Tel: (303) 866-5079

*Counsel for the State of Colorado*


Dated:  June __, 2006

COMMONWEALTH OF VIRGINIA

JUDITH WILLIAMS JAGDMANN
Attorney General

By: _____

        Sarah Oxenham Allen
        Jennifer L. Gobble
        Assistant Attorneys General
        Antitrust & Consumer Litigation
        Section
        900 East Main Street
        Richmond, Virginia 23219
        Telephone: 804-786-6557

*Counsel for the Commonwealth of Virginia*


Dated:  June __, 2006

STATE OF MARYLAND

J. JOSEPH CURRAN, JR.
Attorney General

By: _____

        MEREDYTH SMITH ANDRUS
        Assistant Attorney General
        Ellen S. Cooper
        Chief, Antitrust Division

4

200 St. Paul Street
Baltimore, Maryland 21202
Telephone: 410-576-6470

*Counsel for the State of Maryland*

Dated: June ___, 2006

STATE OF ALASKA

DAVID W. MARQUEZ
Attorney General

By: _____
  Clyde E. Sniffen, Jr
  Assistant Attorney General
  Fair Business and Commercial Section
  Alaska Attorney General's Office
  1031 W. 4th. Avenue # 200
  Anchorage, Alaska 99501
  Telephone: 907-269-5200

*Counsel for the State of Alaska*

Dated: June ___, 2006

STATE OF ARIZONA

TERRY GODDARD
Attorney General

By: _____
  Nancy M. Bonnell
  Antitrust Unit Chief
  Public Advocacy Division
  Office of the Attorney General
  1275 West Washington
  Phoenix, Arizona 85007-2926
  Telephone: 602-542-7752

*Counsel for the State of Arizona*

Dated:  June __, 2006

STATE OF ARKANSAS

MIKE BEEBE
Attorney General of Arkansas

By:     _____

Teresa Marks
Deputy Attorney General for Public
Protection
Bradford J. Phelps
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Telephone: 501-682-3625

*Counsel for the State of Arkansas*

Dated:  June __, 2006

STATE OF CALIFORNIA

BILL LOCKYER
Attorney General

By:     _____

Richard M. Frank
Chief Deputy Attorney General
J. Thomas Greene
Chief Assistant Attorney General
Kathleen E. Foote
Senior Assistant Attorney General
Ann Marie Marciarille
Deputy Attorney General
Office of the Attorney General
P.O. Box 70550
1515 Clay Street
Oakland, California 94612
Telephone: 510-622-2221

*Counsel for the State of California*

Dated:  June __, 2006

STATE OF DELAWARE

M. JANE BRADY
Attorney General

By:    _____
      Michael A. Undorf
      Deputy Attorney General
      Delaware Department of Justice
      820 N. French St., 5th Floor
      Wilmington, Delaware 19801
      Telephone: 302-577-8924

*Counsel for the State of Delaware*

Dated:  June __, 2006

DISTRICT OF COLUMBIA

ROBERT J. SPAGNOLETTI
Attorney General

By:    _____
      David M. Rubenstein
      Deputy Attorney General
      Public Safety Division
      Bennett Rushkoff (#386925)
      Chief, Consumer and Trade Protection
      Section
      Don A. Resnikoff
      Assistant Attorney General
      Anika Sanders Cooper (#458863)
      Assistant Attorney General
      Office of the Attorney General for the
      District of Columbia
      441 Fourth Street, NW, Suite 450N
      Washington, D.C.  20001
      Telephone: 202-727-6241

*Counsel for the District of Columbia*

Dated:  June __, 2006

STATE OF FLORIDA

CHARLES J. CRIST, JR.
Attorney General

By:    _____
Patricia A. Conners
Director, Antitrust Division
Elizabeth G. Arthur
Assistant Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
Phone: 850-414-3300

*Counsel for the State of Florida*

Dated:  June __, 2006

STATE OF IDAHO

LAWRENCE G. WASDEN
Attorney General

By:    _____
Brett T. DeLange
Deputy Attorney General
Consumer Protection Unit
Office of the Attorney General
Len B. Jordan Building
650 W. State St., Lower Level
P. O. Box 83720
Boise, Idaho 83720-0010
Telephone: 208-334-2424

*Counsel for the State of Idaho*

Dated:  June __, 2006

STATE OF ILLINOIS

LISA MADIGAN
Attorney General

By:    _____
Robert W. Pratt
Chief, Antitrust Bureau
Office of the Attorney General
100 W. Randolph Street, 13th Floor

Chicago, Illinois 60601
Telephone: 312-814-3722

*Counsel for the State of Illinois*

Dated: June ___, 2006

STATE OF IOWA

THOMAS J. MILLER
Attorney General

By: _____

John. F. Dwyer
Attorney
Layne M. Lindebak
Assistant Attorney General
2nd Floor, Hoover Office Building
East 13th & Walnut Street
Des Moines, Iowa 50319
Telephone: 515-281-7054

*Counsel for the State of Iowa*

Dated: June ___, 2006

STATE OF KANSAS

PHILL KLINE
Attorney General

By: _____

Karl R. Hansen
Assistant Attorney General
120 SW 10th Street, 2nd Floor
Topeka, Kansas 66612
Telephone: 785-296-2215

*Counsel for the State of Kansas*

Dated: June ___, 2006

COMMONWEALTH OF KENTUCKY

GREGORY D. STUMBO
Attorney General

By: _____

David R. Vandeventer
Assistant Attorney General
Consumer Protection Division
1024 Capital Center Dr.
Frankfort, Kentucky 40601
Telephone: 502-696-5389

*Counsel for the Commonwealth of Kentucky*

Dated:  June \_\_, 2006          STATE OF LOUISIANA

CHARLES C. FOTI, JR.
Attorney General


By:    _____
       Jane Bishop Johnson
       Assistant Attorney General
       1885 N. 3rd Street, 4th Floor
       Baton Rouge, Louisiana 70802
       Telephone: 225-326-6467

*Counsel for the State of Louisiana*

Dated:  June \_\_, 2006          STATE OF MAINE

G. STEVEN ROWE
Attorney General

By:    _____
       Christina Moylan
       Assistant Attorney General
       6 State House Station
       Augusta, Maine 04333-0006
       Telephone: 207-626-8800

*Counsel for the State of Maine*

Dated:  June ___, 2006

COMMONWEALTH OF
MASSACHUSETTS

THOMAS F. REILLY
Attorney General

By:    _____

      Judith M. Whiting
      Assistant Attorney General
      Consumer Protection and Antitrust
      Division
      Office of the Attorney General
      Commonwealth of Massachusetts
      One Ashburton Place
      Boston, Massachusetts 02108
      Telephone: 617-727-2200, ext. 2959

*Counsel for the Commonwealth of Massachusetts*

Dated:  June ___, 2006

STATE OF MICHIGAN

MICHAEL A. COX
Attorney General

By:    _____

      Michelle M. Rick
      Assistant Attorney General
      Special Litigation Division
      Antitrust Section
      G. Mennen Williams Building, 6th
      Floor
      525 W. Ottawa Street
      Lansing, Michigan 48913
      Telephone: 517-373-1123

*Counsel for the State of Michigan*

Dated:  June __, 2006

STATE OF MINNESOTA

MIKE HATCH
Attorney General


By:    _____
          Ann Beimdiek Kinsella
          Manager, Health/Antitrust Division
          Jennifer L. DeKarske
          Assistant Attorney General
          445 Minnesota Street, Suite 1200
          St. Paul, Minnesota 55101
          Telephone: 651-215-1564

*Counsel for the State of Minnesota*


Dated:  June __, 2006

STATE OF MISSISSIPPI

JIM HOOD
Attorney General


By:    _____
          Sondra Simpson McLemore
          Special Assistant Attorney General
          Post Office Box 22947
          Jackson, Mississippi 39225
          Telephone: 601-359-3748

*Counsel for the State of Mississippi*


Dated:  June __, 2006

STATE OF MISSOURI

JEREMIAH (JAY) W. NIXON
Attorney General


By:    _____
          Anne E. Schneider
          Assistant Attorney General
          Antitrust Counsel
          P.O. Box 899
          Jefferson City, Missouri 65102

Telephone: 573-751-8455

*Counsel for the State of Missouri*

Dated:  June ___, 2006

STATE OF NEVADA

GEORGE J. CHANOS
Attorney General


By:    _____
       Eric Witkoski
       Chief Deputy Attorney General
       Consumer Advocate
       Brian Armstrong
       Senior Deputy Attorney General
       Office of the Attorney General Nevada
       Department of Justice
       Bureau of Consumer Protection
       555 East Washington Avenue, Suite 3900
       Las Vegas, Nevada 89101
       Telephone: 702-486-3420

*Counsel for the State of Nevada*

Dated:  June ___, 2006

STATE OF NEW YORK

ELIOT SPITZER
Attorney General

By:    _____
       Jay L. Himes
       Bureau Chief, Antitrust Bureau
       Elinor R. Hoffmann
       Assistant Attorney General, Antitrust Bureau
       New York State Department of Law
       120 Broadway, Suite 26C
       New York, New York 10271-0332
       Telephone: 212-416-8269

*Counsel for the State of New York*

Dated:  June ___, 2006                           STATE OF NORTH CAROLINA

                                                 ROY COOPER
                                                 Attorney General


                                                 By:    _____
                                                         K. D. Sturgis
                                                         Assistant Attorney General
                                                         North Carolina Department of Justice
                                                         9001 Mail Service Center
                                                         Raleigh, North Carolina 27699-9001
                                                         Telephone: 919-716-6000

                                                 *Counsel for the State of North Carolina*


Dated:  June ___, 2006                           STATE OF NORTH DAKOTA

                                                 WAYNE STENEHJEM
                                                 Attorney General


                                                 By:    _____
                                                         Todd A. Sattler, ID No. 05718
                                                         Assistant Attorney General
                                                         Consumer Protection and Antitrust
                                                         Division
                                                         Office of Attorney General
                                                         P.O. Box 1054
                                                         Bismarck, North Dakota 58502-1054
                                                         Telephone: 701-328-5570

                                                 *Counsel for the State of North Dakota*


Dated:  June ___, 2006                           STATE OF OHIO

                                                 JIM PETRO
                                                 Attorney General

                                                 By:    _____
                                                         Mitchell L. Gentile
                                                         Principal Attorney

Antitrust Section
150 East Gay Street, 20th Floor
Columbus, Ohio 43215
Telephone: 614-466-4328

*Counsel for the State of Ohio*

Dated:  June __, 2006                STATE OF OKLAHOMA

W.A. DREW EDMONDSON
Attorney General

By:     _____
        Thomas A. Bates
        Julie Bays
        Assistant Attorneys General
        4545 N. Lincoln Blvd., Suite 260
        Oklahoma City, Oklahoma 73105
        Telephone: 405-522-1013

*Counsel for the State of Oklahoma*

Dated:  June __, 2006                STATE OF OREGON

HARDY MYERS
Attorney General

By:     _____
        Chin See Ming
        Assistant Attorney General
        Oregon Department of Justice
        1162 Court Street NE
        Salem, Oregon 97301
        Telephone: 503-947-4333

*Counsel for the State of Oregon*

Dated:  June __, 2006

STATE OF RHODE ISLAND

PATRICK C. LYNCH
Attorney General

By:    _____
        Edmund F. Murray, Jr.
        Special Assistant Attorney General
        Chief, Antitrust Unit
        Rhode Island Department of Attorney
        General
        150 South Main Street
        Providence, Rhode Island 02903
        Telephone: 401-274-4400 Ext.2401

*Counsel for the State of Rhode Island*

Dated:  June __, 2006

STATE OF SOUTH CAROLINA

HENRY D. McMASTER
Attorney General

By:    _____
        C. Havird Jones, Jr.
        Senior Assistant Attorney General
        P. O. Box 11549
        Columbia, South Carolina 29211
        Telephone: 803-734-3680

*Counsel for the State of South Carolina*

Dated:  June __, 2006

STATE OF TENNESSEE

PAUL G. SUMMERS
Attorney General

By:    _____
        S. Elizabeth Martin
        Senior Counsel
        Antitrust Division
        Tennessee Attorney General's Office
        P.O. Box 20207

Nashville, Tennessee 37202-0207
Telephone: 615-532-5732

*Counsel for the State of Tennessee*

Dated:  June __, 2006                    STATE OF TEXAS

                                         GREG ABBOTT
                                         Attorney General


                                         By:  _____

                                               Mark A. Levy
                                               Assistant Attorney General
                                               P.O. Box 12548
                                               Austin, Texas 78711
                                               Telephone: 512-936-1847

                                         *Counsel for the State of Texas*


Dated:  June __, 2006                    STATE OF UTAH

                                         MARK L. SHURTLEFF
                                         Attorney General


                                         By:  _____

                                               Ronald J. Ockey
                                               Assistant Attorney General
                                               160 East 300 South, Fifth Floor
                                               Salt Lake City, Utah 84111
                                               Telephone: 801-366-0359

                                         *Counsel for the State of Utah*


Dated:  June __, 2006                    STATE OF VERMONT

                                         WILLIAM H. SORRELL
                                         Attorney General


                                         By:  _____

                                               Julie Brill

Assistant Attorney General
109 State Street
Montpelier, Vermont 05609-1001
Telephone: 802-828-3658

*Counsel for the State of Vermont*

Dated:  June __, 2006


SIMPSON THACHER & BARTLETT LLP


By:   _____
      Peter C. Thomas D.C. Bar #495928
      Charles E. Koob, *pro hac vice*
      555 11th Street, N.W.
      Washington, D.C. 20004
      (202) 220-7700
      (202) 270-7702 (fax)

*Counsel for Warner Chilcott Holdings
Company, III, Ltd., Warner Chilcott
Corporation, Warner Chilcott (US) Inc., and
Warner Chilcott Company, Inc.*

Dated:  June __, 2006


KIRKLAND & ELLIS LLP


By:   _____
      Karen N. Walker, D.C. Bar #412137
      655 Fifteenth Street, N.W.
      Washington, D.C. 20005
      (202) 879-5129
      (202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*

## NDC Numbers for Requested Drugs

The Defendants request the information outlined in the chart and definitions below for the generic and brand drugs listed in the following table. While reserving the right to request additional information at a later time, the Defendants agree to accept the below information on a blinded basis. Accordingly, subject to the provisions found in the chart and definitions below, the Defendants understand that Plaintiffs will not report the requested information by drug product names or NDC numbers.

Please supply data starting with first quarter 2001 to date, expanding the charts that follow to accommodate the data.

| Generic Name | NDC Number(s) | Brand Name | NDC Number(s) |
|---|---|---|---|
| Aranelle | 00555-9066 | Tri-Norinyl | 00025-0272; 00025-0274; 42987-0114; 42987-0015 |
| Aviane | 51285-0017; 54868-5356; 00555-9045 | Alesse | 00008-2576; 00008-0912 |
| Kariva | 54868-4742; 00555-9050 | Mircette | 51285-0114; 00052-0281; 12860-0281; 60889-0281 |
| Lessina | 00555-9014 | Levlite | 50419-0406; 50419-0408; 54868-4368; 12866-1163; 64259-1165 |
| Microgestin 1.5/30 | 52544-0631; 52544-0951 | Loestrin 1.5/30 | 51285-0082; 00071-0916; 00047-0534; 00071-0917; 51285-0083; 51285-0084; 60491-0366; 00047-0082; 00047-0083; |
| Microgestin 1/20 | 52544-0630; 52544-0950 | Loestrin 1/20 | 00071-0915; 51285-0079; 00071-0913; 51285-0080; 51285-0081; 60491-0365; |

| | | | 00047-0079;<br>00047-0080;<br>00047-0081 |
|---|---|---|---|
| Necon 7/7/7 | 52544-0936 | Ortho-Novum 7/7/7 | 00062-1781;<br>00107-1781;<br>00179-1298;<br>59564-0148;<br>53808-0032;<br>54868-0508 |
| Sprintec | 00555-9016;<br>54868-4828 | Ortho-Cyclen | 00062-1900;<br>00062-1901;<br>00107-1901;<br>54868-2606;<br>59564-0233 |
| Velivet | 54868-4828 | Cyclessa | 00052-0283;<br>12860-0283;<br>54868-4911;<br>60889-0283 |

## Definitions

"Drug Identification Number" designates all NDC numbers for a specific generic or brand drug, the reimbursement, rebate, and pricing information of which will be reproduced in that row. The Drug Identification Number must be the same for each generic drug and its AB-rated equivalent. In addition, each Plaintiff State must use the same Drug Identification Number for each generic or branded drug. For example, if Aranelle is designated as Drug Identification Number 1 in Chart I then the Drug Identification Number 1 must also be used for Tri-Norinyl in Chart II.

"Quarter/Year" refers to the quarter and year that will correspond with the data to be reproduced in that row, formatted as such: QYYYY. The Quarter/Year reported in column two ("Quarter/Year") on Chart I for each State should be reproduced in that same order in column two ("Quarter/Year") of Chart II.

"Units Reimbursed" refers to the total number of pills, both active and placebo, reimbursed by the State for the drug identified in column one ("Drug Identification Number") of Chart I or II during the quarter specified in column two ("Quarter/Year") of Chart I or II.

"Dollars Reimbursed" refers to the total dollars paid to pharmacists, excluding dispensing fees, by the State for the units of the drug identified in column one ("Drug Identification Number") of Chart I or II during the quarter specified in column two ("Quarter/Year") of Chart I or II.

"Dispensing Fees" refers to the total dollars paid to pharmacists in dispensing fees by the State for units dispensed of the drug identified in column one ("Drug Identification Number") of Chart I or II  during the quarter specified in column two ("Quarter/Year") of Chart I or II.

"Manufacturer Rebate Dollars" refers to the total dollar amount of rebates paid to the State by the manufacturer for units dispensed of the drug identified in column one ("Drug Identification Number") of Chart I or II during the quarter specified in column two ("Quarter/Year") of Chart I or II.

"Federal Rebate Dollars" refers to the total dollar amount of rebates paid to the State by the federal government for units dispensed of the drug identified in column one ("Drug Identification Number") of Chart I or II during the quarter specified in column two ("Quarter/Year") of Chart I or II.

*"Brand AWP" refers to the average wholesale price during the quarter specified in column two ("Quarter/Year") of Chart II of the brand drug to which the generic drug identified in column one ("Drug Identification Number") of Chart II is AB-rated. The average wholesale price is a national average of list prices charged by wholesalers to pharmacies.

*"Brand WAC" refers to the wholesale acquisition cost during the quarter specified in column two ("Quarter/Year") of Chart II of the brand drug to which the generic drug identified in column one ("Drug Identification Number") of Chart II is AB-rated. The wholesale acquisition cost is the price paid by a wholesaler for a drug purchased from the wholesaler's supplier.

\*"Brand AMP" refers to the average manufacturer price during the quarter specified in column two ("Quarter/Year") of Chart II of the brand drug to which the generic drug identified in column one ("Drug Identification Number") of Chart II is AB-rated.  The average manufacturer price is the average price paid to the manufacturer by wholesalers.

\*To the extent that multiple NDC numbers exist for the same drug, please average the AWPs, WACs, or AMPS of the different NDC numbers, thereby providing one AWP, WAC, or AMP for each brand drug.

5

## CHART I: GENERIC NDCs

| State | 1. Drug Identification Number | 2. Quarter/ Year | 3. Units Reimbursed | 4. Dollars Reimbursed | 5. Dispensing Fees | 6. Manufacturer Rebate Dollars | 7. Federal Rebate Dollars |
|---|---|---|---|---|---|---|---|
| Alaska | 1 | | | | | | |
| | 2 | | | | | | |
| | 3 | | | | | | |
| | 4 | | | | | | |
| | 5 | | | | | | |
| | 6 | | | | | | |
| | 7 | | | | | | |
| | 8 | | | | | | |
| | 9 | | | | | | |
| Arizona | 1 | | | | | | |
| | 2 | | | | | | |
| | 3 | | | | | | |
| | 4 | | | | | | |
| | 5 | | | | | | |
| | 6 | | | | | | |
| | 7 | | | | | | |
| | 8 | | | | | | |
| | 9 | | | | | | |
| Arkansas | 1 | | | | | | |
| | 2 | | | | | | |
| | 3 | | | | | | |
| | 4 | | | | | | |
| | 5 | | | | | | |
| | 6 | | | | | | |
| | 7 | | | | | | |
| | 8 | | | | | | |
| | 9 | | | | | | |
| California | 1 | | | | | | |
| | 2 | | | | | | |

9

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 5 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 7 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 8 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Colorado | 1 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 3 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 5 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 7 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 8 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Delaware | 1 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 3 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 5 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 7 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 8 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9 | | | | | | | | | | | | | | | | | | | | | | | | | |
| District of Columbia | 1 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 3 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 4 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 5 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 7 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 8 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9 | | | | | | | | | | | | | | | | | | | | | | | | | |

7

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Florida | | | | | | | | | | | | | | | | |
| Idaho | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | | | | | | |
| Illinois | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | | | | | | |
| Iowa | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | | | | | | | |

8

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 8 | | | | | | | | |
| | 9 | | | | | | | | |
| Kansas | 1 | | | | | | | | |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | 5 | | | | | | | | |
| | 6 | | | | | | | | |
| | 7 | | | | | | | | |
| | 8 | | | | | | | | |
| | 9 | | | | | | | | |
| Kentucky | 1 | | | | | | | | |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | 5 | | | | | | | | |
| | 6 | | | | | | | | |
| | 7 | | | | | | | | |
| | 8 | | | | | | | | |
| | 9 | | | | | | | | |
| Louisiana | 1 | | | | | | | | |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | 5 | | | | | | | | |
| | 6 | | | | | | | | |
| | 7 | | | | | | | | |
| | 8 | | | | | | | | |
| | 9 | | | | | | | | |
| Maine | 1 | | | | | | | | |
| | 2 | | | | | | | | |
| | 3 | | | | | | | | |
| | 4 | | | | | | | | |
| | 5 | | | | | | | | |

9

| | | |
|---|---|---|
| Maryland | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| Massachusetts | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| Michigan | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| Minnesota | 1 | |
| | 2 | |
| | 3 | |

10

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 4 | | | | | | | |
| | 5 | | | | | | | |
| | 6 | | | | | | | |
| | 7 | | | | | | | |
| | 8 | | | | | | | |
| | 9 | | | | | | | |
| Mississippi | 1 | | | | | | | |
| | 2 | | | | | | | |
| | 3 | | | | | | | |
| | 4 | | | | | | | |
| | 5 | | | | | | | |
| | 6 | | | | | | | |
| | 7 | | | | | | | |
| | 8 | | | | | | | |
| | 9 | | | | | | | |
| Missouri | 1 | | | | | | | |
| | 2 | | | | | | | |
| | 3 | | | | | | | |
| | 4 | | | | | | | |
| | 5 | | | | | | | |
| | 6 | | | | | | | |
| | 7 | | | | | | | |
| | 8 | | | | | | | |
| | 9 | | | | | | | |
| Nevada | 1 | | | | | | | |
| | 2 | | | | | | | |
| | 3 | | | | | | | |
| | 4 | | | | | | | |
| | 5 | | | | | | | |
| | 6 | | | | | | | |
| | 7 | | | | | | | |
| | 8 | | | | | | | |
| | 9 | | | | | | | |
| New York | 1 | | | | | | | |

11

| | |
|---|---|
| | 2 |
| | 3 |
| | 4 |
| | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| North Carolina | 1 |
| | 2 |
| | 3 |
| | 4 |
| | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| North Dakota | 1 |
| | 2 |
| | 3 |
| | 4 |
| | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| Ohio | 1 |
| | 2 |
| | 3 |
| | 4 |
| | 5 |
| | 6 |
| | 7 |
| | 8 |

12

| | | |
|---|---|---|
| Oklahoma | 9 | |
| | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| Oregon | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| Rhode Island | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| South Carolina | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |

13

| | | |
|---|---|---|
| | 7 | |
| | 8 | |
| | 9 | |
| Tennessee | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| Texas | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| Utah | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| Vermont | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |



15

## CHART II: BRAND NDCs

| State | 1. Drug Identification Number | 2. Quarter/ Year | 3. Units Reimbursed | 4. Dollars Reimbursed | 5. Dispensing Fee | 6. Manufacturer Rebate Dollars | 7. Federal Rebate Dollars | 8. Brand WAC | 9. Brand AMP | 10. Brand AMP |
|---|---|---|---|---|---|---|---|---|---|---|
| Alaska | 1 | | | | | | | | | |
| | 2 | | | | | | | | | |
| | 3 | | | | | | | | | |
| | 4 | | | | | | | | | |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| Arizona | 1 | | | | | | | | | |
| | 2 | | | | | | | | | |
| | 3 | | | | | | | | | |
| | 4 | | | | | | | | | |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| Arkansas | 1 | | | | | | | | | |
| | 2 | | | | | | | | | |
| | 3 | | | | | | | | | |
| | 4 | | | | | | | | | |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| California | 1 | | | | | | | | | |



17

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Florida | 9 | | | | | | | | | | | |
| | 1 | | | | | | | | | | | |
| | 2 | | | | | | | | | | | |
| | 3 | | | | | | | | | | | |
| | 4 | | | | | | | | | | | |
| | 5 | | | | | | | | | | | |
| | 6 | | | | | | | | | | | |
| | 7 | | | | | | | | | | | |
| | 8 | | | | | | | | | | | |
| | 9 | | | | | | | | | | | |
| Idaho | 1 | | | | | | | | | | | |
| | 2 | | | | | | | | | | | |
| | 3 | | | | | | | | | | | |
| | 4 | | | | | | | | | | | |
| | 5 | | | | | | | | | | | |
| | 6 | | | | | | | | | | | |
| | 7 | | | | | | | | | | | |
| | 8 | | | | | | | | | | | |
| | 9 | | | | | | | | | | | |
| Illinois | 1 | | | | | | | | | | | |
| | 2 | | | | | | | | | | | |
| | 3 | | | | | | | | | | | |
| | 4 | | | | | | | | | | | |
| | 5 | | | | | | | | | | | |
| | 6 | | | | | | | | | | | |
| | 7 | | | | | | | | | | | |
| | 8 | | | | | | | | | | | |
| | 9 | | | | | | | | | | | |
| Iowa | 1 | | | | | | | | | | | |
| | 2 | | | | | | | | | | | |
| | 3 | | | | | | | | | | | |
| | 4 | | | | | | | | | | | |
| | 5 | | | | | | | | | | | |
| | 6 | | | | | | | | | | | |

18

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Kansas | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| | 1 | | | | | | | | | |
| | 2 | | | | | | | | | |
| | 3 | | | | | | | | | |
| | 4 | | | | | | | | | |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| Kentucky | 1 | | | | | | | | | |
| | 2 | | | | | | | | | |
| | 3 | | | | | | | | | |
| | 4 | | | | | | | | | |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| Louisiana | 1 | | | | | | | | | |
| | 2 | | | | | | | | | |
| | 3 | | | | | | | | | |
| | 4 | | | | | | | | | |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| Maine | 1 | | | | | | | | | |
| | 2 | | | | | | | | | |
| | 3 | | | | | | | | | |
| | 4 | | | | | | | | | |

| | | |
|---|---|---|
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| Maryland | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| Massachusetts | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| Michigan | 1 | |
| | 2 | |
| | 3 | |
| | 4 | |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| Minnesota | 1 | |
| | 2 | |

20



21

| New York | 1 | | | | | | | | | | |
| | 2 | | | | | | | | | | |
| | 3 | | | | | | | | | | |
| | 4 | | | | | | | | | | |
| | 5 | | | | | | | | | | |
| | 6 | | | | | | | | | | |
| | 7 | | | | | | | | | | |
| | 8 | | | | | | | | | | |
| | 9 | | | | | | | | | | |
| North Carolina | 1 | | | | | | | | | | |
| | 2 | | | | | | | | | | |
| | 3 | | | | | | | | | | |
| | 4 | | | | | | | | | | |
| | 5 | | | | | | | | | | |
| | 6 | | | | | | | | | | |
| | 7 | | | | | | | | | | |
| | 8 | | | | | | | | | | |
| | 9 | | | | | | | | | | |
| North Dakota | 1 | | | | | | | | | | |
| | 2 | | | | | | | | | | |
| | 3 | | | | | | | | | | |
| | 4 | | | | | | | | | | |
| | 5 | | | | | | | | | | |
| | 6 | | | | | | | | | | |
| | 7 | | | | | | | | | | |
| | 8 | | | | | | | | | | |
| | 9 | | | | | | | | | | |
| Ohio | 1 | | | | | | | | | | |
| | 2 | | | | | | | | | | |
| | 3 | | | | | | | | | | |
| | 4 | | | | | | | | | | |
| | 5 | | | | | | | | | | |
| | 6 | | | | | | | | | | |
| | 7 | | | | | | | | | | |

22

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8 | | | | | | | | | | | |
| | 9 | | | | | | | | | | | |
| Oklahoma | 1 | | | | | | | | | | | |
| | 2 | | | | | | | | | | | |
| | 3 | | | | | | | | | | | |
| | 4 | | | | | | | | | | | |
| | 5 | | | | | | | | | | | |
| | 6 | | | | | | | | | | | |
| | 7 | | | | | | | | | | | |
| | 8 | | | | | | | | | | | |
| | 9 | | | | | | | | | | | |
| Oregon | 1 | | | | | | | | | | | |
| | 2 | | | | | | | | | | | |
| | 3 | | | | | | | | | | | |
| | 4 | | | | | | | | | | | |
| | 5 | | | | | | | | | | | |
| | 6 | | | | | | | | | | | |
| | 7 | | | | | | | | | | | |
| | 8 | | | | | | | | | | | |
| | 9 | | | | | | | | | | | |
| Rhode Island | 1 | | | | | | | | | | | |
| | 2 | | | | | | | | | | | |
| | 3 | | | | | | | | | | | |
| | 4 | | | | | | | | | | | |
| | 5 | | | | | | | | | | | |
| | 6 | | | | | | | | | | | |
| | 7 | | | | | | | | | | | |
| | 8 | | | | | | | | | | | |
| | 9 | | | | | | | | | | | |
| South Carolina | 1 | | | | | | | | | | | |
| | 2 | | | | | | | | | | | |
| | 3 | | | | | | | | | | | |
| | 4 | | | | | | | | | | | |
| | 5 | | | | | | | | | | | |

23

| State | # | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tennessee | 6 | | | | | | | | | | | |
| | 7 | | | | | | | | | | | |
| | 8 | | | | | | | | | | | |
| | 9 | | | | | | | | | | | |
| | 1 | | | | | | | | | | | |
| | 2 | | | | | | | | | | | |
| | 3 | | | | | | | | | | | |
| | 4 | | | | | | | | | | | |
| | 5 | | | | | | | | | | | |
| | 6 | | | | | | | | | | | |
| | 7 | | | | | | | | | | | |
| | 8 | | | | | | | | | | | |
| | 9 | | | | | | | | | | | |
| Texas | 1 | | | | | | | | | | | |
| | 2 | | | | | | | | | | | |
| | 3 | | | | | | | | | | | |
| | 4 | | | | | | | | | | | |
| | 5 | | | | | | | | | | | |
| | 6 | | | | | | | | | | | |
| | 7 | | | | | | | | | | | |
| | 8 | | | | | | | | | | | |
| | 9 | | | | | | | | | | | |
| Utah | 1 | | | | | | | | | | | |
| | 2 | | | | | | | | | | | |
| | 3 | | | | | | | | | | | |
| | 4 | | | | | | | | | | | |
| | 5 | | | | | | | | | | | |
| | 6 | | | | | | | | | | | |
| | 7 | | | | | | | | | | | |
| | 8 | | | | | | | | | | | |
| | 9 | | | | | | | | | | | |
| Vermont | 1 | | | | | | | | | | | |
| | 2 | | | | | | | | | | | |
| | 3 | | | | | | | | | | | |

