UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | x : : |
| Plaintiff, | : : |
| v. | : |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | : Civil Action No: 1:05CV02179 (CKK) : Judge Colleen Kollar-Kotelly : : |
| Defendants. | : : |
| | x |

---

| | |
|---|---|
| STATE OF COLORADO, *et al.*, | x : : |
| Plaintiffs, | : : |
| v. | : |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | : Civil Action No: 1:05CV02182 (CKK) : Judge Colleen Kollar-Kotelly : : |
| Defendants. | : : |
| | x |

---

| | |
|---|---|
| MEIJER, INC., *et al.*, | x : : |
| Plaintiffs, | : : |
| v. | : |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | : Civil Action No: 1:05CV02195 (CKK) : Judge Colleen Kollar-Kotelly : : |
| Defendants. | : : |
| | x |

```
------------------------------------------------- x
VISTA HEALTHPLAN, INC., et al.,                   :
                                                  :
        Plaintiffs,                               :
                                                  :
v.                                                :   Civil Action No: 1:05CV02327 (CKK)
                                                  :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                  :
III, LTD., et al.,                                :
                                                  :
        Defendants.                               :
                                                  :
------------------------------------------------- x


------------------------------------------------- x
STEPHANIE COHEN, et al.,                          :
                                                  :
        Plaintiffs,                               :
                                                  :
v.                                                :   Civil Action No: 1:06CV00401 (CKK)
                                                  :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT PUBLIC LIMITED                    :
COMPANY, et al.,                                  :
                                                  :
        Defendants.                               :
                                                  :
------------------------------------------------- x


------------------------------------------------- x
WALGREEN CO., et al.,                             :
                                                  :
        Plaintiffs,                               :
                                                  :
v.                                                :   Civil Action No: 1:06CV00494 (CKK)
                                                  :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                  :
III, LTD., et al.,                                :
                                                  :
        Defendants.                               :
                                                  :
------------------------------------------------- x
```

```
------------------------------------------------------ x
CVS PHARMACY, INC., et al.,                            :
                                                       :
        Plaintiffs,                                    :
                                                       :
v.                                                     :   Civil Action No: 1:06CV00795 (CKK)
                                                       :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                       :
III, LTD., et al.,                                     :
                                                       :
        Defendants.                                    :
------------------------------------------------------ x
```

## MOTION OF DEFENDANTS
## FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2 and the attached declaration, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., Warner Chilcott Public Limited Company, and Galen (Chemicals) Ltd. (collectively "Defendants") move for the admission of Tiffany A. Liston of the law firm Simpson Thacher & Bartlett LLP to represent Defendants in these actions. Ms. Liston is a member in good standing of the following bars: the State of New York and the United States District Court for the Southern District of New York. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Ms. Liston should this Motion be granted.

July 28, 2006                                    Respectfully submitted,

                                    By:    /s/ Peter C. Thomas
                                    _____
                                    Peter C. Thomas, D.C. Bar # 495928
                                    SIMPSON THACHER & BARTLETT LLP
                                    555 11th Street, N.W.
                                    Suite 725
                                    Washington, D.C.  20004
                                    (202) 220-7700

                                    *Counsel for Defendants*

                                    2