# EXHIBIT H



Contact Us    Product Guide    Drug Informatic

HOME | CORPORATE OVERVIEW | GENERIC PRODUCTS | PROPRIETARY PRODUCTS | NEWS | INVESTORS

GENERIC PRODUCTS

## Key Generic Products

Barr currently markets 75 generic pharmaceutical products in approximately 100 dosage forms and strengths. Presently, these products are manufactured in tablet and capsule form.

Among the Company's key products are:

> **Oral Contraceptives**

> **Warfarin Sodium**

Click **HERE** to be taken to the product guide website.



▶ **Generic Business Over**
▶ **Generic Business Strate**
▶ **Key Generic Products**
   •Oral Contraceptives
   •Warfarin Sodium
▶ **Generic Product Pipelin**
▶ **Generic Sales Process**
▶ **FAQ About Generics**
▶ **FDA Approval Process**
▶ **History of Generic Indus**
▶ **Industry Links**



Barr Pharmaceuticals, Inc.                    Terms of Use    Legal Notice