IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATE OF COLORADO, *et. al.*,     )
                                  )
        Plaintiffs,               )
                                  )
v.                                )    Civil Action No: 1:05CV02182 (CKK)
                                  )    Jury Trial Demanded
WARNER CHILCOTT HOLDINGS COMPANY  )
III, LTD., *et. al.*,             )    ORAL ARGUMENT REQUESTED
                                  )
        Defendants.               )
                                  )

**DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF
THEIR MOTION TO COMPEL PLAINTIFF STATES' ANSWERS TO
INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS**

Plaintiff States refuse to produce Medicaid pricing, rebate, and reimbursement

data regarding the brand and generic combined hormonal contraceptive products for which each

Plaintiff State has paid. Such data are relevant to a central issue in this case: whether the Option

and License Agreement between Barr and Warner Chilcott (the "Agreement") harmed

consumers or competition in the form of "higher prices for purchasers in the Plaintiff States."

(Pls.' Opp'n at 7.) Nevertheless, Plaintiff States argue that evidence that many if not most of

Plaintiff States' Medicaid agencies may have paid more for a generic version of Ovcon 35 than

for branded Ovcon 35 is irrelevant to assessing whether the Agreement is anticompetitive. In

other words, evidence that generic Ovcon 35 may have been more expensive for at least some

consumers is, according to Plaintiff States, irrelevant to a consideration of whether consumers

were indeed harmed (as alleged). This is not the law.

Rather, as part of their prima facie case, Plaintiff States must prove (and

Defendants are entitled to seek discovery to rebut) that the alleged restraint had an actual adverse

effect on competition. Data showing that the alleged restraint may *not* have had an actual adverse effect on competition is thus directly relevant and discoverable under Rule 34. Fed. R. Civ. P. 34. This evidence is also relevant to show that Plaintiffs' request for *per se* treatment is inappropriate because the oral contraceptive market has complex economic circumstances that should be closely examined by this Court. Tellingly, despite Plaintiff States' claim that the data at issue are irrelevant, they themselves have moved to compel Barr to produce the very same data. (*See* Pls.' Joint Mot. to Compel Barr at 1; Pls.' Joint First Req. for the Produc. of Docs. from Barr at Req. No. 13 (Ex. 11 of Defs.' Joint Mot. to Compel) (requesting "all documents that relate in any way to the Medicaid Rebate Program under 42 U.S.C. § 1396r-8").)

Beyond Plaintiff States' dubious claim that the Medicaid data are irrelevant, Plaintiff States also oppose discovery of the Medicaid data at issue by contending that the Plaintiff States' Medicaid agencies are not parties to this lawsuit. But whether the Plaintiff States' Medicaid agencies are named "parties" is beside the point. Where, as here, State Attorneys General institute suit, any obligation to disclose relevant information extends to the government *qua* government requiring disclosure of all documents in its possession, custody or control, not just those materials in the immediate possession of the State Attorneys General. Indeed, the Plaintiff States, acting through their respective State Attorneys General, have already obtained some of the data and documents at issue here from their state Medicaid agencies (yet they have refused to produce such data and documents to Defendants). (*See* Pls.' Revised Privilege Log (attached hereto as Exhibit 1).) At the very least, Plaintiff States — or their State Attorneys General acting on behalf of the sovereign States — have demonstrated that they have the "practical ability to obtain the documents" and are thus obligated to produce documents and data from their respective Medicaid agencies, regardless of whether state Medicaid agencies are

named "parties" in this case. Instead, Plaintiff States seek to force Defendants to serve

subpoenas on over thirty state agencies under the jurisdiction of almost as many district courts,

the response to which is unlikely to be completed within the accelerated discovery schedule

requested by plaintiffs.[1] Plaintiff States have utterly failed to address why they refuse at the very

least to *cooperate* with Defendants in requesting and obtaining the data in a timely and efficient

manner from the various State Medicaid agencies.

Accordingly, Defendants request that the Court compel Plaintiff States to produce

the requested Medicaid data, or, at a minimum, order Plaintiff States promptly to cooperate with

Defendants in requesting and obtaining the data from their respective Medicaid agencies in a

timely manner.

**ARGUMENT**

I.    **THE MEDICAID DATA SOUGHT ARE RELEVANT TO DEFENDANTS' DEFENSES AND THE
CENTRAL ISSUES OF THIS CASE.**

Plaintiff States refuse to produce Medicaid data regarding the combined hormonal

contraceptive products that have been paid for by each Plaintiff State. These data are relevant to

the central issues of this case, including, among others, whether a large class of purchasers would

have paid more for generic Ovcon 35 than they paid for branded Ovcon 35. Defendants have

---

[1]    Further demonstrating the absurdity of the Plaintiff States' position, it is exceedingly
likely that the very same Attorneys General who claim that they do not "represent" the state
Medicaid agencies will defend any subpoenas Defendants are forced to serve on those agencies.
For example, the Mississippi Attorney General has already informed the Defendants that his
office, "always represents any Mississippi state agency if the agency were to be subpoenaed or
deposed as a non-party." (Pls.' Obj. and Resp. at 10 (Ex. 10 to Defs.' Joint Mot. to Compel).)
Many other Attorneys General will be similarly involved because their state laws require them to
represent state agencies in such proceedings. *See, e.g.*, Ark. Code. Ann. § 25-16-702(a) ("The
Attorney General *shall be the attorney* for all state officials, departments, institutions, and
agencies." (emphasis added)).

interposed affirmative defenses asserting that Plaintiff States' claims are barred because
Defendants' Agreement had no adverse impact on competition or consumers. (*See* Warner
Chilcott's Answer to the First Am. Compl., Affirmative Defenses 8, 9, 10, and 12; Barr's
Answer to Pls.' First Am. Compl., Affirmative Defenses 7, 8, 9, and 11.) Plaintiff States
concede that whether Defendants' Agreement "harmed competition" can be measured by
whether the Agreement caused "higher prices for purchasers in the Plaintiff States." (Pls.' Opp'n
at 7.) Data regarding the total out-of-pocket amount that the Plaintiff States' Medicaid agencies
pay for Ovcon and the total out-of-pocket amount they would have paid for a generic version of
Ovcon are thus clearly relevant to assessing whether competition or consumers were actually
harmed by Defendants' Agreement. The Medicaid data are also independently relevant to rebut
Plaintiff States' allegations that "injury has been sustained by the general economies of the
Plaintiff States." (Pl. States' Second Am. Compl. at ¶ 72.) Finally, the Medicaid data at issue
are also directly relevant to showing that Plaintiff States' arguments in favor of applying *per se*
(rather than Rule of Reason) treatment are simply wrong. (*See generally* Defs.' Joint Memo. in
Opp'n to Pls.' Mot. for Leave to File *Per Se* Mot. for Summ. J.) [2]

---

[2]    In their opposition, Plaintiff States attempt to unilaterally declare that the Agreement is
*per se* illegal and proceed as if no discovery were required. Plaintiff States' approach, however,
is inconsistent with the law and the policy favoring broad discovery underlying Federal Rules of
Civil Procedure. *See Lyons v. Johnson*, 415 F.2d 540, 542 (9th Cir. 1969) ("the scales of justice
would hardly remain equal . . . if a party can assert a claim against another and then be able to
block all discovery attempts against him . . ."); *see also* Fed. R. Civ. P. 26(b)(1) ("Parties may
obtain discovery regarding *any* matter . . . that is relevant to the claim or defense of any party . .
.") (emphasis added); *see also id.* advisory committee notes (noting that Rule 26(b) requires "a
flexible treatment of relevance").

Plaintiff States' claim that the Medicaid data are not relevant because Plaintiff States do not "alleg[e] damage to Medicaid agencies" simply misses the point. (Pls.' Opp'n at 6.) The data reflect payments made by the Plaintiff States as *consumers*. The data are therefore directly relevant to whether competition or consumers have been adversely impacted by Defendants' Agreement, as Plaintiff States allege. Indeed, Plaintiff States tellingly have moved (in conjunction with the FTC) to compel the production of the *same type of Medicaid data* from Barr that they claim in response to Defendants' motion is irrelevant. (*See* Pls.' Joint Mot. to Compel Barr at 1; Pls.' Joint First Req. for the Prod. of Docs. from Barr at Req. No. 13 (requesting "all documents that relate in any way to… Medicaid") (Ex. 11 of Defs.' Joint Mot. to Compel).) Plaintiff States' claim that these data are "irrelevant," is therefore, at best, hypocritical.[3]

For these reasons, the Court should reject Plaintiff States' attempt to cast the data at issue as "irrelevant" to avoid discovery.

## II.    THE MEDICAID DATA ARE IN THE POSSESSION OF THE PLAINTIFF STATES.

Federal Rule of Civil Procedure 34(a) requires Plaintiff States to produce all discoverable documents that are in their "possession, custody, or control." Plaintiff States' claim that the Medicaid data are not discoverable under Rule 34 because the "Medicaid agencies are not parties to this law enforcement action" wholly disregards Plaintiff States' obligation to

---

[3]    Plaintiff States' purported offer to withdraw their requests for Medicaid data if the Defendants do the same (extended for the first time in the Plaintiff States' opposition brief and after the filing of their own motion to compel Medicaid data) is self-serving in its timing and disingenuous in its substance given that the Medicaid data are relevant to establishing Defendants' properly asserted defenses.

produce documents that they have the "legal right" or "practical ability" to obtain.[4]  This Court

recently reiterated the well-established rule that "for the purposes of Rule 34(a), 'control' is not

defined by actual possession, but also includes constructive possession – *i.e.*, the legal right to

obtain documents on demand."  *See Dorocon v. Burke*, No. 02-2556 (CKK), 2005 U.S. Dist.

LEXIS 38839 (D.D.C. Nov. 1, 2005) (citing *Alexander v. FBI*, 194 F.R.D. 299, 301 (D.D.C.

2000)); *Riddell Sports Inc. v. Brooks*, 158 F.R.D. 555, 558 (S.D.N.Y. 1994) ("If the producing

party has the legal right or practical ability to obtain the documents, then it is deemed to have

control, even if the documents are in the possession of a non-party.") (internal quotation marks

omitted).

       Thus, documents in the possession of other government agencies are subject to

Rule 34 requests, especially where, as here, the government (as a whole) has a substantial

interest in the litigation.  *See Compagnie Francaise D'Assurance Pour Le Commerce Exterieur*

*v. Phillips Petroleum Co.*, 105 F.R.D. 16, 35 (S.D.N.Y. 1984) (noting that "[w]hen a government

agency is a plaintiff . . . ***the complaining agency may be required to produce the documents of***

***another agency***") (emphasis added).  Quite simply, a governmental party that stands "to receive

any award [Plaintiff] may obtain in [the] action" must not "be allowed to frustrate the rules of

discovery" by hiding behind the claim that other state agencies are non-parties to a lawsuit.  *Id.*

at 34-35; *see also Ghana Supply Comm'n v. New England Power Co.*, 83 F.R.D. 586, 595 (D.

---

[4]      In their opposition brief, Alaska and the District of Columbia concede that they "may
have a different degree of independence than the Attorneys General of the other Plaintiff States"
and thereby concede that they have control over other state agencies, including the Medicaid
agency. (Pls.' Opp'n at 2, n.3.)  Nevertheless, Defendants have not received a single document
from Alaska in response to their discovery requests.  Only the District of Columbia has produced
documents — a mere 32 pages of documents which are not responsive to all of Defendants'
document requests.

Mass. 1979) ("When a [government] agency institutes suit, any obligation to disclose relevant information extends to the government qua government requiring disclosure of all documents in its possession, custody or control, not just those materials in the immediate possession of the particular agency-plaintiff.").[5]

      As their sovereign States' chief law enforcement officers, the State Attorneys General have the "legal right" to obtain documents from other public agencies to carry out their duties. For example, New York law provides that:

---

[5]    The Plaintiff States' attempt to distinguish *United States v. AT&T*, 461 F. Supp. 1314 (D.D.C. 1978), is unavailing. The *AT&T* decision turned on the ability of the Department of Justice ("DOJ") to obtain documents from other federal agencies. The Court held that when the DOJ brings suit, other federal agencies are not insulated from the Rule 34 discovery process, except for those limited regulatory agencies that operate under an "independent" structure and are free "from executive [and DOJ] control" altogether, like the Federal Communications Commission ("FCC"). *See AT&T,* 461 F. Supp. at 1336. Unlike the FCC, state Medicaid agencies operate under the executive branches of their State governments. Most importantly, Plaintiff States have clearly demonstrated practical control over the information within these agencies because they have easily sought and obtained such data. (*See* Pls.' Revised Privilege Log (Ex. 1).)

    Plaintiff States' reliance on *State of New York v. Amtrak*, 233 F.R.D. 259 (N.D.N.Y. 2006), is similarly misplaced. The *Amtrak* court simply found that the New York Department of Transportation ("DOT") did "not have the ability to *share* or control the [State Comptroller's] agenda, ***documents*** or personnel." *Id.* at 264 (emphasis added). This holding is clearly inapplicable to the Attorneys General who have demonstrated a remarkable ability to *share* Medicaid documents with the relevant state Medicaid agencies. (*See generally,* Pls.' Revised Privilege Log (Ex. 1).) Moreover, the State Attorneys General are the sovereign States' chief law enforcement officers (unlike the DOT) and are empowered to control the agenda of other agencies in legal matters. *See e.g.*, Idaho Code § 67-1401 ("it is the duty of the attorney general . . . [t]o perform all legal services for the state and to represent the state and all departments, agencies, offices, officers, boards, commissions, institutions and other state entities, in all courts and before all administrative tribunals or bodies of any nature . . . [and] to advise all departments, agencies . . . in all matters involving questions of law."); Va. Code Ann. § 2.2-507(A) & (C) ("All legal service in civil matters for . . . every state department, institution, division, commission, board, bureau, agency, entity [or] official . . . shall be rendered and performed by the Attorney General," unless, e.g., "in the opinion of the Attorney General, it is impracticable or uneconomical for such legal service to be rendered by him or one of his assistants," in which case "he may employ special counsel for this purpose . . . .").

> It shall be the duty of all public officers, their deputies, assistants, clerks, subordinates or employees, and all other persons to render and furnish to the attorney general, his deputy or other designated representative, when so requested, all information and assistance in their possession or within their power.

N.Y. Gen. Bus. Law § 343; *See also*, Va. Code Ann.§ 59.1-9.10 ("It shall be the duty of all public officials . . . and all other persons to render and furnish to the Attorney General . . . when so requested, all information and assistance in their possession or within their power.").

Moreover, the Plaintiff States — *i.e.*, the State Attorneys General acting on behalf of their sovereign States — have demonstrated that they have the "practical ability to obtain the documents," and in many instances, have already done so. *See Riddell*, 158 F.R.D. at 558. Even a cursory review of the Plaintiff States' privilege log reveals the Attorneys General control over the Medicaid data:

- An e-mail from the Iowa Department of Human Services to the Iowa Attorney General regarding "***Ovcon Medicaid Data*** reimbursement amount." (Pls.' Revised Privilege Log at 7 (Ex. 1) (emphasis added).)

- E-mails from the Kansas Attorney General's Office regarding "***Ovcon reimbursement information***," "print screen pages of Medicaid database," and "***spreadsheet showing payments by Medicaid***." (*Id.* at 8-9 (emphasis added).)

- A spreadsheet from the Maryland Department of Health and Mental Hygiene to the Maryland Attorney General's office containing "***Medicaid purchase data***." (*Id.* at 10 (emphasis added).)

- A spreadsheet from the Missouri Department of Social Services to the Missouri Attorney General containing a "***Medicaid Reimbursements Report***." (*Id.* (emphasis added).)

In fact, nowhere in their opposition do Plaintiff States claim that they do not have the right to obtain the Medicaid data. Indeed, Plaintiff States admit that they have obtained such data and reports from their respective Medicaid agencies. (Pls.' Opp'n at 4.) Thus, Plaintiff States have the "legal right" or the "practical ability" to obtain the Medicaid data at issue and

therefore are obligated to produce such data pursuant to Rule 34 of the Federal Rules of Civil Procedure.[6]

## CONCLUSION

For the reasons stated above and in its opening brief, Defendants respectfully request that this Court compel Plaintiff States to produce the data requested by Defendants in Interrogatory No. 6 of the Defendants' First Set of Interrogatories and Document Requests Nos. 11-13 of the Defendants' First Request for the Production of Documents, or in the alternative, cooperate in good faith with Defendants to obtain the requested data.

---

[6] At the very least, the Attorneys General of Alaska and the District of Columbia should be compelled to produce the Medicaid data and documents requested. Plaintiff States concede that these states are "exceptions" to their argument that a "plural executive" government precludes discovery from state agencies other than the Attorneys General. (Pls.' Opp'n at 4, n. 8.) Thus, plaintiffs Alaska and the District of Columbia have no basis to avoid discovery of the requested data.

Dated:  August 3, 2006

SIMPSON THACHER & BARTLETT LLP

/s/ Peter C. Thomas

By:  _____

Peter C. Thomas D.C. Bar #495928
Charles E. Koob, *pro hac vice*
555 11th Street, N.W.
Washington, D.C. 20004
(202) 220-7700
(202) 270-7702 (fax)

*Counsel for Warner Chilcott Holdings Company,*
*III, Ltd., Warner Chilcott Corporation, Warner*
*Chilcott (US) Inc., and Warner Chilcott Company,*
*Inc.*

KIRKLAND & ELLIS LLP

/s/ Karen N. Walker

By:  _____

Karen N. Walker, D.C. Bar #412137
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*

# EXHIBIT 1



**JOHN W. SUTHERS**
Attorney General

**CYNTHIA H. COFFMAN**
Chief Deputy Attorney General

**DANIEL D. DOMENICO**
Solicitor General

# STATE OF COLORADO
## DEPARTMENT OF LAW

**OFFICE OF THE ATTORNEY GENERAL**

**STATE SERVICES BUILDING**
1525 Sherman Street - 5th Floor
Denver, Colorado 80203
Phone (303) 866-4500

July 11, 2006

**Via Email and SecureDealRoom**

Annette Rizzi
Peter Thomas
Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017-3954

RE:     Plaintiff States' Privilege Log
        State of Colorado, et al. v. Warner Chilcott Holdings Co. III, Ltd., et al.
        1:05-cv-02182-CKK, U.S. District Court for the District of Columbia

Dear Annette and Peter:

The Plaintiff States' amended privilege log of July 10, 2006, is attached.

Sincerely,

FOR THE ATTORNEY GENERAL

/s/ Devin Laiho_____

DEVIN LAIHO
Assistant Attorney General
Consumer Protection Section
1525 Sherman Street, 5th Floor
Denver, Colorado 80203
Phone: 303-866-5079
Email: Devin.Laiho@state.co.us

cc:     All electronic service recipients via SecureDealRoom

**Privilege Log - State Of Colorado et al v. Warner Chilcott Holdings Company III, Ltd. et al**

| Bates Prefix | Bates Begin | Bates End | Author | Recipient | Date | Doc Type | Reason Withheld | Document Description | State |
|---|---|---|---|---|---|---|---|---|---|
| AK | 00001 | 00001 | David Campana, Pharmacy and Ancillary Services, Department of Health and Social Services. | Ed Sniffen, Alaska Department of Law, Attorney General's Office | 08/16/05 | e-mail | | E-mail transmitting Alaska Medicaid Utilization data spreadsheet | AK |
| AK | 00002 | 00002 | David Campana, Pharmacy and Ancillary Services, Department of Health and Social Services. | Ed Sniffen, Alaska Department of Law, Attorney General's Office | 08/16/05 | spreadsheet | Attorney Work Product | Spreadsheet describing Alaska Medicaid Utilization of Ovcon 1/1/04 to 7/31/05 | AK |
| ARK | ARK001 | ARK003 | Bradford Phelps, Assistant Attorney General, Office of the Attorney General of Arkansas | Leigh Ann Crouch, State of Arkansas Employee Benefits Division | 8/23/2005 | email | | Request for Ovcon Purchase information by an attorney (includes response to request for information in e-mail string). | AR |
| ARK | ARK004 | ARK005 | Bradford Phelps, Assistant Attorney General, Office of the Attorney General of Arkansas | Sharon Dickerson, State of Arkansas Employee Benefits Division | 7/6/2005 | email | Attorney Work Product | Request for Ovcon Purchase information by an attorney (includes response to request for information in e-mail string). | AR |
| ARK | ARK006 | ARK008 | Bradford Phelps, Assistant Attorney General, Office of the Attorney General of Arkansas | Walter Vadjunec, Electronic Data Systems-Arkansas Title XIX, Health Care Services, Pharmacy Unit | 5/18/2005 | email | | Request for Ovcon Purchase information by an attorney (includes response to request for information in e-mail string). | AR |
| ARK | ARK009 | ARK010 | Bradford Phelps, Assistant Attorney General, Office of the Attorney General of Arkansas | Sharon Dickerson, State of Arkansas Employee Benefits Division | 5/18/2005 | email | Attorney Work Product | Request for Ovcon Purchase information by an attorney (includes response to request for information in e-mail string). | AR |
| ARK | ARK011 | ARK012 | Bradford Phelps, Assistant Attorney General, Office of the Attorney General of Arkansas | Sharon Dickerson, State of Arkansas Employee Benefits Division | 7/6/2005 | email | | Request for Ovcon Purchase information by an attorney (includes response to request for information in e-mail string). | AR |
| ARK | ARK013 | ARK016 | Bradford Phelps, Assistant Attorney General, Office of the Attorney General of Arkansas | Leigh Ann Crouch, State of Arkansas Employee Benefits Division | 8/23/2005 | email | Attorney Work Product | Request for Ovcon Purchase information by an attorney (includes response to request for information in e-mail string). | AR |
| ARK | ARK017 | ARK020 | Bradford Phelps, Assistant Attorney General, Office of the Attorney General of Arkansas | Walter Vadjunec, Electronic Data Systems-Arkansas Title XIX, Health Care Services, Pharmacy Unit | 5/18/2005 | email | | Request for Ovcon Purchase information by an attorney (includes response to request for information in e-mail string). | AR |
| ARK | ARK021 | ARK023 | Bradford Phelps, Assistant Attorney General, Office of the Attorney General of Arkansas | Walter Vadjunec, Electronic Data Systems-Arkansas Title XIX, Health Care Services, Pharmacy Unit | 5/18/2005 | email | Attorney Work Product | Request for Ovcon Purchase information by an attorney (includes response to request for information in e-mail string). | AR |
| ARK | ARK024 | ARK025 | Walter Vadjunec, Electronic Data Systems-Arkansas Title XIX, Health Care Services, Pharmacy Unit | Bradford Phelps, Assistant Attorney General, Office of the Attorney General of Arkansas | 9/26/2005 | email | Attorney Work Product | Response to Request for Ovcon Purchase information by an attorney | AR |

| Category | Bates Begin | Bates End | Author | Recipient | Date | Format | Privilege | Description | State |
|---|---|---|---|---|---|---|---|---|---|
| ARK | ARK026 | ARK029 | Bradford Phelps, Assistant Attorney General, Office of the Attorney General of Arkansas | Leigh Ann Crouch, State of Arkansas Employee Benefits Division | 8/23/2005 | email | Attorney Work Product | Response to Request for Ovcon Purchase information by an attorney (includes response to request for information in e-mail string). | AR |
| ARK | ARK030 | ARK032 | Bradford Phelps, Assistant Attorney General, Office of the Attorney General of Arkansas | Leigh Ann Crouch, State of Arkansas Employee Benefits Division | 8/23/2005 | email | Attorney Work Product | Response to Request for Ovcon Purchase information by an attorney (includes response to request for information in e-mail string). | AR |
| AZ-OVCON | 00001 | 00003 | Elaine Boughner, Legal Assistant, Office of the Attorney General of Arizona | David Bostko, Director of Program Integrity, Arizona Health Care Cost Containment System (AHCCCS) | 05/31/05 | Fax coversheet | Attorney Work Product | fax requesting Ovcon purchase data. | AZ |
| AZ-OVCON | 00004 | 00004 | Constance Copeland, Arizona Department of Administration (AZDOA) | Elaine Boughner, Legal Assistant, Office of the Attorney General of Arizona | 06/01/05 | e-mail | Attorney Work Product | e-mail regarding contact for Pacificare members (Arizona retirees). | AZ |
| AZ-OVCON | 00005 | 00005 | Ray Hernandez, Arizona Health Care Cost Containment System (AHCCCS) | Elaine Boughner, Legal Assistant, Office of the Attorney General of Arizona | 06/09/05 | memo | Attorney Work Product | memo requesting purchase data for Ovcon. | AZ |
| AZ-OVCON | 00006 | 00006 | Ray Hernandez, Arizona Health Care Cost Containment System (AHCCCS) | Elaine Boughner, Legal Assistant, Office of the Attorney General of Arizona | 08/03/05 | memo | Attorney Work Product | memo requesting purchase data for Ovcon. | AZ |
| AZ-OVCON | 00007 | 00009 | Elaine Boughner, Legal Assistant, Office of the Attorney General of Arizona | Ray Hernandez, Arizona Health Care Cost Containment System (AHCCCS) | 08/11/05 | Fax coversheet | Attorney Work Product | fax with updated list of NDC's for Ovcon. | AZ |
| AZ-OVCON | 00010 | 00010 | Ray Hernandez, Arizona Health Care Cost Containment System (AHCCCS) | Elaine Boughner, Legal Assistant, Office of the Attorney General of Arizona | 08/12/05 | memo | Attorney Work Product | memo with requested purchase data for Ovcon. | AZ |
| AZ-OVCON | 00011 | 00014 | Elaine Boughner, Legal Assistant, Office of the Attorney General of Arizona | Maureen Harte, Senior Account Manager, Walgreens Health Initiatives | 08/17/05 | Fax coversheet | Attorney Work Product | fax with request for Ovcon purchase data. | AZ |
| AZ-OVCON | 00015 | 00029 | Maureen Harte, Senior Account Manager, Walgreens Health Initiatives | Elaine Boughner, Legal Assistant, Office of the Attorney General of Arizona | 08/23/05 | e-mail | Attorney Work Product | e-mail regarding Ovcon claims for Arizona State Employees. | AZ |
| AZ-OVCON | 00030 | 00043 | Elaine Boughner, Legal Assistant, Office of the Attorney General of Arizona | Judith Jesse, Office of the Attorney General of Virginia | 08/30/05 | e-mail | Attorney Work Product | e-mail regarding State of Arizona Ovcon utilization. | AZ |
| AZ-OVCON | 00044 | 00046 | Judith Jesse, Office of the Attorney General of Virginia | All Attorney General state contacts for the Ovcon working group. | 10/27/05 | e-mail | Attorney Work Product | e-mail regarding Ovcon purchase data. | AZ |
| AZ-OVCON | 00047 | 00061 | Judith Jesse, Office of the Attorney General of Virginia | Elaine Boughner, Legal Assistant, Office of the Attorney General of Arizona | 04/13/06 | e-mail | Attorney Work Product | e-mail regarding Arizona's Minnesota Multi-State Contracting Alliance for Pharmacy (MMCAP) purchases of Ovcon. | AZ |
|  |  |  | AnnMarie Marciariillo, Deputy Attorney General - Office of the Attorney General - Virginia | Judith Jesse, Office of the Attorney General - Virginia | 9/12/2005 | e-mail | Attorney Work Product | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |
|  |  |  | AnnMarie Marciariillo, Deputy Attorney General - Office of the Attorney General | Judith Jesse, Office of the Attorney General - Virginia | 9/12/2005 | e-mail | Attorney Work Product | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |

| | | Date | Type | Privilege | Description | State |
|---|---|---|---|---|---|---|
| Duane Trump, Investigative Consultant - Office of the Attorney General | AnnMarie Marciarille, Deputy Attorney General - Attorney Generals Office | 9/6/2005 | e-mail | Attorney Work Product | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |
| Duane Trump, Investigative Consultant - Office of the Attorney General | AnnMarie Marciarille, Deputy Attorney General - Attorney Generals Office | 9/6/2005 | e-mail | Attorney Work Product | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |
| Vic Walker, Consulting Pharmacist - Dept. of Health Services | Duane Trump, Investigative Consultant - Office of the Attorney General | 9/6/2005 | e-mail | Attorney Work Product | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |
| AnnMarie Marciarille, Deputy Attorney General - Office of the Attorney General | Duane Trump, Investigative Consultant - Office of the Attorney General | 9/1/2005 | e-mail | Attorney Work Product | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |
| Ron LaSala, Pharmaceutical - Dept. of General Services | Duane Trump, Investigative Consultant - Office of the Attorney General | 08/2005 estimated date | e-mail | Attorney Work Product | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |
| Gary Howe, Senior Buyer - UC Irvine | Duane Trump, Investigative Consultant - Office of the Attorney General | 8/17/2005 | Fax | Attorney Work Product | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |
| Danielle Kulischak, Pharmacy Purchasing Coordinator - UCSD | Duane Trump, Investigative Consultant - Office of the Attorney General | 08/2005 estimated date | e-mail | Attorney Work Product | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |
| Catherine Takazaki , Director Pharmacy Business Services - UCLA Healthcare | Duane Trump, Investigative Consultant - Office of the Attorney General | 8/16/2005 | e-mail | Attorney Work Product | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |
| Debra Schmidt, Risk Management Analyst - UC DAVIS | Duane Trump, Investigative Consultant - Office of the Attorney General | 08/2005 estimated date | e-mail | Attorney Work Product | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |
| Barbara Lara, Pharmacy Program & Policy Analyst - CalPERS | Duane Trump, Investigative Consultant - Office of the Attorney General | 9/31/2005 | e-mail | Attorney Work Product | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |
| Vic Walker, Consulting Pharmacist - Dept. of Health Services | Duane Trump, Investigative Consultant - Office of the Attorney General | 8/30/2005 | e-mail | Attorney Work Product | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |
| Clark Hemphill, Assistant Pharmacy Director - Veteran Affairs | Duane Trump, Investigative Consultant - Office of the Attorney General | 8/12/2005 | e-mail | Attorney Work Product | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |
| Dan Dong, University of California - San Francisco Medical Ctr. | Duane Trump, Investigative Consultant - Office of the Attorney General | 8/5/2005 | e-mail | Attorney Work Product | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |
| Clark Hemphill, Assistant Pharmacy Director - Veteran Affairs | Duane Trump, Investigative Consultant - Office of the Attorney General | 8/12/2005 | e-mail | Attorney Work Product | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |
| Diane Zalba, Director Pharmaceutical Services - UCLA Medical Ctr. | Duane Trump, Investigative Consultant - Office of the Attorney General | 8/17/2005 | e-mail | Attorney Work Product | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |
| Howard Schwartz, Senior Staff Counsel - CalPERS Legal Office - UC DAVIS | Duane Trump, Investigative Consultant - Office of the Attorney General | 8/26/2005 | e-mail | Attorney Work Product | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |
| Barbara Lara, Pharmacy Program & Policy Analyst - CalPERS | Duane Trump, Investigative Consultant - Office of the Attorney General | 8/31/2005 | e-mail | Attorney Work Product | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |

| Parties | Date | Document | Privilege | Description | Loc. |
|---|---|---|---|---|---|
| Diane Zalba, Director Pharmaceutical Services-UCLA Medical Ctr.; Duane Trump, Investigative Consultant -Office of the Attorney General | | | | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |
| Pilar Williams, Chief Pharmacy Policy & Contracting Section - Dept. of Health Service; Duane Trump, Investigative Consultant -Office of the Attorney General | | | | Query re: Ovcon purchase and utilization in anticipation of litigation. | CA |
| Anika Cooper, DC AAG; Phillip Husband, Deputy General Counsel, DC Department of Health; Mario Damiani, Counsel, DC Department of Health; cc: Susan Phan, AAG DC | 5/25-5/26/06 | email | attorney work product attorney/client | correspondence containing legal advice re: confidentiality of documents | DC |
| Phillip Husband, Associate General Counsel, DC Department of Health; Anika Cooper, DC AAG | 5/9/2006 | fax cover (1 page) | attorney work product attorney/client | correspondence forwarding responsive documents (later produced) and reflecting attorney mental impressions re discovery request | DC |
| Robert T. Maruca, Senior Deputy Director, DC Medical Assistance Administration; Phillip Husband, Deputy General Counsel, DC Department of Health | 5/9/2006 | memo (2 pages) | attorney client | memorandum from client reflecting/seeking legal advice re discovery response | DC |
| Phillip Husband, Associate General Counsel, DC Department of Health; Anika Cooper, DC AAG; cc Susan Phan, DC AAG; Mario Damiani, Counsel, DC Department of Health | 5/22/2006 | email | attorney/client | email reflecting legal advice re discovery response | DC |
| Anika Cooper, DC AAG; Phillip Husband, Deputy General Counsel, DC Department of Health | 5/5/2006 | Memo (3 pages) | attorney/client | draft memorandum providing legal advice re collecting documents responsive to discovery request | DC |
| Anika Cooper, DC AAG; Phillip Husband, Deputy General Counsel, DC Department of Health | 4/28/2006 | email | Attorney Work Product Attorney/Client Privilege | correspondence re legal strategy for collecting documents responsive to discovery requests | DC |
| Kenneth Campbell, General Counsel, DC Department of Health | 4/20/2006 | letter (2 pages) | attorney/client | correspondence containing legal advice re preservation of documents | DC |
| Anika Cooper, DC AAG; cc: Susan Phan, DC AAG; Mario Damiani, Counsel, DC Department of Health | 5/17/2006 | email | attorney/client | correspondence reflecting legal advice re responding to discovery requests | DC |
| Phillip Husband, Associate General Counsel, DC Department of Health; Phillip Husband, Deputy General Counsel, DC Department of Health; cc: Mario Damiani, Counsel, DC Department of Health; cc: Susan Phan, DC AAG; cc: Anika Cooper, DC AAG; cc: Kenneth Campbell, General Counsel, DC Department of Health. | 5/22/2006; 5/5/2006 | email | attorney client | correspondence between counsel and client containing legal advice and requesting information necessary to provide legal advice re responding to discovery request | DC |

4

| Bates | Bates | Author / From | Recipient / To | Date | Type | Privilege | Description | State |
|---|---|---|---|---|---|---|---|---|
| 004651 | | Anika Cooper, DC AAG; Anne Sturtz, General Counsel, DC Department of Mental Health | Anika Cooper, DC AAG; Anne Sturtz, General Counsel, DC Department of Mental Health; cc: Susan Phan, DC AAG | 05/04/06 | email | Attorney Work Product; Attorney/Client Privilege | correspondence providing legal advice and requesting information necessary for legal advice re responding to discovery requests | DC |
| | 004651 | Anne Sturtz, General Counsel, DC Department of Mental Health | Anika Cooper, DC AAG; cc Susan Phan, DC AAG | 05/05/06 | email | Attorney Work Product; Attorney/Client Privilege | correspondence reflecting legal advice re responding to discovery requests | DC |
| 004652 | 004652 | Debbie McCall, Benefits Administrator, State of Delaware, Office of Management & Budget | Michael Undorf, Deputy Attorney General, Delaware Department of Justice, Fraud & Consumer Protection Division, Antitrust Unit | 8/27/2005 | e-mail | Attorney Work Product | Status report in connection with request for information made by Deputy Attorney General Michael Undorf in connection with the Ovcon antitrust investigation. (includes attorney's original request for information in e-mail string). | DE |
| | 004652 | Debbie McCall, Benefits Administrator, State of Delaware, Office of Management & Budget | Michael Undorf, Deputy Attorney General, Delaware Department of Justice, Fraud & Consumer Protection Division, Antitrust Unit | 8/23/2005 | e-mail | Attorney Work Product | E-mail cover for a report prepared in connection with a request for information made by Deputy Attorney General Michael Undorf in connection with the Ovcon antitrust investigation. | DE |
| 004653 | 004654 | Specific author unknown, provided by Debbie McCall, Benefits Administrator, State of Delaware, Office of Management & Budget | Michael Undorf, Deputy Attorney General, Delaware Department of Justice, Fraud & Consumer Protection Division, Antitrust Unit | No Date | Spreadsheet. Attached to e-mail (004652). | Attorney Work Product | Report prepared in response to a request for information made by Deputy Attorney General Michael Undorf in connection with the Ovcon antitrust investigation. | DE |
| | 004655 | Cynthia Denemark, employee of EDS. EDS is an outsourcing services company and has managed the State of Delaware's Medicaid program for the Department of Health and Social Services since 1989. | Michael Undorf, Deputy Attorney General, Delaware Department of Justice, Fraud & Consumer Protection Division, Antitrust Unit | 8/25/2005 | e-mail | Attorney Work Product | Out of Office Reply in connection with request for information made by Deputy Attorney General Michael Undorf in connection with the Ovcon antitrust investigation. | DE |
| 00457 | 004656 | Joyce Talley, Bureau Chief, State of Delaware, Department of Correction, Bureau of Management Services | Michael Undorf, Deputy Attorney General, Delaware Department of Justice, Fraud & Consumer Protection Division, Antitrust Unit | 8/23/2005 | e-mail | Attorney Work Product | Response to request for information by Deputy Attorney General Michael Undorf in connection with Ovcon antitrust investigation (includes attorney's original request for information in e-mail string). | DE |

| Bates | Bates | Author | Recipient | Date | Type | Privilege | Description | |
|---|---|---|---|---|---|---|---|---|
| 004658 | 004659 | Ann Woolfolk, Deputy Attorney General, Department of Justice, Civil Division | Michael Undorf, Deputy Attorney General, Delaware Department of Justice, Fraud & Consumer Protection Division, Antitrust Unit | 8/25/2005 | e-mail | Attorney Work Product | Inquiry response of attorney for the DE Department of Health and Social Services in connection with a request for information made by Deputy Attorney General Michael Undorf in connection with the Ovcon antitrust investigation (includes 3 additional e-mails within the string in connection with attorney's request including the attorney's original request for information.) | DE |
| 4660.00 | 004660 | Cynthia Denemark, employee of EDS. EDS is an outsourcing services company and has managed the State of Delaware's Medicaid program for the Department of Health and Social Services since 1989. | Michael Undorf, Deputy Attorney General, Delaware Department of Justice, Fraud & Consumer Protection Division, Antitrust Unit | 8/25/2005 | e-mail | Attorney Work Product | Out of Office Reply in connection with request for information made by Deputy Attorney General Michael Undorf in connection with the Ovcon antitrust investigation. | DE |
| 004661 | 004663 | Karen M Parker-Bender, EDS, Delaware Healthcare Services. EDS is an outsourcing services company and has managed the State of Delaware's Medicaid program for the Department of Health and Social Services since 1989. | Michael Undorf, Deputy Attorney General, Delaware Department of Justice, Fraud & Consumer Protection Division, Antitrust Unit | 8/26/2005 | e-mail | Attorney Work Product | Inquiry in connection with request for information made by Deputy Attorney General Michael Undorf in connection with the Ovcon antitrust investigation (includes 8 additional e-mail messages in the string all relating to the attorney's request including attorney's original request for information | DE |
| 004664 | 004667 | Karen M Parker-Bender, EDS, Delaware Healthcare Services. EDS is an outsourcing services company and has managed the State of Delaware's Medicaid program for the Department of Health and Social Services since 1989. | Michael Undorf, Deputy Attorney General, Delaware Department of Justice, Fraud & Consumer Protection Division, Antitrust Unit | 9/9/2005 | e-mail | Attorney Work Product | E-mail cover for a report in connection with a request for information made by Deputy Attorney General Michael Undorf in connection with the Ovcon antitrust investigation (includes 9 additional e-mail messages in the string all relating to attorney's request) | DE |
| 004666 | 004668 | Karen M Parker-Bender, EDS, Delaware Healthcare Services. EDS is an outsourcing services company and has managed the State of Delaware's Medicaid program for the Department of Health and Social Services since 1989. | Michael Undorf, Deputy Attorney General, Delaware Department of Justice, Fraud & Consumer Protection Division, Antitrust Unit | No Date | Spreadsheet. Attached to e-mail (Document 004664-004667). | Attorney Work Product | Report prepared in connection with a request for information made by Deputy Attorney General Michael Undorf in connection with the Ovcon antitrust investigation. | DE |

6

| Ref | Doc # | Author | Recipient | Date | Format | Privilege | Description | State |
|---|---|---|---|---|---|---|---|---|
| | 004669 | Specific author unknown, provided by Karen M Parker-Bender, EDS, Delaware Healthcare Services. EDS is an outsourcing services company and has managed the State of Delaware's Medicaid program for the Department of Health and Social Services since 1989. | Michael Undorf, Deputy Attorney General, Delaware Department of Justice, Fraud & Consumer Protection Division, Antitrust Unit | 9/9/2005 | e-mail | Attorney Work Product | Status report in connection with request for information made by Deputy Attorney General Michael Undorf in connection with the Ovcon antitrust investigation, (includes 10 additional e-mails within the string including the attorney's original request for information) | DE |
| | 004672 | Karen M Parker-Bender, EDS, Delaware Healthcare Services. EDS is an outsourcing services company and has managed the State of Delaware's Medicaid program for the Department of Health and Social Services since 1989. | Michael Undorf, Deputy Attorney General, Delaware Department of Justice, Fraud & Consumer Protection Division, Antitrust Unit | 9/9/2005 | e-mail | Attorney Work Product | Explanation of acronyms utilized in document 004668 in response to a request made by Deputy Attorney General Michael Undorf in connection with the Ovcon antitrust investigation. Document 004669-004672 is repeated within the e-mail string. | DE |
| FLOVC 00001 | 004673 | Laura Daugherty, Research Economist, Florida Attorney General's Office | Elizabeth Arthur, Esq., Florida Attorney General's Office; Samantha Hunter, Esq., Florida Attorney General's Office | 4/2/2006 | spreadsheet | Attorney Work Product | Ovcon purchase data | FL |
| | 00001 | Layne Lindebak, Attorney, IA Atty General Office | Susan Parker, IA Dept of Human Services | 8/25-26/2005 | email | Attorney Work Product | Message string generated in anticipation of possible litigation re Ovcon Medicaid Data availability, drugs covered, reimbursement amount, calculation methodology; contains no material generated in regular course of business of the agency | IA |
| | | Susan Parker, IA Dept of Human Services | Layne Lindebak, Attorney, IA Atty General Office | 09/08/05 | email | | Message re Ovcon Medicaid Data reimbursement amount prepared in anticipation of possible litigation; contains no material generated in regular course of business of the agency | IA |
| | 00001 | Jack Dwyer, Attorney, IA Atty General Office | Susan Parker, IA Dept of Human Services | 4/11-12/2006 | email | Attorney Work Product | Message exchange generated in preparation for litigation re discovery requests, prescription drug data availability, document retention; contains no material generated in regular course of business of the agency | IA |

| | | | | | Report | Attorney Work Product | | ID |
|---|---|---|---|---|---|---|---|---|
| | | Department of Health and Welfare, Medicaid Division | Brett Delange, Idaho Attorney General | | | | State of Idaho, Department of Health and Welfare, Ovcon Utilization, Claims for from Date of Service, 1/1/2004 – 7/31/2005. | |
| | | Judith Jesse, Sr. Legal Asst, Office of Virginia Attorney General | Various State Assistant Attorneys General and Paralegals | 08/09/05 | e-mail and attached spreadsheet | Attorney work product; communication in anticipation of litigation | e-mail and attachment containing Ovcon purchase data | IL |
| | | Meridyth Andrus, Attorney, Office of Maryland Attorney General | Various State Assistant Attorneys General | 10/27/05 | e-mail and attached spreadsheet | Attorney work product; communication in anticipation of litigation | e-mail and attachment regarding Ovcon NDC codes and purchases | IL |
| | | Judith Jesse, Sr. Legal Asst Office of Virginia Attorney General | Various State Assistant Attorneys General And Paralegals | 08/05/05 | e-mail | Attorney work product; communication in anticipation of litigation | e-mail regarding Ovcon NDC codes | IL |
| KS-OV 00014 | 00026 | Karl Hansen, Kansas Assistant Attorney General | Karl Hansen, Kansas Assistant Attorney General | 08/08/05 | e-mail | | E-mail requesting Ovcon reimbursement data, with attached e-mail from Judith Jesse, Virginia Attorney General's Office to Karl Hansen and other States Attorney General's Offices, producing Ovcon NDC codes | KS |
| KS-OV 00013 | 00013 | Denise Desch, Kansas Attorney General's Office | Denise Desch, Research Analyst, Kansas Attorney General's Office | 08/08/05 | handwritten sheet | Attorney Work Product | Ovcon reimbursement information for 01/01/04 through 07/31/05. Requested by attorney. | KS |
| KS-OV 00012 | 00012 | Denise Desch, Kansas Attorney General's Office | Karl Hansen, Kansas Assistant Attorney General; Camilla McKinny, Research Analyst, Kansas Attorney General's Office; Rex Beasley, Deputy Attorney General | 08/10/05 | e-mail | Attorney Work Product | Ovcon reimbursement information for 01/01/04 through 07/31/05. Requested by attorney. | KS |
| KS-OV 00027 | 00031 | Denise Desch, Kansas Attorney General's Office | Karl Hansen, Kansas Assistant Attorney General | none | list | Attorney Work Product | List of NDC's looked up for Norethindrone (Ovcon); generated for document retrieval purposes at request of attorney | KS |
| KS-OV 00032 | 00036 | Lynette Bakker, Kansas Assistant Attorney General | Mary Lesperance, R.Ph., Pharmacy Program Manager, KDHPF (Kansas Department of Health Policy and Finance); Reid Stacey, Esq., KDHPF | 04/26/06 | e-mail | Attorney Work Product | Explanation of pending litigation and defendant request for responsive documents. Request for statutory and regulatory guidance. (includes e-mail string re scheduling a meeting) | KS |

8

| KS-CV | | | | | | | | | KS |
|---|---|---|---|---|---|---|---|---|---|
| KS-CV | 00037 | 00044 | Reid Stacey, KDHPF | Lynette Bakker, Kansas Assistant Attorney General, Mary Lesperance, KDHPF, Nialson Lee, KDHPF | 04/26/06 | e-mail | Attorney Work Product | Statute and regulatory information. Requested by attorney (includes e-mail string re: scheduling a meeting and explanation of case) | KS |
| KS-CV | 00045 | 00045 | Lynette Bakker, Kansas Assistant Attorney General | Mary Lesperance, KDHPF; Reid Stacey, KDHPF, Nialson Lee, KDHPF | 04/27/06 | e-mail | Attorney Work Product | Request for Ovcon purchase and reimbursement information and discussion of objectionable requests. | KS |
| KS-CV | 00046 | 00046 | Reid Stacey, KDHPF | Lynette Bakker, Kansas Assistant Attorney General | 05/05/06 | e-mail | Attorney Work Product | Update from attorney on request for Ovcon reimbursement information requested regarding State Employees. | KS |
| KS-CV | 00047 | 00048 | Reid Stacey, KDHPF | Lynette Bakker, Kansas Assistant Attorney General | 05/05/06 | e-mail | Attorney Work Product | Update on request for Ovcon Medicaid reimbursement information requested. Thoughts and recommendations regarding response to discovery request. (includes e-mail string re: requested information) | KS |
| KS-CV | 00049 | 00050 | Jennifer Flory, Kansas Health Benefits Administration (KHBA) | Lynette Bakker, Kansas Assistant Attorney General | 05/07/06 | spreadsheet | Attorney Work Product | Requested print out of State Employee payments on Ovcon for 01/03 to 04/28/06. | KS |
| KS-CV | 00051 | 00056 | Harvey Hillin, PhD, Policy and Program Analyst, KDHPF | Lynette Bakker, Kansas Assistant Attorney General | 05/07/06 | computer screen pages from database | Attorney Work Product | Requested print screen pages of Medicaid database regarding EAC prices on four Ovcon NDC numbers. (with handwritten notes) | KS |
| KS-CV | 00057 | 00058 | Mary Lesperance, KDHPF | Lynette Bakker, Kansas Assistant Attorney General, Reid Stacey, KDHPF | 05/08/06 | e-mail | Attorney Work Product | E-mail delivering requested Medicaid spreadsheets showing payments by Medicaid for Ovcon from 2003 to 2005. | KS |
| KS-CV | 00059 | 00059 | Harvey Hillin, KDHPF | Lynette Bakker, Kansas Assistant Attorney General | 05/08/06 | spreadsheet | Attorney Work Product | Requested spreadsheet showing payments by Medicaid for Ovcon from 2003 to 2006 (summary). | KS |
| KS-CV | 00060 | 00060 | Harvey Hillin, KDHPF | Lynette Bakker, Kansas Assistant Attorney General | 05/08/06 | spreadsheet | Attorney Work Product | Requested spreadsheet showing payments by Medicaid for Ovcon from 2003 to 2006 (year by year). | KS |
| KS-CV | 00061 | 00061 | Lynette Bakker, Kansas Assistant Attorney General | Mary Lesperance, KDHPF | 05/08/06 | e-mail | Attorney Work Product | E-mail clarifying dates of and reason for reimbursement information requested by attorney. | KS |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| KS-CV | 00062 | 00062 | Reid Stacey, KDHPF | Lynette Bakker, Kansas Assistant Attorney General, Jennifer Flory, KHBA | | 05/08/06 | e-mail | Attorney Work Product | E-mail providing State employee payment spreadsheet with discussion. | KS |
| KS-CV | 00063 | 00064 | Reid Stacey, KDHPF | Lynette Bakker, Kansas Assistant Attorney General, Mary Lesperance, KDHPF | | 05/08/06 | e-mail | Attorney Work Product | E-mail providing health regulatory and policy information requested by attorney. | KS |
| KS-CV | 00065 | 00065 | Denise Desch, Kansas Attorney General's Office | Lynette Bakker, Kansas Assistant Attorney General | | 05/09/06 | spreadsheet | Attorney Work Product | List of Ovcon NDC number provided by Medicaid Fraud division, generated for document retrieval at request of attorney. | KS |
| KS-CV | 00066 | 00071 | Denise Desch, Kansas Attorney General's Office | Lynette Bakker, Kansas Assistant Attorney General | | 05/09/06 | database information in report format | Attorney Work Product | Ovcon payment information requested by attorney for January 2003 to May 9, 2006. | KS |
| KS-CV | 00072 | 00076 | Denise Desch, Kansas Attorney General's Office | Lynette Bakker, Kansas Assistant Attorney General | | 05/09/06 | spreadsheet / handwritten list | Attorney Work Product | Ovcon pricing information for individual Ovcon NDC's requested by attorney. | KS |
| | | 00001 | David Czekanski, Group Insurance Commission, Commonwealth of Massachusetts | Mary Freeley, Office of the Attorney General of Massachusetts | | 05/19/06 | fax | Attorney Work Product | Fax cover sheet with report of Ovcon cost/reimbursement in response to information request by AAG Mary Freeley for litigation. | MA |
| | | | Maryland Department of Health and Mental Hygiene | Meredyth Andrus, Maryland Attorney General's Office | | | spreadsheet | Attorney Work Product | Medicaid purchase data for reimbursed Ovcon prescriptions from 1/04 to 7/05 | MD |
| | | | Michigan Department of Civil Service | Michelle Rick, Michigan Attorney General's Office | | | spreadsheet | Attorney Work Product | data regarding state purchase of Ovcon | MI |
| | | | Denise Chrysler, Privacy Officer, Michigan Department of Community health | Michelle Rick, Michigan Attorney General's Office | | | spreadsheet | Attorney Work Product | data regarding state purchase of Ovcon | MI |
| MOAGO | 00001 | 00001 | Division of Medical Services Medicaid Payments Database, Missouri Department of Social Services | Richard Williams / Michael Roling (MO AGO - Medicaid Fraud Division) | | 8/26/2005 | spreadsheet | Attorney Work Product | Missouri Medicaid Reimbursements Report for Ovcon NDC 00430058214 (1 page) | MO |
| MS | MS001 | MS001 | VICKI VEAZY, PHARMACIST, MS STATE HOSPITAL | LANA FUQUA, AG LEGAL ASSISTANT | | 06/17/05 | e-mail | Attorney Work Product | E-mail concerning Mississippi State Hospitals purchases | MS |
| MS | MS002 | MS004 | THERESA HANNA, STATE INS. ADMINISTRATOR, DEPT. FINANCE & ADM. | LANA FUQUA, AG LEGAL ASSISTANT | | 06/17/05 | e-mail | Attorney Work Product | e-mail concerning Mississippi EMPLOYEE HEALTH PLAN purchases | MS |
| MS | MS005 | MS005 | CHAD HAYDEN, BUSINESS MGR., UNIVERSITY MED. CENTER | LANA FUQUA, AG LEGAL ASSISTANT | | 6/17/2005 | E-MAIL | Attorney Work Product | e-mail concerning Mississippi UNIV MEDICAL CENTER purchases | MS |
| MS | MS006 | MS009 | THERESA HANNA, STATE INS. ADMINISTRATOR, DEPT. FINANCE & ADM. | LANA FUQUA, AG LEGAL ASSISTANT | | 6/20/2005 | E-MAIL | Attorney Work Product | e-mail concerning Mississippi EMPLOYEE HEALTH PLAN purchases | MS |
| MS | MS010 | MS010 | BILL MOUNGER, DIV. OF MEDICAID | LANA FUQUA, AG LEGAL ASSISTANT | | 6/28/2005 | E-MAIL | Attorney Work Product | e-mail concerning Medicaid purchase information | MS |

10

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MS | MS011 | VICKI VEAZY, PHARMACIST, MS STATE HOSPITAL | LANA FUQUA, AG LEGAL ASSISTANT | 7/18/2005 | E-MAIL | Attorney Work Product | E-mail concerning Mississippi State Hospitals purchases | MS |
| MS | MS012 | VICKI VEAZY, PHARMACIST, MS STATE HOSPITAL | LANA FUQUA, AG LEGAL ASSISTANT | 6/28/2005 | E-MAIL | Attorney Work Product | E-mail concerning Mississippi State Hospitals purchases | MS |
| MS | MS013 | CHAD HAYDEN, BUSINESS MGR., UNIVERSITY MED. CENTER | LANA FUQUA, AG LEGAL ASSISTANT | 7/18/2005 | E-MAIL | Attorney Work Product | e-mail concerning Mississippi UNIV MEDICAL CENTER purchases | MS |
| MS | MS014 | THERESA HANNA, STATE INS. ADMINISTRATOR, DEPT. FINANCE & ADM. | LANA FUQUA, AG LEGAL ASSISTANT | 7/19/2005 | E-MAIL | Attorney Work Product | e-mail concerning Mississippi EMPLOYEE HEALTH PLAN purchases | MS |
| MS | MS015 | THERESA HANNA, STATE INS. ADMINISTRATOR, DEPT. FINANCE & ADM. | LANA FUQUA, AG LEGAL ASSISTANT | 8/12/2005 | E-MAIL | Attorney Work Product | e-mail concerning Mississippi EMPLOYEE HEALTH PLAN purchases | MS |
| MS | MS018 | BILL MOUNGER, DIV. OF MEDICAID | LANA FUQUA, AG LEGAL ASSISTANT | 8/8/2005 | REPORT | Attorney Work Product | Medicaid purchase information | MS |
| OV | 00001 | Brendan Joyce, North Dakota Medicaid Division | Todd A Sattler, North Dakota Office of the Attorney General | 09/06/05 | spreadsheet | Attorney Work Product | data regarding state purchase of Ovcon between 1/1/04 and 7/26/05 | ND |
| 000014 | 000014 | Vickie Langton, Social Services Program Specialist II, Nevada Medicaid | Brian Armstrong, Senior Deputy Attorney General, Office of the Attorney General Nevada Department of Justice; Darrell Faircloth, Deputy Attorney General, Office of the Attorney General Nevada Department of Justice; Coleen Lawrence, Chief of Program Services, Nevada Medicaid; John Liveratti, Chief of Compliance, Nevada Medicaid | 11/18/2005 | Word Document | Attorney Work Product | Customized report specifically produced in anticipation of litigation regarding the amount of Nevada Medicaid purchases of Ovcon by two Warner Chilcott NDC codes | NV |
| 000011 | 000013 | Vickie Langton, Social Services Program Specialist II, Nevada Medicaid | Brian Armstrong, Senior Deputy Attorney General, Office of the Attorney General Nevada Department of Justice ; Darrell Faircloth, Deputy Attorney General, Office of the Attorney General Nevada Department of Justice; Coleen Lawrence, Chief of Program Services, Nevada Medicaid; John Liveratti, Chief of Compliance, Nevada Medicaid | 11/18/2005 | Email | Attorney Work Product | Email cover for and request of a customized report specifically produced in anticipation of litigation regarding the amount of Nevada Medicaid purchases of Ovcon by Warner Chilcott NDC codes | NV |
| 000001 | 000001 | Michael West, Auditor, Office of the Attorney General Nevada Department of Justice | Brian Armstrong, Senior Deputy Attorney General, Office of the Attorney General Nevada Department of Justice | 11/17/2005 | Spreadsheet | Attorney Work Product | Customized report specifically produced in anticipation of litigation regarding the amount of Nevada Medicaid purchases of Ovcon by three Warner Chilcott NDC codes | NV |

11

| | Recipient / Custodian | Author | Date | Type | Privilege | Description | State |
|---|---|---|---|---|---|---|---|
| 000002 | Michael West, Auditor, Office of the Attorney General Nevada Department of Justice | Brian Armstrong, Senior Deputy Attorney General, Office of the Attorney General Nevada Department of Justice | 11/17/2005 | | Attorney Work Product | Email cover for and request of a customized report specifically produced in anticipation of litigation regarding the amount of Nevada Medicaid purchases of Ovcon by Warner Chilcott NDC codes | NV |
| 000005 | Michael West, Auditor, Office of the Attorney General Nevada Department of Justice | Brian Armstrong, Senior Deputy Attorney General, Office of the Attorney General Nevada Department of Justice | 11/17/2005 | Email | Attorney Work Product | Customized report specifically produced in anticipation of litigation regarding the amount of Nevada Medicaid purchases of Ovcon by one Warner Chilcott NDC code | NV |
| 000009 / 000010 | Michael West, Auditor, Office of the Attorney General Nevada Department of Justice | Brian Armstrong, Senior Deputy Attorney General, Office of the Attorney General Nevada Department of Justice | 11/17/2005 | Spreadsheet | Attorney Work Product | Customized report specifically produced in anticipation of litigation regarding the amount of Nevada Medicaid purchases of Ovcon by one Warner Chilcott NDC code | NV |
| 000007 / 000008 | Michael West, Auditor, Office of the Attorney General Nevada Department of Justice | Brian Armstrong, Senior Deputy Attorney General, Office of the Attorney General Nevada Department of Justice | 11/17/2005 | Spreadsheet | Attorney Work Product | Customized report specifically produced in anticipation of litigation regarding the amount of Nevada Medicaid purchases of Ovcon by one Warner Chilcott NDC code | NV |
| 000006 / 000006 | Michael West, Auditor, Office of the Attorney General Nevada Department of Justice | Brian Armstrong, Senior Deputy Attorney General, Office of the Attorney General Nevada Department of Justice | 11/17/2005 | Email | Attorney Work Product | Email cover for and request of a customized report specifically produced in anticipation of litigation regarding the amount of Nevada Medicaid purchases of Ovcon by Warner Chilcott NDC codes | NV |

12

| | | | | | | |
|---|---|---|---|---|---|---|
| John Ioannou, Assistant Attorney General | Stephen Abbott, Principal Accountant (NYS Elderly Pharmaceutical Insurance Coverage Program); Keith Brennan, Counsel (NYS Office of Mental Health); Carl Gordon, General Consel (NYS Dept. of Family & Children's Services); Lanny Cross, Program Manager (NYS AIDS Drug Assistance Program); Richard Hogle, Counsel (NYS Office of Alcoholism & Substance Abuse Serv.); Carl Cioppa, Pharmacy Operations Manager (NYS Medicaid); James Hennessey, HIPAA Privacy Officer (NYS Dept. of Civil Service); Brian Kelly, Sr. Attorney (Office of Mental Retardation & Development); Wendy Kowalczyk, Counsel (SUNY); Lisa Tyson (AIDS Drug Assistance Program); Michael Sexton, Gen. Counsel (Roswell Park Cancer Institute); Michele Granger (Workers' Compensation Board); Michael Miliano, Chief Compliance Officer (NYS Insurance Fund); Nancy Heywood, Associate Counsel (Department of Correctional Svcs.); Valerie Phillips, Sr. Counsel (NYC Health & Hospitals Corp.); Christine Rivera, Director (AIDS Drug Assistance Program); cc: Jay Himes, Antitrust Bureau Chief, NYS Office of the Attorney General | 7/18/2005 | Email | Attorney Work Product | Request for Ovcon purchase and reimbursement information, including attached NDC codes | NY |
| Carl Cioppa, Pharmacy Operations Manager (NYS Medicaid) | John Ioannou, Assistant Attorney General | 7/18/2005 | Email | Attorney Work Product | Query for more information on NDC codes in response to request for Ovcon prescription information | NY |
| Lisa Vura-Weis, Economic Research Analyst (NYS Office of the Attorney General, Antitrust Bureau) | Carl Cioppa, Pharmacy Operations Manager (NYS Medicaid); cc: Elinor Hoffmann, Assistant Attorney General | 7/18/2005 | Email | Attorney Work Product | Response to query for more information Query for more information on NDC codes pertaining to Ovcon prescription data request | NY |
| Michael Sexton, Gen. Counsel (Roswell Park Cancer Institute) | John Ioannou, Assistant Attorney General | 7/18/2005 | Email | Attorney Work Product | Response to email request for Ovcon purchase and reimbursement information | NY |
| Melissa Pinero, Administrative Office Staff (SUNY) | John Ioannou, Assistant Attorney General | 7/18/2005 | Email | Attorney Work Product | Response to email request for Ovcon purchase and reimbursement information | NY |

13

| | | | | Date | Type | Privilege | Description | State |
|---|---|---|---|---|---|---|---|---|
| | | Valerie Phillips, Sr. Counsel (NYC Health & Hospitals Corporation) | John Ioannou, Assistant Attorney General; cc: Richard Levy, General Counsel (NYC Health & Hospitals Corporation) | 7/18/2005 | Email | Attorney Work Product | Response to email request for Ovcon purchase and reimbursement information | NY |
| | | Christine Rivera, Director (AIDS Drug Assistance Program) | John Ioannou, Assistant Attorney General | 7/26/2005 | Email | Attorney Work Product | Response to email request for Ovcon purchase and reimbursement information | NY |
| | | Sandra Knapp, Program Research Specialist (NYS Elderly Pharmaceutical Insurance Coverage Program) | John Ioannou, Assistant Attorney General | 7/26/2006 | Email | Attorney Work Product | Query for more information about data requested for Ovcon prescription data information | NY |
| | | Sandra Knapp, Program Research Specialist (NYS Elderly Pharmaceutical Insurance Coverage Program) | Lisa Vura-Weis, Economic Research Analyst (NYS Office of the Attorney General, Antitrust Bureau); Elinor Hoffmann, Assistant Attorney General | 7/26/2006 | Email | Attorney Work Product | Forwarding query for more information about data requested for Ovcon prescription data information | NY |
| | | Lisa Vura-Weis, Economic Research Analyst (NYS Office of the Attorney General, Antitrust Bureau) | Sandra Knapp, Program Research Specialist (NYS Elderly Pharmaceutical Insurance Coverage Program); cc: Elinor Hoffmann, Assistant Attorney General | 7/26/2005 | Email | Attorney Work Product | Response to query for more information about data requested for Ovcon prescription data information, with attached formatting examples | NY |
| | | Michael Millano, Chief Compliance Officer (NYS Insurance Fund) | Elinor Hoffmann, Assistant Attorney General; Lisa Vura-Weis, Economic Research Analyst (NYS Office of the Attorney General, Antitrust Bureau); cc: John Ioannou, Assistant Attorney General | 7/27/2005 | Email | Attorney Work Product | Response to email request for Ovcon purchase and reimbursement information | NY |
| | | Brian Kelly, Sr. Attorney (Office of Mental Retardation & Development) | John Ioannou, Assistant Attorney General | 7/27/2005 | Email | Attorney Work Product | Response to email request for Ovcon purchase and reimbursement information | NY |
| | | Karen Warneling, Director of Central Pharmacy (Department of Correctional Services) | John Ioannou, Assistant Attorney General | 8/1/2005 | Email | Attorney Work Product | Response to email request for Ovcon purchase and reimbursement information | NY |
| | | Sandra Knapp, Program Research Specialist (NYS Elderly Pharmaceutical Insurance Coverage Program) | Lisa Vura-Weis, Economic Research Analyst (NYS Office of the Attorney General, Antitrust Bureau) | 8/10/2005 | Email | Attorney Work Product | Response to email request for Ovcon purchase and reimbursement information, including attachment with utilization information | NY |
| | | Nancy Heywood, Associate Counsel (Department of Correctional Svcs.) | Elinor Hoffmann, Assistant Attorney General | 8/26/2005 | Email | Attorney Work Product | Re: Prescription Drug Data Request -Ovcon | NY |
| OH OVCON | 000001 000002 | John A. Guthrie, Senior Deputy Attorney General, Health Care Fraud Section, Ohio Attorney General's Office | Jason Helmandollar, Special Agent Supervisor, Health Care Fraud Section, Medicaid Fraud Control Unit, Ohio Attorney General's Office; Patrice Fatig, Paralegal, Antitrust Section, Ohio Attorney General's Office | 6/24/2006 | email string w/ attached chart of NDC codes | Attorney-Client and Work Product privilege, communications in anticipation of potential litigation | Correspondence w/ Medicaid Fraud Unit of the Ohio Attorney General's Office re: Ovcon purchases re: evaluating potential litigation on behalf of Medicaid program | OH |

14

| | | | | | Date | Type | Privilege | Description | State |
|---|---|---|---|---|---|---|---|---|---|
| OH OVCON | 000003 | 000004 | Jason Helmandollar, Special Agent Supervisor, Health Care Fraud Section, Medicaid Fraud Control Unit, Ohio Attorney General's Office | Patrice Fatig, Beth Finnerty, Deputy Attorney General, Antitrust Section, Ohio Attorney General's Office; John A. Guthrie,Senior Deputy Attorney General, Health Care Fraud Section, Ohio Attorney General's Office | 6/24/2005 | email w/ attached chart | Attorney-Client and Work Product privilege, communications in anticipation of potential litigation | Correspondence w/ Medicaid Fraud Unit of the Ohio Attorney General's Office re: Ovcon purchases re: evaluating potential litigation on behalf of Medicaid program | OH |
| OH OVCON | 000005 | 000006 | Patrice Fatig, Paralegal, Antitrust Section, Ohio Attorney General's Office | John A. Guthrie, Senior Deputy Attorney General, Health Care Fraud Section, Ohio Attorney General's Office; Jason Helmandollar, Special Agent Supervisor, Health Care Fraud Section, Medicaid Fraud Control Unit, Ohio Attorney General's Office | 8/8/2005 | email w/ attached chart of revised NDC codes | Attorney-Client and Work Product privilege, communications in anticipation of potential litigation | Correspondence w/ Medicaid Fraud Unit of the Ohio Attorney General's Office re: Ovcon purchases re: evaluating potential litigation on behalf of Medicaid program | OH |
| OH OVCON | 000007 | 000008 | Jason Helmandollar, Special Agent Supervisor, Health Care Fraud Section, Medicaid Fraud Control Unit, Ohio Attorney General's Office | Patrice Fatig, Paralegal and Beth Finnerty, Deputy Attorney General, Antitrust Section, Ohio Attorney General's Office; John A. Guthrie, Senior Deputy Attorney General, Health Care Fraud Section, Ohio Attorney General's Office | 8/8/2005 | email w/ attached chart | Attorney-Client and Work Product privilege, communications in anticipation of potential litigation | Correspondence w/ Medicaid Fraud Unit of the Ohio Attorney General's Office re: Ovcon purchases re: evaluating potential litigation on behalf of Medicaid program | OH |
| OH OVCON | 000009 | 000010 | Patrice Fatig, Paralegal, Antitrust Section, Ohio Attorney General's Office | Gretchen Weaver, Manager, Pharmacy Service Center, Ohio Department of Mental Health; Connie Hammond, Mental Health Support Services, Ohio Department of Mental Health; Mitch Gentile, Principal Attorney, Antitrust Section, Ohio Attorney General's Office | 8/17/2005 | email w/ attached chart of NDC codes | Attorney-Client and Work Product privilege, communications in anticipation of potential litigation | Correspondence w/ Ohio's Department of Mental Health's Central Pharmacy re: Ovcon purchases re: potential litigation on behalf of Ohio Department of Mental Health. | OH |
| OH OVCON | 000011 | 000012 | Gretchen Weaver, Manager, Pharmacy Service Center, Ohio Department of Mental Health | Connie Hammond Mental Health Support Services, Ohio Department of Mental Health; Mitch Gentile, Principal Attorney and Patrice Fatig, Paralegal, Antitrust Section, Ohio Attorney General's Office | 8/17/2005 | email | Attorney-Client and Work Product privilege, communications in anticipation of potential litigation | Correspondence w/ Department of Ohio's Mental Health's Central Pharmacy re: Ovcon purchases re: potential litigation on behalf of Ohio Department of Mental Health. | OH |
| OROV | 00001 | 00003 | Greg A. Wendland, University of Oregon Health Center Pharmacy | Tim Nord, Oregon Department of Justice | 08/11/05 | faxed letter and spreadsheets | Attorney Work Product | Cover letter and printouts for purchases and dispensing of Ovcon | OR |
| OROV | 00004 | 00004 | Linda Samuels, Oregon State University Pharmacy | Melissa Curtis, Oregon Department of Justice | 06/29/05 | e-mail | Attorney Work Product | e-mail stating no purchases of Ovcon 35 | OR |
| OROV | 00005 | 00005 | Corlyn Caspers, OIT Student Health Center | Melissa Curtis, Oregon Department of Justice | 06/29/05 | e-mail | Attorney Work Product | e-mail stating the number of purchases of Ovcon 35 | OR |
| OROV | 00006 | 00006 | Trisha Guy, Western Oregon University | Melissa Curtis, Oregon Department of Justice | 06/28/05 | e-mail | Attorney Work Product | e-mail stating no purchases of Ovcon 35 | OR |

15

| Doc | No. | Author / Recipients | Date | Format | Privilege | Description | State |
|---|---|---|---|---|---|---|---|
| | | Maureen Glynn, Assistant Attorney General — Jacquline Kelley, Assistant Director, RI DHS; John Young, Associate Director RI DHS | 4/17/06 | e-mail | Attorney Work Product | DHS Purchasing data for Ovcon | RI |
| | | Maureen Glynn, Assistant Attorney General — Jacquline Kelley, Assistant Director, RI DHS; John Young, Associate Director RI DHS | 4/17/06 | e-mail | Attorney Work Product | DHS Purchasing data for Ovcon | RI |
| | | Maureen Glynn, Assistant Attorney General — Jacquline Kelley, Assistant Director, RI DHS; John Young, Associate Director RI DHS | 4/17/06 | e-mail | Attorney Work Product | DHS Purchasing data for Ovcon | RI |
| OVSC 0001 | 0002 | Frances Deberry, paralegal at SC Attorney General's Office — Rob Tester, SC Employee Insurance Program; Voight Shealy, SC Materials Management Office; Cheryl Ruff, SC Department of Health and Human Services; C. Havird Jones, Jr., attorney at SC Attorney General's Office | 5/25/05 | Email | Attorney work product | Request for information on Ovcon usage | SC |
| 0003 | 0003 | Frances Deberry, paralegal at SC Attorney General's Office — Allen Register, SC Materials Management Office | 5/26/05 | Email | Attorney work product | Request for information on Ovcon usage | SC |
| OVSC 0004 | 0005 | Rob Tester, SC Employee Insurance Program; elong@eip.sc.gov | 5/26/05 | Spreadsheet | Attorney work product | Ovcon usage information from June 2004 - present by NDC code | SC |
| 0006 | 0006 | Frances Deberry, paralegal at SC Attorney General's Office — Allen Register, SC Materials Management Office | undated | Email | Attorney work product | Request for information on Ovcon usage | SC |
| OVSC 0007 | 0007 | Cheryl Ruff, SC Department of Health and Human Services — Frances Deberry, paralegal at SC Attorney General's Office; C. Havird Jones, Jr., attorney at SC Attorney General's Office; George Burnett, SC Department of Health and Human Services; Diane Goolsby, SC Department of Health and Human Services | 6/7/2005 | Email | Attorney work product | Ovcon usage by SC Medicaid from 6/1/04 - 5/31/05 by NDC code | SC |
| OVSC 0008 | 0008 | Cheryl Ruff, SC Department of Health and Human Services — Frances Deberry, paralegal at SC Attorney General's Office; C. Havird Jones, Jr., attorney at SC Attorney General's Office; George Burnett, SC Department of Health and Human Services; Diane Goolsby, SC Department of Health and Human Services | 6/7/2005 | Spreadsheet | Attorney work product | Ovcon usage by SC Medicaid from 6/1/04 - 5/31/05 by NDC code | SC |
| OVSC 0009 | 0009 | Frances Deberry, paralegal at SC Attorney General's Office — None | 6/7/2005 | Email | Attorney work product | Ovcon usage by SC Medicaid, SC State Insurance Fund, and SC State Agencies by NDC code | SC |
| Ocvon-TN | 1 | Blue Cross/Blue Shield of Tennessee Terri Layne, Senior Litigation Specialist — Tennessee Attorney General's Office Katie Gallimore, Paralegal | 8/25/2005 | Email | Attorney Work Product | Cover email regarding Four spreadsheets with requested information (Next Four Documents) | TN |
| Ocvon-TN | 2 | Blue Cross/Blue Shield of Tennessee Terri Layne, Senior Litigation Specialist — Tennessee Attorney General's Office Katie Gallimore, Paralegal | 8/25/2005 | Email | Attorney Work Product | Spreadsheet TN State Employees | TN |
| Ocvon-TN | 32 | Blue Cross/Blue Shield of Tennessee Terri Layne, Senior Litigation Specialist — Tennessee Attorney General's Office Katie Gallimore, Paralegal | 8/25/2005 | Email | Attorney Work Product | Spreadsheet TN State Teachers | TN |

16

| | | | From | To | Date | Type | | Description | State |
|---|---|---|---|---|---|---|---|---|---|
| Ovcon-TN | 59 | 64 | Blue Cross/Blue Shield of Tennessee Terri Layne, Senior Litigation Specialist | Tennessee Attorney General's Office Katie Gallimore, Paralegal | 8/25/2005 | Email | Attorney Work Product | Spreadsheet TN State Government | TN |
| Ovcon-TN | 65 | 65 | Blue Cross/Blue Shield of Tennessee Terri Layne, Senior Litigation Specialist | Tennessee Attorney General's Office Katie Gallimore, Paralegal | 8/25/2005 | Email | Attorney Work Product | Spreadsheet TN State Retirees | TN |
| Ovcon-TN | 66 | 66 | John Anderson Tennessee Department of Finance & Administration (Forwarded Information) | Tennessee Attorney General's Office Katie Gallimore, Paralegal | 8/29/2005 | Email | Attorney Work Product | Spreadsheet Regarding John Deere Health Claims | TN |
| Ovcon-TN | 68 | 71 | Ken Hampton Tennessee Department of General Services | Tennessee Attorney General's Office Katie Gallimore, Paralegal | 8/29/2005 | Email | Attorney Work Product | Spreadsheet Lakeshore Mental Health & Knox Co. Department of Health Purchases | TN |
| Ovcon-TN | 72 | 77 | Tennessee Attorney General's Office Katie Gallimore | John Anderson Tennessee Department of Finance & Administration (Forwarded Information) | 8/18/2005 | Email | Attorney Work Product | Request for Information | TN |
| Ovcon-TN | 78 | 83 | Tennessee Attorney General's Office | Ken Hampton Tennessee Department of General Services | 8/18/2005 | Email | Attorney Work Product | Request for Information | TN |
| Ovcon-TN | 84 | 89 | Tennessee Attorney General's Office Katie Gallimore | Blue Cross/Blue Shield of Tennessee Terri Layne, Senior Litigation Specialist | 8/18/2005 | Email | Attorney Work Product | Request for Information | TN |
| Ovcon-TN | 90 | 95 | Blue Cross/Blue Shield of Tennessee Terri Layne, Senior Litigation Specialist | Tennessee Attorney General's Office Katie Gallimore, Paralegal | 8/18/2005 | Email | Attorney Work Product | Email acknowledging Request for Information made on 8/18/2005 | TN |
| TX/OVCON | 100001 | 100001 | Heather Murphy, Texas Health and Human Services Commission | Janice Hacker, Texas Attorney General's Office | 08/22/05 | spreadsheet | Attorney Work Product | Ovcon utilization for Medicaid for January 2004 through 8/22/05 | TX |
| UT OVCON | 00001 | 00007 | Ronald Oakey, Utah Assistant Attorney General | Duane Park, Utah State Medicaid Office | 08/26/05 | e-mails | Attorney Work Product | e-mail requesting Ovcon reimbursement data, with attached e-mail from Judith Jesse, Virginia Attorney General's Office to Ronald J. Oakley and other States Attorney Generals Offices, producing Ovcon NDC codes | UT |
| UT OVCON | 00008 | 00008 | Ronald Oakey, Utah Assistant Attorney General | Duane Park, Utah State Medicaid Office | 09/19/05 | e-mail | Attorney Work Product | e-mail re-requesting Ovcon reimbursement data | UT |
| UT OVCON | 00009 | 00015 | Ronald Oakey, Utah Assistant Attorney General | Duane Park, Utah State Medicaid Office | 01/04/06 | e-mail | Attorney Work Product | e-mail re-requesting Ovcon reimbursement data, with attached e-mail from Judith Jesse, Virginia Attorney General's Office, re-sending Ovcon NDC codes | UT |
| UT OVCON | 00016 | 00017 | Ronald Oakey, Utah Assistant Attorney General | Tim Morley, Utah State Medicaid Office | 03/29/06 | e-mail | Attorney Work Product | e-mail re-requesting Ovcon reimbursement data | UT |
| UT OVCON | 00018 | 00019 | Tim Morley, Utah State Medicaid Office | Ronald Oakey, Utah Assistant Attorney General | 03/31/06 | e-mail | Attorney Work Product | e-mail responding to e-mail dated 3/29/06 (UT OVCON 0016 0017) | UT |
| UT OVCON | 00020 | 00022 | Tim Morley, Utah State Medicaid Office | Ronald Oakey, Utah Assistant Attorney General | 04/06/06 | e-mail | Attorney Work Product | e-mail sending Utah Medicaid Ovcon reimbursement data | UT |

17

| UT OVCON 00023 | 00035 | | | | e-mail | Attorney Work Product | e-mail containing a request for information by an attorney, with responses to the attorney's original request for information in an e-mail string of five e-mails. | UT |
|---|---|---|---|---|---|---|---|---|
| | | | Ronald Ockey, Utah Assistant Attorney General | James Haisley, Esq., Office of General Counsel for the University of Utah | 04/27/06 | | Attorney Work Product | e-mail containing a request for information by an attorney, with responses to the attorney's original request for information in an e-mail string of five e-mails | UT |
| OVVA | 1 | 1 | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | Daniel L. Wandres, Medical Center Administrator, University of Virginia Health System | 7/15/2005 | Email | Attorney Work Product | Requested Purchase Data | VA |
| OVVA | 2 | 2 | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | Andrew Wilson, Director, Pharmacy Services, Virginia Commonwealth University Health System | 7/15/2005 | Email | Attorney Work Product | Requested Purchase Data | VA |
| OVVA | 3 | 3 | Donald Price, Business Manager, Pharmacy Services, Virginia Commonwealth University Health System | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | 7/18/2005 | Email | Prepared in anticipation of litigation | Provided Purchase Data | VA |
| OVVA | 4 | 4 | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | William Nicholson, Virginia Department of Corrections | 7/18/2005 | Email | Attorney Work Product | Requested Purchase Data | VA |
| OVVA | 5 | 5 | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | Mary P. Habel, Health Benefits Program, Virginia Department of Human Resource Management | 7/18/2005 | Email | Attorney Work Product | Requested Purchase Data | VA |
| OVVA | 6 | 6 | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | Mary P. Habel, Health Benefits Program, Virginia Department of Human Resource Management | 7/18/2005 | Email | Attorney Work Product | Provided NDC Codes | VA |
| OVVA | 7 | 7 | William Nicholson, Virginia Department of Corrections | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | 7/18/2005 | Email | Prepared in anticipation of litigation | Provided Purchase Data | VA |
| OVVA | 8 | 8 | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | Michael Oprysko, Contract Manager, Virginia Department of Mental Health & Retardation & Substance Abuse Services | 7/19/2005 | Email | Attorney Work Product | Requested Purchase Data | VA |
| OVVA | 9 | 9 | Daniel L. Wandres, Medical Center Administrator, University of Virginia Health System | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | 7/19/2005 | Email | Prepared in anticipation of litigation | Provided Purchase Data | VA |
| OVVA | 10 | 11 | Michael Oprysko, Contract Manager, Virginia Department of Mental Health & Retardation & Substance Abuse Services | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | 7/20/2005 | Email | Prepared in anticipation of litigation | Provided Update on Purchase Data Request | VA |
| OVVA | 12 | 15 | Dave Mair, Virginia Community College System Office of Fiscal Services | Judith Jesse through Rita Woltz, System Counsel for Virginia Community College System, Virginia Attorney General's Office | 7/20/2005 | Email | Prepared in anticipation of litigation | Provided Purchase Data | |
| OVVA | 16 | 16 | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | Bobby Powell, Virginia Department of Medical Assistance Services | 7/20/2005 | Email | Attorney Work Product | Requested NDC Codes | VA |
| OVVA | 17 | 18 | Mary P. Habel, Health Benefits Program, Virginia Department of Human Resource Management | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | 7/25/2005 | Email | Prepared in anticipation of litigation | Provided Purchase Data | VA |
| OVVA | 19 | 19 | Paul Stembler, Minnesota Multi-State Contracting Alliance for Pharmacy, Manager/Minnesota Department of Administration | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | 7/26/2005 | Email | Prepared in anticipation of litigation | Provided Purchase Data | VA |

18

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| OVVA | 20 | 20 | Tom Moore, Fairfax County Health Department | Judith Jesse through Robin Kurz, Special Counsel for Mental Health Services, Virginia Attorney General's Office | 7/27/2005 | Email | Prepared in anticipation of litigation | Provided Purchase Data | VA |
| OVVA | 21 | 21 | Alan Whitehead, Alexandria Health Department | Judith Jesse through Robin Kurz, Special Counsel for Mental Health Services, Virginia Attorney General's Office | 7/27/2005 | Email | Prepared in anticipation of litigation | Provided Purchase Data | VA |
| OVVA | 22 | 22 | Craig Parrish, Virginia Department of Health | Judith Jesse through Robin Kurz, Special Counsel for Mental Health Services, Virginia Attorney General's Office | 7/27/2005 | Email | Prepared in anticipation of litigation | Provided Purchase Data | VA |
| OVVA | 23 | 23 | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | Paul Stembler, Minnesota Multi-State Contracting Alliance for Pharmacy, Manager/Minnesota Department of Administration | 8/2/2005 | Email | Attorney Work Product | Requested Purchase Data | VA |
| OVVA | 24 | 25 | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | Paul Stembler, Minnesota Multi-State Contracting Alliance for Pharmacy, Manager/Minnesota Department of Administration | 8/2/2005 | Email | Attorney Work Product | Provided clarification on request for purchase data | VA |
| OVVA | 26 | 26 | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | Bobby Powell, Virginia Department of Medical Assistance Services | 8/8/2005 | Email | Attorney Work Product | Requested additional purchase data | VA |
| OVVA | 27 | 30 | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | Mary P. Habel, Health Benefits Program, Virginia Department of Human Resource Management | 8/8/2005 | Email | Attorney Work Product | Requested additional purchase data | VA |
| OVVA | 31 | 34 | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | William Nicholson, Virginia Department of Corrections | 8/8/2005 | Email | Attorney Work Product | Requested additional purchase data | VA |
| OVVA | 35 | 38 | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | Donald Price, Business Manager, Pharmacy Services, Virginia Commonwealth University Health System | 8/8/2005 | Email | Attorney Work Product | Requested additional purchase data | VA |
| OVVA | 39 | 42 | Donald Price, Business Manager, Pharmacy Services, Virginia Commonwealth University Health System | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | 8/8/2005 | Email | Prepared in anticipation of litigation | Provided Purchase Data | VA |
| OVVA | 43 | 46 | William Nicholson, Virginia Department of Corrections | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | 8/9/2005 | Email | Prepared in anticipation of litigation | Provided Purchase Data | VA |
| OVVA | 47 | 50 | Bobby Powell, Virginia Department of Medical Assistance Services | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | 8/9/2005 | Email | Prepared in anticipation of litigation | Provided NDC Codes | VA |
| OVVA | 51 | 55 | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | Abigail Cooke, Virginia Department of Medical Assistance Services | 8/10/2005 | Email | Attorney Work Product | Requested Purchase Data | VA |
| OVVA | 56 | 56 | Abigail Cooke through Steve Pacyna, Analyst, Virginia Department of Medical Assistance Services | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | 9/1/2005 | Email | Prepared in anticipation of litigation | Provided Purchase Data | VA |
| OVVA | 57 | 61 | Mary P. Habel, Health Benefits Program, Virginia Department of Human Resource Management | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | 9/1/2005 | Email | Prepared in anticipation of litigation | Provided Purchase Data | VA |

19

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| OVVA | 62 | 63 | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | Paul Stembler, Minnesota Multi-State Contracting Alliance for Pharmacy, Manager/Minnesota Department of Administration | 9/12/2005 | Email | Attorney Work Product | Requested clarification on Minnesota Multi-State Contracting Alliance for Pharmacy data | VA |
| OVVA | 62 | 63 | Paul Stembler, Minnesota Multi-State Contracting Alliance for Pharmacy, Manager/MN Department of Administration | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | 9/12/2005 | Email | Prepared in anticipation of litigation | Provided clarification on Minnesota Multi-State Contracting Alliance for Pharmacy data | VA |
| OVVA | 64 | 64 | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | Michael Oprysko, Contract Manager, Virginia Department of Mental Health & Retardation & Substance Abuse Services | 9/16/2005 | Email | Attorney Work Product | Requested clarification on purchase data | VA |
| OVVA | 65 | 66 | Michael Oprysko, Contract Manager, Virginia Department of Mental Health & Retardation & Substance Abuse Services | Judith Jesse, Legal Assistant Senior, Virginia Attorney General's Office | 9/20/2005 | Email | Prepared in anticipation of litigation | Provided clarification on purchase data | VA |
| VTOV | 00001 | 00004 | Michelle Black, Attorney General Medicaid Fraud Unit, Accounting Auditor | Julie Brill, Vermont Attorney General's Office | 07/17/05 | e-mail | Attorney Work Product | Privileged email communication between Julie Brill, Assistant Attorney General, and Michelle Black, Attorney General Medicaid Fraud Unit, Accounting Auditor | VT |
| VTOV | 00005 | 00023 | Attorney General Medicaid Fraud Control Unit | Julie Brill, Vermont Attorney General's Office | | spreadsheet | Attorney Work Product | Spreadsheet with Ovcon Medicaid claims summary | VT |
| VTOV | 00024 | 00042 | Attorney General Medicaid Fraud Control Unit | Julie Brill, Vermont Attorney General's Office | | spreadsheet | Attorney Work Product | Spreadsheet with Updated Ovcon Medicaid claims summary | VT |