# EXHIBIT C



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Thomas H. Brock, Esq.
Bureau of Competition
Federal Trade Commission
Room 360
600 Pennsylvania Ave., N.W.
Washington, DC 20580

Direct Line (202) 326-2813
E-mail: TBrock@ftc.gov

July 20, 2006

**VIA E-MAIL AND WEBSITE SERVICE**

Karen N. Walker, Esq.
Kirkland & Ellis LLP
Suite 1200
655 Fifteenth Street, N.W.
Washington, D.C. 20005

      Re:    Federal Trade Commission, et al., v. Warner Chilcott Holdings Company III, Ltd.,
             et al., Civil Action Nos. 1:05-cv-2179-CKK, 1:05-cv-2182-CKK (D.D.C.)

Dear Karen:

      I called yesterday to discuss several matters.

      First, for your information, we were unable to make reservations at Hilton Woodcliff Lake. Therefore, we will conduct the New Jersey depositions of Barr's personnel at the Holiday Inn at Saddle Brook.

      Second, Barr has not produced any documents in response to our document request. We served the request on Barr on May 5, 2006. Your June 27, 2006, letter assured me that Barr planned to commence production "within the next several weeks" and that Barr hoped to substantially complete the production "by the end of July." I strongly prefer not to take this matter to Court but, consistent with your proposals pursuant to the schedule established by the Court, the first deposition of Barr's personnel will be on August 14, 2006. Therefore, please let me know both when you expect to commence document production and confirm that you expect to substantially complete production by the end of July.

      Third, Barr has not yet responded to my repeated requests, most recently on July 13, for proposed dates for the depositions of Mr. Kirk, Ms. Mundkur, and Mr. Killion. Therefore, I will

Karen N. Walker, Esq.
July 20, 2006
Page 2

notice the depositions of these three individuals in New Jersey at times convenient for the plaintiffs and consistent with the schedule we have negotiated to date. I will consider changing the dates for these three depositions but please understand that I cannot be as flexible once the FTC, the thirty-five States, and the ten private plaintiffs develop and make travel arrangements and reservations consistent with this schedule without your input.

    Please call me if you want to discuss any of these matters.

    Sincerely,

    /s/

    Thomas H. Brock

cc:    Contact Attorneys (via website service)