# EXHIBIT B

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Karen N. Walker
To Call Writer Directly:
202 879-5096
kwalker@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200

July 28, 2006

**Via Hand Delivery and Electronic Filing Service**

Thomas H. Brock, Esq.
Bureau of Competition
Federal Trade Commission
Room 360
600 Pennsylvania Avenue, N.W.
Washington, DC 20580

Re:   *Federal Trade Commission, et al., v. Warner Chilcott Holdings Company III, Ltd., et al.*, Civ. Action Nos. 1:05-CV-02179-CKK, 1:05-CV-02182-CKK

Dear Tom:

Enclosed is a hard drive which constitutes our initial supplemental production, Bates stamped BARR-OVCON-000001 to BARR-OVCON-265325. Please note that these documents are considered HIGHLY CONFIDENTIAL pursuant to Paragraph 2 of our Joint Protective Order.

Also, please be advised that this production has been sent to each of the contact attorneys identified in the Case Management Order.

Sincerely,

Karen Walker /sc

Karen N. Walker

Enclosure
cc   Contact Attorneys via DealRoom

Chicago       London       Los Angeles       New York       San Francisco