# EXHIBIT C

```
                                                                    1


                       UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA

     WALGREEN CO., et al.,           :    CV No. 06-494(CKK)
                  Plaintiffs,        :    April 4, 2006
     V                               :
     WARNER CHILCOTT HOLDINGS        :    10:30 a.m.
     COMPANY, III, LTD., et al.     :
                  Defendants.        :    Washington, DC
     ..............................
     STEPHANIE COHEN, et al.,        :    CV No. 06-401(CKK)
                  Plaintiffs,        :    April 4, 2006
     V                               :
     WARNER CHILCOTT PUBLIC          :    10:30 a.m.
     LIMITED COMPANY, et al.        :
                  Defendants.        :    Washington, DC
     ..............................
     SAJ DISTRIBUTORS, INC.          :
     et al.,                         :    CV No. 05-2459(CKK)
                  Plaintiffs,        :    April 4, 2006
     V                               :
     WARNER CHILCOTT HOLDINGS        :    10:30 a.m.
     COMPANY, III, LTD., et al.     :
                  Defendants.        :    Washington, DC
     ..............................
     AMERICAN SALES COMPANY, INC    :    CV No. 05-2335(CKK)
                  Plaintiffs,        :    April 4, 2006
     V                               :
     WARNER CHILCOTT HOLDINGS        :    10:30 a.m.
     COMPANY, III, LTD., et al.     :
                  Defendants.        :    Washington, DC
     ..............................
     VISTA HEALTHPLAN, INC.,         :
     et al.,                         :    CV No. 04-2327(CKK)
                  Plaintiffs,        :    April 4, 2006
     V                               :
     WARNER CHILCOTT HOLDINGS        :    10:30 a.m.
     COMPANY, III, LTD., et al.     :
                  Defendants.        :    Washington, DC
     ..............................

              TRANSCRIPT OF INITIAL STATUS CONFERENCE
            BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY
                  UNITED STATES DISTRICT COURT JUDGE
```

1  court does.

2  It seems to me there is a difference, though, I see
3  between the government plaintiffs where it's a liability issue
4  and the private plaintiffs have a whole series of additional
5  issues besides class and damages. I mean, they have, I think,
6  some additional areas that the FTC isn't going to necessarily
7  do.

8  One question -- and I can hear from the FTC. I don't
9  know how much volume there is in terms of -- as part of your
10 investigation, whether you've done depositions or statements,
11 because I know sometimes the FTC does it through statement and
12 not deposition.

13 MR. MEIER: Markus Meier for the FTC.

14 We don't have any witness statements. There have been
15 some what we call investigational hearings, which are basically
16 depositions done in the investigation phase of a couple third
17 parties. I think it adds up to about five investigational
18 hearings. And, of course, once the protective order is in place
19 and we've had an opportunity to notify those parties, we will
20 turn those materials over to the defendants.

21 THE COURT: All right. So what's your -- I mean, he
22 wants April of '07. What's your view?

23 MR. MEIER: As Your Honor observed, that's exactly the
24 same date that they put down for the plaintiffs' case.

25 Our view is we could close discovery much earlier than

1  that, and even now I believe we can stay fairly close to the
2  schedule that we had set out in our papers.
3             THE COURT: You had originally filed this -- I'm trying
4  to look. What did you view -- without my having to look at the
11:14:54 5  dates, since I have quite a bit of volume here -- how many
6  months had you originally proposed, months of discovery?
7  Keeping in mind you filed this before you were coming in, so
8  obviously some months have been lost in here.
9             MR. MEIER: That's correct, Your Honor. I believe at
11:15:10 10 the time that we did that, we looked at about seven months.
11            THE COURT: All right. Let me hear from the private
12 plaintiffs in terms of getting some sense from them as to what
13 they see in terms of their grouping and the length of time for
14 discovery. I don't know whether you have uniform views or not.
11:15:35 15            MS. NUSSBAUM: Your Honor, I can speak for the direct
16 purchaser plaintiffs. And we have had some discussions with the
17 other two plaintiffs' groups.
18            First, Your Honor, with respect to a contact firm for
19 the court, which was raised earlier, the proposed order
11:15:50 20 establishing the executive committee that we've submitted does
21 provide that Cohen, Milstein, Stein, Hausfeld & Toll would be
22 the contact for the court and for the court's convenience.
23            And with respect to the docketing issues raised by
24 Ms. Walker and that we were going to raise with the court, we
11:16:08 25 would propose that the six direct purchaser cases be

1  away on that.

2       With respect to the FTC schedule, and we understand
3  what Your Honor is saying, that they are separate and they go
4  first. But I do think what we do with the privates needs to be
11:26:09  5  determined after we find out what we're doing with the FTC, and
6  we simply think September 1st with the FTC is not feasible.
7       We don't have anything yet in terms of the two-year
8  investigational file that the FTC. We don't have any of those
9  documents yet. It's April. September 1 just to us seems --
11:26:29  10      THE COURT: Give me another date. I assume they are
11  going to produce them very quickly. You should leave here and
12  you should -- those materials should be passed over.
13      MS. WALKER: I would hope so, too. We would anticipate
14  proposing the entities that are on the FTC's initial
11:26:46  15  disclosures. They indicated they wish to depose --
16      THE COURT: Give me a date.
17      MS. WALKER: -- defendants.
18      We thought a year from now was reasonable, but we would
19  certainly -- I think we would need to get through the summer, do
11:27:00  20  the deps, and end of the calendar year maybe would be more
21  realistic.
22      THE COURT: So you would be proposing sometime in
23  December of '06?
24      MS. WALKER: I can speak for Barr.
11:27:15  25      THE COURT: I understand. And then the private

1       We have about 40 boxes of documents, but almost all of
2  that comes from Warner Chilcott and from Barr.
3       I'm at a loss right now to know exactly how many boxes
4  of third-party materials there are. I'm getting a signal from
5  the back of the courtroom of eight boxes of third-party
6  materials. And was I correct that there were five
7  investigational hearings? Four investigational hearings of
8  third parties.
9       THE COURT: How many third parties, roughly? Part of
10 the boxes, I take it, is material you've already received from
11 the defendants.
12      MR. MEIER: Right. Of the 40 boxes, about 30 plus
13 boxes are from the defendants. Eight boxes are from third
14 parties. And, in addition to that, there were four
15 investigational hearings which are essentially deposition
16 transcripts of four third parties, and there were actually two
17 third parties, two witnesses each.
18      THE COURT: So you're only talking about eight
19 depositions? Did I miss something here?
20      You had four hearings; right? How many third parties
21 in terms of witnesses at the hearings?
22      MR. MEIER: In the hearings that we took during the
23 investigational phase, there were four investigational hearings
24 of third parties. That's four witnesses. They were each from
25 two companies. That is to say, two from one company and two

```
12:06:01   1    as your case management proposals for the government plaintiffs
           2    and the private plaintiffs.
           3           And then we've set December 22nd, '06 as the outside
           4    date for discovery, and March 2nd of '07 for the private
           5    plaintiffs.
           6           And we've just set -- I'll do something with the master
           7    file.
           8           And government's status at 10:00 o'clock on January 5th
           9    of '07.
12:06:15  10           Plaintiffs party status March 9th of '07 at 10:00
          11    o'clock.
          12           All right.  I don't have anything else here.  If you
          13    want to stay and have some further discussion, be my guest,
          14    since you're all here.  If you can work some things out, go
12:06:31  15    ahead and do so.
          16           All right.  Parties are excused.
          17           MS. WALKER:  Thank you, Your Honor.
          18    (Proceedings concluded at 12:06 p.m.)
          19                         CERTIFICATE
          20    I, EDWARD N. HAWKINS, Official Court Reporter, certify
          21    that the foregoing pages are a correct transcript from the
          22    record of proceedings in the above-entitled matter.
          23
          24    _____
          25                    Edward N. Hawkins, RMR
```