# EXHIBIT E



**UNITED STATES OF AMERICA**
# FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

**Bureau of Competition**
600 Pennsylvania Ave., N.W.,
Washington, D.C. 20580
Aaron Hewitt
Direct Dial - (202) 326-3649

June 6, 2006

**VIA E-MAIL AND WEBSITE SERVICE**

Karen N. Walker, Esq.
Kirkland & Ellis LLP
Suite 1200
655 Fifteenth Street, N.W.
Washington, D.C. 20005

    Re:    Federal Trade Commission v. Warner Chilcott Holdings Company III, Ltd., et al., <u>Civil Action No. 1:05-CV-02179-CKK (D.D.C.)</u>

Dear Karen:

Pursuant to Defendants' First Request for Production of Documents, enclosed please find Federal Trade Commission's Logs of Privileged and Redacted Documents.

Pursuant to Paragraph 4 of the Protective Order, these logs shall be treated as HIGHLY CONFIDENTIAL.

Sincerely,

/s/

Aaron Hewitt
Attorney

Enclosures via e-mail only

cc:    Contact Attorneys

**Federal Trade Commission v. Warner Chilcott Holdings Company III, Ltd., et al.**
Civil Action No. 1:05-CV-02179-CKK

## FEDERAL TRADE COMMISSION'S REVISED LOGS OF PRIVILEGED AND REDACTED DOCUMENTS

### JUNE 12, 2006

Privilege Abbreviations:

| | |
|---|---|
| AC | Attorney Client Privilege |
| DP | Deliberative Process Privilege (factual material non-existent or inexorably intertwined with deliberative materials) |
| IP | Informants Privilege |
| LE | Law Enforcement/Investigatory Files Privilege |
| SP | Statutory Privilege (information prohibited from public disclosure pursuant to 21 C.F.R. 20.85 and 21 U.S.C. § 331) |
| WP | Work Product |

### PRIVILEGED DOCUMENTS

| No. | Date | Document Type | Author | Recipient | Description | Privilege | Basis of Claim |
|---|---|---|---|---|---|---|---|
| 1 | 5/27/04- 10/3/05 & undated | Charts (approximately 45-55) | WC-Barr Team[1] | WC-Barr Team, File | Charts containing legal and/or factual analysis concerning WC-Barr investigation. | LE WP | Reflects notes, impressions, or legal and factual analyses prepared in anticipation of Commission litigation. |
| 2 | 5/21/04- 7/19/05 & undated | Charts (approximately 500-550) | WC-Barr Team | WC-Barr Team, File | Charts containing factual analysis concerning WC-Barr investigation. | LE WP | Reflects notes, impressions, or factual analyses prepared in anticipation of Commission litigation. |

---

[1] When groups are identified in this list (e.g., WC-Barr Team, BC Management, BE Management) as Author or Recipient with respect to a particular "Document Type", not every member of such group – nor every group – necessarily authored or received each individual document in that category. See Appendix A, Group Roster for Privileged and Redacted Document Logs, for a complete listing of people who comprise each group.

**HIGHLY CONFIDENTIAL**

| No. | Date | Document Type | Author | Recipient | Description | Privilege | Basis of Claim |
|---|---|---|---|---|---|---|---|
| 3 | 11/18/04-5/25/05 & undated | Charts (approximately 8) | WC-Barr Team | WC-Barr Team, File | Charts relating to case management concerning WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 4 | 10/13/05-10/19/05 & undated | Charts (approximately 10-12) | WC-Barr Team | WC-Barr Team, File | Charts analyzing Draft Complaints regarding WC-Barr investigation, including drafts. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 5 | 5/04-6/14/05 & undated | Chronologies (approximately 18-20) | WC-Barr Team | WC-Barr Team, File | Chronologies of various events concerning WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 6 | Undated | Civil Investigative Demand Drafts (approximately 3) | WC-Barr Team | WC-Barr Team, File | Civil Investigative Demand Drafts regarding the WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 7 | 12/10/03 | Clearance Request | BC Staff | File | Clearance Request regarding WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 8 | 10/25/05 | Closed Commission Meeting Minutes | Office of the Secretary | File | Closed Commission Meeting Minutes regarding WC-Barr Investigation. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 9 | 3/18/04-11/4/05 | Commission Circulation Memoranda (approximately 7) | Commissioners | Commissioners, Commission Attorney Advisors, Office of the Secretary | Commission Circulation Memoranda attaching various documents requiring Commission deliberation concerning WC-Barr investigation. | AC DP LE WP | Reflects agency deliberation, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |

2

HIGHLY CONFIDENTIAL

| No. | Date | Document Type | Author | Recipient | Description | Privilege | Basis of Claim |
|---|---|---|---|---|---|---|---|
| 10 | 8/12/05 | Commission Circulation Memorandum | Chairman Majoras, Joshua Soven | Office of the Secretary | Commission Circulation Memorandum attaching Recommendation to Authorize Complaint regarding WC-Barr investigation. | AC DP IP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation, and identifies informants. |
| 11 | 5/12/05-10/31/05 | Complaint Drafts (approximately 20-24) | WC-Barr Team | WC-Barr Team, BC Management | Complaint Drafts regarding WC-Barr investigation. | AC DP LE WP | Reflects agency deliberation, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 12 | 9/12/05 | Correspondence | Garth Huston | Christine Bechtel | Request for Nonpublic FDA information. | LE SP WP | Reflects confidential commercial information obtained from the FDA, and/or notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 13 | 10/5/05 | Correspondence | Vikki Kinsey | Garth Huston | Responding to Request for Nonpublic FDA information. | LE SP WP | Reflects confidential commercial information obtained from the FDA, and/or notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 14 | 6/23/04-10/20/05 & undated | Correspondence Drafts (approximately 65-75) | WC-Barr Team, BC Staff, Office of General Counsel | WC-Barr Team, File | Correspondence Drafts concerning WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 15 | 5/31/05-6/10-05 | Declaration Drafts (approximately 10-12) | WC-Barr Team | WC-Barr Team | Declaration of Aaron Hewitt Drafts regarding the WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |

3

HIGHLY CONFIDENTIAL

| No. | Date | Document Type | Author | Recipient | Description | Privilege | Basis of Claim |
|---|---|---|---|---|---|---|---|
| 16 | Undated | Document Coding Sheets (approximately 2,500-2,750)) | WC-Barr Team | WC-Barr Team, File | Document Coding Sheets concerning WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 17 | 5/26/05-10/18/05 | E-mail (approximately 10-12) | WC-Barr Team, State Attorney General Offices | WC-Barr Team, State Attorney General Offices | E-mail requesting information relating to WC-Barr investigation for law enforcement purposes. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 18 | 9/12/05 | E-mail | Christine Bechtel | Garth Huston | Regarding Request for Nonpublic FDA information. | LE SP WP | Reflects confidential commercial information obtained from the FDA, and/or notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 19 | 9/29/05 | E-mail | Garth Huston | Christine Bechtel | Regarding Request for Nonpublic FDA information. | LE SP WP | Reflects confidential commercial information obtained from the FDA, and/or notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 20 | 2/2/04 | E-mail | WC-Barr Team, BC Staff | Cecelia Parise, BC Staff, WC-Barr Team | Regarding Request for Nonpublic FDA information. | LE SP WP | Reflects confidential commercial information obtained from the FDA, and/or notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 21 | Various | Fact Research (approximately 300-350) | WC-Barr Team | WC-Barr Team, File | Miscellaneous Fact Research concerning WC-Barr investigation, including marginalia. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |

4

HIGHLY CONFIDENTIAL

| No. | Date | Document Type | Author | Recipient | Description | Privilege | Basis of Claim |
|---|---|---|---|---|---|---|---|
| 22 | Undated | Fact Research | BC Staff | File | Miscellaneous Fact Research concerning WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 23 | 8/10/05-10/24/05 | Internal E-mail (approximately 25-30) | WC-Barr Team, BC Management, BE Management, Commission Attorney Advisors | WC-Barr Team, BC Management, BE Management, Commission Attorney Advisors | Miscellaneous Internal E-mail concerning WC-Barr investigation. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 24 | 10/19/05-10/26/05 | Internal E-mail (approximately 7) | Office of General Counsel | Office of General Counsel | Miscellaneous Internal E-mail concerning WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 25 | 6/01/05-10/24/05 | Internal E-mail (approximately 6) | WC-Barr Team, BC Management, Office of General Counsel | WC-Barr Team, BC Management, Office of General Counsel | Miscellaneous Internal E-mail concerning WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 26 | 10/21/05 | Internal E-mail (approximately 2) | Office of General Counsel | Chairman Majoras, Joshua Soven, Office of General Counsel | Miscellaneous Internal E-mail concerning WC-Barr investigation. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 27 | 4/7/05-4/19/05 | Internal E-mail (approximately 3) | WC-Barr Team, Library Staff | WC-Barr Team | Miscellaneous Internal E-mail concerning WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 28 | 10/05/05 | Internal E-mail (approximately 3) | WC-Barr Team, BE Management, LarVerne Harris | WC-Barr Team, BE Management, LarVerne Harris | Miscellaneous Internal E-mail concerning WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |

5

HIGHLY CONFIDENTIAL

| No. | Date | Document Type | Author | Recipient | Description | Privilege | Basis of Claim |
|---|---|---|---|---|---|---|---|
| 29 | 12/12/03-11/4/05 | Internal E-mail (approximately 575-625) | WC-Barr Team, BC Management, BE Management, BC Staff, BE Staff | WC-Barr Team, BC Management, BE Management, BC Staff, BE Staff | Miscellaneous Internal E-mail concerning WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 30 | 10/14/05 | Internal E-mail | William Blumenthal | Joshua Soven | Internal E-mail concerning WC-Barr investigation. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 31 | 3/10/04 | Internal E-mail | Jeanine Balbach | Chairman Muris | Internal E-mail concerning WC-Barr investigation. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 32 | 10/17/05 | Internal E-mail | Office of General Counsel, WC-Barr Team, BC Management | WC-Barr Team, BC Management | Internal E-mail concerning WC-Barr investigation. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 33 | 11/2/05 | Internal E-mail | Susan Creighton | BC Management | Draft Internal E-mail to Chairman Majoras concerning WC-Barr investigation. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 34 | 7/7/05 | Internal E-mail | Susan Creighton | Chairman Majoras | Internal E-mail concerning WC-Barr investigation. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |

6

HIGHLY CONFIDENTIAL

| No. | Date | Document Type | Author | Recipient | Description | Privilege | Basis of Claim |
|---|---|---|---|---|---|---|---|
| 35 | 7/29/05-8/9/05 | Internal E-mail (approximately 2) | Joshua Soven | Chairman Majoras | Internal E-mail concerning WC-Barr investigation. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 36 | 10/24/05 | Internal E-mail | Susan Creighton | Chairman Majoras, Joshua Soven, Maryanne Kane | Internal E-mail concerning WC-Barr investigation. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 37 | 10/24/05 | Internal E-mail | Susan Creighton | Chairman Majoras, Joshua Soven, Maryanne Kane | Internal E-mail concerning WC-Barr investigation. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 38 | 10/25/05 | Internal E-mail | John Singer | Joshua Soven | Internal E-mail concerning WC-Barr investigation. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 39 | 11/2/05 | Internal E-mail | Susan Creighton | Chairman Majoras, Joshua Soven | Internal E-mail concerning WC-Barr investigation. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 40 | 4/20/05-9/15/05 | Internal E-mail (approximately 50-60) | WC-Barr Team, BE Management | WC-Barr Team, BE Management | Miscellaneous Internal E-mail concerning WC-Barr investigation. | DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |

7

HIGHLY CONFIDENTIAL

| No. | Date | Document Type | Author | Recipient | Description | Privilege | Basis of Claim |
|---|---|---|---|---|---|---|---|
| 41 | 4/5/05-10/24/05 | Internal E-mail (approximately 50-60) | WC-Barr Team, BC Management, BE Management | WC-Barr Team, BE Management | Miscellaneous Internal E-mail concerning WC-Barr investigation. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 42 | 12/22/04-11/2/05 | Internal E-mail (approximately 60-70) | WC-Barr Team, BE Management | WC-Barr Team, BE Management | Internal E-mail concerning WC-Barr investigation. | IP LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission decision or litigation, and identifies informants. |
| 43 | 3/31/05-4/15/05 & undated | Interview Outlines (approximately 17) | WC-Barr Team | WC-Barr Team, File | Miscellaneous Interview Outlines concerning WC-Barr investigation. | IP LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation, and identifies informants. |
| 44 | Undated | Interview Outlines (approximately 4) | WC-Barr Team | WC-Barr Team, File | Miscellaneous Interview Outlines concerning WC-Barr investigation, including drafts. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 45 | 7/20/04-10/27/05, & undated | Interview Reports (approximately 20-24) | WC-Barr Team | WC-Barr Team, File | Miscellaneous Interview Reports concerning WC-Barr investigation. | IP LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation, and identifies informants. |
| 46 | 11/26/04-10/17/05 & undated | Interview Report Drafts (approximately 10-12) | WC-Barr Team | WC-Barr Team, File | Miscellaneous Interview Report Drafts concerning WC-Barr investigation. | IP LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation, and identifies informants. |

8

HIGHLY CONFIDENTIAL

| No. | Date | Document Type | Author | Recipient | Description | Privilege | Basis of Claim |
|---|---|---|---|---|---|---|---|
| 47 | 1/11/05-3/10/05 & undated | Investigational Hearing Digests (approximately 10-12) | WC-Barr Team | WC-Barr Team, File | Investigational Hearing Digests concerning WC-Barr investigation, including drafts. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 48 | 1/28/04-5/18/05 | Meeting Reports (approximately 5) | WC-Barr Team | WC-Barr Team, File | Meeting Reports concerning WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 49 | 1/13/05 | Memoranda (approximately 4) | BC Staff | WC-Barr Team, BC Staff, File | Memoranda concerning WC-Barr investigation, including drafts. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 50 | 3/8/04-10/24/05 | Memoranda (approximately 8) | WC-Barr Team, BC Management, Office of General Counsel | WC-Barr Team, BC Management, File | Memoranda containing analysis of various legal and factual issues related to WC-Barr investigation, including drafts. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 51 | 8/17/05 | Memoranda (approximately 4) | WC-Barr Team | Commission Attorney Advisors, File | Memoranda containing analysis of various factual issues related to WC-Barr investigation, including drafts. | AC DP LE WP | Reflects agency deliberation, factual analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 52 | 4/20/05 | Memoranda (approximately 4) | WC-Barr Team | BE Management, File | Memoranda containing analysis of various discovery issues related to WC-Barr investigation, including drafts. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |

9

HIGHLY CONFIDENTIAL

| No. | Date | Document Type | Author | Recipient | Description | Privilege | Basis of Claim |
|---|---|---|---|---|---|---|---|
| 53 | 8/3/05-8/11/05 & undated | Memoranda (approximately 5) | BC Management | Commission, File | Memoranda containing analysis of various legal and factual issues related to WC-Barr investigation, including drafts. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 54 | 3/11/05-11/1/05 & undated | Memoranda (approximately 30-35) | Office of General Counsel | Office of General Counsel, File | Memoranda containing analysis of various states' access requests regarding WC-Barr investigation, including drafts. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 55 | 10/24/05-10/25/05 | Memoranda (approximately 2) | Office of General Counsel, BC Management | BC Management, Office of General Counsel | Memoranda containing analysis of various legal and factual issues related to WC-Barr investigation, including drafts. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 56 | 10/19/05-10/25/05 | Memoranda (approximately 7) | Office of General Counsel | Chairman Majoras, File | Memoranda to Chairman containing analysis of various legal and factual issues related to WC-Barr investigation, including drafts. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 57 | 8/5/04-11/4/05 & undated | Memoranda (approximately 40-45) | WC-Barr Team | WC-Barr Team, File | Memoranda containing analysis of various legal and factual issues related to WC-Barr investigation, including drafts. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |

10

HIGHLY CONFIDENTIAL

| No. | Date | Document Type | Author | Recipient | Description | Privilege | Basis of Claim |
|---|---|---|---|---|---|---|---|
| 58 | 3/16/04-8/5/05 & undated | Memoranda to Commission (approximately 40-45) | WC-Barr Team, BC Management, BE Management | Commission, WC-Barr Team, BC Management, BE Management, BC Staff, Commission Attorney Advisors, Office of General Counsel, Office of the Secretary, File | Memoranda to Commission containing analysis of various legal and factual issues related to WC-Barr investigation, including drafts. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 59 | 5/05-8/10/05 | Memoranda to Commission (approximately 70-80) | WC-Barr Team | Commission, WC-Barr Team, BC Management, BE Management, BC Staff, Commission Attorney Advisors, Office of General Counsel, Office of the Secretary, File | Memoranda to Commission containing analysis of various legal and factual issues related to WC-Barr investigation, including drafts. | AC DP IP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation, and identifies informants. |
| 60 | 9/12/05 | Memorandum | Tara Isa Koslov | Commissioner Harbour | Memorandum regarding WC-Barr investigation. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 61 | 10/11/05 | Memorandum | Seth Silber | Commissioner Leibowitz | Memorandum regarding WC-Barr investigation. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |

11

HIGHLY CONFIDENTIAL

| No. | Date | Document Type | Author | Recipient | Description | Privilege | Basis of Claim |
|---|---|---|---|---|---|---|---|
| 62 | 7/29/05 | Memorandum | Joshua Soven | Chairman Majoras | Memorandum regarding WC-Barr investigation. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 63 | 7/20/04-11/1/05 & undated | Notes (approximately 80-90) | WC-Barr Team, BE Management | File | Miscellaneous Notes on various legal and factual issues concerning WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 64 | 7/26/05-10/12/05 & undated | Notes (approximately 20-25) | WC-Barr Team, BC Staff | File | Miscellaneous Notes made on Warner Chilcott or Barr documents concerning WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 65 | 10/24/05 | Notes | WC-Barr Team | Office of General Counsel | Notes regarding WC-Barr investigation. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 66 | 4/5/05-10/31/05 & undated | Notes (approximately 20-25) | WC-Barr Team, BC Management, Commission Attorney Advisors | File | Miscellaneous Notes taken during meetings with Commissioners, Commission Attorney Advisors, and BC Management concerning WC-Barr investigation. | DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 67 | 4/18/05-10/5/05 | Notes (approximately 2) | WC-Barr Team | File | Miscellaneous Notes taken during meetings with Commissioners, Commission Attorney Advisors, and BC Managers concerning WC-Barr investigation. | DP IP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation, and identifies informants. |

12

HIGHLY CONFIDENTIAL

| No. | Date | Document Type | Author | Recipient | Description | Privilege | Basis of Claim |
|---|---|---|---|---|---|---|---|
| 68 | 11/23/04-10/17/05 & undated | Notes (approximately 13-15) | WC-Barr Team | File | Miscellaneous Notes on various legal and factual issues concerning WC-Barr investigation. | IP LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation, and identifies informants. |
| 69 | 2/3/04-11/4/05 & undated | Outlines (approximately 130-155) | WC-Barr Team | WC-Barr Team, File | Miscellaneous Outlines on various legal and factual issues concerning WC-Barr investigation, including drafts. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 70 | Undated | Outlines (approximately 2) | WC-Barr Team | WC-Barr Team, File | Miscellaneous Outlines concerning WC-Barr investigation, including drafts. | IP LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation, and identifies informants. |
| 71 | 9/25/03 | Premerger Notification and Report Summary | Premerger Notification Office | WC-Barr Team, BC Staff | Premerger Notification and Report Summary regarding WC-Barr transaction. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 72 | 10/2/04-8/19/05 & undated | Presentations (approximately 13-15) | WC-Barr Team | Commissioners, Commission Attorney Advisors, WC-Barr Team, BC Management, BE Management | Presentations to Commissioners and Commission Attorney Advisors on legal and factual issues concerning WC-Barr investigation, including drafts. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |
| 73 | 11/3/05 | Press Release Drafts (approximately 3) | Office of Public Affairs, BC Management | Office of Public Affairs, BC Management, File | Press Release Drafts concerning WC-Barr investigation. | DP LE WP | Reflects agency deliberation and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |

13

HIGHLY CONFIDENTIAL

| No. | Date | Document Type | Author | Recipient | Description | Privilege | Basis of Claim |
|---|---|---|---|---|---|---|---|
| 74 | 5/20/05-10/28/05 & undated | Protective Order Drafts (approximately 8) | WC-Barr Team, BC Staff | Warner-Chilcott Barr Team, BC Staff | Protective Order Drafts concerning WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 75 | 5/17/05-6/10/05 | Status Reports (approximately 10-12) | WC-Barr Team | WC-Barr Team | Status Reports concerning WC-Barr investigation, including drafts. | IP LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation, and identifies informants. |
| 76 | 1/28/05-11/4/05 | Status Reports (approximately 35-40) | BE Management | File | Status Reports concerning WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 77 | 3/31/05-8/11/05 | Status Reports (approximately 2) | Office of the Secretary | Office of General Counsel, Seth Silber | Status Reports concerning WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 78 | 9/1/04 | Status Reports (approximately 15-17) | WC-Barr Team | WC-Barr Team, BC Staff, BC Management, File | Status Reports concerning WC-Barr investigation, including drafts. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 79 | 10/13/04 & undated | Subpoena Drafts (approximately 2) | WC-Barr Team | WC-Barr Team, File | Subpoena Drafts concerning WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 80 | Undated | Voice-mail (approximately 5-10) | WC-Barr Team | WC-Barr Team | Voice-mail concerning WC-Barr investigation. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 81 | 5/16/05-5/17-05 | Internal E-mail (approximately 10) | WC-Barr Team, BC Staff, BC Management | WC-Barr Team, BC Staff, BC Management | Miscellaneous Internal E-mail concerning WC-Barr transaction and investigation. | AC DP LE WP | Reflects agency deliberation, legal analysis, and/or notes, impressions, or analyses prepared in anticipation of Commission decision or litigation. |

14

HIGHLY CONFIDENTIAL

| No. | Date | Document Type | Author | Recipient | Description | Privilege | Basis of Claim |
|---|---|---|---|---|---|---|---|
| 82 | 10/9/03 | Matter Initiation Notice | BC Staff | Joyce Shelton | Matter Initiation Notice concerning WC-Barr transaction. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |
| 83 | 12/19/03, & undated | Notes | BC Staff | File | Miscellaneous Notes on various legal and factual issues concerning WC-Barr transaction. | LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission litigation. |

15

HIGHLY CONFIDENTIAL

REDACTED DOCUMENTS

| FTC No. | Date | Title | Author | Recipient | Redacted Information Description | Privilege | Basis of Claim |
|---|---|---|---|---|---|---|---|
| 000121-000122 | 5/12/05 | Voice-mail Transcript | Redacted | Alexis Brown | Informant identification information concerning WC-Barr investigation. | IP | Identifies informant's name, address, phone number, company name, or other unique information the disclosure of which would reveal informant's identity. |
| 000123-000124 | 5/23/05-5/26/05 | E-mail | Redacted | Alexis Brown | Informant identification information concerning WC-Barr investigation. | IP | Identifies informant's name, address, phone number, company name; or other unique information the disclosure of which would reveal informant's identity. |
| 000125-000126 | 5/23/05-5/24/05 | E-mail | Redacted | Alexis Brown | Informant identification information concerning WC-Barr investigation. | IP | Identifies informant's name, address, phone number, company name; or other unique information the disclosure of which would reveal informant's identity. |
| 000127-000128 | 4/24/05 | Voice-mail Transcript | Redacted | Alexis Brown | Informant identification information concerning WC-Barr investigation. | IP | Identifies informant's name, address, phone number, company name, or other unique information the disclosure of which would reveal informant's identity. |
| 000129 | 4/14/05 | E-mail | Redacted | Alexis Brown | Informant identification information concerning WC-Barr investigation. | IP | Identifies informant's name, address, phone number, company name, or other unique information the disclosure of which would reveal informant's identity. |

16

HIGHLY CONFIDENTIAL

| FTC No. | Date | Title | Author | Recipient | Redacted Information Description | Privilege | Basis of Claim |
|---|---|---|---|---|---|---|---|
| 000130 | 4/24/05 | E-mail | Redacted | Alexis Brown | Informant identification information concerning WC-Barr investigation. | IP | Identifies informant's name, address, phone number, company name, or other unique information the disclosure of which would reveal informant's identity. |
| 000131-000132 | 12/14/04-12/15/04 | E-mail | Redacted, Alexis Brown | Garry Gibbs, James Rhilinger | E-mail and informant identification information concerning WC-Barr investigation. | IP LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission decision or litigation, and identifies informants. |
| 000133 | 4/27/05 | E-mail | Redacted | Alexis Brown | Informant identification information concerning WC-Barr investigation. | IP | Identifies informant's name, address, phone number, company name, or other unique information the disclosure of which would reveal informant's identity. |
| 000134 | 4/14/05 | E-mail | Redacted | Alexis Brown | Informant identification information concerning WC-Barr investigation. | IP | Identifies informant's name, address, phone number, company name, or other unique information the disclosure of which would reveal informant's identity. |
| 000135 | 4/4/05 | E-mail | Redacted | Alexis Brown | Informant identification information concerning WC-Barr investigation. | IP | Identifies informant's name, address, phone number, company name, or other unique information the disclosure of which would reveal informant's identity. |

17

HIGHLY CONFIDENTIAL

| FTC No. | Date | Title | Author | Recipient | Redacted Information Description | Privilege | Basis of Claim |
|---|---|---|---|---|---|---|---|
| 000136-000138 | 4/4/05 | E-mail | Redacted | Alexis Brown | Informant identification information concerning WC-Barr investigation. | IP | Identifies informant's name, address, phone number, company name, or other unique information the disclosure of which would reveal informant's identity. |
| 000139 | 5/23/05 | E-mail | Redacted | Alexis Brown | Informant identification information concerning WC-Barr investigation. | IP | Identifies informant's name, address, phone number, company name, or other unique information the disclosure of which would reveal informant's identity. |
| 000140 | 4/4/05 | E-mail | Redacted | Alexis Brown | Informant identification information concerning WC-Barr investigation. | IP | Identifies informant's name, address, phone number, company name, or other unique information the disclosure of which would reveal informant's identity. |
| 000141 | 5/5/05 | E-mail | Brad Albert, Redacted | WC-Barr Team | E-mail and informant identification information concerning WC-Barr investigation. | IP LE WP | Reflects notes, impressions, or analyses prepared in anticipation of Commission decision or litigation, and identifies informants. |
| 000142-000155 | 4/7/05 | E-mail | Redacted | Alexis Brown | Informant identification information concerning WC-Barr investigation. | IP | Identifies informant's name, address, phone number, company name, or other unique information the disclosure of which would reveal informant's identity. |

18

HIGHLY CONFIDENTIAL