# EXHIBIT H



HIGHLY CONFIDENTIAL

BARR-OVCON-015200



| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 65518 | | | 0 | | | | |
| 65519 | | | 0 | | | | |
| 65520 | | | 0 | | | | |
| 65521 | | | 0 | | | | |
| 65522 | | | 0 | | | | |
| 65523 | | | 0 | | | | |
| 65524 | | | 0 | | | | |
| 65525 | | | 0 | | | | |
| 65526 | | | 0 | | | | |
| 65527 | | | 0 | | | | |
| 65528 | | | 0 | | | | |
| 65529 | | | 0 | | | | |
| 65530 | | | 0 | | | | |
| 65531 | | | 0 | | | | |
| 65532 | | | 0 | | | | |
| 65533 | | | 0 | | | | |
| 65534 | | | 0 | | | | |
| 65535 | | | 0 | | | | |
| 65536 | | | 0 | | | | |

HIGHLY CONFIDENTIAL

BARR-OVCON-020033