# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
FEDERAL TRADE COMMISSION,                                  :
    Plaintiff,                         :
  v.                                              :  Civil Action No: 1:05CV02179 (CKK)
WARNER CHILCOTT HOLDINGS COMPANY                           :  Judge Colleen Kollar-Kotelly
III, LTD., *et al.*,                                       :
    Defendants.                         :
---------------------------------------------------------- x

---------------------------------------------------------- x
STATE OF COLORADO, *et al.*,                               :
    Plaintiffs,                         :
  v.                                              :  Civil Action No: 1:05CV02182 (CKK)
WARNER CHILCOTT HOLDINGS COMPANY                           :  Judge Colleen Kollar-Kotelly
III, LTD., *et al.*,                                       :
    Defendants.                         :
---------------------------------------------------------- x

---------------------------------------------------------- x
MEIJER, INC., *et al.*,                                    :
    Plaintiffs,                         :
  v.                                              :  Civil Action No: 1:05CV02195 (CKK)
WARNER CHILCOTT HOLDINGS COMPANY                           :  Judge Colleen Kollar-Kotelly
III, LTD., *et al.*,                                       :
    Defendants.                         :
---------------------------------------------------------- x

```
------------------------------------------------------ x
VISTA HEALTHPLAN, INC., et al.,                        :
                                                       :
        Plaintiffs,                                    :
                                                       :
v.                                                     :   Civil Action No: 1:05CV02327 (CKK)
                                                       :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                       :
III, LTD., et al.,                                     :
                                                       :
        Defendants.                                    :
------------------------------------------------------ x


------------------------------------------------------ x
STEPHANIE COHEN, et al.,                               :
                                                       :
        Plaintiffs,                                    :
                                                       :
v.                                                     :   Civil Action No: 1:06CV00401 (CKK)
                                                       :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT PUBLIC LIMITED                         :
COMPANY, et al.,                                       :
                                                       :
        Defendants.                                    :
------------------------------------------------------ x


------------------------------------------------------ x
WALGREEN CO., et al.,                                  :
                                                       :
        Plaintiffs,                                    :
                                                       :
v.                                                     :   Civil Action No: 1:06CV00494 (CKK)
                                                       :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                       :
III, LTD., et al.,                                     :
                                                       :
        Defendants.                                    :
------------------------------------------------------ x
```

```
-------------------------------------------------   x
CVS PHARMACY, INC., et al.,                         :
                                                    :
        Plaintiffs,                                 :
                                                    :
    v.                                              :  Civil Action No: 1:06CV00795 (CKK)
                                                    :  Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                    :
III, LTD., et al.,                                  :
                                                    :
        Defendants.                                 :
-------------------------------------------------   x
```

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective immediately, our new address is as follows:

> SIMPSON THACHER & BARTLETT LLP
> 601 Pennsylvania Avenue, N.W.
> North Building
> Washington, D.C. 20004

Please make the appropriate changes in your records to contact our firm.

September 6, 2006               Respectfully submitted,

                    By:    /s/ Peter C. Thomas
                          _____
                          Peter C. Thomas, D.C. Bar # 495928
                          Andrew M. Lacy, D.C. Bar # 496644

                          SIMPSON THACHER & BARTLETT LLP
                          601 Pennsylvania Avenue, N.W.
                          North Building
                          Washington, D.C. 20004
                          (202) 220-7700

                          *Counsel for Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., Warner Chilcott Public Limited Company, and Galen (Chemicals) Ltd.*