# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------  x
FEDERAL TRADE COMMISSION,                               :
          Plaintiff,                                    :
                                                        :
     v.                                                 :   Civil Action No: 1:05CV02179 (CKK)
                                                        :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                        :
III, LTD., et al.,                                      :
                                                        :
          Defendants.                                   :
------------------------------------------------------  x


------------------------------------------------------  x
STATE OF COLORADO, et al.,                              :
          Plaintiffs,                                   :
                                                        :
     v.                                                 :   Civil Action No: 1:05CV02182 (CKK)
                                                        :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                        :
III, LTD., et al.,                                      :
                                                        :
          Defendants.                                   :
------------------------------------------------------  x


------------------------------------------------------  x
MEIJER, INC., et al.,                                   :
          Plaintiffs,                                   :
                                                        :
     v.                                                 :   Civil Action No: 1:05CV02195 (CKK)
                                                        :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                        :
III, LTD., et al.,                                      :
                                                        :
          Defendants.                                   :
------------------------------------------------------  x
```

------------------------------------------------------- x

VISTA HEALTHPLAN, INC., *et al.*,    :
　　　　　　　　　　　　　　　　　　　　:
　　　　Plaintiffs,    :
　　　　　　　　　　　　　　　　　　　　:
v.    :    Civil Action No: 1:05CV02327 (CKK)
　　　　　　　　　　　　　　　　　　　　:    Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY    :
III, LTD., *et al.*,    :
　　　　　　　　　　　　　　　　　　　　:
　　　　Defendants.    :
------------------------------------------------------- x


------------------------------------------------------- x

STEPHANIE COHEN, *et al.*,    :
　　　　　　　　　　　　　　　　　　　　:
　　　　Plaintiffs,    :
　　　　　　　　　　　　　　　　　　　　:
v.    :    Civil Action No: 1:06CV00401 (CKK)
　　　　　　　　　　　　　　　　　　　　:    Judge Colleen Kollar-Kotelly
WARNER CHILCOTT PUBLIC LIMITED    :
COMPANY, *et al.*,    :
　　　　　　　　　　　　　　　　　　　　:
　　　　Defendants.    :
------------------------------------------------------- x


------------------------------------------------------- x

WALGREEN CO., *et al.*,    :
　　　　　　　　　　　　　　　　　　　　:
　　　　Plaintiffs,    :
　　　　　　　　　　　　　　　　　　　　:
v.    :    Civil Action No: 1:06CV00494 (CKK)
　　　　　　　　　　　　　　　　　　　　:    Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY    :
III, LTD., *et al.*,    :
　　　　　　　　　　　　　　　　　　　　:
　　　　Defendants.    :
------------------------------------------------------- x

2

```
-------------------------------------------------------    x
CVS PHARMACY, INC., et al.,                                :
                                                           :
        Plaintiffs,                                        :
                                                           :
v.                                                         :    Civil Action No: 1:06CV00795 (CKK)
                                                           :    Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                           :
III, LTD., et al.,                                         :
                                                           :
        Defendants.                                        :
-------------------------------------------------------    x
```

## MOTION OF DEFENDANTS
## FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2 and the attached declaration, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., Warner Chilcott Public Limited Company, and Galen (Chemicals) Ltd. (collectively "Defendants") move for the admission of Jason P. Rubin of the law firm Simpson Thacher & Bartlett LLP to represent Defendants in these actions. Mr. Rubin is a member in good standing of the following bars: the State of New York and the United States District Court for the Southern District of New York. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Mr. Rubin should this Motion be granted.

3

October 3, 2006                              Respectfully submitted,


By:     /s/ Peter C. Thomas
        _____
        Peter C. Thomas, D.C. Bar # 495928
        SIMPSON THACHER & BARTLETT LLP
        601 Pennsylvania Avenue, N.W.
        North Building
        Washington, D.C.  20004
        (202) 220-7700

        *Counsel for Defendants*