UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>     Plaintiff,<br><br>     v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD.*, et al.*,<br><br>     Defendants. | Civil Action No. 05-2179 (CKK) |
| STATE OF COLORADO, *et al.*,<br><br>     Plaintiffs,<br><br>     v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD.*, et al.*,<br><br>     Defendants. | Civil Action No. 05-2182 (CKK) |

**ORDER**

The following discovery motions have been referred to Magistrate Judge Kay for resolution pursuant to LCvR 72.2(a):

   1. Plaintiffs' Joint Motion to Compel Defendant Barr to Produce Documents, filed July 14, 2006; and

2. Plaintiffs' Expedited Motion to Compel Defendant Barr to Comply with Rule 34(b), Fed. R. Civ. P., filed August 9, 2006.

Accordingly, it is this 4th day of October, 2006,

**SO ORDERED**.

                                                    /s/
                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge

<u>Copy to</u>:

Magistrate Judge Kay