UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD*., et al.*,<br><br>    Defendants. | Civil Action No. 05-2182 (CKK) |

**ORDER**

Defendants' [51] Joint Motion to Compel Answers to Interrogatories and the Production of Documents, filed July 10, 2006, has been referred to Magistrate Judge Kay for resolution pursuant to LCvR 72.2(a).

Accordingly, it is this 5th day of October, 2006,

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　*/s/*
　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　United States District Judge

Copy to:

Magistrate Judge Kay