AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

State of Colorado, et al.

       Plaintiff(s)    )  **APPEARANCE**

       vs.    )  CASE NUMBER  1:05 -cv-02182-CKK

Warner Chilcott Holdings
Company III, LTD., et al.
       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Gary Honick  as counsel in this
                               (Attorney's Name)

case for:  State of Maryland
               (Name of party or parties)

October 25, 2006                      /s/ Gary Honick
Date                                          Signature

                                              Gary Honick
27413                                          Print Name
BAR IDENTIFICATION
                                            200 St. Paul Place
                                            Address

                                            Baltimore, MD 21202
                                            City     State     Zip Code

                                            410-576-6470
                                            Phone Number