A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

State of Colorado, et al.

   Plaintiff(s)    )   **APPEARANCE**

   vs.    )   CASE NUMBER   1:05 -cv-02182-CKK

Warner Chilcott Holdings
Company III, LTD., et al.
   Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Gary Honick   as counsel in this
          (Attorney's Name)

case for:   State of Maryland
     (Name of party or parties)


October 25, 2006        [signature]
Date              Signature

             Gary Honick
27413            Print Name
BAR IDENTIFICATION

             200 St. Paul Place
             Address

             Baltimore, MD 21202
             City    State    Zip Code

             410-576-6470
             Phone Number