IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>BARR PHARMACEUTICALS, INC.,<br><br>    Defendant. | Civil Action No. 1:05-cv-2179-CKK<br>Before Magistrate Judge Kay |
| STATE OF COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 1:05-cv-2182-CKK |

**SURREPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL
PRODUCTION BY DEFENDANT BARR**

By Order dated October 4, 2006, Judge Kollar-Kotelly referred to Magistrate Judge Kay two pending motions filed by the Federal Trade Commission and the Plaintiff States to Compel Production of Documents by Defendant Barr Pharmaceuticals, Inc. These motions include the outstanding portion of Plaintiffs' Expedited Motion to Compel Defendant Barr to Comply With Rule 34(b), Fed. R. Civ. P., dated August 9, 2006 (Document 54),[1] relating to the production of

---

[1] Documents referenced in this motion refer to Documents in Civil Action No. 1:05-cv-2179-CKK.

Barr's electronic documents in response to our First Request for the Production of Documents, dated May 5, 2006. Specifically, Barr produced simple picture images of these electronic documents without providing any of the underlying information regarding the electronic data, such as the documents' metadata. Without this underlying information, it is difficult if not impossible for us to interpret the data entries contained in these spreadsheets and other electronic documents.[2] Further, these documents contain information that is highly relevant to, *inter alia*, the development of our experts' reports – which are due on December 1, 2006 – and the expeditious resolution of these pending motions is important.

By this surreply brief, we advise the Court that, after we filed our August 9, 2006 motion, Barr produced more than 500,000 pages of documents in response to our first document request. Roughly half of these subsequently-produced documents are images of electronic documents – including hundreds, if not thousands, of new spreadsheets.[3] As produced by Barr, these additional electronic documents suffer the same defects as the electronic documents that are the subject of our August 9, 2006 motion.

Therefore, we ask that the Court, in its consideration of Plaintiffs' Expedited Motion to Compel Defendant Barr to Comply With Rule 34(b), Fed. R. Civ. P., dated August 9, 2006, to extend its analysis and ruling on the pending motion to all subsequent productions of documents by Barr.

---

[2] *See* Plaintiffs' Memorandum in Support of Motion to Compel Defendant Barr to Comply With Rule 34(b), Fed. R. Civ. P., dated August 9, 2006, at 2, 9-10 (Document 54-1).

[3] Apparently, approximately 225,000 pages of this last-minute production are spreadsheets. *See* letter dated October 23, 2006, from Karen N. Walker, Esq., to Thomas H. Brock, Esq. (Exhibit A).

Respectfully submitted,

Dated: November 1, 2006

    /s/
Markus H. Meier (DC Bar # 459715)
Bradley S. Albert
Thomas H. Brock (DC Bar # 939207)
601 New Jersey Avenue, N.W.
Washington, D.C. 20580
(202) 326-3759

Counsel for Plaintiff
Federal Trade Commission

    /s/
Devin M. Laiho
Assistant Attorney General
Consumer Protection Section
STATE OF COLORADO
1525 Sherman Street, 5th Floor
Denver, CO 80203
(303) 866-5079

Counsel for the Plaintiff States