# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>  Defendants. | Civil Action No: 1:05CV02179 (CKK) |
| STATE OF COLORADO, *et. al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et. al.*,<br><br>  Defendants. | Civil Action No: 1:05CV02182 (CKK)<br><br>Judge Colleen Kollar-Kotelly<br><br>Jury Trial Demanded |

## JOINT MOTION AND STIPULATION

Plaintiffs the Federal Trade Commission, the States of Colorado, Maryland, Alaska, Arizona, Arkansas, California, Delaware, Florida, Idaho, Illinois, Iowa, Kansas, Louisiana, Maine, Michigan, Minnesota, Mississippi, Missouri, Nevada, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Rhode Island, South Carolina, Tennessee, Texas, Utah, and Vermont, the Commonwealths of Virginia, Kentucky, and Massachusetts, and the District of Columbia (collectively the "Government Plaintiffs") and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc. (together "Warner Chilcott"), by their respective

undersigned attorneys, hereby stipulate to, and respectfully move the Court to set, the following schedule for fact and expert discovery.  (Defendant Barr has indicated it does not oppose this motion.)  In support thereof, the Government Plaintiffs and Warner Chilcott jointly state as follows:

1. The Court's October 3, 2006 Order specifies that all fact discovery should be completed on or before November 17, 2006.

2. The Government Plaintiffs noticed the depositions of Warner Chilcott's Chief Executive Officer, Roger Boissonneault for September 26 and 27, 2006 and Warner Chilcott's President, W. Carlton Reichel for October 3 and 4, 2006.

3. On September 25, 2006, one day before the scheduled deposition of Mr. Boissonneault, the Federal Trade Commission filed its Application for a Preliminary Injunction.  As a result of that filing and the short period within which Warner Chilcott had to respond, Warner Chilcott postponed the depositions of Messrs. Boissonneault and Reichel.

4. On October 6, 2006, Warner Chilcott and the Federal Trade Commission reached a settlement in principle of the litigation between them.  The settlement was approved by the Court on October 23, 2006.

5. The Government Plaintiffs requested that Warner Chilcott provide new dates for the depositions of Messrs. Boissonneault and Reichel.  However, due to the schedules of Messrs. Boissonneault and Reichel, Warner Chilcott was unable to provide the Government Plaintiffs with any dates for the depositions before November 17, 2006.

6. As a compromise, Warner Chilcott proposed to make Mr. Reichel available for a deposition on November 21 and 22, 2006 and Mr. Boissonneault on November 28 and 29, 2006.  The Government Plaintiffs were unwilling to agree to take the depositions of Messrs.

Boissonneault and Reichel after November 17, 2006 because of this Court's October 3, 2006 Order. Accordingly, the State Plaintiffs noticed and the Federal Trade Commission subpoenaed the depositions of Messrs. Boissonneault and Reichel for November 16 and 17, 2006. In response, Warner Chilcott notified the Government Plaintiffs that it would be filing a motion for a protective order.

7. On October 30, 2006, Warner Chilcott met and conferred with the Government Plaintiffs to attempt to resolve their dispute over the deposition dates and Warner Chilcott's anticipated motion for a protective order. To resolve the discovery dispute, the Government Plaintiffs and Warner Chilcott agreed to schedule the deposition of Mr. Reichel to proceed on November 28 and 29, 2006 and the deposition of Mr. Boissonneault on November 29 and 30, 2006.

8. In order to permit all of the parties' experts to consider in their reports any testimony by Messrs. Boissonneault and Reichel, the Government Plaintiffs and Warner Chilcott also agreed to extend the due dates for the parties' expert reports and the corresponding dates for expert discovery by two weeks. This agreement resolved the dispute and made Warner Chilcott's contemplated motion for a protective order unnecessary. Under the proposed extension all discovery will be completed before the Court's scheduled status conference on February 2, 2007. Defendant Barr consents to this schedule.

9. The Court's October 3, 2006 Order specifies that: 1) the parties shall serve their expert reports, as well as exchange certain information required under paragraph 11(b) of the Case Management Order, on or before December 1, 2006; 2) the parties shall serve their rebuttal expert reports on or before December 22, 2006; and 3) that expert witnesses shall be made available for deposition on or before January 19, 2007.

10. To resolve their discovery dispute, the Government Plaintiffs and Warner Chilcott have agreed and ask this Court to enter a discovery schedule whereby: 1) the parties shall serve expert reports and exchange the information required under paragraph 11(b) of the Case Management Order on or before December 11, 2006; 2) the parties shall serve rebuttal expert reports on or before January 8, 2007; and 3) the parties shall make expert witnesses available for deposition on or before January 31, 2007.  Defendant Barr consents to this schedule.

11. Under the proposed schedule, by the time of the Status Conference scheduled for February 2, 2007, all discovery will be complete.

12. Except as specified herein, the Case Management Order entered on April 25, 2006 shall remain in effect.

WHEREFORE, Government Plaintiffs and Warner Chilcott respectfully stipulate to, and ask this Court to enter, extensions of time as follows:

1. The parties shall serve expert reports and exchange the information required under paragraph 11(b) of the Case Management Order on or before December 11, 2006.
2. The parties shall serve rebuttal expert reports on or before January 8, 2007.
3. The parties shall make expert witnesses available for deposition on or before January 31, 2007.

Date:   November 3, 2006

Respectfully submitted,

/s/ Markus H. Meier

_____
Markus H. Meier (D.C. Bar # 459715)
Bradley S. Albert
Thomas H. Brock (D.C. Bar # 939207)
FEDERAL TRADE COMMISSION
Bureau of Competition
600 Pennsylvania Avenue, N.W.
Washington, District of Columbia 20580
(202) 326-3759
(202) 326-3384 (fax)
*Counsel for the Federal Trade Commission*

STATE OF COLORADO
JOHN W. SUTHERS
Attorney General

/s/ Devin M. Laiho

_____
Devin M. Laiho
Assistant Attorney General
Consumer Protection Section
1525 Sherman Street, 5th Floor
Denver, CO 80203
(303) 866-5079
*Counsel for the State of Colorado*

COMMONWEALTH OF VIRGINIA
JUDITH WILLIAMS JAGDMANN
Attorney General
Sarah Oxenham Allen
Jennifer L. Gobble
Assistant Attorneys General
Antitrust & Consumer Litigation Section
900 East Main Street
Richmond, Virginia 23219
(804) 786-6557
*Counsel for the Commonwealth of Virginia*

STATE OF MARYLAND
J. JOSEPH CURRAN, JR.
Attorney General
Assistant Attorney General
Ellen S. Cooper

Chief, Antitrust Division
200 St. Paul Street
Baltimore, Maryland 21202
(410) 576-6470
*Counsel for the State of Maryland*

STATE OF ALASKA
DAVID W. MARQUEZ
Attorney General
Clyde E. Sniffen, Jr
Assistant Attorney General
Fair Business and Commercial Section
Alaska Attorney General's Office
1031 W. 4th. Avenue # 200
Anchorage, Alaska 99501
(907) 269-5200
*Counsel for the State of Alaska*

STATE OF ARIZONA
TERRY GODDARD
Attorney General
Nancy M. Bonnell
Antitrust Unit Chief
Public Advocacy Division
Office of the Attorney General
1275 West Washington
Phoenix, Arizona 85007-2926
(602) 542-7752
*Counsel for the State of Arizona*

STATE OF ARKANSAS
MIKE BEEBE
Attorney General of Arkansas
Teresa Marks
Dep. Attorney General for Public Protection
Bradford J. Phelps
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-3625
*Counsel for the State of Arkansas*

STATE OF CALIFORNIA
BILL LOCKYER
Attorney General
Richard M. Frank

Chief Deputy Attorney General
J. Thomas Greene
Chief Assistant Attorney General
Kathleen E. Foote
Senior Assistant Attorney General
Ann Marie Marciarille
Deputy Attorney General
Office of the Attorney General
P.O. Box 70550
1515 Clay Street
Oakland, California 94612
(510) 622-2221
*Counsel for the State of California*

STATE OF DELAWARE
M. JANE BRADY
Attorney General
Michael A. Undorf
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, Delaware 19801
(302) 577-8924
*Counsel for the State of Delaware*

DISTRICT OF COLUMBIA
ROBERT J. SPAGNOLETTI
Attorney General
David M. Rubenstein
Deputy Attorney General
Public Safety Division
Bennett Rushkoff (#386925)
Chief, Consumer and Trade Protection Sec.
Don A. Resnikoff
Assistant Attorney General
Anika Sanders Cooper (#458863)
Assistant Attorney General
Office of the Attorney General for the
District of Columbia
441 Fourth Street, NW, Suite 450N
Washington, D.C. 20001
(202) 727-6241
*Counsel for the District of Columbia*

STATE OF FLORIDA
CHARLES J. CRIST, JR.

Attorney General
Patricia A. Conners
Director, Antitrust Division
Elizabeth G. Arthur
Assistant Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
*Counsel for the State of Florida*

STATE OF IDAHO
LAWRENCE G. WASDEN
Attorney General
Brett T. DeLange
Deputy Attorney General
Consumer Protection Unit
Office of the Attorney General
Len B. Jordan Building
650 W. State St., Lower Level
P. O. Box 83720
Boise, Idaho 83720-0010
(208) 334-2424
*Counsel for the State of Idaho*

STATE OF ILLINOIS
LISA MADIGAN
Attorney General
Robert W. Pratt
Chief, Antitrust Bureau
Office of the Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3722
*Counsel for the State of Illinois*

STATE OF IOWA
THOMAS J. MILLER
Attorney General
John. F. Dwyer
Attorney
Layne M. Lindebak
Assistant Attorney General
2nd Floor, Hoover Office Building
East 13th & Walnut Street
Des Moines, Iowa 50319
(515) 281-7054

*Counsel for the State of Iowa*

STATE OF KANSAS
PHILL KLINE
Attorney General
Karl R. Hansen
Assistant Attorney General
120 SW 10th Street, 2nd Floor
Topeka, Kansas 66612
(785) 296-2215
*Counsel for the State of Kansas*

COMMONWEALTH OF KENTUCKY
GREGORY D. STUMBO
Attorney General
David R. Vandeventer
Assistant Attorney General
Consumer Protection Division
1024 Capital Center Dr.
Frankfort, Kentucky 40601
(502) 696-5389
*Counsel for the Commonwealth of Kentucky*

STATE OF LOUISIANA
CHARLES C. FOTI, JR.
Attorney General
Jane Bishop Johnson
Assistant Attorney General
1885 N. 3rd Street, 4th Floor
Baton Rouge, Louisiana 70802
(225) 326-6467
*Counsel for the State of Louisiana*

STATE OF MAINE
G. STEVEN ROWE
Attorney General
Christina Moylan
Assistant Attorney General
6 State House Station
Augusta, Maine 04333-0006
(207) 626-8800
*Counsel for the State of Maine*

COMMONWEALTH OF
MASSACHUSETTS
THOMAS F. REILLY

Attorney General
Judith M. Whiting
Assistant Attorney General
Consumer Protection and Antitrust Division
Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2959
*Counsel for the Commonwealth of Massachusetts*

STATE OF MICHIGAN
MICHAEL A. COX
Attorney General
Michelle M. Rick
Assistant Attorney General
Special Litigation Division
Antitrust Section
G. Mennen Williams Building, 6th Floor
525 W. Ottawa Street
Lansing, Michigan 48913
(517) 373-1123
*Counsel for the State of Michigan*

STATE OF MINNESOTA
MIKE HATCH
Attorney General
Ann Beimdiek Kinsella
Manager, Health/Antitrust Division
Jennifer L. DeKarske
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101
(651) 215-1564
*Counsel for the State of Minnesota*

STATE OF MISSISSIPPI
JIM HOOD
Attorney General
Sondra Simpson McLemore
Special Assistant Attorney General
Post Office Box 22947
Jackson, Mississippi 39225
(601) 359-3748
*Counsel for the State of Mississippi*

STATE OF MISSOURI
JEREMIAH (JAY) W. NIXON
Attorney General
Anne E. Schneider
Assistant Attorney General
Antitrust Counsel
P.O. Box 899
Jefferson City, Missouri 65102
(573) 751-8455
*Counsel for the State of Missouri*

STATE OF NEVADA
GEORGE J. CHANOS
Attorney General
Eric Witkoski
Chief Deputy Attorney General
Consumer Advocate
Brian Armstrong
Senior Deputy Attorney General
Office of the Attorney General Nevada
Department of Justice
Bureau of Consumer Protection
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
(702) 486-3420
*Counsel for the State of Nevada*

STATE OF NEW YORK
ELIOT SPITZER
Attorney General
Jay L. Himes
Bureau Chief, Antitrust Bureau
Elinor R. Hoffmann
Assistant Attorney General, Antitrust
Bureau
New York State Department of Law
120 Broadway, Suite 26C
New York, New York 10271-0332
(212) 416-8269
*Counsel for the State of New York*

STATE OF NORTH CAROLINA
ROY COOPER
Attorney General
K. D. Sturgis

Assistant Attorney General
North Carolina Department of Justice
9001 Mail Service Center
Raleigh, North Carolina 27699-9001
(919) 716-6000
*Counsel for the State of North Carolina*

STATE OF NORTH DAKOTA
WAYNE STENEHJEM
Attorney General
Todd A. Sattler, ID No. 05718
Assistant Attorney General
Consumer Protection and Antitrust Division
Office of Attorney General
P.O. Box 1054
Bismarck, North Dakota 58502-1054
(701) 328-5570
*Counsel for the State of North Dakota*

STATE OF OHIO
JIM PETRO
Attorney General
Mitchell L. Gentile
Principal Attorney
Antitrust Section
150 East Gay Street, 20th Floor
Columbus, Ohio 43215
(614) 466-4328
*Counsel for the State of Ohio*

STATE OF OKLAHOMA
W.A. DREW EDMONDSON
Attorney General
Thomas A. Bates
Julie Bays
Assistant Attorneys General
4545 N. Lincoln Blvd., Suite 260
Oklahoma City, Oklahoma 73105
(405) 522-1013
*Counsel for the State of Oklahoma*

STATE OF OREGON
HARDY MYERS
Attorney General
Chin See Ming
Assistant Attorney General

Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301
(503) 947-4333
*Counsel for the State of Oregon*

STATE OF RHODE ISLAND
PATRICK C. LYNCH
Attorney General
Edmund F. Murray, Jr.
Special Assistant Attorney General
Chief, Antitrust Unit
Rhode Island Dept. of Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 Ext.2401
*Counsel for the State of Rhode Island*

STATE OF SOUTH CAROLINA
HENRY D. McMASTER
Attorney General
C. Havird Jones, Jr.
Senior Assistant Attorney General
P. O. Box 11549
Columbia, South Carolina 29211
(803) 734-3680
*Counsel for the State of South Carolina*

STATE OF TENNESSEE
PAUL G. SUMMERS
Attorney General
S. Elizabeth Martin
Senior Counsel
Antitrust Division
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 532-5732
*Counsel for the State of Tennessee*

STATE OF TEXAS
GREG ABBOTT
Attorney General
Mark A. Levy
Assistant Attorney General
P.O. Box 12548

Austin, Texas 78711
(512) 936-1847
*Counsel for the State of Texas*

STATE OF UTAH
MARK L. SHURTLEFF
Attorney General
Ronald J. Ockey
Assistant Attorney General
160 East 300 South, Fifth Floor
Salt Lake City, Utah 84111
(801) 366-0359
*Counsel for the State of Utah*

STATE OF VERMONT
WILLIAM H. SORRELL
Attorney General
Julie Brill
Assistant Attorney General
109 State Street
Montpelier, Vermont 05609-1001
(802) 828-3658
*Counsel for the State of Vermont*

/s/ Peter C. Thomas
_____
Peter C. Thomas (D.C. Bar # 495928)
Andrew M. Lacy (D.C. Bar # 496644)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, District of Columbia 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob, *pro hac vice*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)
*Counsel for Warner Chilcott Holdings Company III, Ltd, Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*