IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF COLORADO, et al. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>WARNER CHILCOTT HOLDINGS )<br>COMPANY III, LTD., et al., )<br>)<br>Defendants ) | Case Number: 1:05-CV-2182-CKK<br>Judge Kollar-Kotelly |

**OBJECTION TO SUBPOENA DUCES TECUM SERVED ON THE DEPARTMENT OF MEDICAL ASSISTANCE SERVICES**

The Department of Medical Assistance Services ("DMAS") hereby responds to Defendants' subpoena.

1. All documents relating to any preferred drug list ("PDL") maintained by You, including all documents relating to the process by which You determine which combined hormonal contraceptives ("CHCs") to place on Your PDL and what inclusion of a particular CHC on that list is meant to accomplish.

Objection: The request is overbroad and not reasonably calculated to lead to the discovery of admissible evidence. The request for "all documents" is not limited to the medication at issue in this matter.

Without waiving objection, DMAS is providing a copy of the entire PDL for the Medicaid program in Virginia. There are no contraceptives on this PDL.

2. All documents relating to any Maximum Allowable Cost ("MAC") list maintained or used by You, including all documents relating to the process by which You determine which

Case 1:05-cv-02182-CKK    Document 90    Filed 11/07/2006    Page 2 of 12

CHCs to place on Your MAC and what inclusion of a particular CHC on that list is meant to accomplish.

Objection: These requests are overbroad and not reasonably calculated to lead to the discovery of admissible evidence. The request for "all documents" is not limited to the medication at issue in this matter.

Without waiving objection, DMAS is providing a copy of the MAC list as of November 2006. DMAS is also providing information on the MAC taken from the Pharmacy Manual, which may be found on the DMAS website at www.DMAS.virginia.gov.

3. All documents relating to the Virginia Department of Medical Assistance Services' reimbursement for CHCs at levels consistent with the Virginia Department of Medical Assistance Services' MAC list, notwithstanding that a particular CHC does not appear on the Virginia Department of Medical Assistance Services' MAC list.

Objection: This request is overbroad and not reasonably calculated to lead to the discovery of admissible evidence. The request for "all documents" is not limited to the medication at issue in this matter.

Without waiving objection, DMAS is providing reimbursement information taken from the Pharmacy Manual, which may be found on the DMAS website at www.DMAS.virginia.gov. If there is no MAC, then DMAS calculates reimbursement using one of the other pricing methodologies.

4. All documents relating to whether the Virginia Department of Medical Assistance Services requires the recipients of its benefits to pay a co-pay for CHC products they receive.

Case 1:05-cv-02182-CKK   Document 90   Filed 11/07/2006   Page 4 of 12

<u>Objection:</u>  This request is overbroad and not reasonably calculated to lead to the discovery of admissible evidence.  The request for "all documents" is not limited to the medication at issue in this matter.

Without waiving objection, DMAS states that recipients of benefits are not required to pay a co-pay for the CHC products they receive.  DMAS is providing information taken from the Pharmacy Manual regarding co-payments for contraceptives.  This information may also be found on the DMAS website at www.DMAS.virginia.gov.

5, 6.  Documents sufficient to show the total dollars paid as reimbursement payments, net of rebates received from any source, for units of the following contraceptive products distributed within Virginia pursuant to the Medicaid Rebate Program, reported on a quarterly basis beginning with the first quarter of 2001 and extending through the present: [list omitted]

Documents sufficient to show the source of all rebates received by You for the contraceptive products listed under Request 5, above, reported on a quarterly basis beginning with the first quarter of 2001 and extending through the present.

<u>Objection:</u>    DMAS objects to these requests on the basis that this information is confidential under federal statute 42 U.S.C. §1396r-8(b)(3)(D), which prohibits the release of certain pricing information under the rebate program.  A State agency may not disclose this information "in a form which discloses the identity of a specific manufacturer or wholesaler, [or] prices charged for drugs by such manufacturer or wholesaler[.]" 42 U.S.C. §1396r-8(b)(3)(D).  The disclosure of this information would place DMAS in violation of federal law.

7.    Documents sufficient to show the total units of each contraceptive product listed under Request 5 above, for which You paid reimbursement payments pursuant to the Medicaid

Rebate Program, reported on a quarterly basis beginning with the first quarter of 2001 and extending through the present.

Objection: DMAS objects to this request on the basis that this information is confidential under federal statute 42 U.S.C. §1396r-8(b)(3)(D), which prohibits the release of certain pricing information under the rebate program. A State agency may not disclose this information "in a form which discloses the identity of a specific manufacturer or wholesaler, [or] prices charged for drugs by such manufacturer or wholesaler[.]" 42 U.S.C. §1396r-8(b)(3)(D). The disclosure of this information would place DMAS in violation of federal law.

Without waiving objections, DMAS is providing a table that lists the drugs found in request number five and the number of units of each contraceptive by quarter from the first quarter of 2001 through the present.

8. All documents relating to any branded CHCs which You have preferred over generic versions because the net generic price did not drop below the brand, including any analyses or other documents explaining the reasons for pricing differences.

Answer: There are no CHCs on the PDL; therefore, there are no documents responsive to this request. A copy of the PDL has been provided in response to request number one.

9. All documents relating to the pricing of generic and brand prescription CHCs under the Medicaid Rebate Program.

Objection: This request is overbroad and not reasonably calculated to lead to the discovery of admissible evidence. The request for "all documents" is not limited to the medication at issue in this matter.

Without waiving objection, DMAS is providing pricing and payment information taken from the Pharmacy Manual, which may be found on the DMAS website at

4

Case 1:05-cv-02182-CKK    Document 90    Filed 11/07/2006    Page 8 of 12

www.DMAS.virginia.gov. If a drug is covered by the Medicaid program, each drug must have a rebate from the Centers for Medicare and Medicaid Services.

10. All documents related to any State Supplemental Rebate Program implemented, directed or maintained by You, including documents sufficient to show the operation and rules any such Program as well as the pharmaceutical manufacturers that participate and the drugs for which these manufacturers pay supplemental payments to You.

Objection: DMAS object to this request on the basis that this information is confidential under federal statute 42 U.S.C. §1396r-8(b)(3)(D), which prohibits the release of certain pricing information under the rebate program. A State agency may not disclose this information "in a form which discloses the identity of a specific manufacturer or wholesaler, [or] prices charged for drugs by such manufacturer or wholesaler[.]" 42 U.S.C. §1396r-8(b)(3)(D). The disclosure of this information would place DMAS in violation of federal law.

Information relating to the State Supplemental Rebate program that is not confidential may be found on the DMAS website at www.DMAS.virginia.gov.

Respectfully submitted,

DEPARTMENT OF MEDICAL
ASSISTANCE SERVICES

By: _Ushalon_
  COUNSEL

ROBERT F. MCDONNELL
Attorney General of Virginia

DAVID E. JOHNSON
Deputy Attorney General

KIM F. PINER
Senior Assistant Attorney General

USHA KODURU, State Bar #51042
Assistant Attorney General

Office of the Attorney General of Virginia
900 East Main Street
Richmond, Virginia 23219
(804) 786-4905
(804) 371-8718 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Objections was mailed by first-class mail, postage prepaid, this 6th day of November, 2006 to:

Francisco J. Navarro
Simpson Thacher & Bartlett, LLP.
425 Lexington Avenue
New York, New York 10017

Usha Koduru
Assistant Attorney General

Case 1:05-cv-02182-CKK   Document 90   Filed 11/07/2006   Page 12 of 12