**RESPONSE TO REQUEST NUMBER ONE**

Virginia Medicaid Preferred Drug List
Effective July 1, 2006

First Health Clinical Call Center
1-800-932-6648
Fax 1-800-932-6651

Within these categories, drugs that are not listed are subject to Prior Authorization

® = Registered Trade name
**Clinical Prior Authorization required
***=Must attempt and fail two Short Acting Narcotics; unless diagnosis requires Long Acting Narcotic as first line
**** Indicates that All available dosage forms made for that product (for example XR, SR, Suspension, Reditabs etc) are covered without a PA. If **** is not indicated and another dosage forms exists, a PA is required.

## ANALGESICS
### NON-STEROIDAL ANTI-INFLAMMATORY DRUGS
Diclofenac****
Diflunisal
Etodolac****
Fenoprofen
Flurbiprofen
Ibuprofen
Indomethacin****
Ketoprofen****
Ketorolac
Meclofenamate Sodium
Nabumetone
Naproxen
Naproxen Sodium
Oxaprozin
Piroxicam
Sulindac
Tolmetin Sodium

### NON-STEROIDAL ANTI-INFLAMMATORY – COX II INHIBITORS**
Celebrex®

### LONG-ACTING NARCOTICS***
Avinza®
Duragesic® (Brand Only)
Morphine Sulfate tablets SA®
Oramorph SR®

## ANTIBIOTICS – ANTIINFECTIVES
### ORAL ANTIFUNGALS –ONYCHOMYCOSIS
Lamisil®

### CEPHALOSPORINS – 2ND GENERATION
Cefaclor ****
Ceftin Suspension®
Cefuroxime
Cefzil® ****
Lorabid® ****
Raniclor®

### CEPHALOSPORINS – 3RD GENERATION
Cedax® ****
Omnicef® ****
Spectracef®

### MACROLIDES
Biaxin® ****
Erythrocin Stearate
Erythromycin Base
Erythromycin Ethylsuccinate
Erythromycin Estolate Suspension
Erythromycin Stearate
Erythromycin w/Sulfisoxazole
Zithromax® ****

### QUINOLONES – 2ND GENERATION
Ciprofloxacin****
Ofloxacin****

### QUINOLONES – 3RD GENERATION
Avelox®
Avelox ABC Pack®

## ANTIVIRALS
### HERPES
Acyclovir****
Famvir®
Valtrex®

### INFUENZA
Amantadine ****
Relenza®
Rimantadine
Tamiflu®****

## ASTHMA –ALLERGY
### ANTIHISTAMINES – 2ND GENERATION
Alavert ®****
Claritin® OTC****
Loratadine OTC****
Claritin- D® OTC
Loratadine- D 12h OTC
Loratadine-D OTC
Zyrtec® Syrup (PA required except for children under age 2)

### BETA ADRENERGICS- SHORT ACTING
Albuterol
Alupent® MDI
Maxair Autohaler®
Proventil® HFA
Ventolin® HFA
Xopenex HFA®

### BETA ADRENERGICS – LONG ACTING
Foradil®
Serevent Diskus®

### BETA ADRENERGICS FOR NEBULIZERS
Accuneb®
Albuterol sulfate
Metaproterenol
Xopenex®

### BETA ADRENERGIC/ CORTICOSTEROID INHALER COMBINATIONS
Advair Diskus®

### COPD ANTICHOLINERGICS
Atrovent AER W/ADAP
Atrovent HFA®
Combivent®
Duoneb®
Spiriva®

### INHALED CORTICOSTEROIDS
AeroBid®
AeroBid M®
Asmanex®
Azmacort®
Flovent HFA®
Pulmicort Respules®
QVAR®

### LEUKOTRIENE INHIBITORS
Accolate®
Singulair®

### NASAL STEROIDS
Flonase®
Flunisolide
Nasacort AQ®
Nasonex®

## CARDIAC MEDICATIONS
### ACE INHIBITORS
Benazepril HCL
Benazepril HCL /HCTZ
Captopril
Captopril /HCTZ

Enalapril
Enalapril /HCTZ
Lisinopril
Lisinopril/HCTZ

### ACE INHIBITORS/ CALCIUM CHANNEL BLOCKERS
Lotrel®

### ANGIOTENSIN RECEPTOR ANTAGONISTS
Diovan®
Diovan HCT®
Cozaar®
Hyzaar®

### BETA BLOCKERS
Acebutolol
Atenolol
Atenolol /Chlorthalidone
Betaxolol
Bisoprolol Fumarate
Bisoprolol /HCTZ
Coreg®
Labetalol
Metoprolol tartrate
Metoprolol/HCT
Nadolol
Pindolol
Propranolol
Propranolol/HCTZ
Sorine®
Sotalol
Sotalol AF
Timolol maleate

### CALCIUM CHANNEL BLOCKERS - DIHYDROPYRIDINE
Afeditab CR®
Dynacirc®****
Felodipine ER
Nicardipine
Nifediac CC®
Nifedical XL®
Nifedipine****
Norvasc®
Plendil®
Sular®

### CALCIUM CHANNEL BLOCKERS- NON-DIHYDROPYRIDINE
Cartia XT®
Diltia XT®
Diltiazem****
Taztia XT®
Verapamil****

### LIPOTROPICS: STATINS
Advicor®
Altoprev®
Lescol®****
Lovastatin®
Pravachol®
Zocor®

### LIPOTROPICS: FIBRIC ACID
Antara®
Gemfibrozil®

### LIPOTROPICS: NIACIN DERATIVES
Niaspan®
Niacor®

### LIPOTROPICS: CAI
Zetia®

### PDE-5 INHIBITORS - PULMONARY HYPERTENSION**
Revatio**

## CENTRAL NERVOUS SYSTEM
### STIMULANTS/ADHD MEDICATIONS
Adderall XR®
Amphetamine Salt Combo
Concerta®
Dextroamphetamine****
Dextrostat®
Focalin****®
Metadate**** ®
Methylin****®
Methylphenidate
Ritalin LA®
Strattera®

### SEDATIVE HYPNOTIC
Chloral Hydrate
Estazolam
Flurazepam
Restoril® 7.5 mg (until generic available)
Temazepam
Triazolam

### OTHER SEDATIVE HYPNOTIC
No preferred products at this time

### ORAL HYPOGLYCEMICS ALPHAGLUCOSIDASE INH.
Glyset®
Precose®

**ORAL HYPOGLYCEMICS**
**BIGUANIDES**
Metformin****

**ORAL HYPOGLYCEMICS**
**-BIGUANIDE COMBINATIONS**
Actoplus Met®
Avandamet®
Glyburide–Metformin
Glipizide–Metformin

**ORAL HYPOGLYCEMICS –**
**MEGLITINIDES**
Starlix®

**ORAL HYPOGLYCEMICS 2ND GENERATION SULFONYLUREAS**
Glimepiride
Glipizide****
Glyburide****

**ORAL HYPOGLYCEMICS-**
**THIAZOLIDINEDIONES**
Actos®
Avandia®

## GASTROINTESTINAL
**HISTAMINE-2 RECEPTOR ANTAGONISTS (H-2RA)**
Ranitidine
Famotidine
Zantac® Syrup (No PA req. For ONLY under age 12)

**PROTON PUMP INHIBITORS**
Prilosec® OTC
Protonix®
Omeprazole (No PA req. ONLY for under age 12)
Prevacid Caps® (No PA req. ONLY for under age 12)
Prevacid Susp® (No PA req. ONLY for under age 12)

## GENITOURINARY
**URINARY ANTISPASMODICS**
Detrol LA ®
Ditropan XL ®
Enablex®
Oxybutynin
Oxytrol®
Sanctura®
VESIcare®

# OPHTHALMIC

## ANTIBIOTIC- QUINOLONES
Ciprofloxacin drops
Ofloxacin drops
Quixin®
Vigamox®
Zymar®

## ANTIHISTAMINES
Elestat®
Optivar®
Patanol®
Zaditor®

## ANTI-INFLAMMATORY
Acular®
Acular LS®
Flurbiprofen Sodium drops
Nevanac®
Voltaren drops®
Xibrom®

## GLAUCOMA – ALPHA-2 ADRENERGICS
Alphagan P®

Brimonidine Tartrate
Iopidine®

## GLAUCOMA BETA-BLOCKERS
Betaxolol HCl
Betimol®
Betoptic S®
Carteolol HCl
Levobunolol HCl
Metipranolol
Timolol Maleate****

## GLAUCOMA – CARBONIC ANHYDRASE INHIBITORS
Azopt®
Cosopt®
Trusopt®

## GLAUCOMA – PROSTAGLANDIN ANALOGS
Lumigan®
Travatan®
Xalatan®

## MAST CELL STABLIZERS
Alamast®
Alocril®
Alomide®
Cromolyn

## OSTEOPOROSIS
### BISPHOSPHONATES
Actonel®
Fosamax® ****
Fosamax Plus D®

## MISCELLANEOUS
### ELECTROLYTE DEPLETERS
Fosrenol®
Phoslo®
Renagel®

### SEROTONIN RECEPTOR AGONISTS (Triptans)
Imitrex® ****
Maxalt®
Maxalt-MLT®

### TOPICAL IMMUNOMODULATORS**
Elidel® **
Protopic® **

---

**Phone Numbers for DMAS PDL Program**

**First Health Clinical Call Center**
**Prior Authorization (PA) Requests**

Fax:   1-800-932-6651
Phone: 1-800-932-6648

NOTE: Fax requests are responded to within 24 hours. For urgent requests, please call.

NOTE: Not all medications listed are covered by all DMAS programs. Check individual program coverage.

For program drug coverage information, go to www.dmas.virginia.gov or http://virginia.fhsc.com.

# Virginia Medicaid Preferred Drug List

**Effective July 1, 2006**




First Health Clinical Call Center
Phone: 1-800-932-6648
Fax:   1-800-932-6651

Within these categories, drugs that are not listed are subject to Prior Authorization

## ANALGESICS

### NON-STEROIDAL ANTI-INFLAMMATORY DRUGS
- Diclofenac****
- Difunisal
- Etodolac****
- Fenoprofen
- Flurbiprofen
- Ibuprofen
- Indomethacin****
- Ketoprofen****
- Ketorolac
- Meclofenamate Sodium
- Nabumetone
- Naproxen
- Naproxen Sodium
- Oxaprozin
- Piroxicam
- Sulindac
- Tolmetin Sodium

### NON-STEROIDAL ANTI-INFLAMMATORY – COX II INHIBITORS**
- Celebrex®

### LONG-ACTING NARCOTICS***
- Avinza
- Duragesic® (Brand Only)
- Morphine Sulfate tablets SA®
- Oramorph SR®

## ANTIBIOTICS – ANTIINFECTIVES

### ORAL ANTIFUNGALS – ONYCHOMYCOSIS
- Lamisil®

### CEPHALOSPORINS – 2ND GENERATION
- Cefaclor
- Cefadroxil****
- Ceftin Suspension®
- Cefuroxime
- Cefzil®****
- Lorabid®****
- Raniclor®

### CEPHALOSPORINS – 3RD GENERATION
- Cedax®
- Omnicef®****
- Spectracef®

### MACROLIDES
- Biaxin®****
- Erythrocin Stearate
- Erythromycin Base
- Erythromycin Ethylsuccinate
- Erythromycin Estolate Suspension
- Erythromycin Stearate
- Erythromycin w/Sulfisoxazole
- Zithromax®****

### QUINOLONES – 2ND GENERATION
- Ciprofloxacin****
- Ofloxacin****

### QUINOLONES – 3RD GENERATION
- Avelox®
- Avelox ABC Pack®

## ANTIVIRALS

### HERPES
- Acyclovir****
- Famvir®
- Valtrex®

### INFUENZA
- Amantadine ****
- Relenza®
- Rimantadine
- Tamiflu®****

## ASTHMA – ALLERGY

### ANTIHISTAMINES – 2ND GENERATION
- Alavert®****
- Claritin® OTC
- Loratadine OTC****
- Claritin-D® OTC
- Loratadine- D 12h OTC
- Loratadine-D OTC
- Zyrtec® Syrup (PA required except for children under age 2)

### BETA ADRENERGICS – SHORT ACTING
- Albuterol
- Alupent® MDI
- Maxair Autohaler®
- Proventil® HFA
- Ventolin® HFA
- Xopenex HFA®

### BETA ADRENERGICS – LONG ACTING
- Foradil®
- Serevent Diskus®

### BETA ADRENERGICS FOR NEBULIZERS
- Accuneb
- Albuterol sulfate
- Metaproterenol
- Xopenex®

### BETA ADRENERGIC/ CORTICOSTEROID INHALER COMBINATIONS
- Advair Diskus®

### COPD ANTICHOLINERGICS
- Atrovent AER W/ADAP
- Atrovent HFA®
- Combivent®
- Duoneb®
- Spiriva®

### INHALED CORTICOSTEROIDS
- AeroBid®
- AeroBid M®
- Asmanex®
- Azmacort®
- Flovent HFA®
- Pulmicort Respules®
- QVAR®

### LEUKOTRIENE INHIBITORS
- Accolate®
- Singulair®

---

® = Registered Trade name
**Clinical Prior Authorization required
***=Must attempt and fail two Short Acting Narcotics, unless diagnosis requires Long Acting Narcotic as first line
****Indicates that All available dosage forms made for that product (for example XR, SR, Suspension, Reditabs etc) are covered without a PA. If **** is not indicated and another dosage forms exists, a PA is required.

# Virginia Medicaid Preferred Drug List
### Effective July 1, 2006



**First Health Clinical Call Center**
**Phone:** 1-800-932-6648
**Fax:** 1-800-932-6651

Within these categories, drugs that are not listed are subject to Prior Authorization

### NASAL STEROIDS
- Flonase®
- Flunisolide
- Nasacort AQ®
- Nasonex®

## CARDIAC MEDICATIONS

### ACE INHIBITORS
- Benazepril HCL
- Benazepril HCL/HCTZ
- Captopril
- Captopril/HCTZ
- Enalapril
- Enalapril/HCTZ
- Lisinopril
- Lisinopril/HCTZ

### ACE INHIBITORS/CALCIUM CHANNEL BLOCKERS
- Lotrel®

### ANGIOTENSIN RECEPTOR ANTAGONISTS
- Diovan®
- Diovan HCT®
- Cozaar®
- Hyzaar®

### BETA BLOCKERS
- Acebutolol
- Atenolol
- Atenolol/Chlorthalidone
- Betaxolol
- Bisoprolol Fumarate
- Bisoprolol/HCTZ
- Coreg®
- Labetalol
- Metoprolol tartrate
- Metoprolol/HCT
- Nadolol
- Pindolol
- Propranolol
- Propranolol/HCTZ
- Sorine®
- Sotalol
- Sotalol AF
- Timolol maleate

### CALCIUM CHANNEL BLOCKERS – DIHYDROPYRIDINE
- Afeditab CR®
- Dynacirc®****
- Felodipine ER
- Nicardipine
- Nifediac CC®
- Nifedical XL®
- Nifedipine****
- Norvasc®
- Plendil®
- Sular®

### CALCIUM CHANNEL BLOCKERS-NON-DIHYDROPYRIDINE
- Cartia XT®
- Dilitia XT®
- Diltiazem****
- Taztia XT®
- Verapamil****

### LIPOTROPICS: STATINS
- Advicor®
- Altoprev®
- Lescol®****
- Lovastatin®
- Pravachol®
- Zocor®

### LIPOTROPICS: FIBRIC ACID
- Antara®
- Gemfibrozil®

### LIPOTROPICS: CAI
- Zetia®

### LIPOTROPICS: NIACIN DERATIVES
- Niaspan®
- Niacor®

### PDE-5 INHIBITORS - PULMONARY HYPERTENSION**
- Revatio**

## CENTRAL NERVOUS SYSTEM

### STIMULANTS/ADHD MEDICATIONS
- Adderall XR®
- Amphetamine Salt Combo
- Concerta®
- Dextroamphetamine****
- Dextrostat®
- Focalin****®
- Metadate**** ®
- Methylin****®
- Methylphenidate
- Ritalin LA®
- Strattera®

### SEDATIVE HYPNOTIC
- Chloral Hydrate
- Estazolam
- Flurazepam
- Restoril® 7.5 mg (until generic available)
- Temazepam
- Triazolam

### OTHER SEDATIVE HYPNOTIC
*No preferred products at this time*

### ORAL HYPOGLYCEMICS ALPHAGLUCOSIDASE INH.
- Glyset®
- Precose®

### ORAL HYPOGLYCEMICS BIGUANIDES
- Metformin****

### ORAL HYPOGLYCEMICS-BIGUANIDE COMBINATIONS
- Actoplus Met®
- Avandamet®
- Glyburide–Metformin
- Glipizide–Metformin

---

® = Registered Trade name
**Clinical Prior Authorization required
***=Must attempt and fail two Short Acting Narcotics; unless diagnosis requires Long Acting Narcotic as first line
****Indicates that All available dosage forms made for that product (for example XR, SR, Suspension, Reditabs etc) are covered without a PA. If **** is not indicated and another dosage forms exists, a PA is required.

# Virginia Medicaid Preferred Drug List
### Effective July 1, 2006




First Health Clinical Call Center
Phone: 1-800-932-6648
Fax:    1-800-932-6651

Within these categories, drugs that are not listed are subject to Prior Authorization

### ORAL HYPOGLYCEMICS – MEGLITINIDES
Starlix®

### ORAL HYPOGLYCEMICS 2ND GENERATION SULFONYLUREAS
Glimepiride
Glipizide****
Glyburide****

### ORAL HYPOGLYCEMICS- THIAZOLIDINEDIONES
Actos®
Avandia®

### GASTROINTESTINAL

### HISTAMINE-2 RECEPTOR ANTAGONISTS (H-2RA)
Ranitidine
Famotidine
Zantac® Syrup (No PA req. For ONLY under age 12)

### PROTON PUMP INHIBITORS
Prilosec® OTC
Protonix®
Omeprazole (No PA req. ONLY for under age 12)
Prevacid Caps® (No PA req. ONLY for under age 12)
Prevacid Susp® (No PA req. ONLY for under age 12)

### GENITOURINARY

### URINARY ANTISPASMODICS
Detrol LA ®
Ditropan XL ®
Enablex®
Oxybutynin
Oxytrol®
Sanctura®
VESIcare®

### OPHTHALMIC

### ANTIBIOTIC- QUINOLONES
Ciprofloxacin drops
Ofloxacin drops
Quixin®
Vigamox®
Zymar®

### ANTIHISTAMINES
Elestat®
Optivar®
Patanol®
Zaditor®

### ANTI-INFLAMMATORY
Acular®
Acular LS®
Flurbiprofen Sodium drops
Nevanac®
Voltaren drops
Xibrom®

### GLAUCOMA – ALPHA-2 ADRENERGICS
Alphagan P®

Brimonidine Tartrate
Iopidine®

### GLAUCOMA BETA- BLOCKERS
Betaxolol HCl
Betimol®
Betoptic S®
Carteolol HCl
Levobunolol HCl
Metipranolol
Timolol Maleate****

### GLAUCOMA – CARBONIC ANHYDRASE INHIBITORS
Azopt®
Cosopt®
Trusopt®

### GLAUCOMA – PROSTAGLANDIN ANALOGS
Lumigan®
Travatan®
Xalatan®

### MAST CELL STABLIZERS
Alamast®
Alocril®
Alomide®
Cromolyn

### OSTEOPOROSIS

### BISPHOSPHONATES
Actonel®
Fosamax®****
Fosamax Plus D®

### MISCELLANEOUS

### ELECTROLYTE DEPLETERS
Fosrenol®
PhosIo
Renagel®

### SEROTONIN RECEPTOR AGONISTS (Triptans)
Imitrex®****
Maxalt®
Maxalt-MLT®

### TOPICAL IMMUNOMODULATORS**
Elidel®**
Protopic®**

---

**Phone Numbers for DMAS PDL Program**

**First Health Clinical Call Center Prior Authorization (PA) Requests**

Phone: 1-800-932-6648
Fax:    1-800-932-6651

NOTE: Fax requests are responded to within 24 hours. For urgent requests, please call.

NOTE: Not all medications listed are covered by all DMAS programs. Check individual program coverage.

For program drug coverage information, go to www.dmas.virginia.gov or http://virginia.fhsc.com.

---

® = Registered Trade name
**=Clinical Prior Authorization required
***=Must attempt and fail two Short Acting Narcotics; unless diagnosis requires Long Acting Narcotic as first line
**** Indicates that All available dosage forms made for that product (for example XR, SR, Suspension, Reditabs etc) are covered without a PA. If **** is not indicated and another dosage forms exists, a PA is required.