**RESPONSE TO REQUEST NUMBER FOUR**

| Manual Title | Chapter | Page |
|---|---|---|
| Pharmacy Manual | IV | 28 |
| Chapter Subject | Page Revision Date | |
| Covered Services and Limitations | 12-22-2004 | |

only the allowed drug cost is paid. This reimbursement formula applies to unit-dose and non-unit-dose dispensing.

- Non-legend drugs – Are paid in the same manner.

- Unit-dose – Reimbursements are also based on:

    - Certification – The pharmacy must apply for and be certified by DMAS/First Health as a provider of tablets, capsules, and oral liquids in unit-dose packaging to qualify for unit-dose reimbursements.

    - Unit-dose payment – The reimbursement of the unit-dose add-on fee and the allowance for the cost of unit dose packaging ($0.01 and $0.0157 respectively) has been replaced with the new payment methodology of $5.00 per patient, per month starting with the dates of service on and after January 1, 2004. No action is needed by Nursing Facility providers. Starting with their February Remittance Advice (835), Nursing Facility providers will see a line item for provider level adjustment (one transaction) that will represent the additional reimbursement. This transaction will represent the fee for claims processed for the previous month. Any questions regarding the unit-dose payment methodology may be sent via email to DMAS at RxHelp@dmas.virginia.gov.

    - VMAC drugs – Reimbursements are based on the estimated acquisition cost not to exceed the VMAC limit for unit dose as determined by DMAS. This will be replaced with the implementation of the MAC program scheduled for December 1, 2004.

    - CMS federal upper limits apply for unit-dose dispensing.

    - The metric quantity reported on the claim is expected to reflect the quantity of the drug, which has been administered to the patient during the billing period.

Dispensing Fee: $3.75 [Effective Date: July 1, 2003]

Co-payment

The following recipients are always exempt from co-payments:

- Children under 21 years old;

- Individuals receiving long-term care services, hospice care; and

- Home and Community-Based Waiver recipients.

| Manual Title | Chapter | Page |
|---|---|---|
| Pharmacy Manual | IV | 29 |
| **Chapter Subject** | **Page Revision Date** | |
| Covered Services and Limitations | 12-22-2004 | |

The following services are <u>never subject to co-payments</u>:

- Services delivered in the emergency room;
- Emergency services delivered in other settings;
- Pregnancy-related services; and
- Family planning services (including family planning drugs and methods).

All other recipients are responsible for a co-payment for each prescription.

Effective July 1, 2003, co-payment amounts shall be as follows:

    One dollar ($1.00) co-pay for generic drug products; and
    Three dollars ($3.00) co-pay for single-source or "Brand Necessary" products.

NOTE: Prescribing physicians should indicate "PREGNANCY" on the prescription form for prescriptions related to the women's pregnancies.

Recipients have been notified that the inability to pay the co-payment at a particular time does not relieve them of that responsibility.

<u>Eligible Recipients and Covered Vaccines</u>

For Medicaid-eligible recipients, routine immunizations are covered only under Virginia Medicaid's Early and Periodic Screening, Diagnosis, and Treatment (EPSDT) program, which cover individuals up to the age of 21. However, the federal Vaccines for Children Program (VFC) provides free vaccines for children up through the age of 18. Therefore, for children ages 19 and 20, reimbursement for vaccines will be made to any eligible provider as defined in the amended § 54-3408 of the Code of Virginia. Immunizations to all other individuals are limited except for instances when:

- The immunization is necessary for the direct treatment of an injury; or
- The immunization is a pneumococcal or influenza vaccination that is reasonable and necessary for the prevention of illness; or
- The Hepatitis B vaccine is for high-risk adults.

Any eligible Medicaid provider will be reimbursed for the cost of pneumococcal or influenza vaccines given as part of a plan of treatment, which has as its objective preventing the occurrence of more serious illness in an individual "at risk." This allows for the administration of influenza and/or pneumococcal vaccinations when these vaccinations are indicated as medically necessary. Pharmacies must maintain documentation, which indicates the valid medical reason(s) justifying the administration of the influenza and pneumonia vaccines [Medicaid does not reimburse an administration fee to pharmacists for providing vaccines. Only the acquisition cost will be paid. Virginia's Title XXI SCHIP Program,