**RESPONSE TO REQUEST NUMBER SEVEN**

| QTR | NDC | Brand Name | Total Qty |
|---|---|---|---|
| 2001-1 | 0006219015 | ORTHO-CYCLEN 0.25-0.035TABLET | 28 |
| 2001-1 | 0006219015 | ORTHO-CYCLEN 0.25-0.035TABLET | 20816 |
| 2001-1 | 5254405028 | NECON 0.5-0.035 TABLET | 196 |
| 2001-1 | 5254050821 | NECON 1-0.035MG TABLET | 42 |
| 2001-1 | 5254405228 | NECON 1-0.035MG TABLET | 13020 |
| 2001-1 | 0006217815 | ORTHO-NOVUM 7 DAYS X 3TABLET | 70 |
| 2001-1 | 0006217815 | ORTHO-NOVUM 7 DAYS X 3TABLET | 17416 |
| 2001-1 | 0006217820 | ORTHO-NOVUM 7/7/7-28 TABLET | 224 |
| 2001-1 | 0006217822 | ORTHO-NOVUM 7 DAYS X 3TABLET | 1764 |
| 2001-1 | 0002507406 | ORTHO-NOVUM 7 DAYS X 3TABLET | 896 |
| 2001-1 | 5254027428 | TRI-NORINYL 7-9-5 TABLET | 28 |
| 2001-1 | 0007109647 | LOESTRIN 1.5-0.03MGTABLET | 280 |
| 2001-1 | 0007109547 | LOESTRIN 1-0.02MG TABLET | 336 |
| 2001-1 | 0007109548 | LOESTRIN 1-0.02MG TABLET | 189 |
| 2001-1 | 0008091202 | ALESSE-21 0.1-0.02 TABLET | 21 |
| 2001-1 | 0008257602 | ALESSE-28 0.1-0.02 TABLET | 23476 |
| 2001-1 | 5041904803 | LEVLITE-28 0.1-0.02 TABLET | 3528 |
| 2001-1 | 0007109747 | LOESTRIN FE 1.5-0.03MGTABLET | 1966 |
| 2001-1 | 0007109748 | LOESTRIN FE 1.5-0.03MGTABLET | 4226 |
| 2001-1 | 0007109347 | LOESTRIN FE 1-0.02MG TABLET | 1960 |
| 2001-1 | 0007109348 | LOESTRIN FE 1-0.02MG TABLET | 5152 |
| **2001-1** | 0005028106 | MIRCETTE 21-5 TABLET | 19718 |
| 2001-2 | 0006219015 | ORTHO-CYCLEN 0.25-0.035TABLET | 28 |
| 2001-2 | 0006219015 | ORTHO-CYCLEN 0.25-0.035TABLET | 23074 |
| 2001-2 | 5254405028 | NECON 0.5-0.035 TABLET | 196 |
| 2001-2 | 5254405228 | NECON 1-0.035MG TABLET | 12944 |
| 2001-2 | 0006217815 | ORTHO-NOVUM 7 DAYS X 3TABLET | 28 |
| 2001-2 | 0006217815 | ORTHO-NOVUM 7 DAYS X 3TABLET | 17978 |
| 2001-2 | 0006217820 | ORTHO-NOVUM 7/7/7-28 TABLET | 28 |
| 2001-2 | 0006217822 | ORTHO-NOVUM 7 DAYS X 3TABLET | 1092 |
| 2001-2 | 0002507406 | TRI-NORINYL 7-9-5 TABLET | 868 |
| 2001-2 | 5254027428 | TRI-NORINYL 7-9-5 TABLET | 168 |
| 2001-2 | 0007109647 | LOESTRIN 1.5-0.03MGTABLET | 273 |

| Period | NDC | Drug | Quantity |
|---|---|---|---|
| 2001-3 | 00062190015 | ORTHO-CYCLEN 0.25-0.035TABLET | 56 |
| 2001-3 | 00062190115 | ORTHO-CYCLEN 0.25-0.035TABLET | 22164 |
| 2001-3 | 52544055028 | NECON 0.5-0.035 TABLET | 280 |
| 2001-3 | 52544050821 | NECON 1-0.035MG TABLET | 28 |
| 2001-3 | 52544055228 | NECON 1-0.035MG TABLET | 13104 |
| 2001-3 | 00062178115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 17500 |
| 2001-3 | 00062178120 | ORTHO-NOVUM 7/7/7-28 TABLET | 170 |
| 2001-3 | 00062178122 | ORTHO-NOVUM 7 DAYS X 3TABLET | 1596 |
| **2001-2** | 00025027406 | TRI-NORINYL 7-9-5 TABLET | 476 |
| 2001-3 | 52544027428 | TRI-NORINYL 7-9-5 TABLET | 392 |
| 2001-3 | 00071091647 | LOESTRIN 1.5-0.03MGTABLET | 189 |
| 2001-3 | 00071091648 | LOESTRIN 1.5-0.03MGTABLET | 175 |
| 2001-3 | 00071091547 | LOESTRIN 1-0.02MG TABLET | 189 |
| 2001-3 | 00071091548 | LOESTRIN 1-0.02MG TABLET | 539 |
| 2001-3 | 00008257602 | ALESSE-28 0.1-0.02 TABLET | 18266 |
| 2001-3 | 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 2716 |
| 2001-3 | 51285001728 | AVIANE 0.1-0.02 TABLET | 6496 |
| 2001-3 | 00052028306 | CYCLESSA 7 DAYS X 3TABLET | 56 |
| 2001-3 | 00071091715 | LOESTRIN FE 1.5-0.03MGTABLET | 56 |
| 2001-3 | 00071091747 | LOESTRIN FE 1.5-0.03MGTABLET | 840 |
| 2001-3 | 00071091748 | LOESTRIN FE 1.5-0.03MGTABLET | 6552 |
| 2001-3 | 00071091347 | LOESTRIN FE 1-0.02MG TABLET | 392 |
| 2001-3 | 00071091348 | LOESTRIN FE 1-0.02MG TABLET | 6216 |
| 2001-3 | 00052028106 | MIRCETTE 21-5 TABLET | 19518 |

| Period | NDC | Drug | Quantity |
|---|---|---|---|
| 2001-3 | 00071091648 | LOESTRIN 1.5-0.03MGTABLET | 63 |
| 2001-3 | 00071091547 | LOESTRIN 1-0.02MG TABLET | 252 |
| 2001-3 | 00071091548 | LOESTRIN 1-0.02MG TABLET | 189 |
| 2001-2 | 00008257602 | ALESSE-28 0.1-0.02 TABLET | 25654 |
| 2001-2 | 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 4032 |
| 2001-2 | 51285001728 | AVIANE 0.1-0.02 TABLET | 224 |
| 2001-2 | 00071091747 | LOESTRIN FE 1.5-0.03MGTABLET | 1288 |
| 2001-2 | 00071091748 | LOESTRIN FE 1.5-0.03MGTABLET | 5539 |
| 2001-2 | 00071091347 | LOESTRIN FE 1-0.02MG TABLET | 952 |
| 2001-2 | 00071091348 | LOESTRIN FE 1-0.02MG TABLET | 5880 |
| 2001-2 | 00052028106 | MIRCETTE 21-5 TABLET | 20160 |

| | | | |
|---|---|---|---|
| 2001-3 | 0006219015 | ORTHO-CYCLEN 0.25-0.035TABLET | 56 |
| 2001-4 | 0006219115 | ORTHO-CYCLEN 0.25-0.035TABLET | 19725 |
| 2001-4 | 5254405028 | NECON 0.5-0.035 TABLET | 168 |
| 2001-4 | 5254405081 | NECON 1-0.035MG TABLET | 56 |
| 2001-4 | 5254405228 | NECON 1-0.035MG TABLET | 12351 |
| 2001-4 | 0006218115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 13356 |
| 2001-4 | 0006218120 | ORTHO-NOVUM 7/7/7-28 TABLET | 420 |
| 2001-4 | 0006218122 | ORTHO-NOVUM 7 DAYS X 3TABLET | 2212 |
| 2001-4 | 0025027406 | TRI-NORINYL 7-9-5 TABLET | 252 |
| 2001-4 | 5254027428 | TRI-NORINYL 7-9-5 TABLET | 532 |
| 2001-4 | 0007109647 | LOESTRIN 1.5-0.03MGTABLET | 84 |
| 2001-4 | 0007109648 | LOESTRIN 1.5-0.03MGTABLET | 364 |
| 2001-4 | 0007109547 | LOESTRIN 1-0.02MG TABLET | 294 |
| 2001-4 | 0007109548 | LOESTRIN 1-0.02MG TABLET | 588 |
| 2001-4 | 0008257602 | ALESSE-28 0.1-0.02 TABLET | 11538 |
| 2001-4 | 5041904083 | LEVLITE-28 0.1-0.02 TABLET | 2156 |
| 2001-4 | 5128500728 | AVIANE 0.1-0.02 TABLET | 11228 |
| **2001-4** | 0005028306 | CYCLESSA 7 DAYS X 3TABLET | 364 |
| 2001-4 | 0007109747 | LOESTRIN FE 1.5-0.03MGTABLET | 672 |
| 2001-4 | 0007109748 | LOESTRIN FE 1.5-0.03MGTABLET | 5799 |
| 2001-4 | 5254063128 | MICROGESTIN FE 1.5-0.03MGTABLE | 168 |
| 2001-4 | 0007109347 | LOESTRIN FE 1-0.02MG TABLET | 336 |
| 2001-4 | 0007109348 | LOESTRIN FE 1-0.02MG TABLET | 4144 |
| 2001-4 | 5254063028 | MICROGESTIN FE 1-0.02MG TABLET | 2016 |
| 2001-4 | 0005028106 | MIRCETTE 21-5 TABLET | 19768 |
| 2002-1 | 0006219015 | ORTHO-CYCLEN 0.25-0.035TABLET | 28 |
| 2002-1 | 0006219115 | ORTHO-CYCLEN 0.25-0.035TABLET | 16074 |
| 2002-1 | 5254405028 | NECON 0.5-0.035 TABLET | 168 |
| 2002-1 | 5254405081 | NECON 1-0.035MG TABLET | 28 |
| 2002-1 | 5254405228 | NECON 1-0.035MG TABLET | 9644 |
| 2002-1 | 0006218115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 11340 |
| 2002-1 | 0006218120 | ORTHO-NOVUM 7/7/7-28 TABLET | 56 |

| | | | |
|---|---|---|---|
| 2002-1 | 00062178122 | ORTHO-NOVUM 7 DAYS X 3TABLET | 2240 |
| 2002-1 | 00025027406 | TRI-NORINYL 7-9-5 TABLET | 140 |
| 2002-1 | 52544027428 | TRI-NORINYL 7-9-5 TABLET | 616 |
| 2002-1 | 00071091648 | LOESTRIN 1.5-0.03MGTABLET | 259 |
| 2002-1 | 00071091547 | LOESTRIN 1-0.02MG TABLET | 140 |
| 2002-1 | 00071091548 | LOESTRIN 1-0.02MG TABLET | 455 |
| 2002-1 | 00008257602 | ALESSE-28 0.1-0.02 TABLET | 9100 |
| 2002-1 | 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 1568 |
| 2002-1 | 51285001728 | AVIANE 0.1-0.02 TABLET | 9884 |
| 2002-1 | 00052028306 | CYCLESSA 7 DAYS X 3TABLET | 700 |
| 2002-1 | 00071091747 | LOESTRIN FE 1.5-0.03MGTABLET | 392 |
| 2002-1 | 00071091748 | LOESTRIN FE 1.5-0.03MGTABLET | 3752 |
| 2002-1 | 52544063128 | MICROGESTIN FE 1.5-0.03MGTABLE | 1960 |
| 2002-1 | 00071091347 | LOESTRIN FE 1-0.02MG TABLET | 392 |
| 2002-1 | 00071091348 | LOESTRIN FE 1-0.02MG TABLET | 3192 |
| **2002-1** | 52544063028 | MICROGESTIN FE 1-0.02MG TABLET | 2688 |
| 2002-1 | 00052028106 | MIRCETTE 21-5 TABLET | 15888 |
| | | | |
| 2002-2 | 00062190015 | ORTHO-CYCLEN 0.25-0.035TABLET | 84 |
| 2002-2 | 00062190115 | ORTHO-CYCLEN 0.25-0.035TABLET | 15081 |
| 2002-2 | 52544055028 | NECON 0.5-0.035 TABLET | 196 |
| 2002-2 | 52544050821 | NECON 1-0.035MG TABLET | 140 |
| 2002-2 | 52544055228 | NECON 1-0.035MG TABLET | 8573 |
| 2002-2 | 00062178115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 11592 |
| 2002-2 | 00062178120 | ORTHO-NOVUM 7/7/7-28 TABLET | 112 |
| 2002-2 | 00062178122 | ORTHO-NOVUM 7 DAYS X 3TABLET | 1764 |
| 2002-2 | 52544027428 | TRI-NORINYL 7-9-5 TABLET | 896 |
| 2002-2 | 00071091648 | LOESTRIN 1.5-0.03MGTABLET | 420 |
| 2002-2 | 00071091547 | LOESTRIN 1-0.02MG TABLET | 28 |
| 2002-2 | 00071091548 | LOESTRIN 1-0.02MG TABLET | 497 |
| 2002-2 | 00008257602 | ALESSE-28 0.1-0.02 TABLET | 8988 |
| 2002-2 | 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 1260 |
| 2002-2 | 51285001728 | AVIANE 0.1-0.02 TABLET | 11284 |
| 2002-2 | 00052028306 | CYCLESSA 7 DAYS X 3TABLET | 1064 |
| 2002-2 | 00071091715 | LOESTRIN FE 1.5-0.03MGTABLET | 84 |
| 2002-2 | 00071091747 | LOESTRIN FE 1.5-0.03MGTABLET | 336 |

| Period | NDC | Drug | Quantity |
|---|---|---|---|
| 2002-2 | 00071091748 | LOESTRIN FE 1.5-0.03MGTABLET | 2942 |
| 2002-2 | 52544063128 | MICROGESTIN FE 1.5-0.03MGTABLE | 3080 |
| 2002-2 | 00071091347 | LOESTRIN FE 1-0.02MG TABLET | 196 |
| 2002-2 | 00071091348 | LOESTRIN FE 1-0.02MG TABLET | 2772 |
| 2002-2 | 52544063028 | MICROGESTIN FE 1-0.02MG TABLE | 2772 |
| 2002-2 | 00052028106 | MIRCETTE 21-5 TABLET | 11571 |
| **2002-2** | 00055905058 | KARIVA 21-5 TABLET | 4564 |
| 2002-3 | 00062190015 | ORTHO-CYCLEN 0.25-0.035TABLET | 56 |
| 2002-3 | 00062190115 | ORTHO-CYCLEN 0.25-0.035TABLET | 16008 |
| 2002-3 | 52544055028 | NECON 0.5-0.035 TABLET | 84 |
| 2002-3 | 52544050821 | NECON 1-0.035MG TABLET | 161 |
| 2002-3 | 52544055228 | NECON 1-0.035MG TABLET | 9022 |
| 2002-3 | 00062178115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 11026 |
| 2002-3 | 00062178122 | ORTHO-NOVUM 7 DAYS X 3TABLET | 1428 |
| 2002-3 | 00025027406 | TRI-NORINYL 7-9-5 TABLET | 28 |
| 2002-3 | 52544027428 | TRI-NORINYL 7-9-5 TABLET | 728 |
| 2002-3 | 00071091648 | LOESTRIN 1.5-0.03MGTABLET | 378 |
| 2002-3 | 00071091548 | LOESTRIN 1-0.02MG TABLET | 616 |
| 2002-3 | 00008257602 | ALESSE-28 0.1-0.02 TABLET | 8036 |
| 2002-3 | 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 1260 |
| 2002-3 | 51285001728 | AVIANE 0.1-0.02 TABLET | 1984 |
| 2002-3 | 00052028306 | CYCLESSA 7 DAYS X 3TABLET | 1456 |
| 2002-3 | 00071091747 | LOESTRIN FE 1.5-0.03MGTABLET | 140 |
| 2002-3 | 00071091748 | LOESTRIN FE 1.5-0.03MGTABLET | 2674 |
| 2002-3 | 52544063128 | MICROGESTIN FE 1.5-0.03MGTABLE | 3474 |
| 2002-3 | 00071091347 | LOESTRIN FE 1-0.02MG TABLET | 196 |
| 2002-3 | 00071091348 | LOESTRIN FE 1-0.02MG TABLET | 2884 |
| 2002-3 | 52544063028 | MICROGESTIN FE 1-0.02MG TABLET | 2464 |
| 2002-3 | 00052028106 | MIRCETTE 21-5 TABLET | 7168 |
| **2002-3** | 00055905058 | KARIVA 21-5 TABLET | 7196 |
| 2002-4 | 00062190015 | ORTHO-CYCLEN 0.25-0.035TABLET | 9 |
| 2002-4 | 00062190115 | ORTHO-CYCLEN 0.25-0.035TABLET | 11862 |
| 2002-4 | 00055901658 | SPRINTEC 0.25-0.035TABLET | 4592 |

| | | | |
|---|---|---|---|
| 2002-4 | 5254405028 | NECON 0.5-0.035 TABLET | 112 |
| 2002-4 | 52544050821 | NECON 1-0.035MG TABLET | 168 |
| 2002-4 | 52544055228 | NECON 1-0.035MG TABLET | 8653 |
| 2002-4 | 00062178115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 11620 |
| 2002-4 | 00062178122 | ORTHO-NOVUM 7 DAYS X 3TABLET | 1120 |
| 2002-4 | 52544027428 | TRI-NORINYL 7-9-5 TABLET | 980 |
| 2002-4 | 00071091648 | LOESTRIN 1.5-0.03MGTABLET | 322 |
| 2002-4 | 00071091547 | LOESTRIN 1-0.02MG TABLET | 21 |
| 2002-4 | 00071091548 | LOESTRIN 1-0.02MG TABLET | 770 |
| 2002-4 | 0008257602 | ALESSE-28 0.1-0.02 TABLET | 8541 |
| 2002-4 | 00555904558 | AVIANE 0.1-0.02 TABLET | 4340 |
| 2002-4 | 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 1092 |
| 2002-4 | 51285001728 | AVIANE 0.1-0.02 TABLET | 7280 |
| 2002-4 | 00052028306 | CYCLESSA 7 DAYS X 3TABLET | 2464 |
| 2002-4 | 00071091747 | LOESTRIN FE 1.5-0.03MGTABLET | 84 |
| 2002-4 | 00071091748 | LOESTRIN FE 1.5-0.03MGTABLET | 2002 |
| 2002-4 | 52544063128 | MICROGESTIN FE 1.5-0.03MGTABLE | 3584 |
| 2002-4 | 00071091347 | LOESTRIN FE 1-0.02MG TABLET | 112 |
| 2002-4 | 00071091348 | LOESTRIN FE 1-0.02MG TABLET | 2772 |
| **2002-4** | 52544063028 | MICROGESTIN FE 1-0.02MG TABLET | 2891 |
| 2002-4 | 00052028106 | MIRCETTE 21-5 TABLET | 5883 |
| 2002-4 | 00555905058 | KARIVA 21-5 TABLET | 8344 |

1Q03

| NDC | Brand Name | Total Drug Quantity |
|---|---|---|
| 00062190115 | ORTHO-CYCLEN 0.25-0.035TABLET | 7,712 |
| 00555901658 | SPRINTEC 0.25-0.035TABLET | 7,280 |
| 52544055028 | NECON 0.5-0.035 TABLET | 84 |
| 52544050821 | NECON 1-0.035MG TABLET | 175 |
| 52544055228 | NECON 1-0.035MG TABLET | 7,843 |
| 00062178022 | ORTHO-NOVUM 7 DAYS X 3TABLET | 28 |
| 00062178115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 7,982 |
| 00062178122 | ORTHO-NOVUM 7 DAYS X 3TABLET | 1,008 |
| 52544093628 | NECON 7 DAYS X 3TABLET | 2,436 |
| 00025027406 | TRI-NORINYL 7-9-5 TABLET | 84 |
| 52544027428 | TRI-NORINYL 7-9-5 TABLET | 756 |
| 00071091648 | LOESTRIN 1.5-0.03MGTABLET | 294 |
| 00071091548 | LOESTRIN 1-0.02MG TABLET | 693 |
| 00008257602 | ALESSE-28 0.1-0.02 TABLET | 8,512 |
| 00555904558 | AVIANE 0.1-0.02 TABLET | 7,504 |
| 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 1,064 |
| 51285001728 | AVIANE 0.1-0.02 TABLET | 3,978 |
| 00052028306 | CYCLESSA 7 DAYS X 3TABLET | 3,636 |
| 00071091747 | LOESTRIN FE 1.5-0.03MGTABLET | 112 |
| 00071091748 | LOESTRIN FE 1.5-0.03MGTABLET | 1,540 |
| 52544063128 | MICROGESTIN FE 1.5-0.03MGTABLE | 3,913 |
| 00071091347 | LOESTRIN FE 1-0.02MG TABLET | 112 |
| 00071091348 | LOESTRIN FE 1-0.02MG TABLET | 2,604 |
| 52544063028 | MICROGESTIN FE 1-0.02MG TABLET | 3,220 |
| 00052028106 | MIRCETTE 21-5 TABLET | 5,482 |
| 00555905058 | KARIVA 21-5 TABLET | 8,232 |
| | | |

2Q03

| NDC | Brand Name | Total Drug Quantity |
|---|---|---|
| 00062190115 | ORTHO-CYCLEN 0.25-0.035TABLET | 6,934 |
| 00555901658 | SPRINTEC 0.25-0.035TABLET | 6,833 |
| 52544055028 | NECON 0.5-0.035 TABLET | 84 |
| 52544050821 | NECON 1-0.035MG TABLET | 98 |
| 52544055228 | NECON 1-0.035MG TABLET | 7,121 |
| 00062178115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 5,600 |
| 00062178122 | ORTHO-NOVUM 7 DAYS X 3TABLET | 840 |
| 52544093628 | NECON 7 DAYS X 3TABLET | 3,500 |
| 52544027428 | TRI-NORINYL 7-9-5 TABLET | 560 |
| 00071091648 | LOESTRIN 1.5-0.03MGTABLET | 248 |
| 00071091548 | LOESTRIN 1-0.02MG TABLET | 638 |
| 00008257602 | ALESSE-28 0.1-0.02 TABLET | 7,040 |
| 00555901458 | LESSINA 0.1-0.02 TABLET | 56 |
| 00555904558 | AVIANE 0.1-0.02 TABLET | 8,904 |
| 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 896 |
| 51285001728 | AVIANE 0.1-0.02 TABLET | 3,084 |
| 00052028306 | CYCLESSA 7 DAYS X 3TABLET | 3,836 |
| 00071091747 | LOESTRIN FE 1.5-0.03MGTABLET | 84 |
| 00071091748 | LOESTRIN FE 1.5-0.03MGTABLET | 1,456 |
| 52544063128 | MICROGESTIN FE 1.5-0.03MGTABLE | 3,332 |
| 00071091347 | LOESTRIN FE 1-0.02MG TABLET | 112 |
| 00071091348 | LOESTRIN FE 1-0.02MG TABLET | 2,576 |
| 52544063028 | MICROGESTIN FE 1-0.02MG TABLET | 2,716 |
| 00052028106 | MIRCETTE 21-5 TABLET | 4,594 |
| 00555905058 | KARIVA 21-5 TABLET | 7,868 |
| | | |

| NDC | Brand Name | Total Drug Quantity |
|---|---|---|
| 00062190115 | ORTHO-CYCLEN 0.25-0.035TABLET | 6442 |
| 00555901658 | SPRINTEC 0.25-0.035TABLET | 6924 |
| 52544055028 | NECON 0.5-0.035 TABLET | 84 |
| 52544055228 | NECON 1-0.035MG TABLET | 35159 |
| 00062178115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 5480 |
| 00062178122 | ORTHO-NOVUM 7 DAYS X 3TABLET | 364 |
| 52544093628 | NECON 7 DAYS X 3TABLET | 3364 |
| 52544027428 | TRI-NORINYL 7-9-5 TABLET | 476 |
| 00071091648 | LOESTRIN 1.5-0.03MGTABLET | 321 |
| 00071091548 | LOESTRIN 1-0.02MG TABLET | 733 |
| 00008257602 | ALESSE-28 0.1-0.02 TABLET | 6219 |
| 00555901458 | LESSINA 0.1-0.02 TABLET | 420 |
| 00555904558 | AVIANE 0.1-0.02 TABLET | 10086 |
| 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 644 |
| 51285001728 | AVIANE 0.1-0.02 TABLET | 2296 |
| 00052028306 | CYCLESSA 7 DAYS X 3TABLET | 4402 |
| 00071091747 | LOESTRIN FE 1.5-0.03MGTABLET | 84 |
| 00071091748 | LOESTRIN FE 1.5-0.03MGTABLET | 1638 |
| 52544063128 | MICROGESTIN FE 1.5-0.03MGTABLE | 3080 |
| 00071091347 | LOESTRIN FE 1-0.02MG TABLET | 84 |
| 00071091348 | LOESTRIN FE 1-0.02MG TABLET | 2094 |
| 52544063028 | MICROGESTIN FE 1-0.02MG TABLET | 2699 |
| 00052028106 | MIRCETTE 21-5 TABLET | 4673 |
| 00555905058 | KARIVA 21-5 TABLET | 7574 |
| | | **TOTAL** |

4Q03

| NDC | Brand Name | Total Drug Quantity |
|---|---|---|
| 00062190115 | ORTHO-CYCLEN 0.25-0.035TABLET | 6321 |
| 00555901658 | SPRINTEC 0.25-0.035TABLET | 7465 |
| 52544055028 | NECON 0.5-0.035 TABLET | 112 |
| 52544055228 | NECON 1-0.035MG TABLET | 6395 |
| 00062178115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 4419 |
| 00062178122 | ORTHO-NOVUM 7 DAYS X 3TABLET | 224 |
| 52544093628 | NECON 7 DAYS X 3TABLET | 3887 |
| 52544027428 | TRI-NORINYL 7-9-5 TABLET | 602 |
| 00071091648 | LOESTRIN 1.5-0.03MGTABLET | 298 |
| 52544095121 | MICROGESTIN 1.5-0.03MGTABLET | 21 |
| 00071091548 | LOESTRIN 1-0.02MG TABLET | 695 |
| 52544095021 | MICROGESTIN 1-0.02MG TABLET | 4 |
| 00008091202 | ALESSE-21 0.1-0.02 TABLET | 4 |
| 00008257601 | ALESSE-28 0.1-0.02 TABLET | 101 |
| 00008257602 | ALESSE-28 0.1-0.02 TABLET | 6143 |
| 00555901458 | LESSINA 0.1-0.02 TABLET | 672 |
| 00555904558 | AVIANE 0.1-0.02 TABLET | 9414 |
| 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 476 |
| 51285001728 | AVIANE 0.1-0.02 TABLET | 1932 |
| 00052028306 | CYCLESSA 7 DAYS X 3TABLET | 5297 |
| 00071091747 | LOESTRIN FE 1.5-0.03MGTABLET | 112 |
| 00071091748 | LOESTRIN FE 1.5-0.03MGTABLET | 1300 |
| 52544063128 | MICROGESTIN FE 1.5-0.03MGTABLE | 2923 |
| 00071091347 | LOESTRIN FE 1-0.02MG TABLET | 168 |
| 00071091348 | LOESTRIN FE 1-0.02MG TABLET | 1823 |
| 52544063028 | MICROGESTIN FE 1-0.02MG TABLET | 2464 |
| 00052028106 | MIRCETTE 21-5 TABLET | 4066 |
| 00555905058 | KARIVA 21-5 TABLET | 8588 |
|  |  |  |

1Q04

| NDC | Brand Name | Total Drug Quantity |
|---|---|---|
| 00062190115 | ORTHO-CYCLEN 0.25-0.035TABLET | 4689 |
| 00555901658 | SPRINTEC 0.25-0.035TABLET | 7898 |
| 52544055028 | NECON 0.5-0.035 TABLET | 112 |
| 52544055228 | NECON 1-0.035MG TABLET | 6905 |
| 00062178115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 3750 |
| 00062178122 | ORTHO-NOVUM 7 DAYS X 3TABLET | 168 |
| 52544093628 | NECON 7 DAYS X 3TABLET | 3920 |
| 52544027428 | TRI-NORINYL 7-9-5 TABLET | 658 |
| 00071091648 | LOESTRIN 1.5-0.03MGTABLET | 195 |
| 00071091548 | LOESTRIN 1-0.02MG TABLET | 666 |
| 52544095021 | MICROGESTIN 1-0.02MG TABLET | 65 |
| 00008257601 | ALESSE-28 0.1-0.02 TABLET | 59 |
| 00008257602 | ALESSE-28 0.1-0.02 TABLET | 5734 |
| 00555901458 | LESSINA 0.1-0.02 TABLET | 1291 |
| 00555904558 | AVIANE 0.1-0.02 TABLET | 10741 |
| 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 532 |
| 51285001728 | AVIANE 0.1-0.02 TABLET | 1904 |
| 00052028306 | CYCLESSA 7 DAYS X 3TABLET | 5633 |
| 00555905158 | VELIVET 7 DAYS X 3TABLET | 168 |
| 00071091747 | LOESTRIN FE 1.5-0.03MGTABLET | 84 |
| 00071091748 | LOESTRIN FE 1.5-0.03MGTABLET | 1535 |
| 52544063128 | MICROGESTIN FE 1.5-0.03MGTABLE | 2584 |
| 00071091347 | LOESTRIN FE 1-0.02MG TABLET | 84 |
| 00071091348 | LOESTRIN FE 1-0.02MG TABLET | 1604 |
| 52544063028 | MICROGESTIN FE 1-0.02MG TABLET | 1907 |
| 00052028106 | MIRCETTE 21-5 TABLET | 3710 |
| 00555905058 | KARIVA 21-5 TABLET | 9848 |
| | | |

2Q04

| NDC | Brand Name | Total Drug Quantity |
|---|---|---|
| 00062190115 | ORTHO-CYCLEN 0.25-0.035TABLET | 4089 |
| 00555901658 | SPRINTEC 0.25-0.035TABLET | 7891 |
| 52544055028 | NECON 0.5-0.035 TABLET | 196 |
| 52544055228 | NECON 1-0.035MG TABLET | 7015 |
| 00062178115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 3254 |
| 00062178122 | ORTHO-NOVUM 7 DAYS X 3TABLET | 112 |
| 52544093628 | NECON 7 DAYS X 3TABLET | 3097 |
| 52544027428 | TRI-NORINYL 7-9-5 TABLET | 510 |
| 00071091648 | LOESTRIN 1.5-0.03MGTABLET | 165 |
| 52544095121 | MICROGESTIN 1.5-0.03MGTABLET | 65 |
| 00071091548 | LOESTRIN 1-0.02MG TABLET | 517 |
| 52544095021 | MICROGESTIN 1-0.02MG TABLET | 109 |
| 00008257601 | ALESSE-28 0.1-0.02 TABLET | 53 |
| 00008257602 | ALESSE-28 0.1-0.02 TABLET | 5314 |
| 00555901458 | LESSINA 0.1-0.02 TABLET | 868 |
| 00555904558 | AVIANE 0.1-0.02 TABLET | 11493 |
| 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 532 |
| 51285001728 | AVIANE 0.1-0.02 TABLET | 1848 |
| 00052028306 | CYCLESSA 7 DAYS X 3TABLET | 3416 |
| 00555905158 | VELIVET 7 DAYS X 3TABLET | 2131 |
| 00071091747 | LOESTRIN FE 1.5-0.03MGTABLET | 84 |
| 00071091748 | LOESTRIN FE 1.5-0.03MGTABLET | 1508 |
| 52544063128 | MICROGESTIN FE 1.5-0.03MGTABLE | 2187 |
| 00071091348 | LOESTRIN FE 1-0.02MG TABLET | 1249 |
| 52544063028 | MICROGESTIN FE 1-0.02MG TABLET | 1862 |
| 00052028106 | MIRCETTE 21-5 TABLET | 2932 |
| 00555905058 | KARIVA 21-5 TABLET | 10458 |
| | | |

3Q04

| NDC | Brand Name | Total Drug Quantity |
|---|---|---|
| 00062190115 | ORTHO-CYCLEN 0.25-0.035TABLET | 3829 |
| 00555901658 | SPRINTEC 0.25-0.035TABLET | 9781 |
| 52544055228 | NECON 1-0.035MG TABLET | 7754 |
| 00062178115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 2446 |
| 00062178122 | ORTHO-NOVUM 7 DAYS X 3TABLET | 140 |
| 52544093628 | NECON 7 DAYS X 3TABLET | 3386 |
| 52544027428 | TRI-NORINYL 7-9-5 TABLET | 311 |
| 00071091648 | LOESTRIN 1.5-0.03MGTABLET | 105 |
| 52544095121 | MICROGESTIN 1.5-0.03MGTABLET | 105 |
| 00071091548 | LOESTRIN 1-0.02MG TABLET | 353 |
| 52544095021 | MICROGESTIN 1-0.02MG TABLET | 147 |
| 00008257601 | ALESSE-28 0.1-0.02 TABLET | 112 |
| 00008257602 | ALESSE-28 0.1-0.02 TABLET | 4290 |
| 00555901458 | LESSINA 0.1-0.02 TABLET | 1288 |
| 00555904558 | AVIANE 0.1-0.02 TABLET | 13582 |
| 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 644 |
| 51285001728 | AVIANE 0.1-0.02 TABLET | 1036 |
| 00052028306 | CYCLESSA 7 DAYS X 3TABLET | 3500 |
| 00555905158 | VELIVET 7 DAYS X 3TABLET | 2324 |
| 00071091748 | LOESTRIN FE 1.5-0.03MGTABLET | 1366 |
| 52544063128 | MICROGESTIN FE 1.5-0.03MGTABLE | 1459 |
| 00071091348 | LOESTRIN FE 1-0.02MG TABLET | 1427 |
| 52544063028 | MICROGESTIN FE 1-0.02MG TABLET | 1778 |
| 00052028106 | MIRCETTE 21-5 TABLET | 3114 |
| 00555905058 | KARIVA 21-5 TABLET | 12369 |
| | | |

| NDC | Brand Name | Total Drug Quantity |
|---|---|---|
| 00062190115 | ORTHO-CYCLEN 0.25-0.035TABLET | 3947 |
| 00555901658 | SPRINTEC 0.25-0.035TABLET | 10316 |
| 52544055028 | NECON 0.5-0.035 TABLET | 56 |
| 52544055228 | NECON 1-0.035MG TABLET | 8182 |
| 00062178115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 1922 |
| 00062178122 | ORTHO-NOVUM 7 DAYS X 3TABLET | 196 |
| 52544093628 | NECON 7 DAYS X 3TABLET | 3528 |
| 00555906658 | ARANELLE 7-9-5 TABLET | 28 |
| 52544027428 | TRI-NORINYL 7-9-5 TABLET | 140 |
| 00071091648 | LOESTRIN 1.5-0.03MGTABLET | 84 |
| 51285008297 | LOESTRIN 1.5-0.03MGTABLET | 28 |
| 52544095121 | MICROGESTIN 1.5-0.03MGTABLET | 63 |
| 00071091548 | LOESTRIN 1-0.02MG TABLET | 265 |
| 52544095021 | MICROGESTIN 1-0.02MG TABLET | 210 |
| 00008257601 | ALESSE-28 0.1-0.02 TABLET | 28 |
| 00008257602 | ALESSE-28 0.1-0.02 TABLET | 3620 |
| 00555901458 | LESSINA 0.1-0.02 TABLET | 2268 |
| 00555904558 | AVIANE 0.1-0.02 TABLET | 15253 |
| 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 728 |
| 00052028306 | CYCLESSA 7 DAYS X 3TABLET | 3108 |
| 00555905158 | VELIVET 7 DAYS X 3TABLET | 2834 |
| 00071091748 | LOESTRIN FE 1.5-0.03MGTABLET | 672 |
| 52544063128 | MICROGESTIN FE 1.5-0.03MGTABLE | 2044 |
| 00071091348 | LOESTRIN FE 1-0.02MG TABLET | 1094 |
| 52544063028 | MICROGESTIN FE 1-0.02MG TABLET | 1764 |
| 00052028106 | MIRCETTE 21-5 TABLET | 2352 |
| 00555905058 | KARIVA 21-5 TABLET | 12571 |
| | | |

| NDC | Brand Name | Total Drug Quantity | Total Payment Amt |
|---|---|---|---|
| 00062190115 | ORTHO-CYCLEN 0.25-0.035TABLET | 3443 | $ 4,570.05 |
| 00555901658 | SPRINTEC 0.25-0.035TABLET | 11433 | $ 11,433.43 |
| 52544055028 | NECON 0.5-0.035 TABLET | 84 | $ 14.25 |
| 52544055228 | NECON 1-0.035MG TABLET | 9602 | $ 9,451.84 |
| 00062178115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 1894 | $ 2,385.10 |
| 00062178122 | ORTHO-NOVUM 7 DAYS X 3TABLET | 84 | $ 132.77 |
| 52544093628 | NECON 7 DAYS X 3TABLET | 3416 | $ 3,613.17 |
| 00555906658 | ARANELLE 7-9-5 TABLET | 168 | $ 229.98 |
| 52544027428 | TRI-NORINYL 7-9-5 TABLET | 56 | $ 82.07 |
| 00071091648 | LOESTRIN 1.5-0.03MGTABLET | 56 | $ 117.14 |
| 52544095121 | MICROGESTIN 1.5-0.03MGTABLET | 105 | $ 99.44 |
| 00071091548 | LOESTRIN 1-0.02MG TABLET | 231 | $ 342.45 |
| 52544095021 | MICROGESTIN 1-0.02MG TABLET | 336 | $ 433.19 |
| 00008257601 | ALESSE-28 0.1-0.02 TABLET | 168 | $ 190.19 |
| 00008257602 | ALESSE-28 0.1-0.02 TABLET | 3136 | $ 3,624.74 |
| 00555901458 | LESSINA 0.1-0.02 TABLET | 2632 | $ 2,669.12 |
| 00555904558 | AVIANE 0.1-0.02 TABLET | 14280 | $ 13,910.47 |
| 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 588 | $ 774.23 |
| 00052028306 | CYCLESSA 7 DAYS X 3TABLET | 2856 | $ 3,727.79 |
| 00555905158 | VELIVET 7 DAYS X 3TABLET | 2352 | $ 2,390.49 |
| 00071091748 | LOESTRIN FE 1.5-0.03MGTABLET | 592 | $ 734.32 |
| 51285008370 | LOESTRIN FE 1.5-0.03MGTABLET | 84 | $ 125.23 |
| 52544063128 | MICROGESTIN FE 1.5-0.03MGTABLE | 1876 | $ 1,811.98 |
| 00071091348 | LOESTRIN FE 1-0.02MG TABLET | 1065 | $ 1,307.55 |
| 51285008070 | LOESTRIN FE 1-0.02MG TABLET | 84 | $ 103.70 |
| 52544063028 | MICROGESTIN FE 1-0.02MG TABLET | 1960 | $ 1,800.67 |
| 00052028106 | MIRCETTE 21-5 TABLET | 1568 | $ 2,002.64 |
| 00555905058 | KARIVA 21-5 TABLET | 11850 | $ 12,082.58 |
| | | | $ 80,160.58 |

| NDC | Brand Name | Total Drug Quantity |
|---|---|---|
| 00062190115 | ORTHO-CYCLEN 0.25-0.035TABLET | 2687 |
| 00555901658 | SPRINTEC 0.25-0.035TABLET | 12014 |
| 52544055028 | NECON 0.5-0.035 TABLET | 196 |
| 52544055228 | NECON 1-0.035MG TABLET | 9639 |
| 00062178115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 1857 |
| 00062178122 | ORTHO-NOVUM 7 DAYS X 3TABLET | 84 |
| 52544093628 | NECON 7 DAYS X 3TABLET | 2912 |
| 00555906658 | ARANELLE 7-9-5 TABLET | 224 |
| 51285008297 | LOESTRIN 1.5-0.03MGTABLET | 63 |
| 52544095121 | MICROGESTIN 1.5-0.03MGTABLET | 189 |
| 52544095021 | MICROGESTIN 1-0.02MG TABLET | 532 |
| 00008257601 | ALESSE-28 0.1-0.02 TABLET | 168 |
| 00008257602 | ALESSE-28 0.1-0.02 TABLET | 2772 |
| 00555901458 | LESSINA 0.1-0.02 TABLET | 2772 |
| 00555904558 | AVIANE 0.1-0.02 TABLET | 14084 |
| 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 560 |
| 00052028306 | CYCLESSA 7 DAYS X 3TABLET | 2492 |
| 00555905158 | VELIVET 7 DAYS X 3TABLET | 2212 |
| 51285008370 | LOESTRIN FE 1.5-0.03MGTABLET | 870 |
| 52544063128 | MICROGESTIN FE 1.5-0.03MGTABLE | 2016 |
| 51285008070 | LOESTRIN FE 1-0.02MG TABLET | 560 |
| 52544063028 | MICROGESTIN FE 1-0.02MG TABLET | 2156 |
| 00052028106 | MIRCETTE 21-5 TABLET | 1372 |
| 00555905058 | KARIVA 21-5 TABLET | 11312 |
| | | |

3Q05

| NDC | Brand Name | Total Drug Quantity |
|---|---|---|
| 00062190115 | ORTHO-CYCLEN 0.25-0.035TABLET | 2743 |
| 00555901658 | SPRINTEC 0.25-0.035TABLET | 13477 |
| 52544055028 | NECON 0.5-0.035 TABLET | 168 |
| 52544055228 | NECON 1-0.035MG TABLET | 9522 |
| 00062178115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 1918 |
| 52544093628 | NECON 7 DAYS X 3TABLET | 2548 |
| 00555906658 | ARANELLE 7-9-5 TABLET | 336 |
| 52544027428 | TRI-NORINYL 7-9-5 TABLET | 140 |
| 51285008297 | LOESTRIN 1.5-0.03MGTABLET | 84 |
| 52544095121 | MICROGESTIN 1.5-0.03MGTABLET | 231 |
| 51285007997 | LOESTRIN 1-0.02MG TABLET | 42 |
| 52544095021 | MICROGESTIN 1-0.02MG TABLET | 539 |
| 00008257601 | ALESSE-28 0.1-0.02 TABLET | 224 |
| 00008257602 | ALESSE-28 0.1-0.02 TABLET | 2576 |
| 00555901458 | LESSINA 0.1-0.02 TABLET | 2828 |
| 00555904558 | AVIANE 0.1-0.02 TABLET | 16135 |
| 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 420 |
| 00052028306 | CYCLESSA 7 DAYS X 3TABLET | 1792 |
| 00555905158 | VELIVET 7 DAYS X 3TABLET | 2100 |
| 51285008370 | LOESTRIN FE 1.5-0.03MGTABLET | 730 |
| 52544063128 | MICROGESTIN FE 1.5-0.03MGTABLE | 2268 |
| 51285008070 | LOESTRIN FE 1-0.02MG TABLET | 646 |
| 52544063028 | MICROGESTIN FE 1-0.02MG TABLET | 1820 |
| 00052028106 | MIRCETTE 21-5 TABLET | 1150 |
| 00555905058 | KARIVA 21-5 TABLET | 9576 |
|  |  |  |

4Q05

| NDC | Brand Name | Total Drug Quantity |
|---|---|---|
| 00062190115 | ORTHO-CYCLEN 0.25-0.035TABLET | 2659 |
| 00555901658 | SPRINTEC 0.25-0.035TABLET | 15141 |
| 52544055028 | NECON 0.5-0.035 TABLET | 168 |
| 52544055228 | NECON 1-0.035MG TABLET | 9072 |
| 00062178115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 1604 |
| 00555906658 | ARANELLE 7-9-5 TABLET | 224 |
| 52544027428 | TRI-NORINYL 7-9-5 TABLET | 112 |
| 51285008297 | LOESTRIN 1.5-0.03MGTABLET | 84 |
| 52544095121 | MICROGESTIN 1.5-0.03MGTABLET | 210 |
| 51285007997 | LOESTRIN 1-0.02MG TABLET | 63 |
| 52544095021 | MICROGESTIN 1-0.02MG TABLET | 322 |
| 00008257601 | ALESSE-28 0.1-0.02 TABLET | 336 |
| 00008257602 | ALESSE-28 0.1-0.02 TABLET | 2216 |
| 00555901458 | LESSINA 0.1-0.02 TABLET | 2296 |
| 00555901467 | LESSINA 0.1-0.02 TABLET | 168 |
| 00555904558 | AVIANE 0.1-0.02 TABLET | 16016 |
| 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 338 |
| 00052028306 | CYCLESSA 7 DAYS X 3TABLET | 1526 |
| 00555905158 | VELIVET 7 DAYS X 3TABLET | 1148 |
| 00555905167 | VELIVET 7 DAYS X 3TABLET | 308 |
| 51285008370 | LOESTRIN FE 1.5-0.03MGTABLET | 700 |
| 52544063128 | MICROGESTIN FE 1.5-0.03MGTABLE | 2660 |
| 51285008070 | LOESTRIN FE 1-0.02MG TABLET | 1344 |
| 52544063028 | MICROGESTIN FE 1-0.02MG TABLET | 2268 |
| 00052028106 | MIRCETTE 21-5 TABLET | 896 |
| 00555905058 | KARIVA 21-5 TABLET | 10136 |
| | | |

1Q06

| NDC | Brand Name | Total Drug Quantity |
|---|---|---|
| 00062190115 | ORTHO-CYCLEN 0.25-0.035TABLET | 1806 |
| 00555901658 | SPRINTEC 0.25-0.035TABLET | 12492 |
| 52544055028 | NECON 0.5-0.035 TABLET | 168 |
| 52544055228 | NECON 1-0.035MG TABLET | 8318 |
| 00062178115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 616 |
| 52544093628 | NECON 7 DAYS X 3TABLET | 2492 |
| 00555906658 | ARANELLE 7-9-5 TABLET | 84 |
| 00555906667 | ARANELLE 7-9-5 TABLET | 28 |
| 52544027428 | TRI-NORINYL 7-9-5 TABLET | 112 |
| 51285008297 | LOESTRIN 1.5-0.03MGTABLET | 84 |
| 52544095121 | MICROGESTIN 1.5-0.03MGTABLET | 84 |
| 51285007997 | LOESTRIN 1-0.02MG TABLET | 84 |
| 52544095021 | MICROGESTIN 1-0.02MG TABLET | 147 |
| 00008257601 | ALESSE-28 0.1-0.02 TABLET | 252 |
| 00008257602 | ALESSE-28 0.1-0.02 TABLET | 2968 |
| 00555901458 | LESSINA 0.1-0.02 TABLET | 1680 |
| 00555901467 | LESSINA 0.1-0.02 TABLET | 532 |
| 00555904558 | AVIANE 0.1-0.02 TABLET | 14084 |
| 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 170 |
| 00052028306 | CYCLESSA 7 DAYS X 3TABLET | 1204 |
| 00555905158 | VELIVET 7 DAYS X 3TABLET | 252 |
| 00555905167 | VELIVET 7 DAYS X 3TABLET | 784 |
| 51285008370 | LOESTRIN FE 1.5-0.03MGTABLET | 560 |
| 52544063128 | MICROGESTIN FE 1.5-0.03MGTABLE | 1960 |
| 51285008070 | LOESTRIN FE 1-0.02MG TABLET | 84 |
| 52544063028 | MICROGESTIN FE 1-0.02MG TABLET | 1869 |
| 00052028106 | MIRCETTE 21-5 TABLET | 672 |
| 00555905058 | KARIVA 21-5 TABLET | 8064 |
| 51285011458 | MIRCETTE 21-5 TABLET | 56 |
|  |  |  |

2Q06

| NDC | Brand Name | Total Drug Quantity |
|---|---|---|
| 00062190115 | ORTHO-CYCLEN 0.25-0.035TABLET | 1390 |
| 00555901658 | SPRINTEC 0.25-0.035TABLET | 12740 |
| 52544055028 | NECON 0.5-0.035 TABLET | 140 |
| 52544055228 | NECON 1-0.035MG TABLET | 8011 |
| 00062178115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 560 |
| 52544093628 | NECON 7 DAYS X 3TABLET | 2184 |
| 00555906658 | ARANELLE 7-9-5 TABLET | 84 |
| 00555906667 | ARANELLE 7-9-5 TABLET | 84 |
| 52544027428 | TRI-NORINYL 7-9-5 TABLET | 84 |
| 51285008297 | LOESTRIN 1.5-0.03MGTABLET | 126 |
| 52544095121 | MICROGESTIN 1.5-0.03MGTABLET | 63 |
| 51285007997 | LOESTRIN 1-0.02MG TABLET | 63 |
| 52544095021 | MICROGESTIN 1-0.02MG TABLET | 378 |
| 00008257601 | ALESSE-28 0.1-0.02 TABLET | 700 |
| 00008257602 | ALESSE-28 0.1-0.02 TABLET | 2492 |
| 00555901458 | LESSINA 0.1-0.02 TABLET | 1624 |
| 00555901467 | LESSINA 0.1-0.02 TABLET | 896 |
| 00555904558 | AVIANE 0.1-0.02 TABLET | 14280 |
| 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 196 |
| 00052028306 | CYCLESSA 7 DAYS X 3TABLET | 896 |
| 00555905158 | VELIVET 7 DAYS X 3TABLET | 112 |
| 00555905167 | VELIVET 7 DAYS X 3TABLET | 756 |
| 00430053014 | LOESTRIN 24 FE 1MG-20(24)TABLE | 1178 |
| 51285008370 | LOESTRIN FE 1.5-0.03MGTABLET | 476 |
| 52544063128 | MICROGESTIN FE 1.5-0.03MGTABLE | 1932 |
| 51285008070 | LOESTRIN FE 1-0.02MG TABLET | 112 |
| 52544063028 | MICROGESTIN FE 1-0.02MG TABLET | 1792 |
| 00555905058 | KARIVA 21-5 TABLET | 8260 |
| 51285011458 | MIRCETTE 21-5 TABLET | 560 |
| | | |

3Q06

| NDC | Brand Name | Total Drug Quantity |
|---|---|---|
| 00062190115 | ORTHO-CYCLEN 0.25-0.035TABLET | 1100 |
| 00555901658 | SPRINTEC 0.25-0.035TABLET | 12996 |
| 52544055028 | NECON 0.5-0.035 TABLET | 140 |
| 52544055228 | NECON 1-0.035MG TABLET | 9214 |
| 00062178115 | ORTHO-NOVUM 7 DAYS X 3TABLET | 672 |
| 00555901258 | NORTREL 7 DAYS X 3TABLET | 3612 |
| 52544093628 | NECON 7 DAYS X 3TABLET | 2604 |
| 00555906658 | ARANELLE 7-9-5 TABLET | 84 |
| 00555906667 | ARANELLE 7-9-5 TABLET | 56 |
| 52544027428 | TRI-NORINYL 7-9-5 TABLET | 112 |
| 51285008297 | LOESTRIN 1.5-0.03MGTABLET | 105 |
| 52544095121 | MICROGESTIN 1.5-0.03MGTABLET | 210 |
| 51285007997 | LOESTRIN 1-0.02MG TABLET | 63 |
| 52544095021 | MICROGESTIN 1-0.02MG TABLET | 469 |
| 00008257601 | ALESSE-28 0.1-0.02 TABLET | 364 |
| 00008257602 | ALESSE-28 0.1-0.02 TABLET | 1094 |
| 00555901458 | LESSINA 0.1-0.02 TABLET | 1456 |
| 00555901467 | LESSINA 0.1-0.02 TABLET | 980 |
| 00555904558 | AVIANE 0.1-0.02 TABLET | 13356 |
| 50419040803 | LEVLITE-28 0.1-0.02 TABLET | 140 |
| 00052028306 | CYCLESSA 7 DAYS X 3TABLET | 504 |
| 00555905158 | VELIVET 7 DAYS X 3TABLET | 28 |
| 00555905167 | VELIVET 7 DAYS X 3TABLET | 756 |
| 00430053014 | LOESTRIN 24 FE 1MG-20(24)TABLE | 7028 |
| 51285008370 | LOESTRIN FE 1.5-0.03MGTABLET | 420 |
| 52544063128 | MICROGESTIN FE 1.5-0.03MGTABLE | 2688 |
| 51285008070 | LOESTRIN FE 1-0.02MG TABLET | 112 |
| 52544063028 | MICROGESTIN FE 1-0.02MG TABLET | 1904 |
| 00555905058 | KARIVA 21-5 TABLET | 9240 |
| 51285011458 | MIRCETTE 21-5 TABLET | 336 |
| | | |