**RESPONSE TO REQUEST NUMBER NINE**

| Manual Title | Chapter | Page |
|---|---|---|
| Pharmacy Manual | IV | 26 |
| Chapter Subject | Page Revision Date | |
| Covered Services and Limitations | 12-22-2004 | |

- When the prescriber is licensed in a state other than Virginia and is not enrolled as a Virginia Medicaid provider, the pharmacist may use the number **009992227**. This represents an *Out-of-State Provider, Not Virginia Medicaid Enrolled*.

## PAYMENT FOR SERVICES

### General Information

Medicaid participation is limited to providers who accept, as payment in full, the amounts paid by DMAS plus any deductible, co-payment, or co-insurance required by the State Plan to be paid by the individual. While payments by DMAS may be less than the provider's usual and customary charge, recipients may not be charged for the difference. Recipients are only responsible for the Medicaid co-payment as applicable.

Payments for services will not exceed the amounts indicated for payment in accordance with the policy and methods described in the *State Plan for Medical Assistance Services* and described in 42 CFR § 447.331.

All NDC numbers used for billing must be recent and accurate as to manufacturer, product code, and package size. For instance, do not bill the NDC of a 100-unit package if the product was one repacked from a bottle of 1000. Do not change products being dispensed without correcting the NDC billed. Use of the correct NDC may be audited. Payment adjustments or charges of billing fraud may occur if it is shown that excessive billings were presented as a result of incorrect NDC numbers being submitted.

### Payment Methodology

Payments for pharmacy products shall be the lowest of items (1) through (5):

(1) The Federal Upper Limit (FUL) established by CMS for multiple-source drugs, except if "Brand Necessary" is noted on the prescription by the prescriber;

(2) The Maximum Allowable Cost (MAC) established by the agency for multiple-source drugs. The factors used to set MAC rates include:

    (a) The identity of the reference product used to set the MAC rate;

    (b) The Generic Code Number (GCN) of the reference product;

    (c) The difference by which the MAC rate exceeds the reference product price, which will be no less than 110 percent of the lowest-published wholesale acquisition cost (WAC) for products widely available for purchase in Virginia and included in the national pricing compendia; and

    (d) The identity and date of the published compendia used to determine the reference product and set the MAC rate.

| Manual Title | Chapter | Page |
|---|---|---|
| Pharmacy Manual | IV | 27 |
| Chapter Subject | Page Revision Date | |
| Covered Services and Limitations | 12-22-2004 | |

(3) The list of state MAC rates is available to pharmacy providers via the DMAS website at www.dmas.virginia.gov under "Pharmacy Services." This list is updated on a monthly basis by the first Friday of every month and contains a column with the effective dates of MAC prices.

(4) The Estimated Acquisition Cost (EAC) established by DMAS for legend drugs. EAC is defined as Average Wholesale Price (AWP) less 10.25% (AWP - 10.25%) and, for Hemophilia blood factors, AWP less 25% (AWP- 25%).

(5) Covered non-legend drugs and legend oral contraceptives are reimbursed using the same payment methodology as legend drugs.

(6) The provider's usual and customary charge to the public, as identified by the claim.

Payments for drugs include the allowed drug cost plus only one dispensing fee per month per patient for each specific drug entity with the exception of 72 hour emergency prescriptions for non-PDL drugs. This reimbursement formula applies to all prescriptions dispensed to non-institutionalized recipients as well as to services for nursing facilities. Co-payments will be deducted where applicable.

Federal Reimbursement Limits

Under the authority of § 1902(a)(3)(A) of the Social Security Act and 42 CFR § 447.332, the Centers for Medicare and Medicaid Services (CMS) establishes a specific upper limit for a multiple-source drug if the following requirements are met:

- All of the formulations of the drug approved by the FDA have been evaluated as therapeutically equivalent in the current edition of the publication Approved Drug Products With Therapeutic Equivalence Evaluations (including supplements or in successor publications); and

- At least three suppliers list the drug, which has been classified by the FDA as category "A" in its publications, Approved Drug Products With Therapeutic Equivalence Evaluations (including supplements or in successor publications), and in the current editions (or updates) of published compendia of cost information for drugs available for sale nationally (e.g., Red Book, Blue Book, Medi-Span).

Nursing Facility Services

Payments for pharmacy services provided to recipients residing in nursing facilities are described below:

- Payments are based on the lowest of: the allowed amounts or the usual and customary charge as described above.

- Legend drugs – The allowed drug cost plus only one dispensing fee per month per patient for each specific drug. If refilled within the same calendar month,

| Manual Title | Chapter | Page |
| --- | --- | --- |
| Pharmacy Manual | IV | 14 |
| Chapter Subject | Page Revision Date | |
| Covered Services and Limitations | 12-22-2004 | |

### Specific Requirements for Rebated Drugs

Virginia collects a drug rebate on covered Medicaid prescriptions dispensed. Virginia Medicaid, the Centers for Medicaid and Medicare Services (CMS), and the drug manufacturers may all request audits of provider records. This rebate is shared with the federal government on the basis of federal funds expended by Virginia Medicaid. The following policies must be followed:

- The NDC code entered on the pharmacy invoice must be the NDC code for the actual drug dispensed.

- The NDC code entered on the pharmacy invoice must be the correct NDC code for the drug at the time of dispensing (Obsolete NDC codes do not capture rebates).

- Product use data must be well documented (Drug manufacturers will not pay Virginia drug rebates on products if use data are not well documented. Manufacturers can request program audits to determine what specific products have been dispensed).

- Product must be federally approved by the FDA.

### Coverage of Non-Legend Drugs

Coverage of over-the-counter drugs is described below:

- Coverage is allowed for family planning drugs and supplies and insulin for all recipients, and syringes and needles for all recipients except those residing in nursing facilities.

- Diabetic test strips are covered for recipients under 21 years of age only.

- The following specific therapeutic categories are covered when used as less costly alternatives to prescription drugs:

    - Analgesics
    - Antacids
    - Anti-Diarrheas
    - Anti-Emetics, Anti-Vertigo
    - Anti-Inflammatory Agents
    - Anti-Itch, topical
    - Antibiotics, topical
    - Antiflatulents
    - Antifungals, topical
    - Antihistamines (loratadine and various others)
    - Cold and Cough Preparations
    - Cough Suppressants
    - Decongestants