UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>     v.<br><br>BARR PHARMACEUTICALS, INC.,<br><br>   Defendant. | Civil Action No. 05-2179 (CKK) |
| STATE OF COLORADO, *et al.*,<br><br>   Plaintiffs,<br><br>     v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD, *et al.*,<br><br>   Defendants. | Civil Action No. 05-2182 (CKK) |

**ORDER**

The above-captioned cases have been referred to Magistrate Judge Alan Kay for the disposition of all pending and future discovery-related motions pursuant to LCvR 72.2(a), including resolution of Plaintiffs' Motion for Protective Order to Prevent Defendants from Circumventing this Court's November 17, 2006 Fact Discovery Cut-Off.

Accordingly, it is this 27th day of November, 2006,

**SO ORDERED**.

                                                                                   /s/
                                                         COLLEEN KOLLAR-KOTELLY
                                                         United States District Judge