IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BARR PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil Action No. 1:05-CV-2179-CKK-AK<br><br>Judge Colleen Kollar-Kotelly<br>Magistrate Judge Alan Kay |
| STATE OF COLORADO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>Defendants. | Civil Action No. 1:05-CV-2182-CKK<br><br>Judge Colleen Kollar-Kotelly<br>Magistrate Judge Alan Kay |

### DEFENDANT BARR PHARMACEUTICALS, INC.'S
### MOTION TO FILE UNDER SEAL

Pursuant to Civil Local Rule 5.1(j), Defendant Barr Pharmaceuticals, Inc. ("Barr"), by and through its undersigned counsel, hereby moves to file under seal Barr's Opposition to Government Plaintiffs' Motion for Protective Order and accompanying exhibits, which contain information designated as "highly confidential" pursuant to Paragraph 1(b) of the Joint Proposed Protective Order Governing Discovery Material, dated April 5, 2006 ("Protective Order").

December 8, 2006

/s/ Karen N. Walker
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
Patrick M. Bryan (D.C. Bar # 490177)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, District of Columbia 20005
Tel. (202) 879-5000
Fax (202) 879-5200

*Counsel for Barr Pharmaceuticals, Inc.*