## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STATE OF COLORADO, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No: 1:05CV02182 (CKK) |
| v. ) | Judge Colleen Kollar-Kotelly |
| ) | Magistrate Judge Alan Kay |
| WARNER CHILCOTT HOLDINGS COMPANY ) | |
| III, LTD., *et al.*, ) | Jury Trial Demanded |
| ) | |
| Defendants. ) | ORAL ARGUMENT REQUESTED |
| ) | |

### DEFENDANT WARNER CHILCOTT'S
### NOTICE OF FILING UNDER SEAL

Pursuant to Civil Local Rule 5.1(j), Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc. ("Warner Chilcott" or "Defendants"), by and through its undersigned counsel, will file under seal the Opposition to Plaintiffs' Motion for Protective Order and Cross-Motion for Leave to Take a Significant Non-Party Deposition Without Unduly Burdening that Non-Party in All Pending Actions ("Opposition") and accompanying exhibits.

Warner Chilcott's Opposition contains "Confidential" and "Highly Confidential" information as defined by Paragraphs 1(a) and 1(b) of the Joint Protective Order Governing Discovery Material, dated April 4, 2006 ("Order").

December 8, 2006

Respectfully submitted,

 /s/ Peter C. Thomas

_____

Peter C. Thomas, D.C. Bar # 495928
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, NW
North Building
Washington, D.C.  20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob (*Pro Hac Vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Defendants*

2