IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF COLORADO, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No: 1:05CV02182 (CKK) |
| v. ) | |
| ) | Jury Trial Demanded |
| WARNER CHILCOTT HOLDINGS COMPANY ) | |
| III, LTD., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT WARNER CHILCOTT'S
### MOTION TO FILE UNDER SEAL

Pursuant to Civil Local Rule 5.1, Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc. ("Warner Chilcott" or "Defendants"), by and through its undersigned counsel, hereby move to file under seal the Opposition to Plaintiffs' Motion for a Protective Order Dated November 24, 2006 and Cross-Motion for Leave to Take Ms. Howson's Deposition in All Pending Cases ("Opposition"), which contains seven exhibits designated as "Highly Confidential," and one exhibit designated as "Confidential."

Exhibit H to the Opposition contains "Confidential" information, and Exhibits I through O contain "Highly Confidential" information as defined by Paragraphs 1(a) and 1(b) of the Joint Protective Order Governing Discovery Material, dated April 4, 2006 ("Order"). Due to the "Confidential" and "Highly Confidential" nature of these documents, Defendants hereby request permission, pursuant to Paragraph 11 of the Order, to file the Opposition and all related exhibits under seal.

December 8, 2006                              Respectfully submitted,

*[signature]*

Peter C. Thomas, D.C. Bar # 495928
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, NW
North Building
Washington, D.C. 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob (*Pro Hac Vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Defendants*