# DOCUMENT FILED UNDER SEAL

PURSUANT TO PROTECTIVE ORDER DATED
APRIL 4, 2006