IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STATE OF COLORADO, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>　　　　Defendants. | Civil Action No: 1:05CV02182 (CKK)<br>Judge Colleen Kollar-Kotelly<br>Magistrate Judge Alan Kay<br><br>Jury Trial Demanded<br><br>ORAL ARGUMENT REQUESTED |

**DECLARATION OF BRANDI K. RUBIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER AND CROSS-MOTION FOR LEAVE TO TAKE A SIGNIFICANT NON-PARTY DEPOSITION WITHOUT UNDULY BURDENING THAT NON-PARTY IN ALL PENDING ACTIONS**

I, Brandi K. Rubin, under the penalty of perjury declare:

1.　　I am associated with the law firm of Simpson Thacher & Bartlett LLP, counsel of record for defendant Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc., (together "Warner Chilcott"). I am admitted *pro hac vice* in this action.

2.　　I make this declaration to present facts pertinent to the Court's consideration of the accompanying Opposition to Plaintiffs' Motion For A Protective Order.

3.　　I spoke to Bradley Albert, counsel for the Federal Trade Commission, on or around November 2, 2006. During this telephone conversation, Mr. Albert advised me that Plaintiffs' counsel would be amenable to taking the deposition of Ms. Howson after November 17 if Warner Chilcott would agree to the scheduling of a deposition of a representative of Patheon, Inc. after the discovery cut-off date.

4.　　I advised Mr. Albert that Warner Chilcott agreed to this approach.

HIGHLY CONFIDENTIAL – OVCON ANTITRUST LITIGATION

_____
Brandi K. Rubin