# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF COLORADO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., <br><br> Defendants. | Civil Action No. 1:05-CV-02182 <br><br> Judge Colleen Kollar-Kotelly |

## DEFENDANT WARNER CHILCOTT'S
## MOTION TO STRIKE THE EXPERT REPORT OF RICHARD P. DICKEY

Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc. (together, "Warner Chilcott" or "Defendants"), respectfully submit this motion to strike as untimely the expert "rebuttal" report of Dr. Richard P. Dickey or, alternatively, for leave to file a report in response. The grounds for this motion, as more fully set forth in the attached memorandum of law, are that Plaintiffs submitted the expert report of Dr. Richard P. Dickey on January 8, 2007, nearly one month after the parties were to exchange opening expert reports, resulting in unfair prejudice to Defendants.

Pursuant to Local Rule 7(m), counsel for Warner Chilcott advises the Court that in a conversation on January 16, 2007, we discussed these issues with counsel for Plaintiffs in a

good faith effort to resolve the issues and to narrow the areas of disagreement; that we are unable to resolve this disagreement; and that this motion to strike is opposed.

January 18, 2007                                    SIMPSON THACHER & BARTLETT LLP

/s/ Peter C. Thomas
_____
Peter C. Thomas (D.C. Bar # 495928)
601 Pennsylvania Avenue, N.W.
North Building
Washington, D.C. 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob, *pro hac vice*
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Defendants*