# EXHIBIT A

S IMPSON T HACHER & B ARTLETT LLP

425 L EXINGTON A VENUE
N EW Y ORK , N.Y. 10017-3954
(212) 455-2000

———
F ACSIMILE (212) 455-2502

D IRECT D IAL N UMBER  
(212) 455-2497

E-M AIL A DDRESS  
jcraver@stblaw.com

VIA EMAIL                                            January 11, 2007

Re:   State of Colorado, *et al.,* v. Warner Chilcott Holdings Company III,
      Ltd., *et al.,* Civil Action No. 1:05-CV-2182-CKK (D.D.C.)

Elinor Hoffmann, Esq.
Office of the Attorney General
120 Broadway, Suite 2601
New York, NY 10271

Dear Elinor:

      I write in response to your letter of letter of January 8, 2007 requesting a change in the deposition dates for Professors Grabowski and Hauser.  Unfortunately, neither Professor Grabowski nor Professor Hauser is available on the alternative dates you suggest.  In addition, due to Professor Grabowski's schedule, we need to change the location of his deposition to Simpson Thacher & Bartlett's office in New York.  If you cannot attend these depositions on the scheduled dates, we would be willing to consider a short, two-week extension of the expert discovery schedule to accommodate you if you would be similarly willing to allow Professor Rubinfeld's deposition to be scheduled at a later date other than February 6th or 8th.  Also, please confirm that you still plan to depose Professor Hauser given that you have not challenged his expert report in any way.

      I would also request that you provide dates for the deposition of your purported "rebuttal" expert, Richard P. Dickey.  I note that the States have improperly submitted a report by Dr. Dickey, who opines regarding the interchangeability of oral contraceptive products, a point ***raised and thoroughly addressed*** in the opening reports submitted by the States.  Warner Chilcott is clearly entitled to submit a sur-rebuttal, and reserves its right to do so following any deposition of Dr. Dickey.  If you are unwilling to agree to this, we request a meet and confer to attempt to resolve the issue so we will not have to involve the Court.

L OS A NGELES       P ALO A LTO       W ASHINGTON , D.C.       H ONG K ONG       L ONDON       T OKYO

Case 1:05-cv-02182-CKK    Document 103-2    Filed 01/18/2007    Page 3 of 3

SIMPSON THACHER & BARTLETT LLP

Elinor Hoffmann, Esq.                    -2-                    January 11, 2007

      Please feel free to call me or Annette Rizzi to discuss these matters, as they may more easily be resolved in a short conversation.

Very truly yours,

/s/

Jamie L. Craver

cc:    Devin M. Laiho, Esq.
        Karen N. Walker, Esq.
        Bradley S. Albert, Esq.