**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., et al.,<br><br>　　　　Defendants. | Civil Action No.:<br>05-2179 (CKK)<br><br>Judge Colleen Kollar-Kotelly |
| STATE OF COLORADO, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., et al.,<br><br>　　　　Defendants. | Civil Action No.:<br>05-2182 (CKK)<br><br>Judge Colleen Kollar-Kotelly |

**DEFENDANT BARR PHARMACEUTICALS, INC.'S MOTION TO STRIKE THE EXPERT REPORT OF RICHARD P. DICKEY OR IN THE ALTERNATIVE FOR LEAVE TO FILE EXPERT REBUTTAL REPORT**

Defendant Barr Pharmaceuticals, Inc. ("Barr") respectfully moves to strike the expert report and opinions of Richard P. Dickey, M.D., or, in the alternative, for leave to file a rebuttal expert report within fifteen (15) days of the deposition of Dr. Dickey. As set out fully in the attached memorandum of law in support of the instant motion, the FTC and Plaintiff States (collectively, the "Government Plaintiffs") disclosed Dr. Dickey's report and opinions on January 8, 2007, *after* the December 11, 2006 Court-set deadline for the parties to disclose all expert witness and to exchange opening expert reports. Expert discovery in the Government

cases is set to close on January 31, 2007. Barr has no opportunity to prepare rebuttal evidence to the Government Plaintiffs' untimely disclosed expert report before this discovery deadline. Therefore, the untimely submission of Dr. Dickey's expert report and testimony is unfairly prejudicial.

Accordingly, Barr moves to strike Dr. Dickey's expert report and testimony as untimely. In the alternative, Barr moves for leave to file a rebuttal expert report within fifteen (15) days of the deposition of Dr. Dickey.

Date: January 19, 2007                          Respectfully submitted,

     /s/ Karen N. Walker
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Patrick M. Bryan (D.C. Bar # 490177)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, District of Columbia 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*

2