IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BARR PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil Action No. 1:05-cv-2179-CKK |

| | |
|---|---|
| STATE OF COLORADO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>Defendants. | Civil Action No. 1:05-cv-2182-CKK |

**Expert Report of Richard P. Dickey, M.D., Ph.D.**

Highly Confidential – Subject to Protective Order

I. **Background**

    A. **Summary of Qualifications**

1. I am Chief, Division of Reproductive Endocrinology, Department of Obstetrics and Gynecology, Louisiana State University; Clinical Professor, Department of Obstetrics and Gynecology, Louisiana State University School of Medicine, New Orleans; Clinical Professor, Department of Obstetrics and Gynecology, Tulane University School of Medicine; Chairman, Medical Advisory Board, Louisiana State Family Planning Program; Medical Director and Founder, The Fertility Institute of New Orleans; and Medical Director, In Vitro Fertilization Program, Tulane Lakeside Hospital, and Fertility Institute of New Orleans.

2. In addition to being a medical doctor, board certified in obstetrics and gynecology and reproductive endocrinology and infertility, I have a Ph.D. in pharmacology from The Ohio State University College of Medicine.

3. I have written more than 250 scientific articles, abstracts, or books and book chapters, many of which concern oral contraceptives and the management of oral contraceptive pill patients. Most notably, for purposes of this report, I am the author of *Managing Contraceptive Pill Patients*. This manual – which is sometimes referred to as "the Dickey manual" or "the pill book" – was first published in 1977, and will soon appear in its thirteenth edition. The purpose of the manual is to teach physicians who prescribe oral contraceptives to their patients how to safely manage the side effects of the various forms of the contraceptive pill. As set forth in the preface, *Managing Contraceptive Pill Patients* is intended to provide up-to-date, accurate information about oral contraceptives and other forms of hormonal contraception, their beneficial and adverse effects, and the management of women using hormonal contraception.[1] As one reviewer of the manual has written, it "belongs in the bookshelf, or in the lab coat pocket, of any physician who prescribes hormonal contraceptives."[2]

4. In addition to my teaching responsibilities and my research interests, I have had more than 45 years of experience prescribing oral contraceptives to women and managing contraceptive pill patients. I also have more than 40 years experience teaching other physicians how to correctly manage contraceptive pill patients.

5. My curriculum vitae is included in Attachment A.

B. **Assignment and Compensation**

6. I have been asked by the Federal Trade Commission and Plaintiff States to: (a) review the discussions of the medical and pharmacological nature of oral contraceptives in the expert reports of economists Sumanth Addanki, Gregory K. Bell, Professor Henry G. Grabowski, and Professor Jerry A. Hausman, and (b) provide my opinions as an expert in medicine and pharmacology, with particular expertise in the clinical use and science of oral contraceptives, as to the accuracy of their discussions and conclusions concerning the similarities and differences among oral contraceptive pills.

7. I am being paid $250 an hour for my time.

---

[1] *Managing Contraceptive Pill Patients* (12th ed.) at p. vii.

[2] James Holt, M.D., "Southern Medical Journal," Vol. 95, No. 12, 1448-49, at p. 1449 (Dec. 2002). I understand from conversations with the FTC and Plaintiff States that not only has Warner Chilcott distributed copies of my manual to OB/GYNs, but that people who work for Warner Chilcott have themselves made frequent use of the manual as an authoritative text about oral contraceptives.

### C. Materials Reviewed

8. In addition to drawing on my educational background, years of experience in the fields of medicine and pharmacology, teaching experience, and the learning reflected and referenced in my manual *Managing Contraceptive Pill Patients*, I have reviewed the expert reports of Drs. Addanki, Bell, Grabowski, and Hausman.

9. I understand that additional information, documents, and data may be made available to me as this case progresses. To the extent that any new information and data are relevant to my opinions, I will, to the extent possible, include them in my analysis. Consequently, it is possible that I may need to supplement or revise some of the opinions expressed in this report.

## II. Review of the Discussion of Oral Contraceptives in the Defendants' Economic Experts' Reports

10. To begin, I note that Drs. Addanki, Bell, Grabowski, and Hausman are neither medical doctors nor pharmacologists, nor do any of them purport to have any experience or background in medicine or pharmacology. Rather, as they themselves report, each has a doctorate in economics. Not surprisingly, then, their discussions concerning the medical and pharmacological nature of oral contraceptives is derived entirely from secondary sources, including documents and deposition testimony they have read. Indeed, Drs. Grabowski and Addanki both cite to the twelfth edition of my manual *Managing Contraceptive Pill Patients* in their reports.[3]

11. Each of the economic experts makes a number of statements about the medical and pharmacological nature of oral contraceptives in their reports. These statements generally can be categorized as concerning (a) oral contraceptives' indications (that is, what they are and can be used for), (b) efficacy (that is, how effective they are in preventing pregnancy), (c) composition (what they are made of), and (d) side effects. The ultimate conclusion that each economic expert appears to reach is that all oral contraceptives are about the same.[4]

---

[3] Report of Professor Henry G. Grabowski (Dec. 11, 2006), p. 9, footnote 9, and p. 11, footnote 11. Expert Report of Sumanth Addanki (Dec. 11, 2006), p. 14, footnote 19, and p. 16, footnote 26.

[4] *See, e.g.*, Expert Report of Sumanth Addanki (Dec. 11, 2006) (combined hormonal contraceptives "not distinguishable"), p. 14; Rule 26(A) Expert Report of Gregory K. Bell, Ph.D. (Dec. 11, 2006) ("physicians view all [combined oral contraceptives] as being equally efficacious"), p. 11; Report of Professor Henry G. Grabowski (Dec. 11, 2006) ("the [combined hormonal contraceptive] category is one where the extent of product differentiation is limited"), p. 10; Rule 26(A) Expert Report of Professor Jerry A. Hausman (Dec. 11, 2006) ("The Contraception Marketplace Is . . . Not Significantly Differentiated"), p. 6.

12. It is correct that, broadly speaking, most oral contraceptives have similar active ingredients (typically being composed of some ratio of one of a number of different progestins and an estrogen) and similar FDA labels (i.e., indications, efficacy, warnings, and side effects). It is also true that all or almost all oral contraceptives are equally good at preventing pregnancy when used properly.[5] But this does not mean that all oral contraceptive pills are the same from a medical, pharmacological, or patient-management standpoint.[6]

13. In my opinion, the defendants' economic experts overstate the interchangeability of oral contraceptive pills, and they overlook important medical and pharmacological differences in oral contraceptives. These medical and pharmacological differences result in significant differences in the choices physicians make when prescribing an oral contraceptive and managing their contraceptive pill patients, as well as significant differences in the choices a woman makes when initially choosing an oral contraceptive or when deciding to continue taking a pill she has found to work well.

### III. The Medical and Pharmacological Nature of Oral Contraceptive Products

#### A. Overview of Oral Contraceptive Pills

14. Oral contraceptives are the most widely used and successful method of reversible birth control in the world. Since their introduction in 1960, the acceptance and popularity of oral contraceptives have continued due to their high rate of effectiveness, simple method of use, ease of discontinuance, rapid reversal of effects after discontinuance, and beneficial effects on the menstrual cycle.[7] As of September 2006, there were 83 oral contraceptive products available for physicians to prescribe in the United States but only 32 different compositions, because of generic forms of the initial Index oral contraceptives. Of this number, 32 products with ten different compositions contained the preferred 30-35 mcg estrogen dose, and only two of those ten compositions, Ovcon 35 (Warner Chilcott), containing 0.4 mg of the progestin norethindrone, and Yasmin, (Berlex/Bayer) containing 3.0 mg of the progestin drospirenone, have no generic

---

[5] In addition to preventing pregnancy, oral contraceptives have a number of other potential beneficial effects, including reducing certain menstrual disorders and controlling acne. See *Managing Contraceptive Pill Patients* (12th ed.) Table 1 – Beneficial Effects of Oral Contraceptives.

[6] Moreover, I would note that the branded oral contraceptive companies themselves seek to differentiate their oral contraceptive pills from one another, as can readily be seen in their advertising, marketing, and detailing activities targeted at physicians who prescribe oral contraceptives.

[7] *Managing Contraceptive Pill Patients* (12th ed.) at p. x.

competitors.[8] Yasmin is a new oral contraceptive introduced in 2001. Ovcon 35 has been sold in the United States since 1976.

### B.   The Composition of Oral Contraceptives

15.  Except for progestin-only pills, most oral contraceptives are composed of some combination and ratio of synthetic estrogens and progestins. There are two synthetic estrogens (ethinyl estradiol and mestranol) and eight synthetic progestins (desogestrel, ethynodiol diacetate, levonorgestral, norethindrone, norethindrone acetate, norgestrel, noregestimate, and drospirenone) used in oral contraceptive pills in the United States today.[9]

16.  Both the estrogen and progestin components of oral contraceptives are contraceptive if given in high enough doses. By combining estrogen and progestin in the same pill, lower doses may be required for contraception, but more importantly, better menstrual cycle control is achieved. Lack of menstrual cycle control, manifested as frequent or excessive bleeding, is the most common side effect of oral contraceptives. Oral contraceptive regimens may be of three types:[10]

- Combination oral contraceptives, in which the types and doses of estrogen and progestin remain constant during the 21 or more days that tablets are taken, though the doses and ratios of estrogens and progestins vary from one preparation to another.

- Biphasic and triphasic oral contraceptives, in which the dose of the progestin or estrogen component changes during the cycle in an attempt to duplicate the pattern of a woman's ovulatory menstrual cycle.

- Progestin-only oral contraceptives, which contain no estrogen and are taken continuously, typically by women who are nursing.

17.  A major potentially adverse effect of oral contraceptive pills, and indeed estrogens and progestins when taken alone, is their effect on serum lipids, commonly known as cholesterol or more precisely HDL-C (high-density lipoprotein cholesterol), and LDL-C

---

[8]  I understand that Ovcon today has at least one generic competitor, Barr's Balziva. *See Managing Contraceptive Pill Patients* (12th ed.) Table 5 – Composition and Identification of Oral Contraceptives.

[9]  *Managing Contraceptive Pill Patients* (12th ed.) at p 12. *See also* Table 5 – Composition and Identification of Oral Contraceptives.

[10]  *Managing Contraceptive Pill Patients* (12th ed.) at p. 12. *See also* Table 5 – Composition and Identification of Oral Contraceptives.

(low-density lipoprotein cholesterol).[11] HDL-C is a good cholesterol that reduces the risk of heart attacks and other cardiovascular diseases. LDL-C is the bad cholesterol that increases the risk of heart attacks and other cardiovascular diseases.

    a.    Indeed, more than 60% of the warnings regarding adverse reactions in physician package inserts for oral contraceptives are concerned with the effects of increased risk of cardiovascular disease. For this reason, oral contraceptive package inserts contain the admonition "the dosage regimen prescribed should be one which contains the least amount of estrogen and progestin that is compatible with a low failure rate and the needs of the individual patient."

    b.    The effect of Ovcon 35 (0.4 mg norethindrone plus 35 mcg ethinyl estradiol) on serum HDL-C and LDL-C has never been compared with other oral contraceptives. The nearest oral contraceptive in terms of steroid content that has been tested is Modicon/Brevicon containing 0.5 mg norethindrone and 35 mcg ethinyl estradiol. Modicon/Brevicon has the most favorable effect on serum HDL and LDL cholesterol of any of the estrane or gonane progestins used in approximately 90% of all oral contraceptives. Ovcon 35 has 20% less progestin content and less androgenic and progestational activities than Modicon or Brevicon.

18. Oral contraceptive pills differ substantially in their effect on HDL-C and LDL-C levels and this difference is due both to the specific types of progestins (more or less androgens) and to the dose of progestin.[12]

19. Additionally, oral contraceptive pills contain a number of "inert" ingredients which may include talc, which may be carcinogenic, and lactose, which may cause allergic reactions in some women.

20. Because they contain different types and doses of progestins (synthetic steroids with progestational activity most often derived from synthetic androgens) and different doses of estrogens (synthetic hormones with estrogenic activity), oral contraceptives differ,

---

[11] See *Managing Contraceptive Pill Patients* (12th ed.) Table 7 – Effect of Oral Contraceptives and Components on Serum High-Density Lipoprotein Cholesterol (HDL-C) and Low-Density Lipoprotein Cholesterol (LDL-C). See also Ian F. Godsland, et al., "The Effects of Different Formulations of Oral Contraceptive Agents on Lipid and Carbohydrate Metabolism," *New England Journal of Medicine*, Vol. 323, No. 20, pp. 1375-81 (Nov. 15, 1990).

[12] See *Managing Contraceptive Pill Patients* (12th ed.) Table 7 - Effect of Oral Contraceptives and Components on Serum High-Density Lipoprotein Cholesterol (HDL-C) and Low-Density Lipoprotein Cholesterol (LDL-C). See also Ian F. Godsland, et al., "The Effects of Different Formulations of Oral Contraceptive Agents on Lipid and Carbohydrate Metabolism," *New England Journal of Medicine*, Vol. 323, No. 20, pp. 1375-1381 (Nov. 15, 1990).

sometimes markedly, in their endometrial, progestational, androgenic, and estrogenic activity.[13]

- Endometrial activity of oral contraceptives refers to their ability to prevent breakthrough bleeding during the 21-24 days active pills are taken, and to induce menstrual type bleeding during the 4 to 7 days when inactive pills or no pills are taken. The percent of women who experience breakthrough bleeding during the days active pills are taken is highest in the first 21/28 day cycle of oral contraceptive use, decreases in the second, and reaches a plateau in the third cycle of oral contraceptive use. The percent of women who experience breakthrough bleeding during the third cycle of oral contraceptive use ranges from a low of 4.5% to a high of 37.4% for combination and bi- or tri-phasic regimens. The incidence of third-cycle breakthrough bleeding for Ovcon 35 is 11.0%. Only three oral contraceptive brands containing less than 50 mcg estrogen have a lower incidence of breakthrough bleeding, and approximately 40 oral contraceptive brands containing less than 50 mcg estrogen have a higher incidence of breakthrough bleeding.

- Progestational activity of oral contraceptives refers to their ability to induce maturation of the endometrial lining that is necessary for normal menstruation. Even low doses of progestins and progestational activity provide contraception by preventing ovulation. If progestational activity is too low for an individual patient the incidence of breakthrough bleeding and excessive menstrual flow is increased. If progestational activity is too high, pregnancy-like symptoms of bloating, tiredness, and appetite disturbances may occur. The progestational activity of Ovcon 35 is the lowest of any monophasic combination oral contraceptive.

- Estrogenic activity of oral contraceptives refers to their ability to induce estrogen changes in the endometrial lining of the uterus and other estrogen-sensitive tissues. Estrogen induced growth of the endometrial lining is necessary to prevent breakthrough bleeding and menstruation. Too low a dose of estrogen results in breakthrough bleeding. At high doses estrogen acts as a contraceptive. Estrogen increases the risk of venous blood clots and heart attack. For this reason physicians are advised to use oral contraceptives containing less than 50 mcg of estrogen for contraception although higher doses may be used for brief periods for therapeutic reasons such as to suppress ovarian cysts or to stop excessive uterine bleeding. Even though Ovcon contains 35 mcg ethinyl estradiol, the estrogenic activity of Ovcon 35 is equal to 40 mcg of ethinyl estradiol because norethindrone, its progestin component, has estrogenic activity.

---

[13] *Managing Contraceptive Pill Patients* (12th ed.) at pp. 12, 16. *See also* Table 4 – Biological Activity of Oral Contraceptive Components; Table 6 – Contraceptive Pill Activity; and Table 9 – Oral Contraceptives with Similar Endometrial, Progestational, and Androgenic Activities.

- Androgenic activity of oral contraceptives refers to their ability to cause unwanted skin and hair changes, associated with increased levels of male hormone. By far the most dangerous effect of excessive activity is the effect on serum cholesterol and other blood lipids. Androgen activity occurs because most progestins used in oral contraceptives are derived from synthetic male hormones. Male hormone androgen activity in oral contraceptives ranges from none for pills containing drospirenone to the equivalent of 800 mcg of methyl testosterone per cycle. The androgenic activity of Ovcon 35 is equal to 150 mcg of methyl testosterone per cycle, the lowest of any combination monophasic oral contraceptive not containing drospirenone.

21. The biological activity of an oral contraceptive is a result of the combined activities of the estrogen and the progestin components. Because of differences in the makeup of these components, each oral contraceptive formulation has a different pattern of biological activity.[14]

   C.   **How Physicians and Women Choose Among Oral Contraceptives**

22. Using an oral contraceptive is elective. Women who take oral contraceptive pills are not ill, they are healthy, and the oral contraceptive they take is not being used to treat a disease. Because the use of an oral contraceptive is elective, side effects are the primary medical reason for choosing a pill or choosing to continue using a pill. Even what might otherwise be considered a relatively small side effect can make a significant difference for a woman using an oral contraceptive. For example, while hair loss may be an accepted side effect for patients being treated with chemotherapy for a life-threatening cancer, hair loss (or just the perception of hair loss) can cause a woman to either stop taking an oral contraceptive entirely or to seek another.[15] The differences in the side effects among different oral contraceptives may be relatively small when looking at the entire population of women (as the economic experts appear to do), but these differences are determinative for individual women who choose to take (or stop taking) an oral contraceptive.

23. The choice of which oral contraceptive pill to prescribe to a woman differs depending on whether the woman is a first-time user (one who has never used an oral contraceptive or has not used an oral contraceptive for some period of time) or the woman is a continuing user (one who is already taking an oral contraceptive and is returning for an annual check-up and seeking a refill prescription).

---

[14]   *Managing Contraceptive Pill Patients* (12th ed.) at p. 16. *See also* Table 9 – Oral Contraceptives with Similar Endometrial, Progestational, and Androgenic Activities; and Table 11 – Side Effects Related to Hormone Content.

[15]   Even though hair loss has not been shown to be related to oral contraceptive use. *See Managing Contraceptive Pill Patients* (12th ed.) at p. 246.

24. Physicians generally make the initial choice of oral contraceptive for new users. The criteria for choice of oral contraceptive includes contraindications, steroid dose, the patient's personal/family health characteristics, the patient's menstrual characteristics, and the patient's hormonal sensitivity.[16] The essential elements for good management of oral contraceptive patients are:[17]

    - knowledge of contraindications to oral contraceptive use;

    - knowledge of causes of common side effects; and

    - access to information about biological activity differences among oral contraceptives.

25. When selecting an oral contraceptive for new patients, physicians typically choose from a subset of oral contraceptives, usually based on those contraceptives they are most familiar with and have the greatest experience prescribing, and typically select the pill with the lowest doses of estrogen and progestin consistent with effectiveness for that patient.[18] Additionally, the availability of samples is important to most physicians when making the initial choice, because physicians like to show patients how to properly use the product and to start them on the pill in their office.

26. If the initially-chosen oral contraceptive is well-tolerated by a patient (i.e., the woman experiences no significant side effects), then the woman typically will stay on this oral contraceptive. If the oral contraceptive is not well-tolerated, the physician will try the patient on a different oral contraceptive. Once the physician and patient find an oral contraceptive that is well-tolerated and has the lowest doses of estrogen and progestin consistent with effectiveness, the woman typically will not switch to a different oral contraceptive pill because of the risk that any other product selected would have side effects.[19]

27. The key to having women continue to take their oral contraceptives is to manage their side effects.[20] Common side effects from the use of oral contraceptives may include bleeding irregularities, nausea, weight gain, mood swings, breast tenderness, and

---

[16] *Managing Contraceptive Pill Patients* (12th ed.) at p. 50.

[17] *Managing Contraceptive Pill Patients* (12th ed.) at p. xi.

[18] *Managing Contraceptive Pill Patients* (12th ed.) at p. viii. *See also* Table 8 – Choice of Initial Oral Contraceptive.

[19] *Managing Contraceptive Pill Patients* (12th ed.) at pp. 54-55.

[20] *See Managing Contraceptive Pill Patients* (12th ed.) at pp. 23-25 for a discussion of the steps in managing a patient's side effects.

headaches.[21] Other medications a patient may be taking can affect the biological activity of oral contraceptives or the oral contraceptive may affect other medications the patient is taking.[22] In addition, a patient's age, weight, medical history, and smoking habits may influence a physician's choice of oral contraceptive for that patient.[23]

28. Side effects occur when the hormonal activity of an oral contraceptive is either greater or less than the natural hormone effect of a woman's own ovarian steroids.[24] The net effect of an oral contraceptive on a woman depends on the type and/or amount of progestin and on the balance between estrogen and progestin compounds.[25] Consequently, the choice of oral contraceptive must be individualized for each patient.[26]

29. For continuing users, the physician typically will write the prescription for the oral contraceptive pill that the woman is already using because of the risk that switching to any other product could result in side effects. Consequently, even though there may be a number of different oral contraceptive pills a physician could have started a patient on, or in theory could switch a patient to, once the physician and patient find one that is well-tolerated, it is very unlikely that the patient will switch to a different oral contraceptive.

### III.  Conclusion

30. Because the use of an oral contraceptive for the vast majority of women is elective, and because other equally-effective hormonal (rings, patches, injections)[27] and non-hormonal contraceptive methods are available, the differences in side effects, both apparent (bleeding) and hidden (effect on cholesterol), are the important reasons for differentiating

---

[21] *Managing Contraceptive Pill Patients* (12th ed.) at p. 22. *See also* Table 10 – Laboratory Changes Associated with OC Use; Table 11 – Side Effects Related to Hormone Content; Table 12 – Symptoms of a Serious or Potentially Serious Nature; Table 13 – Vitamin and Mineral Changes Associated with Oral Contraceptives.

[22] *See Managing Contraceptive Pill Patients* (12th ed.) Table 14 – Drugs That May Affect Oral Contraceptive Activities; Table 15 – Modification of Other Drug Activity by Oral Contraceptives.

[23] *Managing Contraceptive Pill Patients* (12th ed.) Table 8 – Choice of Initial Oral Contraceptive.

[24] *Managing Contraceptive Pill Patients* (12th ed.) at p. 23.

[25] *Managing Contraceptive Pill Patients* (12th ed.) at p. viii.

[26] *Managing Contraceptive Pill Patients* (12th ed.) at p. 8.

[27] *Managing Contraceptive Pill Patients* (12th ed.) Table 2 – Effectiveness and Mortality of Contraceptive Methods.

oral contraceptives. The choice of oral contraceptive must be individualized for each woman to minimize side effects because each woman's individual responses to a given oral contraceptive may differ, potentially resulting in a wide variety of side effects ranging from the unpleasant to the dangerous (caused by the complex interaction between a woman's natural hormones and the type and ratio of the synthetic hormones found in oral contraceptives).

31. In my opinion, the economic experts overstate the interchangeability of oral contraceptive pills, and they overlook important medical and pharmacological differences in oral contraceptives discussed above. These medical and pharmacological differences result in significant differences in the choices physicians make when prescribing an oral contraceptive and managing their contraceptive pill patients, as well as significant differences in the choices a woman makes when initially choosing an oral contraceptive pill or when deciding to continue taking a pill she has found to work well.

32. From a medical and patient management standpoint, oral contraceptive pills are not necessarily interchangeable.

_____          January 5, 2007
Richard P. Dickey, MD, PhD

Attachment A: Curriculum Vitae

Attachment B: Supporting Tables from Richard P. Dickey, MD, PhD, *Managing Contraceptive Pill Patients* (12th ed.) and Figure 1 from Ian F. Godsland, et al., "The Effects of Different Formulations of Oral Contraceptive Agents on Lipid and Carbohydrate Metabolism," *New England Journal of Medicine*, Vol. 323, No. 20 (Nov. 15, 1990).