**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., et al.,<br><br>　　　　Defendants. | Civil Action No.:<br>05-2179 (CKK)<br><br>Judge Colleen Kollar-Kotelly |
| STATE OF COLORADO, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., et al.,<br><br>　　　　Defendants. | Civil Action No.:<br>05-2182 (CKK)<br><br>Judge Colleen Kollar-Kotelly |

**[PROPOSED] ORDER GRANTING MOTION TO STRIKE THE EXPERT REPORT OF RICHARD P. DICKEY OR IN THE ALTERNATIVE FOR <u>LEAVE TO FILE EXPERT REBUTTAL REPORT</u>**

THIS MATTER is before the Court on Defendant Barr Pharmaceuticals, Inc.'s ("Barr's") Motion To Strike The Expert Report Of Richard P. Dickey Or In The Alternative For Leave To File Expert Rebuttal Report. The Court, having considered the parties' submissions, hereby grants Barr's motion. The report and opinions of Richard P. Dickey, M.D. are stricken.

　　　　IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Colleen Kollar-Kotelly
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge