**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BARR PHARMACEUTICALS, INC.,<br><br>　　　　Defendants. | Civil Action No.:<br>05-2179 (CKK)<br><br>Judge Colleen Kollar-Kotelly |
| STATE OF COLORADO, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., et al.,<br><br>　　　　Defendants. | Civil Action No.:<br>05-2182 (CKK)<br><br>Judge Colleen Kollar-Kotelly |

**NOTICE OF INTENT OF BARR PHARMACEUTICALS, INC. TO FILE UNDER SEAL ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO STRIKE THE EXPERT REPORT OF RICHARD P. DICKEY OR IN THE ALTERNATIVE FOR LEAVE TO FILE EXPERT REBUTTAL REPORT**

　　　　Pursuant to Civil Local Rule 5.1, Paragraph 4 of the Court's Order dated November 14, 2005, and paragraph 11 of the Joint Protective Order Governing Discovery Material dated April 4, 2006, Defendant Barr Pharmaceuticals, Inc. notices its intent to file, in paper format and under seal, its Reply Memorandum in Support of its Motion to Strike The Expert Report Of Richard P. Dickey Or In The Alternative For Leave To File Expert Rebuttal Report.

2

Date:   February 9, 2007                    Respectfully submitted,


                                            /s/  Karen N. Walker
                                            _____
                                            Karen N. Walker (D.C. Bar # 412137)
                                            Mark L. Kovner (D.C. Bar #  430431)
                                            Patrick M. Bryan (D.C. Bar # 490177)
                                            KIRKLAND & ELLIS LLP
                                            655 Fifteenth Street, N.W.
                                            Washington, District of Columbia  20005
                                            (202) 879-5000
                                            (202) 879-5200 (fax)

                                            *Counsel for Barr Pharmaceuticals, Inc.*