# EXHIBIT

# A

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

———

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER  
(212) 455-3527

E-MAIL ADDRESS  
arizzi@stblaw.com

VIA E-MAIL                                                    January 15, 2007

      Re:    *State of Colorado, et al., v. Warner Chilcott Holdings Company III, Ltd., et al.*, No. 1:05-CV-02182-CKK

Devin Laiho, Esq.  
Assistant Attorney General  
Consumer Protection Division  
1525 Sherman Street, Fifth Floor  
Denver, CO 80203

Dear Devin:

      Enclosed please find notices for the depositions of Frank Ecock and Daniel L. Rubinfeld, which are scheduled to take place at the offices of the Federal Trade Commission on Tuesday, January 23, 2007 and Friday, January 26, 2007, respectively.

      Pursuant to paragraph 11 of the Case Management Order, please produce to Defendants—as promptly as possible but at least three business days in advance of each scheduled deposition—the following:

1) Notes from any interviews conducted by Prof. Rubinfeld or Mr. Ecock in forming their opinions;

2) Copies of Prof. Rubinfeld's and Mr. Ecock's engagement letters; and

3) All invoices or other documents reflecting the amounts they and their firms billed to Plaintiffs in connection with their work.

SIMPSON THACHER & BARTLETT LLP

Devin Laiho, Esq.                              -2-                              January 15, 2007

Please confirm that Plaintiffs have produced to Defendants all communications and documents upon which either Prof. Rubinfeld or Mr. Ecock relied in forming their opinions.

With respect to Dr. Dickey's deposition, about which Jamie Craver has separately written to Elinor Hoffmann today, we will expect the same materials to be produced and confirmation given. We continue to reserve our rights to move for a protective order if the issues set forth in Ms. Craver's letter are not resolved.

Very truly yours,

/s/

Annette C. Rizzi

Enclosures

cc: Elinor Hoffmann, Esq.
　　 Karen N. Walker, Esq.
　　 Thomas H. Brock, Esq.