# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Eunnice H. Eun
To Call Writer Directly:
202 879-5159
eeun@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: 202 654-9484

March 20, 2007

**Via Electronic Mail and Electronic Filing Service**

Bradley S. Albert
Federal Trade Commission
601 New Jersey Avenue
Room 360
Washington, DC 20840

Re:  Ovcon Antitrust Litigation

Dear Brad:

I write in response to your March 13, 2007 letter to Karen Walker, posted on Dealroom yesterday.

As we stated at the hearing before Judge Kay, we have no objection to providing to you a reasonable number of documents requested in native file format to the extent that they are available. Therefore, as before, we are working with the vendor to explore the costs and burdens associated with restoring the tapes on which the documents requested are stored. We hope to either produce the files specifically requested by document control number or update you on the status of our discussions with the vendor later this week.

As for the additional spreadsheets you have requested, Barr is in the process of collecting native files similar to those you have requested, as you seek in your letter. We will work with the vendor to explore the costs and burdens associated with restoring these documents as well. We are confident that we will be able to provide a significant amount of information sought in electronic format.

As for certain of your requests, however, there is no simple way to pull spreadsheets to form the "complete data set[s]" you request, particularly when you are referring to IMS data. The spreadsheets produced by Barr contain searches run by Barr employees. We cannot necessarily provide you with a "complete data set" if no such data set exists, *i.e.*, if the same search was not repeatedly or consistently run by Barr employees throughout the requested time period. In sum, if you can identify other specific documents by Bates number, we would be

# KIRKLAND & ELLIS LLP

Bradley S. Albert
March 20, 2007
Page 2


willing to search specifically for such documents in native file format.  Nevertheless, we will diligently attempt to look for documents such as these in our production and produce them in native file format.

    In addition, we have already produced numerous documents related to Requests Nos. 15, 17, 18, and 26.  However, we are compiling transactional data related to Balziva and hope to produce those documents to all plaintiffs shortly.

    Sincerely,

    */s/ Eunnice H. Eun*

    Eunnice H. Eun

cc:    Contact Attorneys via DealRoom