# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Eunnice H. Eun
To Call Writer Directly:
202 879-5159
eeun@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

April 3, 2007

**<u>Via Electronic Mail and Electronic Filing Service</u>**

Bradley S. Albert
Garth W. Huston
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580

      Re:    Ovcon Antitrust Litigation

Dear Brad and Garth:

      I write in further response to Brad's March 29, 2007 letter and Garth's letter of yesterday. As an initial matter, we do believe that Barr has been responsive to your questions. We have been hard at work seeking to supplement our production per your requests in addition to preparing for the meeting with the FTC staff tomorrow. I will first address the questions raised in Garth's letter of yesterday and then clarify for you Barr's supplemental productions originally addressed in my March 20 letter (and specifically the areas raised in Brad's March 21 letter).

      Regarding the so-called "old" documents in Barr's recent supplemental production, I believe you overstate that quantity of truly earlier documents included. In any event, it simply does not follow that Barr would have produced all documents generated up to and including the date discovery closed by such date. In fact, since the FTC sought expedited discovery and demanded substantial completion as early as last summer, obviously many of our document searches were conducted months before the close of discovery. It defies logic to think that a new search of the magnitude undertaken by Barr could or would be undertaken the day discovery closed and that all newly discovered documents could be processed and produced instantaneously. Moreover, I would note that certain earlier created documents that were located prior to the close of discovery were not produced because they had been identified upon initial review as potentially privileged. After supplemental inquiries and consultation with the client, we determined that certain documents were not subject to a privilege claim and therefore produced them. In short, Barr's repeated and supplemental efforts to provide the FTC with vast amounts of discovery after the close of discovery have been exemplary.

Chicago      Hong Kong      London      Los Angeles      Munich      New York      San Francisco

**KIRKLAND & ELLIS LLP**

Brad Albert
April 3, 2007
Page 2

      With respect to the questions raised regarding Barr's supplemental searches and the questions raised regarding those efforts, I will restate our efforts to respond to your requests. First, with respect to IMS data, we searched for and produced IMS data in response to the FTC's original request, and have now returned to the client for a supplemental search specifically to include the period June 2006 through February 2007 as you requested. I would note that we already have already produced a substantial amount of IMS data and are now going to produce the same in native file format (including in connection with the supplemental search described herein). Second, we are likewise searching for and producing Barr's forecast spreadsheets in native file format without limiting those searches to Balziva. Accordingly, we will be searching for and producing forecasts on other contraceptive products as well (as we have already done). Third, we produced extensive transactional data to you on March 23, 2007, in addition to additional documents relating to Barr's Ovcon/Balziva launch. To our knowledge these documents, combined with those already produced (such as those produced at and after the Catlett deposition) include the requested sales and launch-related information through February 2007. Finally, the production of native file format materials that we recently produced and will be producing will contain both requested file types previously produced (*i.e.*, that were already produced in hard copy and are now being produced in native format) as well as new native files not included in the prior production but of a similar type, as requested. We are processing the native file format documents (including, but not limited to, the IMS data requests) now and are hopeful that we may be able to produce them by the end of next week.

                                Sincerely,

                                */s/ Eunnice H. Eun*

                                Eunnice H. Eun

cc:     Contact Attorneys Via DealRoom