# EXHIBIT 4



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Garth W. Huston, Esq.
Bureau of Competition
Direct Line (202) 326-3695

May 7, 2007

**VIA E-MAIL AND WEBSITE SERVICE**

Eunnice H. Eun, Esq.
Kirkland & Ellis LLP
Suite 1200
655 Fifteenth Street, N.W.
Washington, D.C. 20005

    Re:    Federal Trade Commission v. Barr Pharmaceuticals, Inc.
             Civil Action No. 1:05-cv-2179-CKK (D.D.C.)

Dear Eunnice:

      I am writing to follow up on my May 3, 2007 letter regarding Barr's 11th and 12th supplemental productions. We have now completed our review of Barr's latest productions. While Barr appears to have produced some of the materials we requested in our March 13, 2007 letter, we have been unable to locate certain material. In order for us to accurately report to Magistrate Judge Kay, I ask you to clarify the following by May 9, 2007:

- Did Barr produce data sufficient to show the number of Ovcon units produced by Barr?

- Did Barr produce data sufficient to show the number of Ovcon units sold by Barr to Warner Chilcott pursuant to the Ovcon supply agreement?

- Did Barr produce data sufficient to show the number of units sold by Barr to Warner Chilcott for Watson's authorized generic version of Ovcon?

- Did Barr produce data sufficient to show the number of Ovcon units packaged and sold by Barr as Balziva?

- Did Barr produce information sufficient to show Warner Chilcott's Ovcon purchase orders from Barr?

Eunnice H. Eun, Esq.
May 7, 2007
Page 2

- Did Barr produce information sufficient to show Warner Chilcott's requested delivery dates for its orders of Ovcon from Barr?

- Did Barr produce information sufficient to show Barr's deliveries of Ovcon to Warner Chilcott?

- Did Barr produce information sufficient to show Barr's actual delivery dates of Ovcon to Warner Chilcott?

- Did Barr produce the National Prescription Audit data in native file format for the weeks ending December 1, 2006 and December 8, 2006?

If Barr did produce any of the information identified above, please provide us with the specific Bates ranges of the responsive documents.

Thank you for your cooperation. Please contact me if you have any questions.

Sincerely,

/s/

Garth W. Huston

cc:    Contact Attorneys (via website service)