IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>  v.<br><br>BARR PHARMACEUTICALS, INC.,<br><br>        Defendant. | Civ. Action No. 1:05-CV-02179-CKK-AK<br><br>Judge Colleen Kollar-Kotelly<br><br>Magistrate Judge Alan Kay |
| STATE OF COLORADO, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>WARNER CHILCOTT HOLDINGS CO. III, LTD., *et al.*,<br><br>        Defendants. | Civ. Action No. 1:05-CV-02182-CKK-AK<br><br>Judge Colleen Kollar-Kotelly<br><br>Magistrate Judge Alan Kay |

**STATEMENT OF BARR PHARMACEUTICALS, INC. REGARDING DISCOVERY ISSUES**

Barr Pharmaceuticals, Inc. respectfully submits that there are no outstanding discovery issues pending before the Court, and requests that discovery be declared closed and that an appropriate schedule for the remainder of the case be entered at the upcoming June 1, 2007 status conference.

On May 14, 2007, Magistrate Judge Alan Kay denied as moot Government Plaintiffs' motions to compel, in light of Barr's March 23, 2007 and April 20, 2007 productions of native file spreadsheets and similar documents requested by Government Plaintiffs.

In its April 25, 2007 Response to Government Plaintiffs' Report Regarding Discovery Disputes, Barr described the specific ways in which it responded to Government

Plaintiffs' broad categories of requests a full week before Government Plaintiffs' requested production deadline. (*See* Barr's Resp. to Gov't Pls.' Report (*Federal Trade Commission v. Barr Pharmaceuticals, Inc.*, Civ. Action No. 1:05-CV-02179-CKK-AK, D.E. # 124).) Nearly three weeks later, on May 14, 2007, Magistrate Judge Kay denied as moot Government Plaintiffs' pending motions to compel, noting that "Government Plaintiffs have not indicated any disagreement with Barr's contention that it has complied with the discovery requests." (May 14, 2007 Order (D.E. # 125).) Only *after* Magistrate Judge Kay issued his Order did the Government Plaintiffs contend that their motions to compel were not mooted by Barr's supplemental productions. (*See* Notice of Supplemental Report of Gov't Pls.' (D.E. # 127).) Barr responded to Government Plaintiffs' "supplemental" report on May 18, 2007, explaining in detail how, at great burden and expense, it searched for, reviewed, and produced (and, in some cases, re-produced) nearly 60,000 pages of additional documents and over 19,000 pages of Excel spreadsheets in native file format that Government Plaintiffs requested, and why Government Plaintiffs' motions to compel were thus moot. (*See* Barr's Resp. to Gov't Pls.' "Supplemental" Report (D.E. # 128).)

Therefore, Barr believes that there are no longer any pending discovery issues before the Court. Barr thus respectfully requests that the parties proceed with the scheduled June 1, 2007 Scheduling Hearing to set an appropriate schedule for the remainder of the case. However, should any discovery matter be re-opened (although Magistrate Judge Kay has definitively ruled on these issues), Barr respectfully requests that any motions schedule be postponed until the record has been closed.

Date:  May 30, 2007                                Respectfully submitted,

                                                                   */s/ Karen N. Walker*
                                                                   Karen N. Walker (D.C. Bar # 412137)

Mark L. Kovner (D.C. Bar # 430431)
Patrick M. Bryan (D.C. Bar # 490177)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C.  20005
(202) 879-5000
(202) 879-5200 (fax)

*Attorneys for Defendant Barr Pharmaceuticals, Inc.*