UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF COLORADO<br>by Attorney General John W. Suthers<br>1525 Sherman Street, Fifth Floor<br>Denver, Colorado 80203<br><br>COMMONWEALTH OF VIRGINIA<br>by Attorney General Robert F. McDonnell<br>900 East Main Street<br>Richmond, Virginia  23219<br><br>STATE OF MARYLAND<br>by Attorney General Douglas F. Gansler<br>200 St. Paul Street<br>Baltimore, Maryland 21202<br><br>STATE OF ALASKA<br>by Attorney General Talis J. Colberg<br>1031 W. 4th Avenue #200<br>Anchorage, Alaska  99501<br><br>STATE OF ARIZONA<br>by Attorney General Terry Goddard<br>1275 West Washington<br>Phoenix, Arizona 85007-2926<br><br>STATE OF ARKANSAS<br>by Attorney General Dustin McDaniel<br>323 Center Street, Suite 200<br>Little Rock, Arkansas 72201<br><br>STATE OF CALIFORNIA<br>by Attorney General Edmund G. Brown, Jr.<br>1515 Clay St.<br>Oakland, California  94612<br><br>STATE OF DELAWARE<br>by Attorney General Joseph R. Biden III<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, Delaware 19801 | Civil Action No. 1:05-cv-02182-CKK-AK |

DISTRICT OF COLUMBIA
by Attorney General Linda Singer
441 Fourth Street, NW, Suite 450N
Washington, District of Columbia 20001

STATE OF FLORIDA
by Attorney General Bill McCollum
PL-01 The Capitol
Tallahassee, Florida 32399

STATE OF IDAHO
by Attorney General Lawrence Wasden
650 W. State Street, Lower Level
Boise, Idaho 83720-0010

STATE OF ILLINOIS
by Attorney General Lisa Madigan
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601

STATE OF IOWA
by Attorney General Thomas J. Miller
2nd Floor, Hoover Office Building
East 13th and Walnut
Des Moines, Iowa 50319

STATE OF KANSAS
by Attorney General Paul Morrison
120 SW 10th Street, 2nd Floor
Topeka, Kansas 66612

COMMONWEALTH OF KENTUCKY
by Attorney General Gregory D. Stumbo
1024 Capital Center Drive
Frankfort, Kentucky 40601

STATE OF LOUISIANA
by Attorney General Charles C. Foti, Jr.
1885 N. 3rd Street, 4th Floor
Baton Rouge, Louisiana 70802

STATE OF MAINE
by Attorney General G. Steven Rowe
6 State House Station
Augusta, Maine 04333-0006

COMMONWEALTH OF
MASSACHUSETTS
by Attorney General Martha Coakley
One Ashburton Place
Boston, Massachusetts 02108

STATE OF MICHIGAN
by Attorney General Michael A. Cox
G. Mennen Williams Building, 6th Floor
525 W. Ottawa Street
Lansing, Michigan 48913

STATE OF MINNESOTA
by Attorney General Lori Swanson
102 State Capitol
St. Paul, Minnesota  55155-1609

STATE OF MISSISSIPPI
by Attorney General Jim Hood
Post Office Box 22947
Jackson, Mississippi 39225

STATE OF MISSOURI
by Attorney General Jeremiah (Jay) W. Nixon
P.O. Box 899
Jefferson City, MO 65102

STATE OF NEVADA
By Attorney General Catherine Cortez Masto
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101

STATE OF NEW YORK
by Attorney General Andrew Cuomo
120 Broadway, Suite 26C
New York, New York 10271-0332

STATE OF NORTH CAROLINA
by Attorney General Roy Cooper
9001 Mail Service Center
Raleigh, NC 27699-9001

STATE OF NORTH DAKOTA
by Attorney General Wayne Stenehjem
P.O. Box 1054
Bismarck, North Dakota 58502-1054

STATE OF OHIO
by Attorney General Marc Dann
150 East Gay Street, 20th Floor
Columbus, Ohio 43215

STATE OF OKLAHOMA
by Attorney General W.A. Drew Edmonson
4545 N. Lincoln Boulevard, Suite 260
Oklahoma City, Oklahoma 73105

STATE OF OREGON
by Attorney General Hardy Myers
1162 Court Street NE
Salem, Oregon 97301

STATE OF RHODE ISLAND
by Attorney General Patrick C. Lynch
150 South Main Street
Providence, Rhode Island 02903

STATE OF SOUTH CAROLINA
by Attorney General Henry D. McMaster
Rembert C. Dennis Building
1000 Assembly Street, Suite 501
Columbia, South Carolina 29211-1549

STATE OF TENNESSEE
by Attorney General Robert E. Cooper, Jr.
P.O. Box 20207
Nashville, Tennessee 37202-0207

STATE OF TEXAS
by Attorney General Greg Abbott
P.O. Box 12548
Austin, Texas 78711

STATE OF UTAH
by Attorney General Mark L. Shurtleff
160 East 300 South, Fifth Floor
Salt Lake City, Utah 84111

and

STATE OF VERMONT
by Attorney General William H. Sorrell
109 State Street
Montpelier, Vermont 05609-1001

PLAINTIFFS,

v.

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD.
100 Enterprise Drive
Rockaway, New Jersey 07866

WARNER CHILCOTT CORPORATION
100 Enterprise Drive
Rockaway, New Jersey 07866

WARNER CHILCOTT (US) INC.
100 Enterprise Drive
Rockaway, New Jersey 07866

and

WARNER CHILCOTT COMPANY, INC.
Union Street, Km. 1.1
Fajardo, Puerto Rico 00738

DEFENDANTS.

## JOINT MOTION FOR ENTRY OF FINAL ORDER AND STIPULATED PERMANENT INJUNCTION

The states of Colorado, Alaska, Arizona, Arkansas, California, Delaware, Florida, Idaho, Illinois,

Iowa, Kansas, Louisiana, Maine, Maryland, Michigan, Minnesota, Mississippi, Missouri,

Nevada, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Rhode Island,

South Carolina, Tennessee, Texas, Utah, and Vermont, the Commonwealths of Kentucky,

Massachusetts and Virginia, and the District of Columbia, by their Attorneys General ("Plaintiff

States" or "States") and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc. (collectively "Warner Chilcott"), by their respective attorneys, respectfully move this Court to enter the accompanying proposed Final Order and Stipulated Permanent Injunction ("Final Order"). Entry of the Final Order will end the litigation between the Plaintiff States and Warner Chilcott. A copy of the Final Order is attached as Exhibit A. As grounds for this request, the parties state as follows:

1. On October 3, 2006, the Plaintiff States filed their Second Amended Complaint against Warner Chilcott pursuant to Section 1 of the Sherman Act, 15 U.S.C. § 1, Section 16 of the Clayton Act, 15 U.S.C. § 26, and 28 U.S.C. §§ 1331, 1337, and state antitrust, consumer protection and/or unfair competition statutes and related state laws, seeking civil penalties, injunctive and other equitable relief (the "State Action"). The Plaintiff States' Second Amended Complaint alleges that Warner Chilcott and Barr Pharmaceuticals, Inc., violated such laws by entering into an agreement that eliminated competition from Barr's generic version of regular Ovcon 35, a branded oral contraceptive product sold by Warner Chilcott.

2. In their Second Amended Complaint, the Plaintiff States seek a permanent injunction to invalidate the exclusivity provision that prevented Barr from introducing a generic version of Ovcon, and such other equitable relief as the Court finds necessary to redress and prevent recurrence of defendants' violation.

3. On September 25, 2006, Warner Chilcott irrevocably waived the exclusivity provision in its agreement with Barr. Subsequently, Barr announced that it would introduce a generic version of regular Ovcon 35 in October 2006.

4.      Warner Chilcott has reached a settlement with the Plaintiff States.  In so doing, it does not admit any issues of fact or law, other than the Court's jurisdiction over this action.  The proposed Final Order embodying the settlement terms is entered for settlement purposes only and does not constitute any evidence against, or an admission of liability, wrongdoing, or any issue of fact or law, other than jurisdictional, by Warner Chilcott.

5.      The proposed Final Order contains four principal elements: a monetary payment to the Plaintiff States; a general conduct prohibition that prevents Warner Chilcott from entering into certain agreements, including agreements similar to the one challenged here; a provision requiring Warner Chilcott in the future to give notice to the Plaintiff States of a broader group of agreements; and a provision designed to ensure that generic versions of regular Ovcon 35 may continue to use Ovcon 35 as a Reference Listed Drug.

6.      On June 12, 2007, Warner Chilcott executed a Stipulation for Entry of Final Order and Stipulated Permanent Injunction, a copy of which is attached as Exhibit B, in the settlement of all claims brought against it in the above-captioned case.  Each of the Plaintiff States have agreed to accept the Final Order.  Accordingly, Warner Chilcott and the Plaintiff States jointly request that the Court enter the attached Final Order and place it on the public record, thereby bringing the litigation between the Plaintiff States and Warner Chilcott to an end.

Respectfully submitted,

*[signature]*

Peter C. Thomas (D.C. Bar #495928)
Simpson Thacher & Bartlett LLP
601 Pennsylvania Ave, N.W.
North Building
Washington, D.C. 20004
202-220-7700
pthomas@stblaw.com

For Defendant Warner Chilcott

Dated: June 12, 2007

JOHN W. SUTHERS
Colorado Attorney General

*[signature]*

Devin M. Laiho
Assistant Attorney General
Consumer Protection Section
1525 Sherman Street, Seventh Floor
Denver, Colorado 80203
303-866-5079
Devin.Laiho@state.co.us

For the Plaintiff States

8