# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF COLORADO<br>by Attorney General John W. Suthers<br>1525 Sherman Street, Fifth Floor<br>Denver, Colorado 80203<br><br>COMMONWEALTH OF VIRGINIA<br>by Attorney General Robert F. McDonnell<br>900 East Main Street<br>Richmond, Virginia  23219<br><br>STATE OF MARYLAND<br>by Attorney General Douglas F. Gansler<br>200 St. Paul Street<br>Baltimore, Maryland 21202<br><br>STATE OF ALASKA<br>by Attorney General Talis J. Colberg<br>1031 W. 4th Avenue #200<br>Anchorage, Alaska  99501<br><br>STATE OF ARIZONA<br>by Attorney General Terry Goddard<br>1275 West Washington<br>Phoenix, Arizona 85007-2926<br><br>STATE OF ARKANSAS<br>by Attorney General Dustin McDaniel<br>323 Center Street, Suite 200<br>Little Rock, Arkansas 72201<br><br>STATE OF CALIFORNIA<br>by Attorney General Edmund G. Brown, Jr.<br>1515 Clay St.<br>Oakland, California  94612<br><br>STATE OF DELAWARE<br>by Attorney General Joseph R. Biden III<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, Delaware 19801 | Civil Action No. 1:05-cv-02182-CKK-AK |

2

DISTRICT OF COLUMBIA
by Attorney General Linda Singer
441 Fourth Street, NW, Suite 450N
Washington, District of Columbia 20001

STATE OF FLORIDA
by Attorney General Bill McCollum
PL-01 The Capitol
Tallahassee, Florida 32399

STATE OF IDAHO
by Attorney General Lawrence Wasden
650 W. State Street, Lower Level
Boise, Idaho 83720-0010

STATE OF ILLINOIS
by Attorney General Lisa Madigan
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601

STATE OF IOWA
by Attorney General Thomas J. Miller
2nd Floor, Hoover Office Building
East 13th and Walnut
Des Moines, Iowa 50319

STATE OF KANSAS
by Attorney General Paul Morrison
120 SW 10th Street, 2nd Floor
Topeka, Kansas 66612

COMMONWEALTH OF KENTUCKY
by Attorney General Gregory D. Stumbo
1024 Capital Center Drive
Frankfort, Kentucky 40601

STATE OF LOUISIANA
by Attorney General Charles C. Foti, Jr.
1885 N. 3rd Street, 4th Floor
Baton Rouge, Louisiana 70802

STATE OF MAINE
by Attorney General G. Steven Rowe
6 State House Station
Augusta, Maine 04333-0006

COMMONWEALTH OF MASSACHUSETTS
by Attorney General Martha Coakley
One Ashburton Place
Boston, Massachusetts 02108

STATE OF MICHIGAN
by Attorney General Michael A. Cox
G. Mennen Williams Building, 6th Floor
525 W. Ottawa Street
Lansing, Michigan 48913

STATE OF MINNESOTA
by Attorney General Lori Swanson
102 State Capitol
St. Paul, Minnesota  55155-1609

STATE OF MISSISSIPPI
by Attorney General Jim Hood
Post Office Box 22947
Jackson, Mississippi 39225

STATE OF MISSOURI
by Attorney General Jeremiah (Jay) W. Nixon
P.O. Box 899
Jefferson City, MO 65102

STATE OF NEVADA
By Attorney General Catherine Cortez Masto
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101

STATE OF NEW YORK
by Attorney General Andrew Cuomo
120 Broadway, Suite 26C
New York, New York 10271-0332

STATE OF NORTH CAROLINA
by Attorney General Roy Cooper
9001 Mail Service Center
Raleigh, NC 27699-9001

STATE OF NORTH DAKOTA
by Attorney General Wayne Stenehjem
P.O. Box 1054
Bismarck, North Dakota 58502-1054

STATE OF OHIO
by Attorney General Marc Dann
150 East Gay Street, 20th Floor
Columbus, Ohio 43215

STATE OF OKLAHOMA
by Attorney General W.A. Drew Edmonson
4545 N. Lincoln Boulevard, Suite 260
Oklahoma City, Oklahoma 73105

STATE OF OREGON
by Attorney General Hardy Myers
1162 Court Street NE
Salem, Oregon 97301

STATE OF RHODE ISLAND
by Attorney General Patrick C. Lynch
150 South Main Street
Providence, Rhode Island 02903

STATE OF SOUTH CAROLINA
by Attorney General Henry D. McMaster
Rembert C. Dennis Building
1000 Assembly Street, Suite 501
Columbia, South Carolina 29211-1549

STATE OF TENNESSEE
by Attorney General Robert E. Cooper, Jr.
P.O. Box 20207
Nashville, Tennessee 37202-0207

STATE OF TEXAS
by Attorney General Greg Abbott
P.O. Box 12548
Austin, Texas 78711

STATE OF UTAH
by Attorney General Mark L. Shurtleff
160 East 300 South, Fifth Floor
Salt Lake City, Utah 84111

and

STATE OF VERMONT
by Attorney General William H. Sorrell
109 State Street
Montpelier, Vermont 05609-1001

PLAINTIFFS,

v.

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD.
100 Enterprise Drive
Rockaway, New Jersey 07866

WARNER CHILCOTT CORPORATION
100 Enterprise Drive
Rockaway, New Jersey 07866

WARNER CHILCOTT (US) INC.
100 Enterprise Drive
Rockaway, New Jersey 07866

and

WARNER CHILCOTT COMPANY, INC.
Union Street, Km. 1.1
Fajardo, Puerto Rico 00738

DEFENDANTS.

## STIPULATION FOR ENTRY OF FINAL ORDER AND STIPULATED PERMANENT INJUNCTION

It is stipulated by and between the Plaintiff States[1] and Defendants Warner Chilcott Holdings

Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott

Company, Inc. (collectively "Warner Chilcott"), by their respective attorneys, that:

---

[1] The states of Colorado, Alaska, Arizona, Arkansas, California, Delaware, Florida, Idaho, Illinois, Iowa, Kansas, Louisiana, Maine, Maryland, Michigan, Minnesota, Mississippi, Missouri, Nevada, New York, North Carolina,

1.  The undersigned parties consent that the Court may file and enter a Final Order and Stipulated Permanent Injunction ("Final Order") in the form attached to this Stipulation for Entry of Final Order and Stipulated Permanent Injunction ("Stipulation"), on the Court's own motion or on the motion of any party at any time, and without further notice to any party or other proceedings;

2.  Defendant waives any objection to venue or jurisdiction for purposes of the Final Order;

3.  Plaintiff States may withdraw their consent at any time prior to entry of the Final Order by serving notice of withdrawal of consent on Defendant and filing that notice with the Court. In the event Plaintiff States withdraw their consent or if the Final Order is not entered pursuant to this Stipulation, this Stipulation shall be of no effect whatever and the making of this Stipulation shall be without prejudice to any party in this or any other proceeding.

For Defendant Warner Chilcott

*/s/ Peter C. Thomas*

Peter C. Thomas (D.C. Bar #495928)
Simpson Thacher & Bartlett LLP
601 Pennsylvania Ave, N.W.
North Building
Washington, D.C. 20004
202-220-7700
PThomas@stblaw.com

Dated: June 12, 2007

For the Plaintiff States

JOHN W. SUTHERS
Colorado Attorney General

*/s/ Devin M. Laiho*

Devin M. Laiho
Assistant Attorney General
Consumer Protection Section
1525 Sherman Street, Seventh Floor
Denver, Colorado 80203
303-866-5079
Devin.Laiho@state.co.us

---

North Dakota, Ohio, Oklahoma, Oregon, Rhode Island, South Carolina, Tennessee, Texas, Utah, and Vermont, the Commonwealths of Kentucky, Massachusetts and Virginia, and the District of Columbia, by their Attorneys General

7