UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF COLORADO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al.,<br><br>Defendants. | Civil Action No. 1:05-cv-02182-CKK-AK |

JOINT STATUS REPORT

The Plaintiff States and Defendant Barr Pharmaceuticals respectfully submit this joint status report as required by the Court's Minute Entry (and subsequent Errata) of June 13, 2007, as modified by the Court's Minute Order of July 18, 2007.

While the parties have engaged in productive settlement discussions and have narrowed the areas of disagreement, an agreement in principle to resolve this matter has not yet been reached. While we expect settlement discussions to continue, we believe it would be productive for the Court to set a briefing schedule for summary judgment motions. We propose the following schedule:

| | |
|---|---|
| October 17, 2007 | Motions for summary judgment |
| November 14, 2007 | Oppositions to motions for summary judgment |
| December 3, 2007 | Replies to motions for summary judgment |

Respectfully submitted,

JOHN W. SUTHERS
Colorado Attorney General

| | |
|---|---|
| _____ | ___/s/_ Chong S. Park_____ |
| Devin M. Laiho | Karen N. Walker (D.C. Bar # 412137) |
| Assistant Attorney General | Mark L. Kovner (D.C. Bar # 430431) |
| Consumer Protection Section | Chong S. Park (D.C. Bar # 463050) |
| 1525 Sherman Street, Seventh Floor | Patrick M. Bryan (D.C. Bar # 490177) |
| Denver, Colorado 80203 | KIRKLAND & ELLIS LLP |
| 303-866-5079 | 655 Fifteenth Street, N.W. |
| Devin.Laiho@state.co.us | Washington, District of Columbia  20005 |
| | Telephone: (202) 879-5000 |
| For the Plaintiff States | Facsimile: (202) 979-5200 |
| | |
| | Counsel for Barr Pharmaceuticals, Inc. |

Dated: July 27, 2007