UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF COLORADO, et al.<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., et al. | Civil Action No. 1:05-cv-02182-CKK |

[PROPOSED] ORDER GRANTING PLAINTIFF STATES'
MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the Joint Memorandum of Points and Authorities in Support of Plaintiff States' Motion for Summary Judgment and Direct Purchaser Plaintiffs' Motion for Partial Summary Judgment,

IT IS HEREBY ORDERED:

Plaintiff States' Motion for Summary Judgment is GRANTED.

Dated: _____

_____
Colleen Kollar-Kotelly
United States District Judge