IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civ. Action No. 1:05-CV-02195-CKK |
| WALGREEN CO., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civ. Action No. 1:06-CV-00494-CKK<br><br>Judge Colleen Kollar-Kotelly |

[caption continued on following page]

**NOTICE OF FILING UNDER SEAL**

|  |  |
|---|---|
| CVS PHARMACY, INC., *et al.*,           )<br>                                         )<br>           Plaintiffs,                  )<br>                                         )<br>      v.                                )<br>                                         )<br> WARNER CHILCOTT HOLDINGS                )<br> COMPANY III, LTD., *et al.*,            )<br>                                         )<br>           Defendants.                  )<br>_____)<br>                                         )<br> STATE OF COLORADO, *et al.*,            )<br>                                         )<br>           Plaintiffs,                  )<br>                                         )<br>      v.                                )<br>                                         )<br> WARNER CHILCOTT HOLDINGS                )<br> COMPANY III, LTD., *et al.*,            )<br>                                         )<br>           Defendants.                  )<br>_____) | Civ. Action No. 1:06-CV-00795-CKK<br><br><br><br><br><br><br><br><br>Civ. Action No. 1:05-CV-02182-CKK |

Pursuant to Local Rule 5.1(j), Defendant Barr Pharmaceuticals, Inc., ("Barr"), by counsel, will file under seal Barr's Motion For And Memorandum In Support Of Summary Judgment On State And Direct Purchaser Plaintiffs' Federal Antitrust Claims, Statement of Material Facts As To Which There Is No Genuine Issue, and accompanying Appendix Volumes I & II.

Barr's Motion, Statement of Material Facts and accompanying Appendix Volumes I & II contain information designated as "Highly Confidential" pursuant to Paragraph 1(b) of the Joint Proposed Protective Order Governing Discovery Material, entered on April 4, 2006. Redacted versions of these documents will be filed electronically via ECF.

Dated: November 14, 2007

*[signature: Karen Walker]*
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Patrick M. Bryan (D.C. Bar # 490177)
Eunnice H. Eun (D.C. Bar # 500203)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
Tel. (202) 879-5000
Fax (202) 879-5200

*Counsel for Barr Pharmaceuticals, Inc.*