UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF COLORADO, et al.<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., et al. | Civil Action No. 1:05-cv-02182-CKK |

MOTION FOR LEAVE TO PLACE DOCUMENT UNDER SEAL

Pursuant to Local Rule 5.1(j) and the Protective Order entered in the above-captioned case, Plaintiff States respectfully move for leave to place Document 131, filed November 14, 2007, under seal. A few sentences in the document summarize or quote from discovery materials that were designated Confidential or Highly Confidential pursuant to the Court's April 4, 2006 Protective Order, and Defendant Warner Chilcott has requested that they be removed from the public record. Plaintiff States apologize for the error.

Plaintiff States also seek leave to file a redacted version of the document to replace the document already on file. The redacted version of Document 131 is attached as Exhibit 1. The redactions appear on the eleventh, fifteenth, twenty-fifth, and twenty-sixth pages of Exhibit 1.

DATED: November 16, 2007

2

Respectfully submitted,
PLAINTIFF STATES

STATE OF COLORADO
JOHN W. SUTHERS
Attorney General

/s/ Devin M. Laiho
_____

| | |
|---|---|
| DEVIN M. LAIHO | Elinor Hoffmann |
| Assistant Attorney General | Margaret D. Martin |
| Consumer Protection Section | Assistant Attorneys General |
| Attorneys for the State of Colorado | Antitrust Bureau |
| 1525 Sherman Street, 5th Floor | New York State Office of the Attorney General |
| Denver, Colorado 80203 | 120 Broadway, 26th Floor |
| Telephone: 303-866-5079 | New York, New York 10271 |
| Devin.Laiho@state.co.us | Telephone: (212) 416-8288 |

Lead Counsel for the Plaintiff States