UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF COLORADO, et al.<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., et al. | Civil Action No. 1:05-cv-02182-CKK |

NOTICE OF MANUAL FILING UNDER SEAL

Pursuant to Local Rule 5.1(j) and the Protective Order entered in this case, the following documents have been manually filed with the Court under seal:

1. PLAINTIFF STATES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO BARR'S MOTION FOR SUMMARY JUDGMENT

2. PLAINTIFF STATES' AND DIRECT PURCHASER PLAINTIFFS' JOINT OPPOSITION TO BARR'S L. CIV. R. 56.1 STATEMENT OF FACTS AND COUNTERSTATEMENT OF MATERIAL FACTS

3. JOINT APPENDIX OF EXHIBITS TO PLAINTIFF STATES' AND DIRECT PURCHASER PLAINTIFFS' JOINT OPPOSITION TO BARR'S L. CIV. R. 56.1 STATEMENT OF FACTS AND COUNTERSTATEMENT OF MATERIAL FACTS & PLAINTIFF STATES' AND DIRECT PURCHASER PLAINTIFFS' RESPECTIVE MEMORANDA OF POINTS AND AUTHORITIES IN OPPOSITION TO BARR'S MOTION FOR SUMMARY JUDGMENT

DATED: December 19, 2007

Respectfully submitted,
PLAINTIFF STATES

2

STATE OF COLORADO
JOHN W. SUTHERS
Attorney General

/s/ Devin M. Laiho
_____

| | |
|---|---|
| DEVIN M. LAIHO | Elinor Hoffmann |
| Assistant Attorney General | Margaret D. Martin |
| Consumer Protection Section | Assistant Attorneys General |
| Attorneys for the State of Colorado | Antitrust Bureau |
| 1525 Sherman Street, 5th Floor | New York State Office of the Attorney General |
| Denver, Colorado 80203 | 120 Broadway, 26th Floor |
| Telephone: 303-866-5079 | New York, New York 10271 |
| Devin.Laiho@state.co.us | Telephone: (212) 416-8288 |

Lead Counsel for the Plaintiff States