# Exhibits A-I

## --REDACTED--