UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATE OF COLORADO, et al.

v.

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD., et al.

Civil Action No. 1:05-cv-02182-CKK

AMENDED NOTICE OF MANUAL FILING UNDER SEAL

Pursuant to Local Rule 5.1(j) and the Protective Order entered in this case, the following

documents have been manually filed with the Court under seal:

1.  PLAINTIFF STATES' MEMORANDUM OF POINTS AND AUTHORITIES
    IN OPPOSITION TO BARR'S MOTION FOR SUMMARY JUDGMENT

2.  PLAINTIFF STATES' AND DIRECT PURCHASER PLAINTIFFS' JOINT
    OPPOSITION TO BARR'S L. CIV. R. 56.1 STATEMENT OF FACTS AND
    COUNTERSTATEMENT OF MATERIAL FACTS

3.  JOINT APPENDIX OF EXHIBITS TO PLAINTIFF STATES' AND DIRECT
    PURCHASER PLAINTIFFS' JOINT OPPOSITION TO BARR'S L. CIV. R. 56.1
    STATEMENT OF FACTS AND COUNTERSTATEMENT OF MATERIAL FACTS
    & PLAINTIFF STATES' AND DIRECT PURCHASER PLAINTIFFS'
    RESPECTIVE MEMORANDA OF POINTS AND AUTHORITIES IN
    OPPOSITION TO BARR'S MOTION FOR SUMMARY JUDGMENT

4.  SUPPLEMENTAL APPENDIX OF EXHIBITS

DATED: December 21, 2007

Respectfully submitted,
PLAINTIFF STATES

STATE OF COLORADO
JOHN W. SUTHERS
Attorney General

/s/ Elinor Hoffmann

_____          _____
DEVIN M. LAIHO                             Elinor Hoffmann
Assistant Attorney General                 Margaret D. Martin
Consumer Protection Section                Assistant Attorneys General
Attorneys for the State of Colorado        Antitrust Bureau
1525 Sherman Street, 5th Floor             New York State Office of the Attorney General
Denver, Colorado 80203                     120 Broadway, 26th Floor
Telephone: 303-866-5079                    New York, New York 10271
Devin.Laiho@state.co.us                    Telephone: (212) 416-8288

Lead Counsel for the Plaintiff States