UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF COLORADO, et al.<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., et al. | Civil Action No. 1:05-cv-02182-CKK |

AMENDED MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 5.1(j) and the Protective Order entered in the above-captioned case, Plaintiff States respectfully move for an order to seal the following documents, which contain Confidential or Highly Confidential information produced in this action:

1. PLAINTIFF STATES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO BARR'S MOTION FOR SUMMARY JUDGMENT

2. PLAINTIFF STATES' AND DIRECT PURCHASER PLAINTIFFS' JOINT OPPOSITION TO BARR'S L. CIV. R. 56.1 STATEMENT OF FACTS AND COUNTERSTATEMENT OF MATERIAL FACTS

3. JOINT APPENDIX OF EXHIBITS TO PLAINTIFF STATES' AND DIRECT PURCHASER PLAINTIFFS' JOINT OPPOSITION TO BARR'S L. CIV. R. 56.1 STATEMENT OF FACTS AND COUNTERSTATEMENT OF MATERIAL FACTS & PLAINTIFF STATES' AND DIRECT PURCHASER PLAINTIFFS' RESPECTIVE MEMORANDA OF POINTS AND AUTHORITIES IN OPPOSITION TO BARR'S MOTION FOR SUMMARY JUDGMENT

4. SUPPLEMENTAL APPENDIX OF EXHIBITS

DATED: December 21, 2007

Respectfully submitted,
PLAINTIFF STATES

STATE OF COLORADO
JOHN W. SUTHERS
Attorney General

                                                    /s/ Elinor Hoffmann

| | |
|---|---|
| DEVIN M. LAIHO | Elinor Hoffmann |
| Assistant Attorney General | Margaret D. Martin |
| Consumer Protection Section | Assistant Attorneys General |
| Attorneys for the State of Colorado | Antitrust Bureau |
| 1525 Sherman Street, 5th Floor | New York State Office of the Attorney General |
| Denver, Colorado 80203 | 120 Broadway, 26th Floor |
| Telephone: 303-866-5079 | New York, New York 10271 |
| Devin.Laiho@state.co.us | Telephone: (212) 416-8288 |

Lead Counsel for the Plaintiff States