Case 1:05-cv-02182-CKK    Document 154-3    Filed 02/01/2008    Page 1 of 1

# EXHIBITS AA-EE
## -- REDACTED --