# EXHIBITS AA-EE
## -- REDACTED --